UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
:
UNITED STATES OF AMERICA
:
   - v. -
:
MARK S. SCOTT,
:
   Defendant.
:
———————————————————— x

**ECF CASE**

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

**17 Cr. 630 (ER)**

TO:   Clerk of Court
        United States District Court
        Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case in addition to AUSAs already on the case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney for the
      Southern District of New York

      by:  */s/ Christopher J. DiMase*
           Christopher J. DiMase
           Assistant United States Attorney
           One Saint Andrew's Plaza
           New York, NY 10007
           Tel: (212) 637-2433
           Fax: (212) 637-2429
           E-Mail: christopher.dimase@usdoj.gov