UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>          Plaintiff,<br><br>v.<br><br>MARK S. SCOTT,<br><br>          Defendant. | Case No. 17-cr-00630 (ER)<br><br>NOTICE OF APPEARANCE<br><br>ECF CASE |

PLEASE TAKE NOTICE that ARLO DEVLIN-BROWN, an attorney duly admitted to practice before this Court, hereby appears as counsel on behalf of defendant Mark S. Scott in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at the following address:

        Arlo Devlin-Brown
        COVINGTON & BURLING LLP
        The New York Times Building
        620 Eighth Avenue
        New York, New York 10018-1405
        (212) 841-1000
        adevlin-brown@cov.com

Dated: New York, New York  
September 13, 2018

Respectfully submitted,

COVINGTON & BURLING LLP

By:   s/Arlo Devlin-Brown  
      Arlo Devlin-Brown

The New York Times Building  
620 Eighth Avenue  
New York, New York 10018-1405  
(212) 841-1000  
adevlin-brown@cov.com

*Attorney for Defendant Mark S. Scott*