UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>               Plaintiff,<br><br>v.<br><br>MARK S. SCOTT,<br><br>               Defendant. | Case No. 17-cr-00630 (ER)<br><br>NOTICE OF APPEARANCE<br><br>ECF CASE |

PLEASE TAKE NOTICE that ALAN VINEGRAD, an attorney duly admitted to practice before this Court, hereby appears as counsel on behalf of defendant Mark S. Scott in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at the following address:

> Alan Vinegrad
> COVINGTON & BURLING LLP
> The New York Times Building
> 620 Eighth Avenue
> New York, New York 10018-1405
> (212) 841-1000
> avinegrad@cov.com

Dated: New York, New York  
September 13, 2018

Respectfully submitted,

COVINGTON & BURLING LLP

By: <u>s/Alan Vinegrad</u>  
     Alan Vinegrad

The New York Times Building  
620 Eighth Avenue  
New York, New York 10018-1405  
(212) 841-1000  
avinegrad@cov.com

*Attorney for Defendant Mark S. Scott*