IH-29

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 3 2018

# DISTRICT JUDGE BAIL DISPOSITION SHEET

UNITED STATES OF AMERICA
-vs-
Mark Scott

Date: 9/13/18
Docket No: 17-cr-630 (ER)

DEFENDANT ADVISED OF HIS RIGHTS UNDER THE FEDERAL RULES OF CRIMINAL PROCEDURE. THE CHARGE WAS EXPLAINED. DEFENDANT ADVISED OF THE RIGHT TO COUNSEL AT ALL PROCEEDINGS, AND IF DEFENDANT HAS NO FUNDS, COUNSEL WILL BE APPOINTED.

FOR THE GOVERNMENT:
Julieta V. Lozano
Tim Howard

FOR THE DEFENDANT(S):
Carlo Devlin-Brown

BAIL DISPOSITION:
Defendant to be released on $2.5 million PRB; 2 FRP $20 $750,000 cash or property as security; Travel restricted to SDNY/EDNY/SDFL/DMA; Surrender travel documents and no new applications; Supervision as directed by PTS; Defendant to submit urinalysis and if positive, add condition of drug treatment; home detention; Electronic monitoring; Defendant not to possess firearm/destructive device/other weapon; Defendant to be detained until all conditions are met.

SIGNED BY: _____, U.S.D.J.

PSA OFFICER: _____
INTERPRETER: _____

SDNY
[stamp: ELECTRONICALLY FILED]

PART I – TO MAGISTRATE CLERK'S OFFICE