**COVINGTON**

BEIJING   BRUSSELS   DUBAI   JOHANNESBURG   LONDON
LOS ANGELES   NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1046
adevlin-brown@cov.com

**Filed on ECF**                                                                                                    September 20, 1018

Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:  United States v. Mark Scott, 17 Cr. 630 (ER)

Dear Judge Ramos:

      At the request of the Government, we write on behalf of our client Mark Scott to make clear for the record that both of the Government-approved co-signers who signed the bond did so yesterday, on September 19, 2018, notwithstanding the fact that the handwritten date notation on the copy of the bond signed by one of the co-signers appears to read "7/19/18" rather than "9/19/18."  In particular, the copy of the bond signed by Tony Selimi at the federal court in Columbus, Ohio after the Government arranged for it to be transmitted there yesterday contains the erroneous handwritten date of "7/19/18" by the signature line.  The Government and the defense counsel made a notation on the bond confirming that Mr. Selimi signed it September 19, 2018, which was in fact the case.  The Government asked defense counsel reiterate in writing to the Court that the bond was signed on September 19, 2018 to make a further record on this point, and we do so through this letter.

      Respectfully submitted,

      s/ Arlo Devlin-Brown

      Arlo Devlin-Brown