# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   SAN FRANCISCO
SEOUL   SHANGHAI   SILICON VALLEY   WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1046
adevlin-brown@cov.com

Via ECF
Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

October 16, 2018

The application is ✓ granted.
___ denied.

Edgardo Ramos, U.S.D.J.
Dated: 10/17/2018
New York, New York 10007

Re: United States v. Mark S. Scott S6 17 Cr. 630(ER)

Dear Judge Ramos:

We write on behalf of our client, Mark Scott, in the above-captioned matter. The bail bond authorizing Mr. Scott's release provides for home detention and limits travel to the Southern District of Florida, the Southern and Eastern Districts of New York, and the District of Massachusetts. Mr. Scott maintains a residence in both Coral Gables, Florida and on Cape Cod. Mr. Scott has been residing at his Coral Gables residence under the supervision of Pretrial Services in the Southern District of Florida. Pretrial Services has approved Mr. Scott's request travel to the District of Massachusetts on October 18, returning on October 19. The purpose of the trip is to address business issues and meet with Massachusetts attorneys.

The terms of the bond itself do not indicate that Mr. Scott must obtain permission from the Court to travel between Massachusetts and Florida in circumstances where Pretrial Services has approved the trip. However, during the September 13 court appearance at which the issue of bail was addressed the Government asked that Mr. Scott arrange for judicial permission for any planned travel to Massachusetts and the Court stated that such judicial permission should be sought. Accordingly, Mr. Scott seeks permission to take the above-described trip to Massachusetts that has been approved by Pretrial Services. We have spoken to the Government, which has no opposition to this request.

Respectfully Submitted,

Arlo Devlin-Brown

cc:   Government counsel