**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   SAN FRANCISCO
SEOUL   SHANGHAI   SILICON VALLEY   WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1046
adevlin-brown@cov.com

Via ECF                                                                                    October 24, 2018

Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

       **Re: United States v. Mark S. Scott S6 17 Cr. 630(ER)**

Dear Judge Ramos:

      We write on behalf of our client, Mark Scott, to request with consent of the Government an adjournment of the November 1, 2018 conference scheduled in this matter.  Mr. Scott seeks this adjournment in order to access funds and take other necessary steps to secure counsel in this matter.   The parties are available on the morning of November 15th should that date prove convenient for the Court.  Mr. Scott consents to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until the date for which the appearance is rescheduled as such delay assists Mr. Scott in exercising this 6th Amendment right to secure counsel of his choice.

                                                       Respectfully Submitted,

                                                       Arlo Devlin-Brown

cc:     Government counsel