## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| United States of America, | ) | CASE NO. 17-cr-00630 (ER) |
| | ) | |
| Plaintiff, | ) | **MOTION FOR ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| MARK S. SCOTT, | ) | |
| | ) | **ECF CASE** |
| Defendant. | ) | |
| | ) | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, **David M. Garvin, Esq.**, hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for **Defendant, Mark S. Scott**, in the above-captioned action.

I am in good standing of the bar of the state of <u>Florida</u> and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: October 29, 2018

Respectfully submitted,

DAVID M. GARVIN

Applicant Signature: _[signature]_

Applicant's Name: __David M. Garvin__

Firm Name: __David M. Garvin, P.A.__

Address: __200 South Biscayne Boulevard, Suite 3150__

City/State/Zip: __Miami, Florida 33131__

Telephone/Fax: __(305) 371-8101 / (305) 371-8848__

Email: __ontrial2@gmail.com__