UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| United States of America, | ) | CASE NO. 17-cr-00630 (ER) |
| | ) | |
| Plaintiff, | ) | **ORDER FOR ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| MARK S. SCOTT, | ) | |
| | ) | **ECF CASE** |
| Defendant. | ) | |
| | ) | |

The motion of David M. Garvin, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Florida; and that his contact information is as follows:

Applicant's Name: David M. Garvin

Firm Name: David M. Garvin, P.A.

Address: 200 South Biscayne Boulevard, Suite 3150

City/State/Zip: Miami, Florida 33131

Telephone/Fax: (305) 371-8101 / (305) 371-8848

Email: ontrial2@gmail.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant, Mark S. Scott in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____        _____
                                    United States District / Magistrate Judge