UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  | ) | **ECF CASE** |
| UNITED STATES OF AMERICA | ) |  |
|  | ) | **NOTICE OF APPEARANCE AND REQUEST** |
| - v. - | ) | **FOR ELECTRONIC NOTIFICATION** |
|  | ) | **17 Cr. 630 (ER)** |
| MARK SCOTT, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

> Respectfully submitted,
> GEOFFREY S. BERMAN
> United States Attorney for the
> Southern District of New York
>
> by:   /S/
>       Nicholas S. Folly
>       Assistant United States Attorney
>       (212) 637-1060