## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| United States of America, | ) | CASE NO.  17-cr-00630 (ER) |
| | ) | |
| Plaintiff, | ) | **MOTION FOR ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| MARK S. SCOTT, | ) | |
| | ) | **ECF CASE** |
| Defendant. | ) | |
| | ) | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, **David M. Garvin, Esq.,** hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for **Defendant, Mark S. Scott,** in the above-captioned action.

I am in good standing of the bar of the state of <u>Florida</u> and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached the affidavit pursuant to Local Rule 1.3.

Dated: November 1, 2018

Respectfully submitted,

DAVID M. GARVIN

Applicant Signature: _____

Applicant's Name:  David M. Garvin

Firm Name:  David M. Garvin, P.A.

Address:  200 South Biscayne Boulevard, Suite 3150

City/State/Zip:  Miami, Florida 33131

Telephone/Fax:  (305) 371-8101 / (305) 371-8848

Email:  ontrial2@gmail.com