# AFFIDAVIT OF DAVID M. GARVIN
## IN SUPPORT OF MOTION TO APPEAR
## PRO HAC VICE

Before me the undersigned authority, personally appeared David M. Garvin, who after being duly sworn, deposes and states:

1. I have filed a motion for leave to appear Pro Hac Vice on behalf of Defendant, Mark S. Scott.

2. I am a member in good standing of the Florida Bar. A copy of a Certificate of Good Standing issued within the past 30 days is attached.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. I have been a member of the Florida Bar continuously since October 2, 1982.

_____
David M. Garvin
Florida Bar Number 347736

Miami-Dade County
Florida

Before me this 29TH day of October, 2018, personally appeared David M. Garvin, who signed the above affidavit in my presence. David M. Garvin produced his Florida Driver's License as identification.

_____
Rolando Casais, Jr., Notary Public

Notary Public State of Florida
Rolando Casais Jr
My Commission GG 127541
Expires 08/12/2021

My commission expires: 8/12/21