UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| United States of America, | ) | CASE NO. 17-cr-00630 (ER) |
| | ) | |
| Plaintiff, | ) | **ORDER FOR ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| MARK S. SCOTT, | ) | |
| | ) | **ECF CASE** |
| Defendant. | ) | |
| | ) | |

The motion of <u>David M. Garvin</u>, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of <u>Florida</u>; and that his contact information is as follows:

Applicant's Name: <u>David M. Garvin</u>

Firm Name: <u>David M. Garvin, P.A.</u>

Address: <u>200 South Biscayne Boulevard, Suite 3150</u>

City/State/Zip: <u>Miami, Florida 33131</u>

Telephone/Fax: <u>(305) 371-8101 / (305) 371-8848</u>

Email: <u>ontrial2@gmail.com</u>

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for <u>Defendant, Mark S. Scott</u> in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge