

# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida )

County of Leon )

In Re: 0347736
David Michael Garvin
David M. Garvin, P.A.
David M Garvin PA 200 S Biscayne Blvd Ste 3150
Miami, FL 33131-2305

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **October 28, 1982**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 29th day of October, 2018.

Pam Gerard, Manager
Membership Records Dept.
The Florida Bar

PG:R10
CTM-26481

