
Gmail

David M. Garvin <ontrial2@gmail.com>

## Pay.gov Payment Confirmation: NEW YORK SOUTHERN DISTRICT COURT
1 message

do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>  Mon, Oct 29, 2018 at 4:27 PM
Reply-To: help_desk@nysd.uscourts.gov
To: ontrial2@gmail.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Helpdesk at 212-805-0800.

Account Number: 2843307
Court: NEW YORK SOUTHERN DISTRICT COURT
Amount: $200.00
Tracking Id: ANYSDC-15826312
Approval Code: 127521
Card Number: ************9000
Date/Time: 10/29/2018 04:27:42 ET

NOTE: This is an automated message. Please do not reply