UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

    -v.-

Mark S. Scott,

_____ Defendant. _____

17 CR 630

**MOTION FOR ADMISSION
PRO HAC VICE**

       Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Jamie Nobles,  hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Mark S. Scott in the above-captioned action.

       I am in good standing of the bars of the states of New York and Florida, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: October 30, 2018

Respectfully Submitted,

Jamie Nobles, Esq.

Applicant Signature: _____

Applicant's Name: Jamie Nobles _____

Firm Name: Nobles & DeCarolis _____

Address: 45 Exchange Blvd., Suite 275 _____

City/State/Zip: Rochester, NY 14614 _____

Telephone/Fax: (585) 546-1260, Fax (585) 697-9214 ___

Email: james@noblesdefense.com _____