# CERTIFICATE OF GOOD STANDING

## UNITED STATES OF AMERICA

## WESTERN DISTRICT OF NEW YORK

I, Mary C. Loewenguth, Clerk of the United States District Court, Western District of New York, DO HEREBY CERTIFY that James L. Nobles was duly admitted to practice in said Court on November 5, 2007, and is in good standing as a member of the bar of said Court.

Dated: October 24, 2018

Rochester, New York

MARY C. LOEWENGUTH
Clerk of Court

By _____
Deputy Clerk