UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

    -v.-　　　　　　　　　　　　　　　　　　　　　17 CR 630

Mark S. Scott,　　　　　　　　　　　　　　　　　**ATTORNEY AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

                Defendant.
_____

STATE OF NEW YORK )
                         ss:
COUNTY OF MONROE )

Jamie Nobles, Esq., being duly sworn, hereby deposes and says as follows:

1. I am an attorney licensed to practice law in the State of New York.

2. My law partner, Brian DeCarolis, and I operate the partnership of Nobles and DeCarolis, with a principal office located at 275 Times Square Bldg., 45 Exchange Blvd., Rochester, NY 14614.

3. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

4. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bar of the States of New York and Florida, and am admitted in federal court in the Western District of New York.

5. There are no pending disciplinary proceedings against me in any State or Federal Court.

6. I have never been convicted of a felony, censured, suspended, disbarred, or denied admission or readmission by any court.

7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Defendant Mark S. Scott.

                                                Jamie Nobles, Esq.
                                                45 Exchange Blvd., Suite 275
                                                Rochester, NY 14614
                                                (585) 546-1260
                                                james@noblesdefense.com

Sworn to before me this
30th day of October, 2018.

_____
NOTARY PUBLIC

HEIDI E. GRIFFITH
Notary Public - State of New York
No. 01GR6236853
Qualified in Monroe County
My Commission Expires 3/07/2019