```
                                              USDC SDNY
                                              DOCUMENT
UNITED STATES DISTRICT COURT                  ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                 DOC #_____
                                              DATE FILED: 11/5/2018
```

United States of America,

    -v.-                                                    17 CR 630

Mark S. Scott,

                      Defendant.           **ORDER FOR ADMISSION PRO HAC VICE**

       The motion of JAMIE NOBLES, for admission to practice Pro Hac Vice in the above-captioned action is granted.

       Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of New York and Florida; and that his contact information is as follows:

Applicant's Name: Jamie Nobles

Firm Name: Nobles & DeCarolis

Address: 45 Exchange Boulevard, Suite 275

City / State / Zip: Rochester, New York 14614

Telephone / Fax: (585) 546-1260; Fax (585) 697-9214

       Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Mark S. Scott, in the above entitled action;

       IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: November 5, 2018

                                                                     Edgardo Ramos, U.S.D.J.