

**David M. Garvin**
Florida Bar Board Certified in Taxation
LLM, Tax

LAW OFFICES
# DAVID M. GARVIN, P.A.
200 SOUTH BISCAYNE BOULEVARD, SUITE 3150
MIAMI, FLORIDA 33131
TELEPHONE (305) 371-8101
FAX (305) 371-8848

E-MAIL: ontrial2@gmail.com
WEBSITE: davidmgarvin.com

February 1, 2019

**Via ECF**
Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

The application is  X  granted
                   ___ denied

Edgardo Ramos, U.S.D.J
Dated: 2/4/2019
New York, New York

**Re: United States vs. Mark Scott**
    **Case No. S6 17 CR 630 (ER)**

Dear Judge Ramos:

    I am writing on behalf of Mark Scott to request leave to serve two subpoenas for records each with a specified return date prior to the trial, pursuant to Rule 17(c)(1) of the Federal Rules of Criminal Procedure. Request is made that the subpoenas be issued with a return date of March 1, 2019. The defense intends to cause the subpoenas to be served upon Mr. Scott's former employer, Locke Lord, LLP and also upon Apex Fund Services.

    I have communicated with AUSA, Christopher DiMase concerning this motion. He advised me that the United States takes no position.

Respectfully submitted,

David M. Garvin
Counsel for Defendant, Mark Scott

cc: Government counsel