

**LAW OFFICES**

# DAVID M. GARVIN, P.A.
200 SOUTH BISCAYNE BOULEVARD, SUITE 3150
MIAMI, FLORIDA 33131
TELEPHONE (305) 371-8101
FAX (305) 371-8848

**David M. Garvin**
Florida Bar Board Certified in Taxation
LLM, Tax

E-MAIL: ontrial2@gmail.com
WEBSITE: davidmgarvin.com

May 1, 2019

<u>BY ECF</u>

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    **Re: United States v. Mark S. Scott,
S6 17 Cr. 630 (ER)**

Dear Judge Ramos:

    It is the understanding of the parties that the Court has granted the Government's request, over Mr. Scott's objection, to schedule the trial to commence on or about October 7, 2019. In view of the new trial date, the defendant requests that the due dates for pre-trial motions be rescheduled as follows:

1. Pre-trial motions will be due on July 1, 2019;

2. Responses to pre-trial motions will be due on July 22, 2019; and

3. Replies to responses to pre-trial motions will be due on August 5, 2019.

Counsel for the United States has been notified of this letter motion and has stated that the United States has no objection to these proposed dates. In addition, the Parties would respectfully propose that the conference be scheduled for either Friday, August 8, 2019 or Monday, August 12, 2019, whichever is more convenient to the Court.

    Wherefore, Mr. Scott moves this Honorable Court grant his request to reschedule the dates for pre-trial motions and the subsequent conference.

                                              Respectfully submitted,

                                             David M. Garvin

cc: Government's counsel