AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Safe Deposit Box Number 220 in the Yarmouth, MA branch of Cooperative Bank of Cape Cod located at 121 Main Street, Yarmouth Port, MA 02675 | )<br>)<br>)   Case No.   18-mj-5112-JGD<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Massachusetts_____
*(identify the person or describe the property to be searched and give its location):*

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____October 8, 2018_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Hon. Judith G. Dein_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 12:43 PM, Sep 25, 2018   */s/ Judith Gail Dein*
                                                *Judge's signature*

City and state:   Boston, Massachusetts   Hon. Judith G. Dein, United States Magistrate Judge
                                           *Printed name and title*

EXHIBIT "C"

MS_USAO_00000741

## ATTACHMENT A

### PREMISES TO BE SEARCHED

**The premises to be searched (the "Subject Premises") are described as follows, and include all locked and closed containers found therein:**

The Subject Premises is safe deposit box number 220 in the Yarmouth, MA branch of Cooperative Bank of Cape Cod located at 121 Main Street, Yarmouth Port, MA 02675.

Additionally, review of the items described in Attachment B shall be conducted pursuant to established procedures designed to collect evidence in a manner reasonably designed to protect any attorney-client or other applicable privilege. Because the owner and resident of the Subject Premises is an attorney, the procedures shall include use of a designated "filter team," separate and apart from the investigative team, in order to address potential privilege issues.

1

MS_USAO_00000743