UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | NO.: 17-cr-00630 (ER) |
| - v. - | **NOTICE OF MOTION TO COMPEL GOVERNMENT TO PROVIDE EXHIBIT AND WITNESS LIST IN ADVANCE OF TRIAL** |
| MARK S. SCOTT, | |
| Defendant. | ECF CASE |

PLEASE TAKE NOTICE THAT, upon the declaration of David Garvin, dated May 14, 2019, and upon the accompanying memorandum of law, the Defendant Mark S. Scott will move this Court before the Honorable Edgardo Ramos, United States District Court, Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 619, New York, New York 10007, at a time to be determined by the Court, for an Order compelling the government to provide the defense a witness and exhibit list at least 14 days prior to trial, and for such other relief as the Court may deem to be just and proper.

Dated: May 14, 2019

Respectfully submitted,

/s/ David M. Garvin
David M. Garvin
Counsel for Defendant, Mark S. Scott
DAVID M. GARVIN, P.A.
200 South Biscayne Boulevard
Suite 3150
Miami, Florida 33131
Tel: (305) 371-8101
Fax: (305) 371-8848
Email: ontrial2@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2019, I electronically filed Defendant's NOTICE OF MOTION TO COMPEL GOVERNMENT TO PROVIDE EXHIBIT AND WITNESS LIST IN ADVANCE OF TRIAL with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the parties in this case:

Christopher Joseph DiMase, AUSA;
Julieta Veronica Lozano, AUSA
Nicholas Folly, AUSA
James Nobles, Esq.

                                                /s/ David M. Garvin
                                                David M. Garvin, Esq.
                                                Counsel for Defendant, Mark S. Scott
                                                DAVID M. GARVIN, P.A.
                                                200 South Biscayne Boulevard
                                                Suite 3150
                                                Miami, Florida 33131
                                                Tel: (305) 371-8101
                                                Fax: (305) 371-8848
                                                Email: ontrial2@gmail.com