UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br><br><br><br>MARK S. SCOTT,<br><br>              Defendant. | NO.: 17-cr-00630 (ER)<br><br>**DECLARATION OF DAVID M. GARVIN IN SUPPORT OF MOTION TO COMPEL GOVERNMENT TO PROVIDE EXHIBIT AND WITNESS LIST IN ADVANCE OF TRIAL**<br><br>ECF CASE |

DAVID M. GARVIN, counsel for Mark S. Scott, declares as follows:

1. I am an attorney licensed to practice law in the State of Florida.

2. By Order of this Court on November 5, 2018, I was granted permission by Judge Ramos to appear pro hac vice in this matter and serve as counsel of record for the defendant Mark S. Scott.

3. I am submitting this declaration in support of defendant Mark S. Scott's Motion to Compel Government to Provide Exhibit and Witness List in Advance of Trial dated May 14, 2019.

4. Because of the recent discussions regarding an extension of the motion deadline as it relates to the Speedy Trial Act and our subsequent decision to file motions as soon as possible, I have only recently asked counsel for the government whether they will agree to providing a witness and exhibit list. They have not had adequate time to respond. This motion is filed in good faith based on the current timeline. Defense counsel will modify or withdraw this motion depending on the government's response.

5.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 14, 2019
Miami, Florida

_____
DAVID M. GARVIN

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2019, I electronically filed the instant Declaration with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the parties in this case:

Christopher Joseph DiMase, AUSA;
Julieta Veronica Lozano, AUSA
Nicholas Folly, AUSA
James Nobles, Esq.

/s/ David M. Garvin
David M. Garvin, Esq.
Counsel for Defendant, Mark S. Scott
DAVID M. GARVIN, P.A.
200 South Biscayne Boulevard
Suite 3150
Miami, Florida 33131
Tel: (305) 371-8101
Fax: (305) 371-8848
Email: ontrial2@gmail.com