UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | NO.: 17-cr-00630 (ER) |
| ) | |
| - v. - ) | **DECLARATION OF** |
| ) | **DAVID M. GARVIN IN** |
| ) | **SUPPORT OF MOTION TO** |
| ) | **DISMISS FOR INSUFFICIENCY** |
| ) | **OF INDICTMENT** |
| MARK S. SCOTT, ) | |
| ) | **ECF CASE** |
| Defendant. ) | |

DAVID M. GARVIN, counsel for Mark S. Scott, declares as follows:

1. I am an attorney licensed to practice law in the State of Florida.

2. By Order of this Court on November 5, 2018, I was granted permission by Judge Ramos to appear pro hac vice in this matter and serve as counsel of record for the defendant Mark S. Scott.

3. I am submitting this declaration in support of defendant Mark S. Scott's Motion to Dismiss for Insufficiency of Indictment dated May 14, 2019.

4. The government has provided a partial bill of particulars in this case, which is attached as **Exhibit A** to this declaration.

5. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 14, 2019
Miami, Florida

_____
DAVID M. GARVIN

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2019, I electronically filed the instant Declaration with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the parties in this case:

Christopher Joseph DiMase, AUSA;
Julieta Veronica Lozano, AUSA
Nicholas Folly, AUSA
James Nobles, Esq.

/s/ David M. Garvin
David M. Garvin, Esq.
Counsel for Defendant, Mark S. Scott
DAVID M. GARVIN, P.A.
200 South Biscayne Boulevard
Suite 3150
Miami, Florida 33131
Tel: (305) 371-8101
Fax: (305) 371-8848
Email: ontrial2@gmail.com