UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA )  NO.: 17-cr-00630 (ER)
 )
- v. - ) **DECLARATION OF**
 ) **DAVID M. GARVIN IN**
 ) **SUPPORT OF MOTION**
 ) **FOR DISCLOSURE OF**
 ) ***BRADY* MATERIAL**
 )
MARK S. SCOTT, )
 ) **ECF CASE**
              Defendant. )

DAVID M. GARVIN, counsel for Mark S. Scott, declares as follows:

1. I am an attorney licensed to practice law in the State of Florida.

2. By Order of this Court on November 5, 2018, I was granted permission by Judge Ramos to appear pro hac vice in this matter and serve as counsel of record for the defendant Mark S. Scott.

3. I am submitting this declaration in support of defendant Mark S. Scott's Motion for Disclosure of *Brady* Material dated May 14, 2019.

4. Attached hereto as Exhibit A is my *Brady* request letter to AUSAs DiMase, Lozano, Folly dated January 25, 2019

5. Attached hereto as Exhibit B is the government's *Brady* response, dated February 19, 2019. I have not included the attachments to this correspondence for confidentiality reasons but can supply any necessary documentation to the Court.

6. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 14, 2019
Miami, Florida

_____
DAVID M. GARVIN

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2019, I electronically filed the instant Declaration with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the parties in this case:

Christopher Joseph DiMase, AUSA;
Julieta Veronica Lozano, AUSA
Nicholas Folly, AUSA
James Nobles, Esq.

/s/ David M. Garvin
David M. Garvin, Esq.
Counsel for Defendant, Mark S. Scott
DAVID M. GARVIN, P.A.
200 South Biscayne Boulevard
Suite 3150
Miami, Florida 33131
Tel: (305) 371-8101
Fax: (305) 371-8848
Email: ontrial2@gmail.com