# **EXHIBIT 1**
# **(FILED UNDER SEAL)**

# EXHIBIT 2
# (FILED UNDER SEAL)

# **<u>EXHIBIT 3</u>**

# Inventory Listing of Warrant Items Seized at Search Warrant Site

| | | |
|---|---|---|
| **Site Name:** | **Investigation Number:** | **Report Date:** |
| 600 Coral Way, Unit 12, Coral Gables | | Thursday, September 06, 2018 |
| | **Starting Date and Time:** | |
| | 09/05/2018 08:46 AM | |
| | **Ending Date and Time:** | |
| | 09/05/2018 02:54 PM | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 1 | | **Evidence Box:** | 1 |
| **Location:** | MASTER BATH | | **Locator Code:** | MASTER BATHROOM |
| **Found:** | VANITY | | | |
| **Description:** | Seized Per Warrant | LIDIA & MARK SCOTT INTERIOR RENOVATION RECEIPTS FERTILITY CENTER CONTACT INFO MISC PHONE NUMBERS ON POST NOTES | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 2 | | **Evidence Box:** | 1 |
| **Location:** | MASTER BEDROOM | | **Locator Code:** | TABLE |
| **Found:** | BED SIDE TABLE | | | |
| **Description:** | Seized Per Warrant | NOTEBOOK | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 3 | | **Evidence Box:** | 2 |
| **Location:** | CLOSET BEDROOM 4 | | **Locator Code:** | BRIEFCASE |
| **Found:** | ON SHELF | | | |
| **Description:** | Seized Per Warrant | MISCELLANEOUS INVESTMENT DOCUMENTS & LETTERS *POTENTIALLY PRIVILEDGE* | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 4 | | **Evidence Box:** | 2 |
| **Location:** | BEDROOM 4 | | **Locator Code:** | CLOSET |
| **Found:** | IN CLOSET | | | |
| **Description:** | Seized Per Warrant | INCORPORATION DOCUMENTS *POTENIALLY FILTER* | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 5 | | **Evidence Box:** | 2 |
| **Location:** | BEDROOM 4 | | **Locator Code:** | CLOSET |
| **Found:** | IN DRAWER | | | |
| **Description:** | Seized Per Warrant | ENGAGEMENT LETTER | | |

| **Control #:** | 6 | **Evidence Box:** | 2 |
|---|---|---|---|
| **Location:** | CLOSET BDRM 3 | **Locator Code:** | DRESSER |
| **Found:** | ON TOP OF DRESSER SHELF | | |
| **Description:** | Seized Per Warrant | 2017-S CORP TAX RETURN COVER PAGE 2017-SCHEDULE K-1 *POTENTIALLY PRIVILEDGED | |

| **Control #:** | 7 | **Evidence Box:** | 3 |
|---|---|---|---|
| **Location:** | BEDROOM 4 | **Locator Code:** | TABLE |
| **Found:** | END TABLE SHELF | | |
| **Description:** | Seized Per Warrant | MISCELLANEOUS DOCUMENTS FATES GROUP MISS INTERNATIONAL FENERO ONE COIN | |

| **Control #:** | 8 | **Evidence Box:** | 4 |
|---|---|---|---|
| **Location:** | BEDROOM 4 | **Locator Code:** | DESK |
| **Found:** | ON FLOOR NEAR DESK | | |
| **Description:** | Seized Per Warrant | FILE OF DOCUMENTS RELATED TO VARIOUS ENTITIES, SUCH AS FENERO, MSS INTERNATIONAL. COPY OF MARK SCOTT WILL *POTENTIALLY PRIVILEDGED MATERIAL* | |

| **Control #:** | 9 | **Evidence Box:** | 1 |
|---|---|---|---|
| **Location:** | MASTER CLOSET | **Locator Code:** | MASTER CLOSET |
| **Found:** | IN WATCH CASE | | |
| **Description:** | Seized Per Warrant | TIMEPIECE PERFECTION RECEIPT FOR PANERAI 525 WATCH FOR $21,500 PAID BY WIRE ON 11/23/2015 | |

| **Control #:** | 10 | **Evidence Box:** | 5 |
|---|---|---|---|
| **Location:** | MASTER BATH | **Locator Code:** | MASTER CLOSET |
| **Found:** | LEFT SIDE OF CLOSET SHELF | | |
| **Description:** | Seized Per Warrant | BLUE BERKIN HERMES PURSE/BAG | |

| **Control #:** | 11 | **Evidence Box:** | 5 |
|---|---|---|---|
| **Location:** | MASTER BATH | **Locator Code:** | LEFT SIDE |
| **Found:** | LINGERIE DRAWERS | | |
| **Description:** | Seized Per Warrant | RECEIPTS FOR FRUITS OF CRIME HERMES | |

| | | | |
|---|---|---|---|
| **Control #:** | 12 | **Evidence Box:** | 5 |
| **Location:** | MASTER BATH | **Locator Code:** | MASTER CLOSET |
| **Found:** | LEFT SHELF | | |
| **Description:** | Seized Per Warrant   HERMES GLOVES WALLET | | |

| | | | |
|---|---|---|---|
| **Control #:** | 13 | **Evidence Box:** | 6 |
| **Location:** | MASTER CLOSET | **Locator Code:** | MASTER CLOSET |
| **Found:** | LEFT SHELF | | |
| **Description:** | Seized Per Warrant   HERMES BIRKIN BAG (ORANGE) | | |

| | | | |
|---|---|---|---|
| **Control #:** | 14 | **Evidence Box:** | 7 |
| **Location:** | BEDROOM 4 | **Locator Code:** | DESK |
| **Found:** | ON DESK | | |
| **Description:** | Seized Per Warrant   VARIOUS DOCUMENTS INCLUDING INVESTMENTS AGREEMENTS TAX DOCUMENTS, FENERO EQUITY POTENTIALLY PRIVILEDGED | | |

