USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/18/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

       - v. -

MARK SCOTT,

              Defendant.
------------------------------------------------------------x

**ORDER**

S6 17 Cr. 630 (ER)

Ramos, D.J.:

    Upon the application of the United States of America, it is ORDERED that the trial is set for October 7, 2019 and the time between June 12, 2019 and October 7, 2019 is hereby excluded under the Speedy Trial Act.[1]

    The instant case presents particularly complex issues of law and fact as the defendant is accused of laundering four hundred million dollars through a series of hedge funds with accounts held abroad. Millions of victims are alleged to have been defrauded by the scheme, and a voluminous record presents complex legal issues concerning privileged materials. 18 U.S.C. § 3161(h)(7)(B).

    Accordingly, the Court finds that the ends of justice served by excluding time outweigh the interests of the public and the defendant to a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

    SO ORDERED.

Dated: July 18, 2019
       New York, New York

                                                     Edgardo Ramos, U.S.D.J.

---

[1] The Court advised the parties of its decision by email on April 5, 2019. This Order memorializes its decision.