UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATE OF AMERICA )<br>)<br>- v. - )<br>)<br>)<br>MARK S. SCOTT, )<br>)<br>         DEFENDANT. )<br>) | NO.: 17-cr-00630 (ER)<br><br>**NOTION OF MOTION TO<br>WITHDRAW AS CO-COUNSEL**<br><br>**ECF CASE** |

     PLEASE TAKE NOTICE THAT, upon the accompanying Affirmation of James Nobles, Esq., and all other papers and proceedings herein, the undersigned moves this Court, before the Honorable Edgardo Ramos, United States District Judge for the Southern District of New York, on a date and time to be set by the Court, for an Order pursuant to Local Rule 1.4 granting Motion to Withdraw as Co-Counsel for Defendant, and the matter will proceed with Co-Counsel remaining in the case. Mr. Scott has retained Arlo Devlin-Brown of Covington & Burling LLP in substitution.

DATED:    August 29, 2019
           Rochester, New York

                                        Respectfully submitted,

                                        /s/ James Nobles_____
                                        James Nobles
                                        Counsel for Defendant, Mark S. Scott
                                        Nobles & DeCarolis
                                        1507 Monroe Avenue
                                        Rochester, New York 14618
                                        Tel:    (585) 546-1260
                                        Fax:   (585) 697-9214
                                        Email:  james@noblesdefense.com