UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATE OF AMERICA | NO.: 17-cr-00630 (ER) |
| - v. - | **STATEMENT PURSUANT TO RULE 1.4** |
| MARK S. SCOTT, | **ECF CASE** |
| DEFENDANT. | |

**JAMES NOBLES**, duly admitted to practice in this Court, declares under penalty of perjury:

1. I am co-counsel for defendant Mark S. Scott.

2. I was advised by Arlo Devlin-Brown of Covington & Burling LLP on Wednesday, August 28, 2019, that he had been retained to replace me in my representation of Mr. Scott.

3. Mr. Devlin-Brown has filed a notice of appearance dated September 10, 2018.

4. My firm does not have a lien against Mr. Scott.

5. Trial is set for October 7, 2019.

**WHEREFORE** we respectfully request that the stipulation previously submitted be so ordered.

DATED:   August 29, 2019
         Rochester, New York

Respectfully submitted,

/s/ James Nobles
James Nobles
Counsel for Defendant, Mark S. Scott
Nobles & DeCarolis
1507 Monroe Avenue
Rochester, New York 14618
Tel:   (585) 546-1260
Fax:   (585) 697-9214
Email: james@noblesdefense.com