UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATE OF AMERICA </br></br> - v. - </br></br> MARK S. SCOTT, </br></br>      DEFENDANT. | NO.: 17-cr-00630 (ER) </br></br> **AFFIDAVIT OF MARK S. SCOTT** </br></br> ECF CASE |

1. I am the Defendant in the above-captioned case and I wish to substitute James Nobles, Esq. with Arlo Devlin-Brown of Covington & Burling LLP.

2. Substitution of Mr. Nobles can be accomplished without material adverse effect on my interests. David M. Garvin of David M. Garvin, P.A. ("Co-Counsel"), has appeared on my behalf since October 29, 2018 (Docket No. 27), and will continue to represent my interests in this matter. Furthermore, I have retained Arlo Devlin-Brown of Covington & Burling LLP to replace Mr. Nobles.

3. Mr. Devlin-Brown is positioned to effectively proceed without the continued participation of Mr. Nobles. Trial is scheduled to begin October 7, 2019. Mr. Devlin-Brown appeared for me following my arrest and covered court proceedings involving bail and presentment. While Mr. Devlin-Brown was replaced by Mr. Nobles at subsequent appearances, he has continued to monitor developments in the case and provide me with legal advice. Mr. Devlin-Brown has now agreed to represent me at trial and will conduct the trial with Mr. Garvin.

4. I knowingly and freely assent to, and request, the substitution of Mr. Nobles' representation.

5. Because of the foregoing, I respectfully request that this Court relieve Mr. Nobles of his representation of me in the present matter immediately.

6. I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 28, 2019
Coral Gables, Florida

Respectfully submitted,

_____
Mark S. Scott, Defendant