UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>MARK S. SCOTT,<br><br>　　　　　　　　　　Defendant. | No. 17 Cr. 630 (ER)<br><br>**NOTICE OF MOTION TO SUPPRESS PORTION OF POST-ARREST STATEMENT FOLLOWING REQUEST FOR COUNSEL** |

PLEASE TAKE NOTICE THAT, for the reasons set forth in the accompanying memorandum of law, the defendant, Mark. S. Scott, will move this Court before the Honorable Edgardo Ramos, United States District Court, Southern District of New York, at a time to be determined by the Court, for an order suppressing those portions of Mr. Scott's recorded post-arrest statement made after his initial request for counsel.

/s/ Arlo Devlin-Brown

Arlo Devlin-Brown
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1046

*Counsel for Mr. Scott*