# EXHIBIT A

**Transcript of Mark S. Scott's Post-Arrest Interrogation**
Prepared by Counsel for Mr. Scott, with accuracy confirmed by Government.

Participants: Special Agent James Eckel (FBI), Special Agent Kristine Fata (IRS - Criminal Investigation), Mark S. Scott (Defendant)

The interview commenced at 7:24:45 a.m. All times indicated are a.m.

| Time | Speaker | Statement |
|---|---|---|
| 7:24:47 | Agent Fata | I'm Kristine Fata, Special Agent with IRS Criminal Investigation. |
| 7:24:52 | Scott | Mm-hmm, sure. |
| 7:24:54 | Agent Eckel | And I'm Special Agent Eckel with the FBI. |
| 7:25:02 | | So, I'm going to give you a copy and let you see a copy of the arrest warrant so you know what's going on here. So you can see the charges? |
| 7:25:33 | | Okay? Pretty clear? |
| 7:25:33 | Scott | Mm-hmm, sure. |
| 7:25:36 | Agent Eckel | So, before we do anything I want to read your advice of rights. Umm, so, before we ask you any questions, I want you to understand your rights.

You have the right to remain silent. You have the right – Or anything you say can be used against you in court. You have the right to talk to a lawyer for advice before we ask you any questions. You have the right to have a lawyer with you during questioning. If you can't afford a lawyer, one will be appointed to you before any questionings if you wish. If you decide to answer any questions now without a lawyer present, you have the right to stop answering at any time. Do you understand these rights as I have just read them? |
| 7:26:14 | Scott | I do. |
| 7:26:17 | Agent Eckel | Ok. Umm. Are you willing to talk to us? |
| 7:26:18 | Scott | I'd be willing to say a few things now I mean I do want a lawyer involved. |
| 7:26:23 | Agent Eckel | Okay. |

1

| 7:26:23 | Scott | I wanna say, off the top, that I'm like absolutely surprised at what's going on. |
|---|---|---|
| 7:26:27 | Agent Eckel | Okay. |
| 7:26:29 | Scott | Because, uh, you know, typically the way I understand money laundering, people, you know, do secret, you know, transactions, take money from who they don't know for example or that they haven't done any KYC on. That's not what we did. And, umm, so I am just absolutely, you know, shocked that I'm here. And I even disclosed all my money flows on my tax returns. And on my FBARs and everything. So, I'm just not kind of clear on like, umm… well, it's clear that my intent would never be to launder any money because I'm showing it. I'm showing what I'm doing. |
| 7:27:06

7:27:10 | Agent Eckel | Well, I just want to stop you real quick before you say anything else. I just want you to…

If you're willing to speak to us for, you know, a little bit right now, I just want you to sign this and you can read it over real quick, sign it, and like we said, at any point you want to stop answering questions, you know, you just let us know and tell us that you want your lawyer, and we'll be willing to stop and continue at a later date with your lawyer present. So if you want to quick read this real quick, you know. Umm, it's exactly how I read it. |
| 7:27:31 | Agent Fata | Take your time, reading it. Be sure it's clear and then sign it if you agree to speak with us. |
| 7:27:39 | Scott | Right. Well you know I'd love to be transparent, but I also recognize the fact that I should have an attorney present when I go through this. And I really don't, like I said, I really don't understand quite yet what this is about. |
| 7:27:47 | Agent Eckel | Okay. |
| 7:27:49 | Scott | So I really would like to have somebody that knows better than I do give me advice on how to answer things, and… |
| 7:27:58 | Agent Eckel | Okay, so are, uh, I mean, originally you said you were willing to speak to us a little bit. |
| 7:28:00 | Scott | I can speak to you a little bit, I mean, yeah sure, that's okay. I'll say stop, and we stop. |
| 7:28:05 | Agent Eckel | And that's fine, that's fine. |

2

| 7:28:07 | Agent Fata | At any point you want to stop. |
|---|---|---|
| *Mr. Scott signs.* | | |
| 7:28:20 | Agent Eckel | And we're just going to sign it now. |
| 7:28:20 | Scott | Okay. |
| 7:28:24 | Agent Fata | [inaudible] |
| 7:28:27 | Agent Eckel | Should we start reading, uh, at the bottom. |
| 7:28:32 | Agent Fata | 7:25 |
| 7:28:35 | Agent Eckel | Let's start at 7:20. |
| 7:28:36 | Agent Fata | And, uh, nine, five. |
| *The agents sign the form.* | | |
| 7:29:00 | Agent Eckel | Okay.  Umm, so a couple of things I want to ask you before we get started with, you know, any questionings.  Did they ask you about your passports or anything yet? |
| 7:29:08 | Scott | [Inaudible.] |
| 7:29:09 | Agent Eckel | Do you have a U.S. passport? |
| 7:29:10 | Scott | Sure. |

