# EXHIBIT A

**Draft Transcript of Mark S. Scott's Post-Arrest Interrogation**
Prepared by Government.

Participants: Special Agent James Eckel (FBI), Special Agent Kristine Fata (IRS - Criminal Investigation), Mark S. Scott (Defendant)

The interview commenced at 7:24:45 a.m.  All times indicated are a.m.

| Time | Speaker | Statement |
|------|---------|-----------|
| 7:24:47 | Agent Fata | I'm Kristine Fata, Special Agent with IRS Criminal Investigation. |
| 7:24:52 | Scott | Mm-hmm, sure. |
| 7:24:54 | Agent Eckel | And I'm Special Agent Eckel with the FBI. |
| 7:25:02 | | So, I'm going to give you a copy and let you see a copy of the arrest warrant so you know what's going on here.  So you can see the charges? |
| 7:25:33 | | Okay?  Pretty clear? |
| 7:25:33 | Scott | Mm-hmm, sure. |
| 7:25:36 | Agent Eckel | So, before we do anything I want to read your advice of rights.  Umm, so, before we ask you any questions, I want you to understand your rights.<br><br>You have the right to remain silent.  You have the right – Or anything you say can be used against you in court.  You have the right to talk to a lawyer for advice before we ask you any questions.  You have the right to have a lawyer with you during questioning.  If you can't afford a lawyer, one will be appointed to you before any questionings if you wish.  If you decide to answer any questions now without a lawyer present, you have the right to stop answering at any time.  Do you understand these rights as I have just read them? |
| 7:26:14 | Scott | I do. |
| 7:26:17 | Agent Eckel | Ok.  Umm.  Are you willing to talk to us? |

1

| 7:26:18 | Scott | I'd be willing to say a few things now I mean I do want a lawyer involved. |
|---------|-------|---------------------------------------------------------------------------|
| 7:26:23 | Agent Eckel | Okay. |
| 7:26:23 | Scott | I wanna say, off the top, that I'm like absolutely surprised at what's going on. |
| 7:26:27 | Agent Eckel | Okay. |
| 7:26:29 | Scott | Because, uh, you know, typically the way I understand money laundering, is people, you know, do secret, you know, transactions, take money from who they don't know for example or that they haven't done any KYC on.  That's not what we did.  And, umm, so I am just absolutely, you know, shocked that I'm here.  And I even disclosed all my money flows on my tax returns.  And on my FBARs and everything.  So, I'm just not kind of clear on like, umm… well, it's clear that my intent would never be to launder any money because I'm showing it.  I'm showing what I'm doing. |
| 7:27:06 | Agent Eckel | Well, I just want to stop you real quick before you say anything else.  I just want you to… |
| 7:27:10 | | If you're willing to speak to us for, you know, a little bit right now, I just want you to sign this and you can read it over real quick, sign it, and like we said, at any point you want to stop answering questions, you know, you just let us know and tell us that you want your lawyer, and we'll be willing to stop and continue at a later date with your lawyer present.  So if you want to quick read this real quick, you know.  Umm, it's exactly how I read it. |
| 7:27:31 | Agent Fata | Take your time, reading it.  Be sure it's clear and then sign it if you agree to speak with us. |
| 7:27:39 | Scott | Right.  Well you know I'd love to be transparent, but I also recognize the fact that I should have an attorney present when I go through this.  And I really don't, like I said, I really don't understand quite yet what this is about. |
| 7:27:47 | Agent Eckel | Okay. |

| 7:27:49 | Scott | So I really would like to have somebody that knows better than I do give me advice on how to answer things, and… |
| 7:27:58 | Agent Eckel | Okay, so are, uh, I mean, originally you said you were willing to speak to us a little bit. |
| 7:28:00 | Scott | I can speak to you a little bit, I mean, yeah sure, that's okay.  I'll say stop, and we stop. |
| 7:28:05 | Agent Eckel | And that's fine, that's fine. |
| 7:28:07 | Agent Fata | At any point you want to stop. |
| *Mr. Scott signs.* | | |
| 7:28:20 | Agent Eckel | And we're just going to sign it now. |
| 7:28:20 | Scott | Okay. |
| 7:28:24 | Agent Fata | [inaudible] |
| 7:28:27 | Agent Eckel | Should we start reading, uh, at the bottom. |
| 7:28:32 | Agent Fata | 7:25 |
| 7:28:35 | Agent Eckel | Let's start at 7:20. |
| 7:28:36 | Agent Fata | And, uh, nine, five. |
| *The agents sign the form.* | | |
| 7:29:00 | Agent Eckel | Okay.  Umm so a couple of things I want to ask you before we get started with, you know, any questionings.  Did they ask you about your passports or anything yet? |
| 7:29:08 | Scott | [Inaudible.] |
| 7:29:09 | Agent Eckel | Do you have a U.S. passport? |
| 7:29:10 | Scott | Sure. |

3

| 7:29:11 | Agent Eckel | Where would that be? Is it in your house here? |
|---------|-------------|------------------------------------------------|
| 7:29:13 | Scott | It should be probably Miami. |
| 7:29:16 | Agent Eckel | In Miami? Ok, umm, is it in a safe or… |
| 7:29:20 | Scott | It's probably somewhere in the drawer in the bedroom. |
| 7:29:22 | Agent Eckel | Ok. Umm, and you were born in Germany, correct? |
| 7:29:27 | Scott | That's right, in Germany. |
| 7:29:29 | Agent Eckel | Ok. Do you have a German passport? |
| 7:29:29 | Scott | I do |
| 7:29:30 | Agent Eckel | Ok, and is that at the same location? Ok |
| 7:29:35 | Agent Fata | Do you have dual citizenship? |
| 7:29:37 | Scott | Yes |
| 7:29:41 | Agent Eckel | And you said it should just be in a drawer |
| 7:29:42 | Scott | Yeah [inaudible] |
| 7:29:45 | Agent Eckel | Do you have any safes at your house? |
| 7:29:46 | Scott | I do |
| 7:29:46 | Agent Eckel | Ok. Umm, now we do have search warrants, for both your locations, both your residences. Umm, and they're going to want to look into those safes. Umm, to make things a little bit easier for you and us, if you would be willing to provide us combinations for the safe, otherwise… |
| 7:30:06 | Scott | [inaudible] has a key [inaudible] there's no combination [inaudible]… |
| 7:30:07 | Agent Eckel | Ok |

| 7:30:07 | Scott | …and the key is actually in a bag here in Barnstable. |
| 7:30:11 | Agent Eckel | Ok, so the key for the safes for Florida… |
| 7:30:14 | Scott | Is here |
| 7:30:14 | Agent Eckel | Is here. And do you have safes here? |
| 7:30:16 | Scott | No |
| 7:30:16 | Agent Eckel | No? Ok. |
| 7:30:21 | Agent Fata | And where are they? In a bag you said? |
| 7:30:24 | Scott | Yeah, I have a courier bag. Umm, it's upstairs right by the entrance, and there's a there's a zipper pocket that has a lot of like keys on it, like lockboxes and safes. |
| 7:30:36 | Agent Fata | Ok. |
| 7:30:39 | Agent Eckel | And you have any other weapons in the house? |
| 7:30:43 | Scott | In Miami? No. |
| 7:30:45 | Agent Eckel | Not here? |
| 7:30:46 | Scott | I probably have two more. I'll tell you more right now. |
| 7:30:48 | Agent Eckel | Ok, so you said you're… you already told… |
| 7:30:50 | Scott | Yeah, yeah. |
| 7:30:50 | Agent Eckel | Ok, we don't need to talk about that. That's fine. Umm, it's all like just for basic information. Umm, as far as your phone, umm, would you be able to give us the password to your phone? |
| 7:31:05 | Scott | Sure. |
| 7:31:05 | Agent Eckel | What's the uh, what's the [inaudible]? |

