# EXHIBIT A

| | |
|---|---|
| **From:** | Lozano, Julieta (USANYS) <Julieta.Lozano@usdoj.gov> |
| **Sent:** | Wednesday, September 12, 2018 3:14 PM |
| **To:** | Devlin-Brown, Arlo |
| **Subject:** | Mark Scott statement |

Hi Arlo,

I've received a sealed copy of Mr. Scott's recorded statement and would like to make arrangements to provide it to you. The statement is being produced to you in its un-redacted form and has been reviewed by members of the privilege review/taint team only. Please let me know whether you would like to send someone to pick up the recording, or whether I should bring it to court tomorrow morning.

Best,
Julieta

Julieta V. Lozano
Special Assistant United States Attorney
United States Attorney's Office
Southern District of New York
212.335.4025
julieta.lozano@usdoj.gov