

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 3, 2019

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Mark S. Scott*, S8 17 Cr. 630 (ER)

Dear Judge Ramos:

      The Government writes to address several scheduling matters in the above-captioned case, which is set for trial on November 4, 2019. Earlier today, a grand jury sitting in this district returned the enclosed Superseding Indictment against Mark Scott. In addition, the defendant's motion to suppress his post-arrest statement is fully briefed, and the Government's Rule 15 motion regarding the testimony of four potential trial witnesses will be fully briefed as of Monday, October 7. The Government would therefore respectfully request the Court set a date next week for the defendant's arraignment, as well as any argument the Court would like to hear on the pending motions.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

By:    /s/
      Christopher J. DiMase / Nicholas Folly/
      Julieta V. Lozano
      Assistant United States Attorneys /
      Special Assistant United States Attorney
      (212) 637-2433 / (212) 637-1060/ (212) 335-4025

Cc:    Defense counsel (ECF)