**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1046
adevlin-brown@cov.com

October 4, 2019

By ECF
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: Oct. 4, 2019

Re:   *United States v. Mark S. Scott*,
S6 17 Cr. 630(ER)

Dear Judge Ramos:

  We write on behalf of our client, Mark Scott, in connection with the superseding indictment filed yesterday and the Government's letter of last night with respect to arraignment. I have conferred with Mr. Scott, and he waives arraignment until the pretrial conference of October 28, 2019.  If the Court would prefer an earlier arraignment, both Mr. Scott and counsel can be available the afternoon of Wednesday, October 9, or anytime on Thursday, October 10, should this be convenient for the Court.  With respect to the motions referenced by the Government, briefing for which will be complete by Monday, October 7, Mr. Scott is not requesting oral argument unless the Court would find such argument helpful.

The parties are directed to attend an arraignment hearing on October 10, 2019 at 2:00 P.M.  The Court will also rule on the pending motions at the hearing.

_____
Edgardo Ramos, U.S.D.J
Dated: Oct. 4, 2019
New York, New York

Respectfully Submitted,

/s Arlo Devlin-Brown
Arlo Devlin-Brown


David M. Garvin
DAVID M. GARVIN, P.A.
200 SOUTH BISCAYNE BLVD.
SUITE 3150
MIAMI, FL 33131

cc:   Government Counsel