# EXHIBIT B

**McGirr, Andrew**

| | |
|---|---|
| **From:** | Corbett, Daniel |
| **Sent:** | 03 October 2018 16:43 |
| **To:** | Nolan, Stephanie |
| **Subject:** | FW: Fenero payment to Phoneix Trust |
| | |
| **Importance:** | High |

**From:** Mark S. Scott [mailto:msscott@msicbvi.com]
**Sent:** 21 May 2017 15:32
**To:** Ceannt, Deirdre
**Subject:** Re: Fenero payment to Phoneix Trust
**Importance:** High

Hi Deirdre,

Can we simplify this process by simply returning the money to Fenero?  My administrator and Attorneys feel this may be simpler than us not being able to report the flow of funds to the BVI Financial Commission. We would then return the capital directly to our Limited Partners and they could send to Phoneix as desired.

Please advise.

Best,


Mark

Mark S. Scott
Chief Executive Officer

MSS International Consultants (BVI), Ltd.
BVI Registered and Approved Fund Manager

Email Address: msscott@msicbvi.com
Tel. +1-305-587-4030
Fax +1 786-513-7770


Sent from my BlackBerry Priv - the most secure mobile device

**From:** Deirdre.Ceannt@boi.com
**Sent:** May 19, 2017 06:43
**To:** msscott@msicbvi.com
**Subject:** Fenero payment to Phoneix Trust

Hi Mark,

BOI [Tab 220]

I believe you are aware that a payment to Phoneix Fund Invest LLC has been holding up and the clearing bank is looking for more information.

Could you provide us with details about the trade itself (flow of funds chart) and the beneficiary – Phoneix Fund Invest?

Please can you also confirm that the ownership structure remains unchanged?

Fenero Equity Investments (Ireland) Limited is 100% owned by MSS International Consultants (BVI), Limited.

MSS International Consultants (BVI), Limited is 100 % owned by MSS International Consultants LLC.

MSS International Consultants LLC is 100% owned by Mark Stanley Scott.

It might be worth having a quick call this afternoon if you are free.

Thank you and kind regards,
Deirdre

Deirdre Ceannt |Manager
Bank of Ireland Corporate & Treasury
2 Burlington Plaza, Burlington Road, Dublin 4, Ireland
Tel: +353 76 624 4589 / Mob: +353 87 962 8782
Email: Deirdre.Ceannt@boi.com
Website: www.bankofireland.com/fdi
Follow us on LinkedIn and Twitter
Internal Security Classification: Red - Confidential

* * * * * * * * * * * * * * * * * * * * * * * * *
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. It is possible for data transmitted by email to be deliberately or accidentally corrupted or intercepted. For this reason, where the communication is by email, the Bank of Ireland Group does not accept any responsibility for any breach of confidence which may arise through the use of this medium. This footnote also confirms that this email message has been swept for the presence of known computer viruses.

Bank of Ireland Group includes both the Governor & Company of the Bank of Ireland and Bank of Ireland (UK) plc. If you are unsure as to which company is your product provider we can help you. You should contact us at either of the registered office addresses or by contacting your nearest branch. Bank of Ireland incorporated in Ireland with Limited Liability. Registered Office, Mespil Rd, Dublin 4. Registered Number. C-1. Bank of Ireland is regulated by the Central Bank of Ireland.

In the United Kingdom Bank of Ireland is authorised by the Central Bank of Ireland and the Prudential Regulation Authority and subject to limited regulation by the Financial Conduct Authority and Prudential Regulation Authority. Details about the extent of our authorisation and regulation by the Prudential Regulation Authority, and regulation by the Financial Conduct Authority are available from us on request.

Bank of Ireland UK is a trading name of Bank of Ireland (UK) plc which is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority, Registered in England & Wales (No. 7022885), Bow Bells House, 1 Bread Street, London EC4M 9BE.
Bank of Ireland - The Governor and Company of Bank of Ireland, incorporated by charter in Ireland with limited liability. A tied agent of New Ireland Assurance Company plc. trading as Bank of Ireland Life.

Bank of Ireland and are not regulated by it. For a full list of these unregulated activities please see the Bank of Ireland website.

* * * * * * * * * * * * * * * * * * * * * * * * *