| | | | |
|---|---|---|---|
| **Control #:** | 15 | **Evidence Box:** | |
| **Location:** | CLOSET BEDROOM 4 | **Locator Code:** | CLOSET |
| **Found:** | FAR CORNER-LEFT SIDE | | |
| **Description:** | Seized Per Warrant   1) BERRETTA SHOGUN 2) LEATHER CASE 3) RECEIPT OF PURCHASE -11618 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 16 | **Evidence Box:** | 8 |
| **Location:** | BEDROOM 1 | **Locator Code:** | SIDE OF BED |
| **Found:** | ON SHELF | | |
| **Description:** | Seized Per Warrant   APPLE I PAD A1396 - DLXFC1DUDFJZ | | |

| | | | |
|---|---|---|---|
| **Control #:** | 17 | **Evidence Box:** | 8 |
| **Location:** | BEDROOM 1 | **Locator Code:** | SIDE OF BED |
| **Found:** | ON SHELF | | |
| **Description:** | Seized Per Warrant   DELL INSPIRION N711  - 43MM3S1 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 18 | **Evidence Box:** | 8 |
| **Location:** | BEDROOM 1 | **Locator Code:** | SIDE OF BED |
| **Found:** | ON SHELF | | |
| **Description:** | Seized Per Warrant   HP PAVILLION DV5 - CNF9131SWL | | |

| | | | |
|---|---|---|---|
| **Control #:** | 19 | **Evidence Box:** | 8 |
| **Location:** | BEDROOM 1 | **Locator Code:** | SIDE OF BED |
| **Found:** | ON SHELF | | |
| **Description:** | Seized Per Warrant   TOSHIBA TERRA A5  - PTA50E-02Q00VGR - 75161255K | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 20 | | **Evidence Box:** | 8 |
| **Location:** | BEDROOM 4 | | **Locator Code:** | ON TOP |
| **Found:** | OF DESKTOP COMPUTER | | | |
| **Description:** | Seized Per Warrant | MICROSOFT SURFACE 1724 035833662553 | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 21 | | **Evidence Box:** | 8 |
| **Location:** | MASTER CLOSET | | **Locator Code:** | ON SHELF |
| **Found:** | JEWELRY BOX | | | |
| **Description:** | Seized Per Warrant | LEXAR 326B FLASH DRIVE NO S/ N | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 22 | | **Evidence Box:** | 8 |
| **Location:** | MASTER CLOSET | | **Locator Code:** | ON SHELF |
| **Found:** | W JEWELRY BOX | | | |
| **Description:** | Seized Per Warrant | DANE ELEC 1GBFLASH   CARD NO S/N | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 23 | | **Evidence Box:** | 1 |
| **Location:** | 2ND BEDROOM CLOSET | | **Locator Code:** | CLOSET |
| **Found:** | SAFE | | | |
| **Description:** | Seized Per Warrant | NOTE BOOK ORGANIZATION CHART | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 24 | | **Evidence Box:** | 8 |
| **Location:** | CLOSET BDRM 3 | | **Locator Code:** | CLOSET |
| **Found:** | ON SHELF | | | |
| **Description:** | Seized Per Warrant | DELL LAPTOP 7547 - 8FPJ722 | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 25 | | **Evidence Box:** | 8 |
| **Location:** | BEDROOM 4 | | **Locator Code:** | ON FLOOR |
| **Found:** | UNDERNEATH DESK | | | |
| **Description:** | Seized Per Warrant | ASUS DESKTOP M32AO - F4PDCG001W8D | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 26 | | **Evidence Box:** | 8 |
| **Location:** | KITCHEN | | **Locator Code:** | COUNTER |
| **Found:** | ON COUNTER | | | |
| **Description:** | Seized Per Warrant | MICROSOFT SURFACE 1724  - 035218261853 | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 27 | | **Evidence Box:** | 8 |
| **Location:** | BEDROOM 4 | | **Locator Code:** | TOP CLOSET |
| **Found:** | TOP LEFT DRAWER | | | |
| **Description:** | Seized Per Warrant | BLACKBERRY STV 100 - 35315007512157121570 | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 28 | | **Evidence Box:** | 8 |
| **Location:** | BEDROOM 4 | | **Locator Code:** | CLOSET |
| **Found:** | TOP LEFT DRAWER | | | |
| **Description:** | Seized Per Warrant | BLACKBERRY STV 100 - 353150075428256 | | |

| **Control #:** | 29 | **Evidence Box:** | 8 |
|---|---|---|---|
| **Location:** | HALL BATHROOM | **Locator Code:** | CLOSET |
| **Found:** | IN CLOSET | | |
| **Description:** | Seized Per Warrant    USB FLASH DRIVE MANUFACTURER AND  S/N UNKNOWN | | |

| **Control #:** | 30 | **Evidence Box:** | 8 |
|---|---|---|---|
| **Location:** | BEDROOM 4 | **Locator Code:** | INSIDE ENVELOPE |
| **Found:** | SHAPED LIKE A KEY | | |
| **Description:** | Seized Per Warrant    USB FLASH DRIVE MANUFACTURER AND S/N UNKNOWN | | |

| **Control #:** | 31 | **Evidence Box:** | 8 |
|---|---|---|---|
| **Location:** | CLOSET BDRM 3 | **Locator Code:** | CLOSET |
| **Found:** | IN BAG | | |
| **Description:** | Seized Per Warrant    BLACKBERRY BOLD 9900/356841041746170 | | |

| **Control #:** | 32 | **Evidence Box:** | 8 |
|---|---|---|---|
| **Location:** | BEDROOM 4 | **Locator Code:** | ORGANIZER |
| **Found:** | INSIDE ON TOP OF DESK | | |
| **Description:** | Seized Per Warrant    BLACKBERRY PORSCHE P9981 - 359850040344884 | | |

| **Control #:** | 33 | **Evidence Box:** | 8 |
|---|---|---|---|
| **Location:** | BEDROOM 4 | **Locator Code:** | ORGANIZER |
| **Found:** | INSIDE ON TOP OF DESK | | |
| **Description:** | Seized Per Warrant    BLACKBERRY STH100  S/N UNKNOWN | | |

| **Control #:** | 34 | **Evidence Box:** | 8 |
|---|---|---|---|
| **Location:** | BEDROOM 4 | **Locator Code:** | ORGANIZER |
| **Found:** | INSIDE ON TOP OF DESK | | |
| **Description:** | Seized Per Warrant    USB FLASH DRIVE (TEAL) MANUFACTUER AND S/N UNKNOWN | | |