---------------------------------------------------------------------------------------------------

| 7:58:42 | Agent Eckel | Real quick.  If you have to use the restroom at any time just let us know. |
|---|---|---|
| 7:58:44 | Scott | Not right now. |
| 7:58:07 | Agent Fata | Do you want to step out for a minute? |
| 7:58:09 | Agent Eckel | Sure. |

3

| 7:59:22 | Scott | One question I have for you though. Uhh…[inaudible]...right now, but if I have to go to Boston and go in front of a judge, I'd like to make sure that I call a lawyer soon so I have somebody there. |
| --- | --- | --- |
| 7:59:34 | Agent Eckel | Okay. Uhh, do you have a lawyer that you… |
| 7:59:37 | Scott | Well, I don't have a criminal lawyer because I never needed one. But I have a, I have a few law firms, I have one in particular I would call. The litigators at least, I'm sure they know somebody. |
| 7:59:45 | Agent Eckel | Okay. |
| 7:59:45 | Scott | So that I can tell them… |
| 7:59:46 | Agent Eckel | We can, we can let you make that call. Umm. But we would have to, you know, we would have to unlock your phone. We would have to go through your phone to do that. |
| 7:59:54 | Scott | No, we can look them up the number, and we can call him from another phone, I don't care. |
| 7:59:56 | Agent Eckel | That's fine. Yeah… |
| 7:59:58 | Scott | I just want to know, like, where I'm going, so I can tell them, and so they can prepare for me to be there. |
| 8:00:02 | Agent Eckel | And that's fine, yeah, we can definitely do that. |
| 8:00:03 | Scott | 'Cause I have a…I have a…this is a...you're not the judge, but right [inaudible]...the hearing might also be about if I go home again or not, right? |
| 8:00:10 | Agent Fata | Mm-hmm. |
| 8:00:10 | Agent Eckel | Mm-hmm. |
| 8:00:11 | Scott | Right? |
| 8:00:11 | Agent Eckel | Yeah. |
| 8:00:12 | Scott | Okay. |
| 8:00:13 | Agent Eckel | Yeah. So, well, we'll definitely take care of that in a few minutes, so we're just going to step out. One second, just hold- hang tight. |
| 8:00:21 | Agent Fata | And again, it's being recorded. |

4

| | | |
|---|---|---|
| *The agents step out of the room for approximately six-and-a-half minutes.* | | |
| 8:07:12 | Agent Eckel | Okay, you said you had, you didn't have any other guns at the house here? |
| 8:07:14 | Scott | I had two. |
| 8:07:14 | Agent Eckel | You had two other guns? Ok. Umm, was it a revolver? |
| 8:07:21 | Scott | It's an [inaudible] actually it's a revolver, automatic .45, and a shotgun. |
| 8:07:27 | Agent Eckel | And a shotgun. Ok. No rifles or anything like that? |
| 8:07:32 | Scott | *(shakes head no)* |
| 8:07:39 | Agent Fata | Does your wife have any weapons? |
| 8:07:43 | Scott | She might have hers here, yeah. |
| 8:07:45 | Agent Fata | What does she have? |
| 8:07:46 | Scott | She has a 9 millimeter H and K. |
| 8:07:49 | Agent Fata | 9 millimeter H and K? |
| 8:07:50 | Scott | Yeah, yeah. |
| 8:07:51 | Agent Fata | Where does she keep that? |
| 8:07:53 | Scott | In a box in the bedroom. |
| 8:07:55 | Agent Fata | Excuse me? |
| 8:07:55 | Scott | In a box in the bedroom. In the closet. |
| 8:07:55 | Agent Fata | Is it a lockbox? |
| 8:07:58 | Scott | Yeah, it's a gun box. |
| 8:08:00 | Agent Fata | Gun box. |
| 8:08:01 | Agent Eckel | Is there a key, fingerprint? Or how does it open up? |
| 8:08:04 | Scott | Oh, I don't know, I don't know if it's locked or not. |

5

| 8:08:07 | Agent Fata | [Inaudible] |
| --- | --- | --- |
| 8:08:09 | Agent Eckel | Yeah, I'll, I'll stay here for one sec. |
| *Agent Fata leaves the room and then re-enters.* | | |
| 8:09:06 | Agent Eckel | You okay? You need to use the bathroom or anything? |
| 8:09:07 | Scott | I'm good right now. |
| 8:09:08<br><br>8:09:12 | Agent Eckel | Okay.<br><br>Uhh, so let's go back to…back to Barta and, uhh…and Cryptoreal. Uhh, we have a document here for uhh, the share, the share sale and purchase agreement. |
| 8:09:27 | Scott | Mm-hmm. |
| 8:09:29 | Agent Eckel | Umm, do you recognize it? You can, you page through, there are a couple of pages in there. |
| 8:09:53 | Scott | I remember this deal happened, but I don't remember much about it. I didn't have much to do with it. |
| 8:09:58 | Agent Eckel | Ok, umm, do you recognize the signatures? |
| 8:10:03 | Agent Fata | Who signed these? |
| 8:10:10 | Scott | Umm, I don't know if this is her real signature. This looks like Ruja, I just, I don't know. |
| 8:10:14 | Agent Fata | That's Ruja's signature? |
| 8:10:15 | Scott | I don't know, but the name is her name, right? So…but this, I have no idea. |
| 8:10:23 | Agent Fata | Well, have you seen her signature before? |
| 8:10:25 | Scott | Umm, not really. Like I said, I, I have contracts with her except she might have signed you know for the law firm engagement letter, but I don't know. |
| 8:10:53 | Agent Fata | And who is this? |
| 8:10:54 | Scott | I have no idea. |