5

| | | |
|---|---|---|
| 7:31:07 | Scott | It's um, 3693. |
| 7:31:12 | Agent Eckel | 3693. And do you have any other phones in the house? |
| 7:31:21 | Scott | I have old phones. I just changed mine to a new model. It's the same but older than this one. |
| 7:31:26 | Agent Eckel | Ok. So, it's the same phone, just not active anymore? Uhh, did it have passwords as well? Are they at the house here or in Florida? |
| 7:31:33 | Scott | Same thing. |
| 7:31:34 | Agent Eckel | Same thing? Same password? Ok. So that's the basic stuff. So let's talk a little bit more about what's going on here. You wanna start? |
| 7:31:55 | Agent Fata | A few questions. I will start. Who are the investors in Fenero? |
| 7:32:04 | Scott | Well there are a bunch of uhh companies |
| 7:32:05 | Agent Fata | I'm sorry? |
| 7:32:05 | Scott | It's a number of companies, three or four, I think. That invested with us where we knew a couple of principals that had[inaudible] invested with us so…I don't know what more to say, it was a couple years ago, so. I don't know the names anymore. |
| 7:32:24 | Agent Fata | Ok [inaudible]. |
| 7:32:31 | Agent Eckel | I'm just taking notes of whatever you're saying |
| 7:32:33 | Scott | Sure, sure |
| 7:32:45 | Agent Eckel | So we do have a binder here with some information. |
| 7:32:48 | Scott | Mhhm |
| 7:32:55 | Agent Eckel | [inaudible] |
| 7:33:19 | Agent Fata | Alright, so those initial investors, had they been represented by you? |

| 7:33:25 | Scott | I had two of them that were former clients of my law firm |
|---|---|---|
| 7:33:34 | Agent Eckel | Two of the investors were clients at your law firm? |
| 7:33:36 | Scott | Mhm |
| 7:33:43 | Agent Fata | They were represented by you for how many years? |
| 7:33:45 | Scott | Not just by me, actually by other partners at the firm. So, one of them, one of them for, out of Fort Lauderdale, Gilbert Armenta, for about eight years I would think, and the other client came as different entities – it was not just one person – but I guess a couple of the same owners, was actually represented from our London office for real estate transactions |
| 7:33:14 | Agent Eckel | And that was a group of people you said, or…? |
| 7:33:15 | Scott | I don't know. It was a group of companies. |
| 7:33:17 | Agent Eckel | Ok. |
| 7:34:28 | Agent Fata | So we have here in this tab, the Fenero equity investment mission statement. |
| 7:34:33 | Scott | Mhhm |
| 7:34:34 | Agent Fata | And so, in here, I believe, if you could see that statement [inaudible] |
| 7:35:00 | Scott | That's what I'm talking about |
| 7:35:01 | Agent Fata | Ok. |
| 7:35:01 | Scott | So he has also different companies, and different transactions like all over the world. |
| 7:35:06 | Agent Fata | Ok. |
| 7:35:06 | Agent Eckel | And you say…you say he? |

| 7:35:09 | Scott | Well actually, it's a, it's a, it's a, uhh, individual out of Fort Lauderdale, Gilbert Armenta |
|---|---|---|
| 7:35:14 | Agent Eckel | Ok. |
| 7:35:14 | Scott | Who I did umm local transactions with, with the telecom transactions in Brazil. I did a whole slew of work with him in different law firms. |
| 7:35:25 | Agent Fata | Close to excess of 2.1 billion in transactions? |
| 7:35:29 | Scott | Probably. |
| 7:35:31 | Agent Fata | So tell us about those transactions. |
| 7:35:34 | Scott | Well, we did umm, the biggest that I can remember are, or the biggest I remember was a telecom deal with Telefonica in Brazil. There was a purchase of telephone towers from Telefonica, and the transaction was done together with a group out of Providence North, they're called, I'd say Providence Capital something. They still own the towers, as far as I know, through subsidiaries, so that was a billion dollar deal by itself. And we did others. We tried deals in other countries, so when I say we did that size. We didn't close them all, you know, but umm we did some in Colombia and tried in Panama. Umm, and other countries, yeah so… including Germany, Ireland. |
| 7:36:27 | Agent Eckel | So you said, uhh, you did uh, these are all telecom deals? |
| 7:36:29 | Scott | All telecom deals, yes |
| 7:36:30 | Agent Eckel | And you said it was uhh, Panama? |
| 7:36:33 | Scott | Yeah, we looked at Panama, we looked at Columbia, Ecuador. I know we we were very close with Ireland, so we went to Ireland to buy all the towers of O2. |
| 7:36:45 | Agent Eckel | And did any of these deals close, or— |

| 7:36:48 | Scott | Not, not with my clients. I I heard after a couple of them did close, but not with us involved. |
| 7:36:56 | Agent Eckel | Ok |
| 7:36:56 | Scott | We kinda teed them up. He was very good at finding these transactions. From Telefonica we [inaudible] a good relationship in Spain. |
| 7:37:05 | Agent Eckel | You have a good relationship with Spain? |
| 7:37:06 | Scott | No, he did my client did yes. |
| 7:37:15 | Agent Fata | So how much was received into the Fenero funds? |
| 7:37:21 | Scott | Umm, I would say right about the top of it without returns, about 290 million. |
| 7:37:31 | Agent Eckel | 290 million received into the… |
| 7:37:33 | Scott | Yes. Yeah, without returns and things of that sort, yeah |
| 7:37:48 | Agent Eckel | And where did 290 come from? Who, who— |
| 7:37:51 | Scott | From investors. We had, like I said, we had different groups of investors that came in through, umm, first we had accounts at Deutsche Bank umm with an administrator. Umm, and then we have an account at DMS [inaudible] Cayman. |
| 7:38:08 | Agent Eckel | TMS? |
| 7:38:08 | Scott | DMS. |
| 7:38:09 | Agent Eckel | DMS? |
| 7:38:09 | Scott | DMS Bank and Trust. And that's where everything was pooled. |
| 7:38:17 | Agent Fata | What about BNN consult? |
| 7:38:20 | Scott | BNN consult is one of the investors. |

| 7:38:23 | Agent Fata | And who is that? |
|---|---|---|
| 7:38:26 | Scott | Umm, from what I, what I, what I…I was dealing with the attorney for BNN, which was also, she was the sole member as per our paperwork. |
| 7:38:35 | Agent Fata | Who is that? |
| 7:38:36 | Scott | Umm, Irena. |
| 7:38:37 | Agent Fata | Irena? |
| 7:38:38 | Scott | Irena. |
| 7:38:39 | Agent Fata | What's uhh, the last name? |
| 7:38:41 | Scott | I can't remember right now. I don't, I mean, I'm sure she's a, she's a, from Bulgaria, but I can't tell you the last name off the top of my head. Dil, dil, dil…something ka. Ahh, I just don't know how to spell it right now. |
| 7:38:56 | Agent Eckel | Yeah. Tell us a little bit more about Irena. |
| 7:39:08 | Scott | Umm, she was introduced to me by umm, by umm another person that that Gilbert brought to me, which is, umm, she is very famous because she does all this crypto stuff now. Umm, uhh, Ruja, and…she |
| 7:39:32 | Agent Eckel | That's her first name? |
| 7:39:33 | Scott | Ruja is her first name. And, umm, she was involved in, in, in some cryptocurrency. She had one of those Bitcoin, or has one of those Bitcoin type of deals. And we, even at the time, I had no interest in, in getting involved with something where, you know I never knew those different countries involved and all that. So, we obtained an opinion, um, that Bitcoin, or OneCoin in her case, was legal in the countries that we dealt with. And that came from Locke Lord. The law firm was Locke Lord that I used to be in. There's a cryptocurrency specialist, or used to be, I don't know if he's still there in the London office. So we requested that that run-down. |