| **Control #:** | 35 | **Evidence Box:** | 8 |
|---|---|---|---|
| **Location:** | MASTER CLOSET | **Locator Code:** | SET OF DRAWER |
| **Found:** | MIDDLE ON LEFT HAND SIDE 2ND DRAWER | | |
| **Description:** | Seized Per Warrant    PATRIOT MEMORY MEMORY CARD 16GB S/N UNKNWON | | |

| **Control #:** | 36 | **Evidence Box:** | 8 |
|---|---|---|---|
| **Location:** | MASTER CLOSET | **Locator Code:** | TOP DRAWER |
| **Found:** | INSIDE JEWELRY BOX | | |
| **Description:** | Seized Per Warrant    SANDISK SD CARD 512 MB  NO S/N | | |

| | | | |
|---|---|---|---|
| **Control #:** | 37 | **Evidence Box:** | 8 |
| **Location:** | MASTER CLOSET | **Locator Code:** | SET OF DRAWERS |
| **Found:** | LEFT HAND SIDE 2ND DRAWER FROM TOP | | |
| **Description:** | Seized Per Warrant    SANDISK SDCARD 1GB   NO S/N | | |

| | | | |
|---|---|---|---|
| **Control #:** | 38 | **Evidence Box:** | 8 |
| **Location:** | MASTER CLOSET | **Locator Code:** | BOTTOM DRAWER |
| **Found:** | RIGHT HAND SIDE | | |
| **Description:** | Seized Per Warrant    BLACKBERRY 8900  - 359485026025650 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 39 | **Evidence Box:** | 8 |
| **Location:** | MASTER CLOSET | **Locator Code:** | BOTTOM DRAWER |
| **Found:** | RIGHT HAND SIDE | | |
| **Description:** | Seized Per Warrant    BLACKBERRY CLASSIC  S/N UNKNOWN | | |

| | | | |
|---|---|---|---|
| **Control #:** | 40 | **Evidence Box:** | 8 |
| **Location:** | MASTER CLOSET | **Locator Code:** | BOTTOM DRAWER |
| **Found:** | RIGHT HAND SIDE | | |
| **Description:** | Seized Per Warrant    BLACKBERRY 9900  357966043881334 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 41 | **Evidence Box:** | 8 |
| **Location:** | MASTER CLOSET | **Locator Code:** | BOTTOM DRAWER |
| **Found:** | RIGHT HAND SIDE | | |
| **Description:** | Seized Per Warrant    SIEMENS SK65 - 354784000511916 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 42 | **Evidence Box:** | 8 |
| **Location:** | MASTER CLOSET | **Locator Code:** | BOTTOM DRAWER |
| **Found:** | RIGHT HAND SIDE | | |
| **Description:** | Seized Per Warrant    BALCKBERRY TORCH - 35881042258479 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 43 | **Evidence Box:** | 8 |
| **Location:** | MASTER CLOSET | **Locator Code:** | BOTTOM DRAWER |
| **Found:** | RIGHT HAND SIDE | | |
| **Description:** | Seized Per Warrant    BLACKBERRY BOLD  35796604071717978 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 44 | **Evidence Box:** | 8 |
| **Location:** | MASTER CLOSET | **Locator Code:** | BOTTOM DRAWER |
| **Found:** | RIGHT HAND SIDE | | |
| **Description:** | Seized Per Warrant    NOKIA ROOM 233  - 358645013514609 | | |

---

| **Control #:** | 45 | | **Evidence Box:** | 1 |
|---|---|---|---|---|
| **Location:** | MASTER CLOSET | | **Locator Code:** | RIGHT SIDE |
| **Found:** | TOP DRAWER | | | |

**Description:** Seized Per Warrant

1)AMEX CARD#3717-100295-49008 MARK SCOTT
2) AMEX CARD#7212-480018-01006 MARK SCOTT
3) AMEX CARD#3712-480018-01006 MARK SCOTT
4) AMERICAN AIRLINES RECEIPT $5,350.20 MARK SCOTT
5) 6 RED SIXT RENTAL CAR RECEIPT $1,407.96 EURO MS
6) OPEN SKY VISA CC ARRIVAL DOCUMENT MARK SCOTT
7) GERMAN PASSPORT NO L-107943S MARK SCOTT
8) AMEX CARD 3717-100295-44009 MARK SCOTT
9)AMEX CARD 3717-100295-45006 MARK SCOTT
10) DEERING BAY YATCH AND COUNTRY CLUB CARD K0636-277524 MS

---

| **Control #:** | 46 | | **Evidence Box:** | 1 |
|---|---|---|---|---|
| **Location:** | MASTER CLOSET | | **Locator Code:** | TOP DRAWER |
| **Found:** | RIGHT HAND SIDE | | | |

**Description:** Seized Per Warrant

1) BB&T DEBIT CARD #4036-2312-0372-4829 MARK SCOTT-MSS INTERNATIONAL CONSULTANT
2) BB&T DEBIT CARD#4351-4200-2056-1442 MARK SCOTT
3)2 BUSINESS: MSSI INTERNATIONAL CONSULTANTS, BVI MARK SCOTT CEO
4) BLACK CARD LUXURY CREDIT CARD (MASTERCARD) #5452-1200-0139-4921
5) UBS VISA MARK SCOTT 4197-4200-0112-9506
6) WELLS FARGO MS VISA DEBIT 4737-0290-6689-6789
NOTE 1-6 ITEMS WERE FOUND INSIDE BROWN WALLET NOT SEIZED

---

| **Control #:** | 47 | | **Evidence Box:** | 9 |
|---|---|---|---|---|
| **Location:** | 2ND BEDROOM CLOSET | | **Locator Code:** | CLOSET SAFE |
| **Found:** | INSIDE SAFE | | | |
| **Description:** | Seized Per Warrant | 2 TIFFANY WEDDING BANDS | | |

---

| **Control #:** | 48 | | **Evidence Box:** | 9 |
|---|---|---|---|---|
| **Location:** | 2ND BEDROOM CLOSET | | **Locator Code:** | SAFE |
| **Found:** | INSIDE SAFE | | | |