6

| 8:10:56 | Agent Eckel | So you don't know who signed the documents for a deal that you were putting together? |
|---|---|---|
| 8:11:00 | Scott | I didn't put this together. |
| 8:11:01 | Agent Eckel | You didn't put this together? |
| 8:11:03 | Scott | No, absolutely not. |
| 8:11:03 | Agent Eckel | And so who put this together? |
| 8:11:05 | Scott | I have no idea, but I didn't.  This is, uhh…Those are…These are documents that we got as part of our… I recognize seeing something like this. |
| 8:11:13 | Agent Eckel | Okay. |
| 8:11:14 | Scott | And probably more than this.  Umm.  But this was like part of our just due diligence.  I…We never were involved in the deal. |
| 8:11:22 | Agent Eckel | And you, did you transfer the funds? |
| 8:11:24 | Scott | I did one, I connected one tranche, yes. |
| 8:11:27 | Agent Eckel | What tranche? |
| 8:11:28 | Scott | At the request of the investors yeah I can't hold their money when they ask, but yeah… |
| 8:11:32 | Agent Eckel | And how much, how much was it for? |
| 8:11:33 | Scott | It was..uhh...I want to say 30 million. |
| 8:11:50 | Agent Eckel | Do you remember who you transferred it to?  Or transferred…[inaudible] |
| 8:11:53 | Scott | I really don't remember.  I couldn't tell you.  I just know that when this deal came in, we looked at it, I know we asked for more documents, and we got like the, we wanted to know the ownership, and we figured out that, like I said, that a Bush family member was in the deal.  So that's what gave us some comfort that this was a real thing. |
| 8:12:13 | Agent Fata | Where did the money come into? |
| 8:12:17 | Scott | Into where? |

7

| 8:12:18 | Agent Fata | Where was it? Where was it held? |
|---|---|---|
| 8:12:22 | Scott | I don't remember which account. [Inaudible] I can tell you, we had, like I said, we had three banks. And umm, we had [inaudible] our accounting as a group, right, like a consolidated thing. So I don't know where it came out, I couldn't tell you. |
| 8:12:35 | Agent Fata | But you conducted that transaction? |
| 8:12:38 | Scott | I don't know if I did it or if somebody, somebody else in my firm did. I don't know. But I know we decided, we, like I said, I know we asked for a KYC and due diligence on this. |
| 8:12:53 | Agent Fata | And where did this money end up? |
| 8:12:57 | Scott | I don't, I don't remember this transaction that well. I would have to see more documents. If we get this detailed, then I really should should umm get a lawyer involved. Umm, because I just don't remember and I don't want to say anything wrong. |
| 8:14:05 | Agent Eckel | Tell me again who the investors were in, uhh, in Fenero? You said it was groups of companies, umm… |
| 8:14:15 | Scott | It was different, different groups of companies that went into different funds. We did not have just one fund. |

*While Mr. Scott was speaking, there was a knock at the door.*

| 8:14:20 | Agent Eckel | Come in. |
|---|---|---|
| 8:14:23 | Unidentified male | Hey, how are you doing? I have a quick question for you guys if you just want to step out. Just one of you is fine. |
| 8:14:28 | Agent Fata | Okay. |
| 8:14:29 | Unidentified male | It'll be one second. |

*Agent Eckel leaves and then shortly thereafter re-enters the room.*

| 8:14:53 | Agent Eckel | So they, they have a couple of computers at your, a computer at your house, and I'm sure you have more computers in Florida. Umm, to streamline the process of being able to get your stuff back to you. What are the - they're all password protected, I'm assuming, all your computers… |
|---|---|---|

8

| 8:15:10 | Scott) | I don't even know if they are.  Yeah, maybe, yeah. |
| 8:15:12 | Agent Eckel | What would the passwords be? |
| 8:15:13 | Scott | Well they'd be like these light ones you type three times and put a new one in, you know? It's like nothing… |

The interrogation continues.  The videotape of the interrogation ends at 8:45:54.