10

| 7:40:24 | Agent Eckel | And who was the uh, the expert over there? Do you remember his name? |
| 7:40:27 | Scott | If I had my phone I could tell you. Um, um, I wanna say Robert… [inaudible] |
| 7:40:32 | Agent Eckel | We'll…we're gonna be able to give you your…let you look at your phone to get some information but we'll come back to that. |
| 7:40:37 | Scott | So yeah so we had that. We, we, we checked that first of all at the time there was no country that actually was [U/I] investigating it but there was nothing out there where it was like banned, or if there was any problems in the countries that we were involved in. |
| 7:40:59 | Agent Fata | So, who's the owner of BNN Consult? |
| 7:41:02 | Scott | Umm, Irena, as far as I know. We have a whole file, we did the KYC on every investor so the regular standard that you needed to do that we learned from administrators. That's what we got, and she's, per government documents, the owner, and per bank reference, her bank reference letter. |
| 7:41:20 | Agent Fata | And where are those documents? |
| 7:41:23 | Scott | Umm, you know I would have to, I'd probably have some printed out and in a file. Umm, I might have some in the computers and emails when they were transmitted and signed. |
| 7:41:37 | Agent Fata | Here, or in Miami? Where do you keep your files? |
| 7:41:40 | Scott | Well I have most of my stuff like downloaded onto my computer here, so umm. And I might have some files. They would be, like if you guys would go up to the house already, they would be somewhere in my office. |
| 7:41:50 | Agent Fata | Ok. |
| 7:41:50 | Agent Eckel | An office in your house here? |
| 7:41:52 | Scott | There. If it's filed, if it's paper, there… |

| | | |
|---|---|---|
| 7:41:54 | Agent Eckel | It'd be in Florida? |
| 7:41:55 | Scott | Yeah. |
| 7:41:55 | Agent Eckel | Ok. |
| 7:41:55 | Scott | Yeah. |
| 7:42:00 | Agent Fata | So, uhh, where is Raja [Ruja]? |
| 7:42:02 | Scott | I have no idea. |
| 7:42:05 | Agent Fata | Well, how do you contact her? |
| 7:42:06 | Scott | I don't speak to her anymore. We, we, we've sent, we gave all the money back in the fund. |
| 7:42:10 | Agent Fata | So you don't have any money related… |
| 7:42:12 | Scott | No. No discussions, no nothing. We have release agreements. All the money that was not invested, umm, was at the direction of the investors, sent to, umm, another, umm, another financial advisor in Dubai. We have nothing to do anymore |
| 7:42:29 | Agent Fata | And who is that financial advisor? |
| 7:42:31 | Scott | They're called, we signed an agreement, the first agreement at the behest of the investors is called Phoenix something Investment Fund, I think just Phoenix. And then, umm, and I have the name of the guy that I dealt with, that I was directed to in my emails and what. I'm going to say, Amar [phonetic] something. You know… |
| 7:42:54 | Agent Eckel | So your, the, the Fenero funds were, were closed… |
| 7:42:57 | Scott | Yeah, we… |
| 7:42:57 | Agent Eckel | …and transferred to Phoenix Investment Fund? |

12

| 7:43:00 | Scott | Yeah, we ran into, umm, we had a certain game plan, umm in the UK, of how we wanted to invest the money. And then Brexit came along, so we sent the letter to all investors saying that we don't see any more of the certainty of the market, and that we wanted to, umm, have a standstill, and at first that was agreed to and we reduced our fees at the time. And then, umm, we had a few phone calls, umm umm, maybe a couple emails, I don't remember, where it says, look, we just want to like get out. We just want our money back, and, and we said we're not going to hold it, we have no right to hold it. And so we got a mechanism to get it out, umm Phoenix signed and we did the release of the documents, umm, as custodian, and [U/I] basically transferred to them, making them aware of what type of money it is, how we held it. And, that was basically it. We, we had the money held in an island already because we did a, they had a subsidiary there for tax reasons and doing transactions midland, and we're, we're in the midst of, of, of, of closing that up, we're actually right now doing the audited financials. |
| --- | --- | --- |
| 7:44:08 | Agent Fata | So it's not closed yet? |
| 7:44:10 | Scott | Well, the bank accounts are closed, and what we had to do now is for this last year, you have to submit to the Irish government still the audited financials. So we're working on a firm in Ireland, working on RBK. And umm, they have a lot of this information. And we also had to, every year, we just did our last forms, we had to do our financial statements with the financial commission BVI, which we also did. |
| 7:44:39 | Agent Eckel | And the, the person over in, uhh, at Phoenix Investment Fund? |
| 7:44:43 | Scott | Yeah, I wanna say it's, it's, it's Amar [phonetic] something. I have it in my email. I can look him up. |
| 7:44:48 | Agent Eckel | On your phone? |
| 7:44:49 | Scott | My phone or my iPad. My phone might not go back that far. |
| 7:44:51 | Agent Eckel | Ok. |
| 7:44:51 | Scott | You know, it just saves like a certain amount of information. |

| 7:44:56 | Agent Fata | And how much was that? |
|---|---|---|
| 7:44:59 | Scott | We paid back about umm, to Phoenix was about 190 I would say. Somewhere around there. |
| 7:45:11 | Agent Eckel | And you said the 290 million went in. What happened to the other 100 million… |
| 7:45:15 | Scott | Well, some was invested, which was basically then, we transferred the ownership of those businesses to the investors as well. And some just went bad. I mean, we bought, tried to buy a trading platform, FX Trading [phonetic] in London. Money was wasted, it didn't work. We bought a credit card company, PCT, which was actually transferred to the owners. There was a, a deal that was out of the ordinary for us. Umm, but we got [inaudible] to save, where there was a, a desire to invest into a oil deal. Umm, and don't ask me where it was anymore, but the only thing I remember, what made me a little comfortable, there was this one of the Bush brothers, from the president's family, so I said, that can't be that bad. |
| 7:46:01 | Agent Eckel | Tell us a little bit more about the oil deal with uhh Bush. Which Bush brother? |
| 7:45:23 | Scott | I don't, I don't know much more. You know, we just got documents for it. So we've got the due diligence, we, we, we brought in the, the surveys to make sure there's actually an oil field. It was a strange country but I wanna say, I wanna say Madagascar or something. And, but we got the documents in, we got our approvals, and at that point, and really we didn't, we didn't care, because you know, we had like a, you know, a big gun on one side, and we had all the approvals on the other so. |
| 7:46:11 | Agent Fata | How was that contact made? |
| 7:46:35 | Scott | I don't know how they got into it |
| 7:46:37 | Agent Fata | Well, who brought you that information that they were interested? |

| 7:46:40 | Scott | Umm, I got that from Irena. Like most of it. She represented apparently a couple of the companies, or at least she got authority from them to represent them with us. So I communicated with her the most. |
| 7:46:58 | Agent Fata | And where is she now? |
| 7:46:59 | Scott | I have no idea. |
| 7:47:02 | Agent Fata | When was the last time you spoke with her? |
| 7:47:04 | Scott | Umm, I think she emailed me once briefly, umm, probably, two to three months ago, because we still hold a million-dollar legal retainer that we kept because we, we didn't know how contentious people might be, so we said we want to have that in case we get a lawsuit from an investor. So umm, she asked me about when that was payable, and then other than that, umm before that we didn't speak for probably 10 months or so when we wrapped everything else up. |
| 7:47:35 | Agent Fata | How about Raja [Ruja]? When was the last time you spoke with her? |
| 7:47:39 | Scott | Last spring. Not this year but the year before, maybe summer. Maybe summer. |
| 7:47:44 | Agent Eckel | Summer of seventeen? |
| 7:46:45 | Scott | Summer of last year, yes. Seventeen. |
| 7:47:50 | Agent Fata | How did you communicate with her? |
| 7:47:52 | Scott | Umm, I communicated with her usually umm usually umm it was umm on WhatsApp. Uhh which I use almost with everybody. Umm, and then the other two, three times actually I saw her in person. |
| 7:48:11 | Agent Fata | Where did you see her? |
| 7:48:12 | Scott | I saw her in Sofia before, and I saw her in London. |
| 7:48:19 | Agent Fata | And you were [inaudible]? |