**Description:** Seized Per Warrant   JEWELRY APPRAISAR
(2) DIAMOND CERTIFICATIONS

---

| | | | |
|---|---|---|---|
| **Control #:** | 49 | **Evidence Box:** | 10 |
| **Location:** | MASTER CLOSET | **Locator Code:** | CLOSET |
| **Found:** | ON SHELF | | |
| **Description:** | Seized Per Warrant | 1) LV TRAVEL BAG KANVAS SN-DUO195<br>2) LV CORAL LEATHE BAG NO SERIAL NUMBER<br>3) LV BLACK KANVAS MESSENGER  NO SERIAL<br>NUMBER | |

| | | | |
|---|---|---|---|
| **Control #:** | 50 | **Evidence Box:** | 11 |
| **Location:** | MASTER CLOSET | **Locator Code:** | CLOSET |
| **Found:** | ON SHELF | | |
| **Description:** | Seized Per Warrant | 1) RUST WINTER SCARF HERMES  BOXES<br>2) RUST-BURGENDY SCARF HERMES<br>3) BLUE-BEIGE SCARF HERMES<br>4) BEIGE-WHITE SCARF HERMES | |

| | | | |
|---|---|---|---|
| **Control #:** | 51 | **Evidence Box:** | 12 |
| **Location:** | MASTER CLOSET | **Locator Code:** | CLOSET |
| **Found:** | ON SHELF | | |
| **Description:** | Seized Per Warrant | 1) TAUPE HERMES BURKEN HAND BAG<br>2) BLACK HERMES BURKEN HAND BAG | |

| | | | |
|---|---|---|---|
| **Control #:** | 52 | **Evidence Box:** | 13 |
| **Location:** | MASTER CLOSET | **Locator Code:** | CLOSET |
| **Found:** | ON SHELF | | |
| **Description:** | Seized Per Warrant | 1) BLACK CHANNEL HAND BAG 19691427 | |

| | | | |
|---|---|---|---|
| **Control #:** | 53 | **Evidence Box:** | 14 |
| **Location:** | MASTER CLOSET | **Locator Code:** | CLOSET |
| **Found:** | ON SHELF | | |
| **Description:** | Seized Per Warrant | 1) EMPTY HERMES BOXES | |

| | | | |
|---|---|---|---|
| **Control #:** | 54 | **Evidence Box:** | 15 |
| **Location:** | MASTER CLOSET | **Locator Code:** | CLOSET |
| **Found:** | ON SHELF | | |
| **Description:** | Seized Per Warrant | 1) HERMES BLACK ALIGATOR W SILVER "H" LOGO<br>HAND BAG<br>2) HERMES BLACK BURKEN BAGS | |

| | | | |
|---|---|---|---|
| **Control #:** | 55 | **Evidence Box:** | 16 |
| **Location:** | MASTER CLOSET | **Locator Code:** | CLOSET |
| **Found:** | ON SHELF | | |
| **Description:** | Seized Per Warrant | 1) HERMES RED MESSENGER<br>2) HERMES BEIGE BURKEN BAG | |

| **Control #:** | 56 | **Evidence Box:** | 9 |
|---|---|---|---|
| **Location:** | BEDROOM 4 | **Locator Code:** | SOFA END TABLE |
| **Found:** | BOTTOM SHELF OF SOFA | | |
| **Description:** | Seized Per Warrant | 1) DEERING BAY YACHT & COUNTRY CLUB DOCUMENTS DATED 3/12/2017 2) GALANTI YACHT SALES, REGARDIN 57' SUNSEEKER YACHT - MSS INTERNATIONAL BVI (BYER) 3) MARK SCOTT 2015 FEDERAL STATE TAX RETURNS | |

| **Control #:** | 57 | **Evidence Box:** | 9 |
|---|---|---|---|
| **Location:** | MASTER CLOSET | **Locator Code:** | DRAWER |
| **Found:** | ON RIGHT SIDE | | |
| **Description:** | Seized Per Warrant | 1) 1 CHANNEL PEARL NECKLACE IN BLACK BOX 2) 1 CHANNEL NECKLACE WITH STARS IN BLACK BOX 3) JIMMY CHOO BELT IN BOX | |

| **Control #:** | 58 | **Evidence Box:** | 9 |
|---|---|---|---|
| **Location:** | MASTER CLOSET | **Locator Code:** | CLOSET |
| **Found:** | RIGHT SIDE FIRST SET OF DRAWERS | | |
| **Description:** | Seized Per Warrant | *ITEMS 2 - 10 FOUND INSIDE A MOUNT BLANC MALE WALLET/CREDIT CARD HOLDER 1) AQUA MASTER GOLD & DIAMOND WATCH  - B YL-1 ITEM 1 2) LUFTHANSA FREQ FLYER CARD MARK SCOTT 3) BJ WHOLESALE CLUB CARD -MARK SCOTT 4) DELTA SKY MILES CARD- MARK SCOTT 5) AMERICAN AIRLINES CARD - LIDIA KOLESNIKOVA 6) USAA CARD MARK SCOTT - 7) WELLS FARGO SAFE DEP BOX KEY C3737  10X10 8) SAFE DEPOSIT BOX BOX KEY #701 9) FRANK FURTER VOLKSBANK EG BANK ID SLIP FFVBDEFF I BAN IE075019-0000-0077-2498-34 10) GERMAN DRIVERS LIC #A5635725  MARK SCOTT | |

| **Control #:** | 59 | **Evidence Box:** | 9 |
|---|---|---|---|
| **Location:** | MASTER CLOSET | **Locator Code:** | RIGHT SIDE |
| **Found:** | SHELF TOP DRAWER JEWELRY BOX | | |
| **Description:** | Seized Per Warrant | 1) OMEGA WATCH SEAMASTER  BYL-2 ITEM 1 2) IWC WARRANTY CARD 20 JUNE 2016 3)CITY NATIONAL  BK ENVELOPE  4) BOCHWALD JEWELRY RECEIPT MARK SCOTT $84,500 1/26/2018   5) BOCHWALD JEWELRY RECEIPT MARK SCOTT $9,300 6) APPRAISAL DOCUMENT RING 5/26/2015 $78,600 7) SAFE DEP BOX KEY 655 8) CARTIER DESK WATCH "MSS" BYL-2 | |