15

| 7:48:21 | Agent Eckel | Yeah, how many times did you see her in person? Like, how many trips? Like— |
| 7:48:34 | Scott | No no, I'm thinking right now, because I also saw her once, I saw her once in Frankfurt so I was really thinking. I want to give you the right number. So I want to say maybe seven, seven, eight times maybe. |
| 7:48:48 | Agent Eckel | You said Frankfurt… |
| 7:48:49 | Scott | Yeah, I saw her in Sofia, like three times I think. Sofia… |
| 7:48:52 | Agent Eckel | Uhh, Bulgaria? |
| 7:48:54 | Scott | Yeah, yeah. And then I saw her in umm a place in London, and then I saw her once in Frankfurt, where I thought she actually originally lived. She's married to a lawyer in Frankfurt. |
| 7:49:08 | Agent Eckel | That's where you think she originally lived was in Frankfurt? |
| 7:49:09 | Scott | That's what I'm, that's how my introduction was. She speaks German, I speak German. |
| 7:49:13 | Agent Eckel | Ok. |
| 7:49:13 | Scott | And so she was recommended to me in in terms of, as a lawyer, because of the language. I at first had no idea that she was also elsewhere. |
| 7:49:26 | Agent Eckel | And how many, how regular was your communication on WhatsApp with her? |
| 7:49:29 | Scott | Very irregular. |
| 7:49:30 | Agent Eckel | Very regular? |
| 7:49:30 | Scott | It was very irregular. Just at times. |
| 7:49:33 | Agent Fata | Irregular? |

16

| 7:49:33 | Scott | Irregular, yeah. |
|---|---|---|
| 7:49:34 | Agent Eckel | Very irregular? |
| 7:49:35 | Scott | Yeah. Irregular. |
| 7:49:37 | Agent Eckel | So, you didn't have much communication with her at all. |
| 7:49:39 | Scott | No. No. |
| 7:49:41 | Agent Eckel | About how many times would you say in general, like a hundred, a thousand, fifty? |
| 7:49:45 | Scott | I would, I would, I would…umm no, it's not like we never had a, I don't want to make it sound like that. I mean, umm, she would follow up on certain things, or actually give you know like, make introductions to opportunities and things like that. She's very well connected. Umm, no I mean, definitely, I mean, if you look, check the messages, I mean there's probably a few hundred, right? Over, over a year and a half or so. |
| 7:50:12 | Agent Eckel | Ok. |
| 7:50:17 | Scott | But it's like obviously a whole different communication than email. Like, WhatsApp is a quick, you know… |
| 7:50:24 | Agent Eckel | Do you still have the messages on your, on your phone with her? All, all gone? |
| 7:50:28 | Scott | I'm not sure, I'm not sure. |
| 7:50:31 | Agent Fata | Why are they all gone? |
| 7:50:33 | Scott | I don't keep messages when I look at my phone. I keep, umm, the only messages I keep is where I want to answer. [inaudible] |
| 7:50:43 | Agent Fata | So you delete them? |

17

| 7:50:44 | Scott | Yeah, I delete them. You know, I'm yeah, absolutely. I don't, I don't delete emails, but I umm, I don't keep messages, text messages, or WhatsApp. No. |
| 7:50:54 | Agent Fata | Why do you delete them? |
| 7:50:55 | Scott | Excuse me? |
| 7:50:55 | Agent Fata | Why do you delete them? |
| 7:50:57 | Scott | I just, I just, I just, first of all, I save memory, and secondly, I don't go back to them. I'm not one of those, you know, you know. I've seen people before that can go back two years and show you like what you said one day. I mean, I don't do that. No reason for it. |
| 7:51:10 | Agent Fata | But these are important transactions and conversations aren't they? |
| 7:51:14 | Scott | Well, not, not I mean you know, everything that, that's important to my business I kinda confirm in an email. So, so I don't think information is lost, it's just, like I said, that form seems very informal, and and it would not be enough for me if somebody agreed to me on something on WhatsApp. I would still get something signed, or, or affirmed in an email from them, you know? |
| 7:51:39 | Agent Fata | So explain the investment in Crypto Real Investment Trust? |
| 7:51:46 | Scott | Crypto…? |
| 7:51:48 | Agent Eckel | Crypto Real |
| 7:51:49 | Agent Fata | Real. Crypto Real. Crypto Real Investment Trust [inaudible]. |
| 7:51:54 | Scott | I've got to see the documents. It might be part of like what we're putting together, but I just don't…Crypto Real, I don't, I don't know… |
| 7:52:02 | Agent Eckel | Crypto Real |
| 7:52:02 | Scott | Real… |

| 7:52:04 | Agent Fata | Real. R-E-A-L |
| 7:52:05 | Scott | Yeah no, I understand that. Do you have a little more information on that? |
| 7:52:11 | Agent Fata | We'll talk about it. Who's the owner of Barta Holdings Limited? |
| 7:52:15 | Scott | What's this? |
| 7:52:16 | Agent Fata | Barta. B-A-R-T-A Holdings Limited. |
| 7:52:20 | Scott | I don't know. |
| 7:52:26 | Agent Eckel | You don't know who the owners of Barta is? |
| 7:52:27 | Scott | Top of- No, I mean that's somebody that dealt with us. We'll have a record, I'm sure, but I just, I'm, top of my head I don't, I didn't...right now recognize… |
| 7:52:34 | Agent Fata | Was that the deal with the Bush? |
| 7:52:38 | Scott | Oh maybe that's [inaudible] I don't know. Seems like… like I said. It's not when we found or we didn't. |
| 7:53:08 | Agent Eckel | Let's go back to umm, you said umm you were introduced to Ruja… |
| 7:53:23 | Scott | Mhhm |
| 7:53:26 | Agent Eckel | …by someone named Gilbert, I'm sorry I didn't get the last name. |
| 7:53:28 | Scott | Armenta |
| 7:53:32 | Agent Eckel | Tell us how you know, how do you know Gilbert Armenta? |
| 7:53:35 | Scott | Umm, well, umm I'm thinking about when she introduced me. He was referral to me as a lawyer. I can't think right now who that was, it's so long ago. He just came to me like [inaudible], you know, and he said oh it's just somebody probably, I have this and this deal I'm doing, [inaudible] he said, [inaudible] does those or something. But I just really recollect. |

19

| 7:54:03 | Agent Eckel | About how long ago were you introduced to Gilbert? |
| 7:54:06 | Scott | I mean, a long time ago |
| 7:54:08 | Agent Eckel | Ten years? |
| 7:54:08 | Scott | Ten, yeah, no like, I'm fifty now, so maybe twelve? Twelve, ten years. |
| 7:54:15 | Agent Eckel | It doesn't have to be like exact |
| 7:54:17 | Scott | Yeah, something like that. But a long time. |
| 7:54:19 | Agent Eckel | So about twelve years ago? Probably twelve years ago? Twelve-plus years ago? |
| 7:54:20 | Scott | Yes |
| 7:54:23 | Agent Eckel | Ok. Was Gilbert, umm, an investor in Fenero or in any of the other companies? |
| 7:54:38 | Scott | Yes |
| 7:54:38 | Agent Eckel | He was |
| 7:54:39 | Scott | Yes. But umm, I have to give a but, we actually returned all of his funds. |
| 7:54:51 | Agent Eckel | And why was that? |
| 7:54:52 | Scott | Umm, I think at the time, I don't know what came up, but we had, we had at the time some red flag, umm, where we just said you know that we wanted to make sure we're right on compliance. We were trying to go for 10 million dollars, or Euros, no it was dollars I think. And we returned it. We have a release document. |
| 7:55:14 | Agent Eckel | Did he go, live overseas or is he…? |
| 7:55:16 | Scott | I don't know where he is now. I mean, I know him from Fort Lauderdale. |