| | | | |
|---|---|---|---|
| **Control #:** | 60 | **Evidence Box:** | 9 |
| **Location:** | MASTER CLOSET | **Locator Code:** | RIGHT SIDE |
| **Found:** | BOTTOM DRAWER | | |
| **Description:** | Seized Per Warrant | 1) 2 RAYMOND WEIL WATCHES *BYL-3    2) HERMES PLAYING CARD<br>3) BUCHWALD JEWELRY RECEIPT-MARK SCOTT 6-9-2016 $8,822.25<br>4) BUCHWALD APPRAISAL TRANSACTION REPORT 1-9-2017<br>5) BUCHWALD APPRAISAL 1-5-17 LADIES ENGAGEMENT RING $167,500<br>6) BUCHWALD RECEIPT MARK SCOTT $40,100 6/21/2016<br>7) BUCHWALD MARK SCOTT 11-21-2015 $13,088<br>8) BUCHWALD RECEIPT $11,074 MARK SCOTT  - 9) GIA DOCUMENTS-DIAMOND GRADING REPORTS | |

| | | | |
|---|---|---|---|
| **Control #:** | 61 | **Evidence Box:** | 9 |
| **Location:** | MASTER CLOSET | **Locator Code:** | RIGHT SIDE |
| **Found:** | TOP DRAWER | | |
| **Description:** | Seized Per Warrant | 1) EK GERMAN PASSPORT - MARK SCOTT -#C4FXX27J8 BYL-4<br>2) HILTON HONORS DIAMOND CARD-513082272<br>3) SIXT RENTAL CAR CARD-15-54-15-82 MARK SCOTT<br>4) HERTZ PLATINUM CARD #27637453<br>5) FAIRMONT PRESIDENTS CLUB CARD #3240080612<br>6) ENVELOPE WITH CURRENCY -EUROS<br>7) AMEX CARD MARK SCOTT-3717-100295-47002<br>8) AMEX CARD MARK SCOTT 3712-4800018-02004<br>9) AMERICAN AIRLINES MARK SCOTT 65Y6J48 CARD<br>10) WEMPE 1 STRAP ALLIGATOR BROWN "RECEIPT 1 CLASP  $3,440 MARK SCOTT | |

| | | | |
|---|---|---|---|
| **Control #:** | 62 | **Evidence Box:** | 17 |
| **Location:** | 2ND BEDROOM CLOSET | **Locator Code:** | INSIDE CLOSET |
| **Found:** | INSIDE SAFE IN CLOSET | | |
| **Description:** | Seized Per Warrant | S&W 500  S#: DJW0604<br>DESERT EAGLE SOAE S#: DK0038257<br>HK 45  S#: HKU004967<br>HK 40 S#: 219-004106 | |

# **EXHIBIT 4**

FD-1087 (Rev. 5-8-10)



**UNCLASSIFIED**

# FEDERAL BUREAU OF INVESTIGATION

### Collected Item Log

**Event Title:**  (U) Search Warant Executed at 133        **Date:**  09/06/2018
Sunset Lane, Barnstable, MA on 9/5
/2018

**Approved By:** SSA Paul F. Roberts, Jr.

**Drafted By:** ECKEL JAMES A

**Case ID #:**

**Collected From:**      Mark S. Scott
133 Sunset Lane
Barnstable, Massachusetts 02630
United States

**Receipt Given?:**  Yes

**Holding Office:**  NEW YORK

**Details:**

The listed item(s) was/were seized pursuant to a search warrant
executed at 133 Sunset Lane, Barnstable, Massachusetts 02630 , on
September, 5 2018. Details of the search will be submitted to case
file under separate cover.

Item number three, $480 in cash, of the evidence was not not seized
and omitted from the evidence log.

**Item Type**      **Description**

**UNCLASSIFIED**

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its
contents are not to be distributed outside your agency.

**UNCLASSIFIED**

Title: (U) Search Warant Executed at 133 Sunset Lane, Barnstable, MA on 9/5/2018

Re: ████████████, 09/06/2018

1B Valuable     (U) Luminor Panerai Watch (SN:BB 13931B0 0P6754)
                Collected On:  09/05/2018 01:10 PM EDT
                Receipt Number:  1
                Seizing Individual:  ECKEL JAMES A
                Collected By:  Shawn Joseph Costa
                Location Area:  Room A
                Specific Location:  Side Table
                Valuable Type:  Non-Cash - Jewelry

1B Digital      (U) BlackBerry Key2 Phone
                Collected On:  09/05/2018 01:10 PM EDT
                Receipt Number:  2
                Seizing Individual:  ECKEL JAMES A
                Collected By:  Shawn Joseph Costa
                Location Area:  Room A
                Specific Location:  On Pool Table
                Device Type:  Cell Phone
                Make:  Blackberry
                Model:  Key2
                Number of Devices Collected:  1

1B Valuable     (U) A pair of Stud Earings
                Collected On:  09/05/2018 01:10 PM EDT
                Receipt Number:  4
                Seizing Individual:  ECKEL JAMES A
                Collected By:  Geoffrey J. Kelly
                Location Area:  Room P
                Specific Location:  Master Bedroom
                Valuable Type:  Non-Cash - Jewelry

1B Digital      (U) Galaxy S6 Edge Phone
                Collected On:  09/05/2018 01:10 AM EDT
                Receipt Number:  5
                Seizing Individual:  ECKEL JAMES A
                Collected By:  Donald E. Kornek
                Location Area:  Room P
                Specific Location:  Nightstand, Right
                Device Type:  Cell Phone
                Make:  Samsung
                Model:  S6 Edge
                Number of Devices Collected:  1

**UNCLASSIFIED**

2

**UNCLASSIFIED**

Title: (U) Search Warant Executed at 133 Sunset Lane, Barnstable, MA on 9/5/2018

Re: ████████████, 09/06/2018


1B Digital      (U) Dell Inspiron Laptop
                     Collected On: 09/05/2018 01:10 PM EDT
                     Receipt Number: 6
                     Seizing Individual: ECKEL JAMES A
                     Collected By: MARINO MELISSA J
                     Location Area: Room J
                     Specific Location: On Desk
                     Device Type: Computer
                     Make: Dell
                     Model: Inspiron
                     Number of Devices Collected: 1