| | | |
|---|---|---|
| 7:55:19 | Agent Eckel | Is that where he lives, in Fort Lauderdale, or…? |
| 7:55:21 | Scott | As long as I've known him, yeah. And I know he travels quite a bit, but I don't know if he has another, he used to not have another residence and that's [inaudible]. |
| 7:55:39 | Agent Eckel | And you don't remember what the red flags were? |
| 7:55:43 | Scott | No, you know it was something that came from, umm we had an administrator. Umm, umm, umm, JP Administration Services or something in Cayman , that did the KYC for us. And something came from them where we just said, it's not worth, it's not worth the attention and difficulty, and we just sent the money back. And I think, oh you know what else, no I know what happened. I know what happened. It was that, but it was also in addition that was that he also failed to make umm a payment that was set for a certain date in the subscription agreement. So we didn't want to insert [inaudible], so we just said we don't want you as an investor. |
| 7:56:27 | Agent Eckel | He failed to make a… |
| 7:56:27 | Scott | To make a second payment on the subscription. |
| 7:56:30 | Agent Eckel | Ok. And you were still his lawyer at this time? |
| 7:56:49 | Scott | No. |
| 7:56:49 | Agent Eckel | You were not his lawyer at this time? |
| 7:56:50 | Scott | No. |
| 7:56:54 | Agent Eckel | When did you stop representing him? |
| 7:56:59 | Scott | I don't know, like three, three and a half years ago. |
| 7:57:16 | Agent Eckel | And you said you were representing Ruja as well? |
| 7:57:18 | Scott | No. My firm represented Ruja. I was an equity partner at Locke Lord and she was uh represented through the London office [inaudible] to buy one or two flats or something. That's how it |

| | | started and uh she also came in the firm um, um, to some guy who's name is Peter Courtnedige the expert that was at Locke Lord. |
|---|---|---|
| 7:57:47 | Agent Eckel | Crypto? Peter? |
| 7:57:48 | Scott | Courtneidg, I think C-O-U-R-T-N-E-I-D-G-E or something like that. And I don't know if he's still there, but um, so she basically approached the firm because of that, and then it turned out that she also worked with another partner there that helped her with all the real estate needs that she had at the time, so, but Peter was like, he was one of the, at the time, one of the top two/three guys, you know understanding crypto and block chain and, and how to work worldwide. This guy actually you know like I said he, he analyzed the different countries where um, crypto was present so that's something that I relied on when I left the firm to see if there's anything we can do business with. [inaudible] |
| 7:58:42 | Agent Eckel | Real quick.  If you have to use the restroom at any time just let us know. |
| 7:58:44 | Scott | Not right now. |
| 7:58:07 | Agent Fata | Do you want to step out for a minute? |
| 7:58:09 | Agent Eckel | Sure. |
| 7:59:22 | Scott | One question I have for you though.  Uhh…[inaudible]...right now, but if I have to go to Boston and go in front of a judge, I'd like to make sure that I call a lawyer soon so I have somebody there. |
| 7:59:34 | Agent Eckel | Okay.  Uhh, do you have a lawyer that you… |
| 7:59:37 | Scott | Well, I don't have a criminal lawyer because I never needed one. But I have a, I have a few law firms, I have one in particular I would call.  The litigators at least, I'm sure they know somebody. |
| 7:59:44 | Agent Eckel | Okay. |
| 7:59:45 | Scott | So that I can tell them… |

| 7:59:46 | Agent Eckel | We can, we can let you make that call.  Umm. But we would have to, you know, we would have to unlock your phone.  We would have to go through your phone to do that. |
| 7:59:54 | Scott | No, we can look them up the number, and we can call him from another phone, I don't care. |
| 7:59:56 | Agent Eckel | That's fine.  Yeah… |
| 7:59:58 | Scott | I just want to know, like, where I'm going, so I can tell them, and so they can prepare for me to be there. |
| 8:00:02 | Agent Eckel | And that's fine, yeah, we can definitely do that. |
| 8:00:03 | Scott | 'Cause I have a…I have a…this is a...you're not the judge, but right [inaudible]...the hearing might also be about if I go home again or not, right? |
| 8:00:10 | Agent Fata | Mm-hmm. |
| 8:00:10 | Agent Eckel | Mm-hmm. |
| 8:00:11 | Scott | Right? |
| 8:00:11 | Agent Eckel | Yeah. |
| 8:00:12 | Scott | Okay. |
| 8:00:11 | Agent Eckel | Yeah. So, well, we'll definitely take care of that in a few minutes, so we're just going to step out.  One second, just hold- hang tight. |
| 8:00:21 | Agent Fata | And again, it's being recorded. |
| *The agents step out of the room for approximately six-and-a-half minutes.* | | |
| 8:07:12 | Agent Eckel | Okay, you said you had, you didn't have any other guns at the house here? |
| 8:07:14 | Scott | I had two. |

| 8:07:14 | Agent Eckel | You had two other guns?  Ok.  Umm, was it a revolver? |
| 8:07:21 | Scott | It's an [inaudible] actually it's a revolver, automatic .45, and a shotgun. |
| 8:07:27 | Agent Eckel | And a shotgun.  Ok.  No rifles or anything like that? |
| 8:07:32 | Scott | *(shakes head no)* |
| 8:07:39 | Agent Fata | Does your wife have any weapons? |
| 8:07:43 | Scott | She might have hers here, yeah. |
| 8:07:45 | Agent Fata | What does she have? |
| 8:07:46 | Scott | She has a 9 millimeter H and K. |
| 8:07:49 | Agent Fata | 9 millimeter H and K? |
| 8:07:50 | Scott | Yeah, yeah. |
| 8:07:51 | Agent Fata | Where does she keep that? |
| 8:07:53 | Scott | In a box in the bedroom. |
| 8:07:55 | Agent Fata | Excuse me? |
| 8:07:55 | Scott | In a box in the bedroom.  In the closet. |
| 8:07:55 | Agent Fata | Is it a lockbox? |
| 8:07:58 | Scott | Yeah, it's a gun box. |
| 8:08:00 | Agent Fata | Gun box. |
| 8:08:01 | Agent Eckel | Is there a key, fingerprint?  Or how does it open up? |
| 8:08:04 | Scott | Oh, I don't know, I don't know if it's locked or not. |
| 8:08:07 | Agent Fata | [Inaudible] |

| 8:08:09 | Agent Eckel | Yeah, I'll, I'll stay here for one sec. |
|---|---|---|
| *Agent Fata leaves the room and then re-enters.* | | |
| 8:09:06 | Agent Eckel | You okay?  You need to use the bathroom or anything? |
| 8:09:07 | Scott | I'm good right now. |
| 8:09:08<br><br>8:09:12 | Agent Eckel | Okay.<br><br>Uhh, so let's go back to…back to Barta and, uhh…and Cryptoreal. Uhh, we have a document here for the uhh, share, the share sale and purchase agreement. |
| 8:09:27 | Scott | Mm-hmm. |
| 8:09:29 | Agent Eckel | Umm, do you recognize it? You can, you page through, there are a couple of pages in there. |
| 8:09:53 | Scott | I remember this deal happened, I just don't remember much about it. I didn't have much to do with it. |
| 8:09:58 | Agent Eckel | Ok, umm, do you recognize the signatures? |
| 8:10:03 | Agent Fata | Who signed these? |
| 8:10:10 | Scott | Umm, I don't know if this is her real signature.  This looks like Ruja, I just, I don't know. |
| 8:10:14 | Agent Fata | That's Ruja's signature? |
| 8:10:15 | Scott | I don't know, but the name is her name, right?  So…but this, I have no idea. |
| 8:10:23 | Agent Fata | Well, have you seen her signature before? |
| 8:10:25 | Scott | Umm, not really.  Like I said, I, I have contracts with her except she might have signed you know for the law firm engagement letter, but I don't know. |

| 8:10:53 | Agent Fata | And who is this? |
|---|---|---|
| 8:10:54 | Scott | I have no idea. |
| 8:10:56 | Agent Eckel | So you don't know who signed the documents for a deal that you were putting together? |
| 8:11:00 | Scott | I didn't put this together. |
| 8:11:01 | Agent Eckel | You didn't put this together? |
| 8:11:03 | Scott | No, absolutely not. |
| 8:11:03 | Agent Eckel | And so who put this together? |
| 8:11:05 | Scott | I have no idea, but I didn't.  This is, uhh…Those are…These are documents that we got as part of our… I recognize seeing something like this. |
| 8:11:13 | Agent Eckel | Okay. |
| 8:11:14 | Scott | And probably more than this.  Umm.  But this was like part of our just due diligence.  I…We never were involved in the deal. |
| 8:11:22 | Agent Eckel | And you, did you transfer the funds? |
| 8:11:24 | Scott | I did one, I connected one tranche, yes. |
| 8:11:27 | Agent Eckel | What tranche? |
| 8:11:28 | Scott | At the request of the investors yeah I can't hold their money when they ask, but yeah… |
| 8:11:32 | Agent Eckel | And how much, how much was it for? |
| 8:11:33 | Scott | It was..uhh...I want to say 30 million. |
| 8:11:50 | Agent Eckel | Do you remember who you transferred it to?  Or transferred…[inaudible] |