1B Valuable     (U) Penerai Watch Ferrari
                     Collected On: 09/05/2018 01:10 PM EDT
                     Receipt Number: 7
                     Seizing Individual: ECKEL JAMES A
                     Collected By: DELAIR SARAH
                     Location Area: Room J
                     Specific Location: On top of center island
                     Valuable Type: Non-Cash - Jewelry


1B Valuable     (U) Rolex Yellow Color Watch
                     Collected On: 09/05/2018 01:10 PM EDT
                     Receipt Number: 8
                     Seizing Individual: ECKEL JAMES A
                     Collected By: Geoffrey J. Kelly
                     Location Area: Room S
                     Specific Location: Room S
                     Valuable Type: Non-Cash - Jewelry


1B Valuable     (U) Luminor Panerai P068/400 BB1577049
                     Collected On: 09/05/2018 01:10 PM EDT
                     Receipt Number: 9
                     Seizing Individual: ECKEL JAMES A
                     Other Locator: Robert Grieco
                     Other Locator Agency: IRS
                     Location Area: Room S
                     Specific Location: On top of dresser
                     Valuable Type: Non-Cash - Jewelry


**UNCLASSIFIED**

**UNCLASSIFIED**

Title:  (U) Search Warant Executed at 133 Sunset Lane, Barnstable, MA on 9/5/2018

Re:  ████████████  , 09/06/2018

1B Valuable          (U) Radiomir Panerai Watch M046/500
                     Collected On:  09/05/2018 01:10 PM EDT
                     Receipt Number:  10
                     Seizing Individual:  ECKEL JAMES A
                     Other Locator:  Robert Grieco
                     Other Locator Agency:  IRS
                     Location Area:  Room S
                     Specific Location:  Dresser
                     Valuable Type:  Non-Cash - Jewelry


1B Valuable          (U) 8 Purses - Orange Hermes, Black Hermes, Tan
                     Hermes, Brown Hermes, Green Hermes, Purple Chanel,
                     Navy Chanel, Lois Vuitton
                     Collected On:  09/05/2018 01:10 PM EDT
                     Receipt Number:  11
                     Seizing Individual:  ECKEL JAMES A
                     Collected By:  CRANDALL LISA A
                     Location Area:  Room S
                     Specific Location:  Room S
                     Valuable Type:  Non-Cash - Other


1B Valuable          (U) Panerai Barometer
                     Collected On:  09/05/2018 01:10 PM EDT
                     Receipt Number:  12
                     Seizing Individual:  ECKEL JAMES A
                     Collected By:  Geoffrey J. Kelly
                     Location Area:  Room J
                     Specific Location:  Room J
                     Valuable Type:  Non-Cash - Other


1B Valuable          (U) Panerai Thermometer
                     Collected On:  09/05/2018 01:10 PM EDT
                     Receipt Number:  13
                     Seizing Individual:  ECKEL JAMES A
                     Collected By:  Geoffrey J. Kelly
                     Location Area:  Room J
                     Specific Location:  Room J
                     Valuable Type:  Non-Cash - Other


**UNCLASSIFIED**

UNCLASSIFIED

Title:  (U) Search Warrant Executed at 133 Sunset Lane, Barnstable, MA on 9/5/2018

Re:  ▓▓▓▓▓▓▓▓▓▓ , 09/06/2018


1B Valuable        (U) Panerai Hygrometer
                   Collected On:  09/05/2018 01:10 PM EDT
                   Receipt Number:  14
                   Seizing Individual:  ECKEL JAMES A
                   Collected By:  Geoffrey J. Kelly
                   Location Area:  Room J
                   Specific Location:  Room J
                   Valuable Type:  Non-Cash - Other

1B Valuable        (U) Panerai Clock
                   Collected On:  09/05/2018 01:10 PM EDT
                   Receipt Number:  15
                   Seizing Individual:  ECKEL JAMES A
                   Collected By:  Geoffrey J. Kelly
                   Location Area:  Room J
                   Specific Location:  Room J
                   Valuable Type:  Non-Cash - Other

1B Valuable        (U) Rolex Watch LG 848595
                   Collected On:  09/05/2018 01:10 PM EDT
                   Receipt Number:  16
                   Seizing Individual:  ECKEL JAMES A
                   Other Locator:  Robert Grieco
                   Other Locator Agency:  IRS
                   Location Area:  Room S
                   Specific Location:  Top Right Draw
                   Valuable Type:  Non-Cash - Jewelry

1B Valuable        (U) Rolex Watch 468890C7
                   Collected On:  09/05/2018 01:10 PM EDT
                   Receipt Number:  17
                   Seizing Individual:  ECKEL JAMES A
                   Other Locator:  Robert Grieco
                   Other Locator Agency:  IRS
                   Location Area:  Room S
                   Specific Location:  Dresser
                   Valuable Type:  Non-Cash - Jewelry


UNCLASSIFIED

**UNCLASSIFIED**

Title:   (U) Search Warrant Executed at 133 Sunset Lane, Barnstable, MA on 9/5/2018

Re:   ██████████ , 09/06/2018


1B Valuable          (U) Ring with 5 clear stones
                     Collected On:  09/05/2018 01:10 PM EDT
                     Receipt Number:  18
                     Seizing Individual:  ECKEL JAMES A
                     Other Locator:  Robert Grieco
                     Other Locator Agency:  IRS
                     Location Area:  Room S
                     Specific Location:  Dresser - Top Right Draw
                     Valuable Type:  Non-Cash - Jewelry


1B Valuable          (U) Open Ring Silver Color
                     Collected On:  09/05/2018 01:10 PM EDT
                     Receipt Number:  19
                     Seizing Individual:  ECKEL JAMES A
                     Other Locator:  Robert Grieco
                     Other Locator Agency:  IRS
                     Location Area:  Room S
                     Specific Location:  Room S
                     Valuable Type:  Non-Cash - Jewelry