26

| 8:11:53 | Scott | I really don't remember.  I couldn't tell you.  I just know that when this deal came in, we looked at it, I know we asked for more documents, and we got like the, we wanted to know the ownership, and we figured out that, like I said, that a Bush family member was in the deal.  So that's what gave us some comfort that this was a real thing. |
| 8:12:13 | Agent Fata | Where did the money come into? |
| 8:12:17 | Scott | Into where? |
| 8:12:18 | Agent Fata | Where was it?  Where was it held? |
| 8:12:22 | Scott | I don't remember which account.  [Inaudible] I can tell you, we had, like I said, we had three banks.  And umm, we had they all are just accounting as a group, right, like a consolidated thing.  So I don't know where it came out, I couldn't tell you. |
| 8:12:35 | Agent Fata | But you conducted that transaction? |
| 8:12:38 | Scott | I don't know if I did it or if somebody, somebody else in my firm did.  I don't know.  But I know we decided, we, like I said, I know we asked for a KYC and due diligence on this. |
| 8:12:53 | Agent Fata | And where did this money end up? |
| 8:12:57 | Scott | I don't, I don't remember this transaction that well.  I would have to see more documents.  If we get this detailed, then I really should should umm get a lawyer involved.  Umm, because I just don't remember and I don't want to say anything wrong. |
| 8:12:58–8:14:06 | | *Special Agent Eckel continues taking notes in his interview notebook and reviews his notes* |
| 8:14:05 | Agent Eckel | Tell me again who the investors were in, uhh, in Fenero?  You said it was groups of companies, umm… |
| 8:14:15 | Scott | It was different, different groups of companies that went into different funds.  We did not have just one fund. |

| | | |
|---|---|---|
| *While Mr. Scott was speaking, there was a knock at the door.* | | |
| 8:14:20 | Agent Eckel | Come in. |
| 8:14:23 | Unidentified male | Hey, how are you doing?  I have a quick question for you guys if you just want to step out.  Just one of you is fine. |
| 8:14:28 | Agent Fata | Okay. |
| 8:14:29 | Unidentified male | It'll be one second. |
| *Agent Eckel leaves and then shortly thereafter re-enters the room.* | | |
| 8:14:53 | Agent Eckel | So they, they have a couple of computers at your, a computer at your house, and I'm sure you have more computers in Florida.  Umm, to streamline the process of being able to get your stuff back to you. What are the -- they're all password protected, I'm assuming, all your computers… |
| 8:15:10 | Scott) | I don't even know if they are.  Yeah, maybe, yeah. |
| 8:15:12 | Agent Eckel | What would the passwords be? |
| 8:15:13 | Scott | Well they'd be like these light ones you type three times and put a new one in, you know? It's like nothing… |
| 8:15:18 | Agent Eckel | Right. |
| 8:15:18 | Scott | I mean um, they're different in every location, I think. The one here, the PC is I think H-e-r-d-i-n-a-1. |
| 8:15:30 | Agent Eckel | H-e-r |
| 8:15:31 | Scott | Yeah, d-i-n-a-1. Capital H. Umm… |
| 8:15:37 | Agent Eckel | And it's just capital H, all lowercase. |
| 8:15:39 | Scott | Yeah, the rest are lowercase. And then umm, I think the Miami is also Herdina3+ |

| 8:15:51 | Agent Eckel | Same, same letters? |
| 8:15:52 | Scott | H-e-r yeah, yeah. |
| 8:15:54 | Agent Eckel | H-e-r-d-i-n-a 3+ |
| 8:15:56 | Scott | Yeah. Mhhm. And the other one, the laptop, there's a there's a…I forget what you call those computers, Surface Pro or whatever |
| 8:16:05 | Agent Eckel | Mhhm |
| 8:16:05 | Scott | I don't know the password. I don't use it ever. |
| 8:16:08 | Agent Eckel | Ok. So the…it's a standalone PC in Florida, or is it a laptop? |
| 8:16:14 | Scott | It's a, it's a, no. It's a, it's a desktop. |
| 8:16:17 | Agent Eckel | Desktop? |
| 8:16:17 | Scott | Yeah, mhhm. So you're going finish this [inaudible] |
| *Agent Eckel briefly leaves the room and returns.* | | |
| 8:17:23 | Agent Eckel | Thank you, I appreciate it. Ok. Alright, let's see. So you were talking about Ruja, a little bit. And you said she did her cryptocurrencies. What was the uhh, the cryptocurrency she was doing? |
| 8:17:53 | Scott | She does uhh, I know a lot more today, but she has OneCoin. |
| 8:17:56 | Agent Eckel | Ok. What do you know about OneCoin? |
| 8:18:00 | Scott | I know that OneCoin is in, you know basically it went global. And it has a lot of issues in a lot of countries now. |
| 8:18:10 | Agent Eckel | And you know this from? |
| 8:18:11 | Scott | I just hear it from the press and just reading about it. |

| 8:18:14 | Agent Eckel | Ok. So you never heard of OneCoin besides reading about it in the press? |
|---------|-------------|---|
| 8:18:21 | Scott | No I heard about OneCoin. That's why, when I, at the beginning I like I said when I knew the relationship between her and OneCoin is when I basically asked for that opinion of which country or if at all any country OneCoin was illegal or, or, you know banned or whatever so then we wouldn't do business with them, you know there was rumors were going around, pyramid scheme and all that and we didn't want to be involved with that. |
| 8:18:55 | Agent Eckel | So, Fenero was not involved with, with OneCoin at all? |
| 8:19:05 | Scott | No |
| 8:19:05 | Agent Eckel | Not at all? |
| 8:19:07 | Scott | I mean, no contracts or anything as far as I know, no. |
| 8:19:12 | Agent Fata | Ok, funded by OneCoin? |
| 8:19:15 | Scott | Not that I know of. We have, we have umm, I have no documents that would say that. You know, I mean I don't know now like you know like word's spreading right like you know, things are, things are becoming more public, but when we did our KYC, by the way also third parties doing the KYC, we did not know that. We had a, we had one company that got close where we knew they had a, they had a relationship in terms of processing. They were doing accounting for, for OneCoin. And that's when it, that's when it first, like I said that's when we first you know became aware of it. |
| 8:19:57 | Agent Eckel | Tell us about that relationship. |
| 8:19:59 | Scott | It wasn't a, I mean basically as soon as we knew that one we didn't continue working with them either. I mean umm, like I said, we were very careful going, where we, where we did our business. So if there was a red flag to drop people, umm return funds, so there's not much to tell. |

| 8:20:23 | Agent Eckel | So you stopped doing business with them since you found out they were processing for OneCoin? |
| 8:20:27 | Scott | Yes. |
| 8:20:30 | Agent Eckel | What was that company named? |
| 8:20:33 | Scott | I forget the word in German. Something, something or other marketing. |
| 8:20:42 | Agent Eckel | They're located in Germany? |
| 8:20:43 | Scott | Yeah. |
| 8:21:03 | Agent Eckel | Uhh, we're going to be honest with you here. Umm, you have a very small window of opportunity to help yourself, ok? And we want to see that happen for you, ok? Umm, you're going to be going down and being processed through through the court system relatively soon. Umm, but once that happens, this opportunity can go away. Ok? Umm, we know that OneCoin was involved in Fenero, ok? We have that information. Umm, you're giving very contradictory information. And we can't help you if you're not going to be forthcoming with us. Do you understand? |
| 8:22:01 | Scott | Yeah |
| 8:22:02 | Agent Eckel | Is there anything else you want to tell us about any of this? |
| 8:22:05 | Scott | Well no. I'm, I'm, I'm really, I appreciate that and, and, and, but I'm telling you when we were started this business, the way it unfolded was that I would not view them as involved as you might think that right now, and that's what I'm trying to explain. |
| 8:22:22 | Agent Eckel | Well tell us your view. |
| 8:22:24 | Scott | No, my view, my view is is very clearly that, that umm we started this business, we did everything by the book, by you know having the right documents, giving them to my law firms, giving them to administrative companies, having a bank check [inaudible], I mean everything. So, and me making very sure that I wasn't dealing with |