1B Valuable          (U) Ring with Alleged Diamond
                     Collected On:  09/05/2018 01:10 PM EDT
                     Receipt Number:  20
                     Seizing Individual:  ECKEL JAMES A
                     Other Locator:  Robert Grieco
                     Other Locator Agency:  IRS
                     Location Area:  Room S
                     Specific Location:  Dresser - Top right draw
                     Valuable Type:  Non-Cash - Jewelry


1B Valuable          (U) Ring with Wrapped Alleged Diamonds
                     Collected On:  09/05/2018 01:10 PM EDT
                     Receipt Number:  21
                     Seizing Individual:  ECKEL JAMES A
                     Other Locator:  Robert Grieco
                     Other Locator Agency:  IRS
                     Location Area:  Room S
                     Specific Location:  Dresser - Top right draw
                     Valuable Type:  Non-Cash - Jewelry


**UNCLASSIFIED**

**UNCLASSIFIED**

Title:  (U) Search Warant Executed at 133 Sunset Lane, Barnstable, MA on 9/5/2018

Re: █████████████ , 09/06/2018


1B General          (U) Safe Deposit Key
                    Collected On:  09/05/2018 01:10 PM EDT
                    Receipt Number:  22
                    Seizing Individual:  ECKEL JAMES A
                    Collected By:  ECKEL JAMES A
                    Location Area:  Room S
                    Specific Location:  Dresser


1B Valuable         (U) Clear Stone Jewelry
                    Collected On:  09/05/2018 01:10 PM EDT
                    Receipt Number:  23
                    Seizing Individual:  ECKEL JAMES A
                    Collected By:  Shawn Joseph Costa
                    Location Area:  Room Q
                    Specific Location:  Under chair cushion
                    Valuable Type:  Non-Cash – Jewelry


1B General          (U) Four Watch Boxes – Three Officine Panerai and One
                    Ferrari
                    Collected On:  09/05/2018 01:10 PM EDT
                    Receipt Number:  24
                    Seizing Individual:  ECKEL JAMES A
                    Collected By:  CRANDALL LISA A
                    Location Area:  Room S
                    Specific Location:  Room S


1B General          (U) MSSI Documents
                    Collected On:  09/05/2018 01:10 PM EDT
                    Seizing Individual:  ECKEL JAMES A
                    Collected By:  ECKEL JAMES A
                    Location Area:  Room J
                    Specific Location:  On Desk


1B General          (U) Documents
                    Collected On:  09/05/2018 01:10 PM EDT
                    Receipt Number:  26
                    Seizing Individual:  ECKEL JAMES A
                    Collected By:  ECKEL JAMES A
                    Location Area:  Room J
                    Specific Location:  On Shelf


**UNCLASSIFIED**

**UNCLASSIFIED**

Title:  (U) Search Warant Executed at 133 Sunset Lane, Barnstable, MA on
9/5/2018
Re:  ███████████ , 09/06/2018


1B General        (U) Business Documents
                  Collected On:  09/05/2018 01:10 PM EDT
                  Receipt Number:  27
                  Seizing Individual:  ECKEL JAMES A
                  Collected By:  ECKEL JAMES A
                  Location Area:  Room J
                  Specific Location:  On Desk


1B Digital        (U) Blackberry Phone Silver/Black
                  Collected On:  09/05/2018 01:10 PM EDT
                  Receipt Number:  28
                  Seizing Individual:  ECKEL JAMES A
                  Collected By:  Donald E. Kornek
                  Location Area:  Room J
                  Specific Location:  Top Desk Draw
                  Device Type:  Cell Phone
                  Make:  BlackBerry
                  Number of Devices Collected:  1


1B Digital        (U) Blackberry Phone - Slide Keyboard
                  Collected On:  09/05/2018 01:10 PM EDT
                  Receipt Number:  29
                  Seizing Individual:  ECKEL JAMES A
                  Collected By:  Donald E. Kornek
                  Location Area:  Room J
                  Specific Location:  Top Desk Draw
                  Device Type:  Cell Phone
                  Make:  BlackBerry
                  Number of Devices Collected:  1


1B General        (U) Vehicle/Yacht/Property Documents
                  Collected On:  09/05/2018 12:00 AM EDT
                  Receipt Number:  30
                  Seizing Individual:  ECKEL JAMES A
                  Collected By:  ECKEL JAMES A
                  Location Area:  Room J
                  Specific Location:  Desk Draw


**UNCLASSIFIED**

**UNCLASSIFIED**

Title:  (U) Search Warrant Executed at 133 Sunset Lane, Barnstable, MA on 9/5/2018

Re: ███████████, 09/06/2018

```
1B General        (U) Black Binder with Financial Documents
                  Collected On:  09/05/2018 01:10 PM EDT
                  Receipt Number:  31
                  Seizing Individual:  ECKEL JAMES A
                  Collected By:  ECKEL JAMES A
                  Location Area:  Room J
                  Specific Location:  On Desk


1B General        (U) Letter of Standing, Money Laundering, and
                  Financial Documents
                  Collected On:  09/05/2018 01:10 PM EDT
                  Receipt Number:  32
                  Seizing Individual:  ECKEL JAMES A
                  Collected By:  Donald E. Kornek
                  Location Area:  Room J
                  Specific Location:  Book Shelf


1B General        (U) Corporation Documents
                  Collected On:  09/05/2018 01:10 PM EDT
                  Receipt Number:  33
                  Seizing Individual:  ECKEL JAMES A
                  Collected By:  PEREIRA BRIAN
                  Location Area:  Room A
                  Specific Location:  Bench by door


1B Digital        (U) iPad - SN: DMPSX1V5GQ7
                  Collected On:  09/05/2018 01:10 PM EDT
                  Receipt Number:  34
                  Seizing Individual:  ECKEL JAMES A
                  Collected By:  MARINO MELISSA J
                  Location Area:  Room B
                  Specific Location:  Kitchen Counter
                  Device Type:  Laptop/Tablet Computer
                  Make:  iPad
                  Number of Devices Collected:  1
```

**UNCLASSIFIED**

9

**UNCLASSIFIED**

Title:  (U) Search Warant Executed at 133 Sunset Lane, Barnstable, MA on
9/5/2018