31

| | | |
|---|---|---|
| | | anybody that did anything illegal. So if something turned out later, right like I'm saying now, what I read in German media because I read the Germany newspapers and internet, that they say oh OneCoin you know had investigations in Germany and Bulgaria, I see that now. But when I was you know, umm umm, you know remotely involved and I knew Ruja right for example, I mean I purposefully checked that there was nothing illegal going on. There was no investigation, there was nobody indicted or anything like that. So I really tried to, I really tried to be umm… |
| 8:23:12 | Agent Eckel | But we're not asking you about— |
| 8:23:13 | Scott | Right, I mean I'm trying to be as honest as I can be. So if something after the fact now came out telling me that, now it's like well people looking back and saying well, you should've known all that. That's a whole, to me that's a whole different scenario. But I can also show that I did what I needed to do. And I wanted to be careful on purpose. You know I have a reputation. I'm a lawyer. You know it's my, it's my, it's my livelihood. And, so I try to always make sure we have the right paperwork, we have the right assistance to get us through everything correctly. That's why we also separated the way we did. You know, we said hey we're done, we want to return the money. Umm, even, even when we had no reason to even know that yet. When our fund didn't work anymore because of political movement in the UK. So you know, from my standpoint I'm really not trying to, you know like you know, you know umm, you know disrespect you here or not appreciate what you would say to me. But we really tried to play this right and play this by the book. |
| 8:24:10 | Agent Eckel | Who were your admins? |
| 8:24:12 | Scott | We had, we had uhh, you have to look up the name again, we have one in London that we work with, and we, we have them on I think two of our funds. So we have separate ones. And we had JP, umm, Administrative Services in Cayman, and we had DMS, actually, on our last fund, them checking KYC for us. They did it through an [inaudible] in the compliance. |
| 8:24:34 | Agent Eckel | So early on, who was your uhh… |

| | | |
|---|---|---|
| 8:24:37 | Scott | Yeah, I'd have to look them up, like I said the first one was that group out of London. That we, we got rid of at some point. |
| 8:24:44 | Agent Eckel | Why did you get rid of them? |
| 8:24:44 | Scott | Well, because we had entered into a transaction where there was a second payment necessary. And at first they, they, KYC, um um um, target, and so the target was clean, no problem we can wire. They wired for us, by the way. |
| 8:24:59 | Agent Eckel | Ok. |
| 8:24:59 | Scott | They did the wiring for us. So, and then the second tranche was due, I don't know how, three months later, six months later, and so they came up with a problem. Obviously me, being the investor, you know, I have a, I have a fear of breach of contract, things like that. So we're in a big back and forth, uhh me and uhh the chairman of the company, and we decided to part ways. And we hired another one right away, JP, um, Administrative Services. |
| 8:25:26 | Agent Eckel | So what, I'm sorry. What, what was the reason why they were— |
| 8:25:29 | Scott | I don't know what they, they flagged on the on the target. They basically were the same, the same transaction they first approved. A few months later they disapproved and did not want to make a second payment. And I was threatened basically with a breach of contract, right, not coming up with all the money that I promised. That's what, that's what made us have a conflict. |
| 8:25:51 | Agent Eckel | So they flagged the target? |
| 8:25:52 | Scott | Yeah, a payment. So yeah, like a target. Yep. Mhhm. I forgot what, what it exactly was. But yeah they came out and said well, we can't do this, and that's fine, we understood. But I said, you know, our, our fight was you can't like just say yes first and then, like you know, like no the second time. I mean, they should've done their homework then and we wouldn't have done it at all. That's, that's my point. That's why we didn't want that to happen again, and I didn't care about, I mean it's ok if they flag something that's fine, but I don't want that to happen going forward all the time, and I'm |

| | | |
|---|---|---|
| | | getting into a deal, that I don't have certainty of payment once it's approved. |
| 8:26:42 | Agent Eckel | And OneCoin and Ruja had nothing to do with Fenero or any other funds that you were involved in? |
| 8:26:46 | Scott | No. No. I mean, the, the, like I said, I mean I don't know now, like you know after the fact, did they have money in these funds, I have no idea. But when we dealt with them, there was no, the name wouldn't come up anywhere. KYC was separate. We would ask all the, even our documents, even our, even our subscription agreements which were drafted by two large law firms in the Cayman. We even had our administrators comment on the KYC sections to make sure that they, they [inaudible], so that they could work that in the system. So we did all that, that prep work, right, and we didn't check it ourselves. And the only thing that I know was this one deal that I got, that I got a little, you know, worried about, and I said to myself, well there's you know a Bush involved with this oil deal, you know. Umm, it came through, it was with Ruja there in some capacity as I'm seeing, some authorized representative of somebody. But, umm, we're dealing with a German firm and their German lawyer. We're dealing with a, with a, a I think we did it as a loan to another BVI company that the guy owned. He was involved. So, so we got all that, we tried to get that comfort, and that's, that's the only deal where I'd say, well you know, we had to chew on that a little longer, and that was you know kind of at the end of the day, you know, umm a decision we, we, we made also an administrator by the way. And umm, that was a hard one, but everything else was done by the book. We have all the subscription documents, we have the KYC documents, you know we have our fee agreements, umm like I said, I file like every, every bank account, every transaction with the IRS, and IRS [U/I]. So it's like, it's like nothing that I was trying to keep out of, you know, or not be transparent about. I mean, if I had a concern, I wouldn't do that |
| 8:28:41 | Agent Eckel | What were your fees? |
| 8:28:43 | Scott | Umm, we had a, we had evolving fees. We had some like in our subscription documents, which were like normal, you know, like… |

| | | |
|---|---|---|
| 8:28:51 | Agent Eckel | You keep saying 'we' |
| 8:28:52 | Agent Fata | Who are 'we'? |
| 8:28:52 | Scott | [inaudible] the funds. |
| 8:28:53 | Agent Eckel | The funds? |
| 8:28:53 | Scott | Yeah, yeah. |
| 8:28:54 | Agent Eckel | 'Cause you were the sole person… |
| 8:28:55 | Scott | Yeah, yeah [inaudible] |
| 8:28:56 | Agent Eckel | You're, you're the guy. |
| 8:28:57 | Scott | Absolutely. I'm the guy. |
| 8:28:58 | Agent Eckel | You're the guy. There's nobody else working with you. |
| 8:28:59 | Scott | No, I'm the guy. No, yep. So, so umm, so um we have you know management fee, and it varied, it would be like you know 2%, sometimes we'd bump it up to 4 or 5 depending on what the, what the umm underlying business was. We umm took fees at the time that were a little lower when we had that standstill. I informed the investors with a letter saying we had the Brexit issue. Umm, so we're going to reduce our fees for that time. Umm, we took a large fee because, at the end, I mean, umm, dramatic, because the investors decided to break this up. This was one thing we had in there, you had to be in there for the full term for us you know. Umm, so, so umm, I have to look it up and give you the exact numbers, cause I mean I, I filed my tax return last year, I filed it this year, it's [inaudible] worked on. And I guess it's being held back because of this you know. But I mean we have it all in. I mean, in, in, in, all the money streams, like I said, we also file and we have other documents that also show umm what we did. For example, we, we have to file with the BVI Financial Commission because it's a registered, registered fund manager. Or an approved fund manager as they call it. So we're, we're doing all this compliance work. I mean, it's, it's at a point where, where you know I complained about |