Re: ███████████ , 09/06/2018

1B Digital          (U) BlackBerry Phone
                    Collected On:  09/05/2018 12:00 AM EDT
                    Receipt Number:  35
                    Seizing Individual:  ECKEL JAMES A
                    Collected By:  PEREIRA BRIAN
                    Location Area:  Room A
                    Specific Location:  On bench by front door
                    Device Type:  Cell Phone
                    Make:  BlackBerry
                    Number of Devices Collected:  1

♦♦

**UNCLASSIFIED**

# **EXHIBIT 5**

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

File # ████████████

On (date) _11/13/18_  _1:33 pm_

item(s) listed below were:
☐ Received From
☑ Returned To
☐ Released To
☐ Seized

(Name) _James Nobles, Esq., Nobles & Decarolis_

(Street Address) _45 Exchange Boulevard, Suite 275_

(City) _Rochester, NY 14614_

Description of Item(s): (A) Heat-sealed bag containing a Yellow color Rolex watch in box, (1) Heat-seal bag containing a Radiomir Panerai Watch M046/500, (1) Heat-sealed bag containing a Luminor Panerai watch serial number OD 1393180 OP6754, (1) Heat-sealed bag containing a Rolex watch LG 848595, (1) Heat-sealed bag containing a pair of Stud earrings, (1) Heat-sealed bag containing a ring with five clear stones, (1) Heat-sealed bag containing a Panerai watch Ferrari, (1) Heat-sealed bag containing Clear stone jewelry, (1) Heat-sealed bag containing an open ring gray in color, (1) Heat-sealed bag containing a ring with wrapped alleged diamonds, (1) Heat-sealed bag containing a Rolex watch 468890C7, (1) Box containing Orange Hermes, Tan Hermes, Purple Chanel, Louis Vuitton, and Navy chanel

Received By: _James Nobles_
(Signature)

Received From: _James Eckel_
(Signature)

# **EXHIBIT 6**

Internal Revenue Service – Criminal Investigation
## RECEIPT FOR PROPERTY

Property being released to:

MARK   SCOTT

Description:

Items obtained from 600 Coral Way, Unit 12, Coral Gables, Florida on September 6, 2018

1. Hermes Glove Wallet (Control 12, Box 5)
2. (2) Tiffany Wedding Banks {Bands} (Control 47,Box 9)
3. LV Travel Bag Canvas SN-DUO195 (Control 49, Box 10)
4. LV Coral Leather Bag (Control 49, Box 10)
5. LV Black Canvas Messenger (Control 49, Box 10)
6. Rust Winter Scarf Hermes boxes (Control 50, Box 11)
7. Rust-Burgundy Scarf Hermes (Control 50, Box 11)
8. Blue-Beige Scarf Hermes (Control 50, Box 11)
9. Beige-White Scarf Hermes (Control 50, Box 11)
10. Taupe Hermes Birkin Handbag (Control 51, Box 12)
11. Black Channel Hand Bag 19691427 (Control 52, Box 13)
12. Empty Hermes Boxes (Control 53, Box 14)
13. Hermes Black Aligator {Alligator} W Silver "H" Logo Handbag (Control 54, Box 15)
14. Hermes Red Messenger (Control 55, Box 16)
15. Hermes Beige Burken {Birkin} Bag (Control 55, Box 16)
16. Channel Pearl Necklace in black box (Control 57, Box 9)
17. Channel Necklace with stars in black box (Control 57, Box 9)
18. Jimmy Choo Belt in box (Control 57, Box 9)
19. Aqua Master gold and diamond watch (Control 58, Box 9)
20. Omega Watch Seamaster BYL-2 (Control 59, Box 9)
21. Cartier Desk "MSS" BYL-2 (Control 59, Box 9)
22. 2 Raymond Weil Watchs {Watches} BYL-3 (Control 60, Box 9)
23. ~~Hermes Playing Card (Control 60, Box 9)~~ MS /(5) / 2
24. Envelope with Currency  - Euros (Control 61, Box 9)

I hereby certify that on November 21, 2018, I released the above-mentioned property as detailed above.

_AILEEN RUIZ_
Special Agent
Internal Revenue Service – Criminal Investigation

_ROBERTO LOPEZ_
Witness
Special Agent
Internal Revenue Service – Criminal Investigation

I hereby acknowledge receipt of this property on November 21, 2018 from IRS-CI, Newark Field Office.

Mork S. Scott
_____
Property Owner/ Recipient

600 Cord by 12, Cord Galls, FL 33134
_____
Address and Phone Number

Page 2 of 2

# **EXHIBIT 7**

Internal Revenue Service – Criminal Investigation
## RECEIPT FOR PROPERTY

Property being released to:

DAVID   GARVIN

Description:

Items obtained from 600 Coral Way, Unit 12, Coral Gables, Florida on September 6, 2018

1. Blue Birkin Hermes Purse/Bag (Control 10, Box 5)
2. Hermes Blac {Black} Birkin Bags (Control 54, Box 15)

Page 1 of 2

I hereby certify that on ___12 | 18 | 18___, I released the above-mentioned property as detailed above.

_AILEEN RUIZ_
Special Agent
Internal Revenue Service – Criminal Investigation

_JENNIFER GUZMAN_
Witness
Special Agent
Internal Revenue Service – Criminal Investigation

I hereby acknowledge receipt of this property on _12_/_18_/_18_ from IRS-CI, Newark Field Office.

_DAVID M GARVIN_

# __EXHIBIT 8__



GPO U.S. GPO: 2016-394-531

FD-597 (Rev. 4-13-2015)                                                                        Page __1__ of __1__

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: ▊▊▊▊▊▊▊▊▊▊▊▊

On (date) 12/18/2018                    item (s) listed below were:
                                        ☐ Collected/Seized
                                        ☐ Received From
                                        ☒ Returned To
                                        ☐ Released To

(Name) James Nobles, Esq., Nobles & Decarolis

(Street Address) 45 Exchange Boulevard, Suite 275

(City) Rochester, NY 14614

Description of Item (s): (1) brown Hermes purse, (1) black Hermes purse

Received By: _James Nobles_          Received From: _____
            (Signature)                            (Signature)

Printed Name/Title: _____      Printed Name/Title: SA James Eckel