| | | |
|---|---|---|
| | | how much money I was paying to everybody to do this. And umm, so now in hindsight you know, that's a bad apple. I tried to avoid that by what I was doing, and so I'm sorry this sounds contradictory, but it's what I did. |
| 8:30:39 | Agent Eckel | I'm going to ask you one more time. |
| 8:30:40 | Scott | Mhhm. |
| 8:30:42 | Agent Eckel | OneCoin and Ruja were not investors in Fenero? |
| 8:30:49 | Agent Fata | Mark, you were being arrested for money laundering charges, so don't just go out and arrest. We have evidence that supports that. |
| 8:30:56 | Scott | Sure |
| 8:30:57 | Agent Fata | We go before a judge to swear out this warrant. So we have evidence. We know that OneCoin, that uhh, it was funded by OneCoin. We know you know that. This is your opportunity to tell us and to be honest. You said I'm trying to be as honest as I can. You're either honest or you're not. That's not trying. |
| 8:31:14 | Scott | No |
| 8:31:14 | Agent Fata | It's just, it is. Whatever the facts are is what the facts are. You're an attorney, you're fully aware of that. |
| 8:31:20 | Scott | Right |
| 8:31:20 | Agent Fata | So this is your one opportunity. You have a small child at home. You have your wife. I'm sure you have a life that you want to live. This is your one opportunity to help yourself. So just think about that for a moment before you answer. |
| 8:31:34 | Scott | No I understand. But is that something that I can discuss with an attorney and we can discuss together or what that means? Because I don't know what that means. |
| 8:31:40 | Agent Eckel | That's something that we can't advise you on. That's, that's your decision. |

| 8:31:43 | Scott | Yeah, because I just don't know when you say this is my one chance, I don't understand my chance right now. Like… |
| 8:31:48 | Agent Eckel | It's an opportunity. It's an opportunity to help yourself and your family. |
| 8:31:53 | Scott | Right, but I'm…like can you to elaborate a little bit more on that? |
| 8:31:59 | Agent Eckel | It's your opportunity to be honest, and, and, and tell us exactly what was going on, right? |
| 8:32:07 | Scott | Right |
| 8:32:08 | Agent Eckel | And the stuff that we know from our investigation… |
| 8:32:10 | Scott | Sure |
| 8:32:11 | Agent Eckel | …that we know you know, ok? It's your opportunity to be forthcoming. That's what the opportunity is. And the opportunity is your ability to work with us, ok, and provide us information, and to help yourself and your family, and to help yourself, umm, possibly receive a reduced sentence, possibly work for us, possibly—there's a lot of opportunity here, ok? |
| 8:32:40 | Scott | Mhhm |
| 8:32:40 | Agent Eckel | We can't promise you anything, we can't guarantee you anything, umm, but you know the first step is being honest and telling us what's going on. |
| 8:32:49 | Scott | Yeah, I would love to discuss this further. I really would. But I'd like to have a lawyer help me with that. |
| 8:32:55 | Agent Eckel | And that's, that's fine. You know, we can definitely set you up with that. Ok, we appreciate you talking to us up to this point. |
| 8:33:02 | Scott | Ok. |
| 8:33:03 | Agent Eckel | Ok? Umm, now you said that you had a lawyer's phone number in your phone? |

| 8:33:11 | Scott | Mhhm. |
|---------|-------|-------|
| 8:33:11 | Agent Eckel | Ok. Umm, you don't know the name of the lawyer? |
| 8:33:15 | Scott | Yeah I do. |
| 8:33:15 | Agent Eckel | Ok, because we can look it up on your phone. |
| 8:33:17 | Scott | Sure. |
| 8:33:18 | Agent Eckel | And then, we'll uhh, we'll write the number down |
| 8:33:19 | Scott | Yep |
| 8:33:19 | Agent Eckel | And then you can make a call, go ahead and make the call [inaudible]. How do I uhh, swipe to unlock? |
| 8:33:34 | Scott | [inaudible] its 3693. Contact. This round button. |
| 8:33:49 | Agent Eckel | Round button |
| 8:33:50 | Scott | And there's contacts, some you swipe with pictures on. There's the guy. |
| 8:33:55 | Agent Eckel | Ok. |
| 8:33:56 | Scott | You can go backwards with the arrow, and then the search at the uhh it's Fitch. Jonathan Fitch. |
| 8:34:08 | Agent Eckel | Jonathan W. Fitch? |
| 8:34:08 | Scott | Yep. |
| 8:34:09 | Agent Eckel | Ok, I'll go write the number down here for you. |
| 8:34:16 | Scott | What does my wife know at this point, like where I am and what I'm doing? |
| 8:34:19 | Agent Eckel | I'm sure they informed her about what's going on. Obviously your, your house is being searched. Umm, they are most likely trying to |

| | | |
|---|---|---|
| | | make it as least inconvenient for her as possible. I know it's hard to believe, umm, and we will provide all the information to her. |
| 8:34:47 | Scott | Would you let me know where I'm going to be brought so I can tell my attorney that too? |
| 8:34:52 | Agent Eckel | What was the…I'm sorry, what was the password again? 9? |
| 8:34:54 | Scott | Uh, it's 3693. |
| 8:34:55 | Agent Eckel | 3693? |
| 8:34:57 | Scott | Yes |
| 8:35:01 | Agent Eckel | Umm, so what was your last question? |
| 8:35:09 | Scott | I was saying if you could let me know where I'm being brought so I can tell my attorney. |
| 8:35:17 | Agent Eckel | Yeah, you're going to umm brought to the Boston Federal Court. Down in uhh downtown Boston. But I will definitely uhh the agents out here, so I'm from the New York office, so they'll have all the information of exactly where to go, where we're going to meet and everything. Ok, here's that. |
| 8:35:45 | Scott | And how does it work with all my stuff now afterwards? Like, phones and computers, and…? |
| 8:35:49 | Agent Fata | You will get an inventory of what was taken. |
| 8:35:52 | Scott | Right. |
| 8:35:53 | Agent Fata | Umm, I believe the computers we'll try to image, we'll make a copy of what's there, but if they can't they'll take it and get it back to you as soon as… |
| 8:36:00 | Scott | Ok. Obviously, the phone is very important. That's why I'm asking. |
| 8:36:03 | Agent Fata | Umm, I believe the same is with the phone. I think we should be able to image it, but I'm not sure exactly |

| 8:36:11 | Agent Eckel | So now that you gave us a password to your phone, it's going to streamline things so you get that stuff back sooner, ok? So we do appreciate you doing that. It makes our job easier, and it's going to get your things back to you sooner as well. |
| 8:36:24 | Scott | Ok. |
| 8:36:24 | Agent Eckel | But I can't give you an exact timeline of when you're going to get that back. Obviously, we'll try and get it back as quick as possible. And uhh, your lawyer will be able to talk to um the AUSAs involved, and they will, you know, kind of be able to coordinate getting certain things back. Ok? |
| 8:36:44 | Scott | Ok. |
| 8:34:36 | Agent Eckel | [inaudible] He asked for his lawyer. Ok. Alright, umm sit tight here real quick, and I'm going to get [inaudible] to make a call |
| 8:37:07 | Scott | Great, thank you |
| *Agents Fata and Eckel leave the leave for approximately 8.5 minutes.* | | |
| 8:45:46 | Agent Eckel | Alright, so we are now going to move you to an office to make a call to your lawyer. |
| 8:45:53 | Scott | Ok. |
| 8:45:53 | Agent Eckel | Ok? And I'm going to stop… |