# EXHIBIT C

**McGirr, Andrew**

| | |
|---|---|
| **From:** | Corbett, Daniel |
| **Sent:** | 03 October 2018 16:37 |
| **To:** | Nolan, Stephanie |
| **Subject:** | FW: Fenero payment to Phoneix Trust |

**From:** Mark S. Scott [mailto:msscott@msicbvi.com]
**Sent:** 01 June 2017 14:23
**To:** Ceannt, Deirdre
**Subject:** Re: Fenero payment to Phoneix Trust

Thanks. I think they had the money all along and this whole process confused everyone.

Mark

Mark S. Scott
Chief Executive Officer

MSS International Consultants (BVI), Ltd.
BVI Registered and Approved Fund Manager

Email Address: msscott@msicbvi.com
Tel. +1-305-587-4030
Fax +1 786-513-7770

Sent from my BlackBerry Priv - the most secure mobile device
**From:** Deirdre.Ceannt@boi.com
**Sent:** June 1, 2017 09:18
**To:** msscott@msicbvi.com
**Subject:** RE: Fenero payment to Phoneix Trust

Hi Mark,

Please see the swift confirmation.

Thanks,
Deirdre

**From:** Ceannt, Deirdre
**Sent:** 01 June 2017 12:53
**To:** 'Mark S. Scott'
**Subject:** RE: Fenero payment to Phoneix Trust

Hi Mark,

1

The questions are arising from our compliance monitoring that are being undertaken however are impacting on the processing of the transaction. Attached is confirmation from Emirates Bank International confirming receipt of funds.

They are confirming funds were received on 17 March. The beneficiary should query it with their Bank. Until questions were asked a couple of weeks ago as part of the 'post transaction monitoring' there had been no mention of funds not being received which is strange given the size of the funds. I would have thought the recipient would have queried the missing funds long before instead of waiting to be asked if they had ever received the funds.

I have provided the compliance team with the necessary responses as per the below however before funds are recalled, this will need to be fully investigated by the beneficiary and confirmation provided to us contrary to the attached.

I understand this is frustrating however when a beneficiary bank is confirming receipt of funds, it appears the trade was successful which would be in line with the fact that no issues were highlighted back in March

Please can you liaise with Phoenix and revert with confirmation from the Bank funds were not received.

Thanks,
Deirdre


Deirdre Ceannt |Manager
Bank of Ireland Corporate & Treasury
2 Burlington Plaza, Burlington Road, Dublin 4, Ireland
Tel: +353 76 624 4589 / Mob: +353 87 962 8782
Email: Deirdre.Ceannt@boi.com
Website: www.bankofireland.com/fdi
Follow us on LinkedIn and Twitter
Internal Security Classification: Red - Confidential


**From:** Mark S. Scott [mailto:msscott@msicbvi.com]
**Sent:** 01 June 2017 11:51
**To:** Ceannt, Deirdre
**Subject:** Re: Fenero payment to Phoneix Trust

Hi Deirdre,

This is going in circles. The funds have not hit. If they had been sent, why would there be more questions.

As already mentioned, I cannot break our confidentiality agreement at the mere request of a bank. I would be violating not only my existing Fund documents, but also violate my license requirements as a Approved and Registered Fund Manager in the BVI.

I need to get this resolved to prevent actions of my investors against me for funds being lost. There have been tens of millions sent to the same recipient before. Please demand from them an explanation in writing that you can share with me of why funds have not hit the account of Phoenix or cannot be returned in the alternative.

Fund simply floating in space for this time period passed is unacceptable to me. And this is not directed at you.

2

Best,

Mark


Mark

Mark S. Scott
Chief Executive Officer

MSS International Consultants (BVI), Ltd.
BVI Registered and Approved Fund Manager

Email Address: msscott@msicbvi.com
Tel. +1-305-587-4030
Fax +1 786-513-7770


Sent from my BlackBerry Priv - the most secure mobile device

**From:** Deirdre.Ceannt@boi.com
**Sent:** June 1, 2017 06:43
**To:** msscott@msicbvi.com
**Subject:** RE: Fenero payment to Phoneix Trust

Hi Mark,

I have received the below confirmation from the beneficiary account. We are not in a position to recall the funds at this stage. Please can you ask that the beneficiary liaise with their bank.

**WE CONFIRM THAT THE AMOUNT OF EUR 30000000/-
WAS CREDITED INTO A/C** ███████████ **OF
PHOENIX FUND INVESTMENTS ON** █████ **UNDER
REF** █████████

I need to answer the following compliance question. Please can you advise the name of the investor. This is extremely urgent.

COULD YOU PROVIDE US WITH INFORMATION YOU CAN OBTAIN FROM YOUR CUSTOMER ON THEIR COUNTERPARTY AND / OR THEIR OFFICIAL LINKED INTERNET PAGES.

Thank you and kind regards,
Deirdre


Deirdre Ceannt |Manager
Bank of Ireland Corporate & Treasury
2 Burlington Plaza, Burlington Road, Dublin 4, Ireland
Tel: +353 76 624 4589 / Mob: +353 87 962 8782
Email: Deirdre.Ceannt@boi.com
Website: www.bankofireland.com/fdi
Follow us on LinkedIn and Twitter
Internal Security Classification: Red - Confidential

**From:** Mark S. Scott [mailto:msscott@msicbvi.com]
**Sent:** 01 June 2017 07:11
**To:** Ceannt, Deirdre
**Subject:** Re: Fenero payment to Phoneix Trust

Any update?


Mark

Mark S. Scott
Chief Executive Officer

MSS International Consultants (BVI), Ltd.
BVI Registered and Approved Fund Manager

Email Address: msscott@msicbvi.com
Tel. +1-305-587-4030
Fax +1 786-513-7770


Sent from my BlackBerry Priv - the most secure mobile device

**From:** Deirdre.Ceannt@boi.com
**Sent:** May 29, 2017 09:48
**To:** msscott@msicbvi.com
**Subject:** RE: Fenero payment to Phoneix Trust

Hi Mark,

I have requested a copy of the Swift from Deutsche Bank confirming the transfer went through and will revert.

Thanks,
Deirdre

**From:** Mark S. Scott [mailto:msscott@msicbvi.com]
**Sent:** 29 May 2017 12:51
**To:** Ceannt, Deirdre
**Subject:** Re: Fenero payment to Phoneix Trust
**Importance:** High

Hi Deirdre,

It was reported to me that the funds did not go through to Phoenix still. Please pull them back at this point if still an option.

Thanks and best,

Mark

Mark S. Scott
Chief Executive Officer

MSS International Consultants (BVI), Ltd.
BVI Registered and Approved Fund Manager

Email Address: msscott@msicbvi.com
Tel. +1-305-587-4030
Fax +1 786-513-7770


Sent from my BlackBerry Priv - the most secure mobile device

**From:** Deirdre.Ceannt@boi.com
**Sent:** May 26, 2017 10:18 AM
**To:** msscott@msicbvi.com
**Subject:** RE: Fenero payment to Phoneix Trust

Hi Mark,

Can you provide me with details regarding Phoenix Fund Invest – Company name, registered address and website?

I don't think recalling the funds because information isn't provided could have a knock on effect with respect to future transactions getting through.

I will respond with details of Phoneix once provided and will revert it necessary.

Thanks,
Deirdre


**From:** Mark S. Scott [mailto:msscott@msicbvi.com]
**Sent:** 26 May 2017 14:28
**To:** Ceannt, Deirdre
**Cc:** electroniccustomercare
**Subject:** Re: Fenero payment to Phoneix Trust

Hi Deirdre,

I would first need to get permission from our investment fund investors to disclose their names. The investment agreement with Phoenix was signed by MSSi as GP of Fenero Fund. Why do they have to know the names of our investors? We are a registered private equity Fund.

Please advise and I will do what we can. But still may be easier to just return the money to us.

Best,

Mark

Mark S. Scott
Chief Executive Officer

MSS International Consultants (BVI), Ltd.

5

BVI Registered and Approved Fund Manager

Email Address: msscott@msicbvi.com
Tel. +1-305-587-4030
Fax +1 786-513-7770


Sent from my BlackBerry Priv - the most secure mobile device

**From:** Deirdre.Ceannt@boi.com
**Sent:** May 26, 2017 09:25
**To:** msscott@msicbvi.com
**Cc:** electroniccustomercare@boi.com
**Subject:** RE: Fenero payment to Phoneix Trust

Hi Mark,

Following on from the below and to comply with Deutsche Bank's post transaction monitoring, I have been asked to obtain information from you regarding counterparties.

In relationship to this trade, please can you advise who the investor is name, registered address and website.

Following which this issue will be resolved and the account will be closed once funded.

Thanks,
Deirdre



**From:** Ceannt, Deirdre
**Sent:** 25 May 2017 16:22
**To:** 'Mark S. Scott'
**Cc:** electroniccustomercare
**Subject:** RE: Fenero payment to Phoneix Trust

Hi Mark,

Our clearing bank has confirmed that funds were originally released and this is post transcation monitoring only. The beneficiary will need to query with their bank if funds weren't received.

Have you had any luck with Java problems to pay the balance? If not Electronic Customer care will contact you to resolve as we need this position covered as soon as possible.

Thanks,
Deirdre

**From:** Mark S. Scott [mailto:msscott@msicbvi.com]
**Sent:** 25 May 2017 13:00
**To:** Ceannt, Deirdre
**Subject:** Re: Fenero payment to Phoneix Trust
**Importance:** High

Hi Deirdre,

Phoenix just informed me that the funds have not been receive yet. Could you once more inquire. If the issue persists, let's try to get it back.

Best,

Mark

Mark S. Scott
Chief Executive Officer

MSS International Consultants (BVI), Ltd.
BVI Registered and Approved Fund Manager

Email Address: msscott@msicbvi.com
Tel. +1-305-587-4030
Fax +1 786-513-7770


Sent from my BlackBerry Priv - the most secure mobile device

**From:** Deirdre.Ceannt@boi.com
**Sent:** May 24, 2017 06:20
**To:** msscott@msicbvi.com
**Subject:** RE: Fenero payment to Phoneix Trust

Hi Mark,

Unfortunately we can't manually transfer ourselves and this has to be done via business online. I will get Leanne to give you a shout. Please do bear with us as Java/Digital Cert issues will be a thing of the past by the end of July.

Regarding the €30m payment to Phoneix Fund Invest, Deutsche Bank has confirmed that the payment did go through and it was just an ongoing review that prompted the questions. Therefore we are unable to recall the funds as they are with the beneficiary however I do need to provide Deutsche Bank with the name, registered address and website of the investor from where the 30m came. Please can you send this on. No actually documentation will be required.

Once the negative interest payment has been refunded we will proceed with closing down the account.

Thank you and kind regards,
Deirdre


Deirdre Ceannt |Manager
Bank of Ireland Corporate & Treasury
2 Burlington Plaza, Burlington Road, Dublin 4, Ireland
Tel: +353 76 624 4589 / Mob: +353 87 962 8782
Email: Deirdre.Ceannt@boi.com
Website: www.bankofireland.com/fdi
Follow us on LinkedIn and Twitter
Internal Security Classification: Red - Confidential


**From:** Mark S. Scott [mailto:msscott@msicbvi.com]
**Sent:** 24 May 2017 08:40
**To:** Ceannt, Deirdre
**Subject:** Re: Fenero payment to Phoneix Trust

Hi Deirdre,

We are still having issues with the BOI Web platform. Can't you just manually transfer funds between our accounts to take care of the balance in one?

Best,


Mark

Mark S. Scott
Chief Executive Officer

MSS International Consultants (BVI), Ltd.
BVI Registered and Approved Fund Manager

Email Address: msscott@msicbvi.com
Tel. +1-305-587-4030
Fax +1 786-513-7770


Sent from my BlackBerry Priv - the most secure mobile device

**From:** Deirdre.Ceannt@boi.com
**Sent:** May 19, 2017 06:43
**To:** msscott@msicbvi.com
**Subject:** Fenero payment to Phoneix Trust

Hi Mark,

I believe you are aware that a payment to Phoneix Fund Invest LLC has been held up and the clearing bank is looking for more information.

Could you provide us with details about the trade itself (flow of funds chart) and the beneficiary – Phoneix Fund Invest?

Please can you also confirm that the ownership structure remains unchanged?


Fenero Equity Investments (Ireland) Limited is 100% owned by MSS International Consultants (BVI), Limited.

MSS International Consultants (BVI), Limited is 100 % owned by MSS International Consultants LLC.

MSS International Consultants LLC is 100% owned by Mark Stanley Scott.

It might be worth having a quick call this afternoon if you are free.

Thank you and kind regards,
Deirdre

Deirdre Ceannt |Manager
Bank of Ireland Corporate & Treasury
2 Burlington Plaza, Burlington Road, Dublin 4, Ireland
Tel: +353 76 624 4589 / Mob: +353 87 962 8782

Email: Deirdre.Cashin@boi.com
Website: www.bankofireland.com/fdi
Follow us on LinkedIn and Twitter
Internal Security Classification: Red - Confidential

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. It is possible for data transmitted by email to be deliberately or accidentally corrupted or intercepted. For this reason, where the communication is by email, the Bank of Ireland Group does not accept any responsibility for any breach of confidence which may arise through the use of this medium. This footnote also confirms that this email message has been swept for the presence of known computer viruses.

Bank of Ireland Group includes both the Governor & Company of the Bank of Ireland and Bank of Ireland (UK) plc. If you are unsure as to which company is your product provider we can help you. You should contact us at either of the registered office addresses or by contacting your nearest branch. Bank of Ireland incorporated in Ireland with Limited Liability. Registered Office, Mespil Rd, Dublin 4. Registered Number. C-1. Bank of Ireland is regulated by the Central Bank of Ireland.

In the United Kingdom Bank of Ireland is authorised by the Central Bank of Ireland and the Prudential Regulation Authority and subject to limited regulation by the Financial Conduct Authority and Prudential Regulation Authority. Details about the extent of our authorisation and regulation by the Prudential Regulation Authority, and regulation by the Financial Conduct Authority are available from us on request.

```
Bank of Ireland UK is a trading name of Bank of Ireland (UK) plc which is authorised
by the Prudential Regulation Authority and regulated by the Financial Conduct
Authority and the Prudential Regulation Authority, Registered in England & Wales (No.
7022885), Bow Bells House, 1 Bread Street, London EC4M 9BE.
```
Bank of Ireland - The Governor and Company of Bank of Ireland, incorporated by charter in Ireland with limited liability. A tied agent of New Ireland Assurance Company plc. trading as Bank of Ireland Life.

Bank of Ireland carries out some activities that do not require a licence or authorisation from the Central Bank of Ireland and are not regulated by it. For a full list of these unregulated activities please see the Bank of Ireland website.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. It is possible for data transmitted by email to be deliberately or accidentally corrupted or intercepted. For this reason, where the communication is by email, the Bank of Ireland Group does not accept any responsibility for any breach of confidence which may arise through the use of this medium. This footnote also confirms that this email message has been swept for the presence of known computer viruses.

Bank of Ireland Group includes both the Governor & Company of the Bank of Ireland and Bank of Ireland (UK) plc. If you are unsure as to which company is your product provider we can help you. You should contact us at either of the registered office addresses or by contacting your nearest branch. Bank of Ireland incorporated in Ireland with Limited Liability. Registered Office, Mespil Rd, Dublin 4. Registered Number. C-1. Bank of Ireland is regulated by the Central Bank of Ireland.

In the United Kingdom Bank of Ireland is authorised by the Central Bank of Ireland and the Prudential Regulation Authority and subject to limited regulation by the Financial Conduct Authority and Prudential Regulation Authority. Details about the extent of our authorisation and regulation by the Prudential Regulation Authority, and regulation by the Financial Conduct Authority are available from us on request.

Bank of Ireland UK is a trading name of Bank of Ireland (UK) plc which is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority, Registered in England & Wales (No. 7022885), Bow Bells House, 1 Bread Street, London EC4M 9BE.

Bank of Ireland - The Governor and Company of Bank of Ireland, incorporated by charter in Ireland with limited liability. A tied agent of New Ireland Assurance Company plc. trading as Bank of Ireland Life.

Bank of Ireland carries out some activities that do not require a licence or authorisation from the Central Bank of Ireland and are not regulated by it. For a full list of these unregulated activities please see the Bank of Ireland website.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. It is possible for data transmitted by email to be deliberately or accidentally corrupted or intercepted. For this reason, where the communication is by email, the Bank of Ireland Group does not accept any responsibility for any breach of confidence which may arise through the use of this medium. This footnote also confirms that this email message has been swept for the presence of known computer viruses.

Bank of Ireland Group includes both the Governor & Company of the Bank of Ireland and Bank of Ireland (UK) plc. If you are unsure as to which company is your product provider we can help you. You should contact us at either of the registered office addresses or by contacting your nearest branch. Bank of Ireland incorporated in Ireland with Limited Liability. Registered Office, Mespil Rd, Dublin 4. Registered Number. C-1. Bank of Ireland is regulated by the Central Bank of Ireland.

In the United Kingdom Bank of Ireland is authorised by the Central Bank of Ireland and the Prudential Regulation Authority and subject to limited regulation by the Financial Conduct Authority and Prudential Regulation Authority. Details about the extent of our authorisation and regulation by the Prudential Regulation Authority, and regulation by the Financial Conduct Authority are available from us on request.

Bank of Ireland UK is a trading name of Bank of Ireland (UK) plc which is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority, Registered in England & Wales (No. 7022885), Bow Bells House, 1 Bread Street, London EC4M 9BE.

Bank of Ireland - The Governor and Company of Bank of Ireland, incorporated by charter in Ireland with limited liability. A tied agent of New Ireland Assurance Company plc. trading as Bank of Ireland Life.

Bank of Ireland carries out some activities that do not require a licence or authorisation from the Central Bank of Ireland and are not regulated by it. For a full list of these unregulated activities please see the Bank of Ireland website.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. It is possible for data transmitted by email to be deliberately or accidentally corrupted or intercepted. For this reason, where the communication is by email, the Bank of Ireland Group does not accept any responsibility for any breach of confidence which may arise through the use of this medium. This footnote also confirms that this email message has been swept for the presence of known computer viruses.

Bank of Ireland Group includes both the Governor & Company of the Bank of Ireland and Bank of Ireland (UK) plc. If you are unsure as to which company is your product provider we can help you. You should contact us at either of the registered office addresses or by contacting your nearest branch. Bank of Ireland incorporated in Ireland with Limited Liability. Registered Office, Mespil Rd, Dublin 4. Registered Number. C-1. Bank of Ireland is regulated by the Central Bank of Ireland.

In the United Kingdom Bank of Ireland is authorised by the Central Bank of Ireland and the Prudential Regulation Authority and subject to limited regulation by the Financial Conduct Authority and Prudential Regulation Authority. Details about the extent of our authorisation and regulation by the Prudential Regulation Authority, and regulation by the Financial Conduct Authority are available from us on request.

```
Bank of Ireland UK is a trading name of Bank of Ireland (UK) plc which is authorised
by the Prudential Regulation Authority and regulated by the Financial Conduct
Authority and the Prudential Regulation Authority, Registered in England & Wales (No.
7022885), Bow Bells House, 1 Bread Street, London EC4M 9BE.
```
Bank of Ireland - The Governor and Company of Bank of Ireland, incorporated by charter in Ireland with limited liability. A tied agent of New Ireland Assurance Company plc. trading as Bank of Ireland Life.

Bank of Ireland carries out some activities that do not require a licence or authorisation from the Central Bank of Ireland and are not regulated by it. For a full list of these unregulated activities please see the Bank of Ireland website.


* * * * * * * * * * * * * * * * * * * * * * * *


* * * * * * * * * * * * * * * * * * * * * * * *
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. It is possible for data transmitted by email to be deliberately or accidentally corrupted or intercepted. For this reason, where the communication is by email, the Bank of Ireland Group does not accept any responsibility for any breach of confidence which may arise through the use of this medium. This footnote also confirms that this email message has been swept for the presence of known computer viruses.

Bank of Ireland Group includes both the Governor & Company of the Bank of Ireland and Bank of Ireland (UK) plc. If you are unsure as to which company is your product provider we can help you. You should contact us at either of the registered office addresses or by contacting your nearest branch. Bank of Ireland incorporated in Ireland with Limited Liability. Registered Office, Mespil Rd, Dublin 4. Registered Number. C-1. Bank of Ireland is regulated by the Central Bank of Ireland.

In the United Kingdom Bank of Ireland is authorised by the Central Bank of Ireland and the Prudential Regulation Authority and subject to limited regulation by the Financial Conduct Authority and Prudential Regulation Authority. Details about the extent of our authorisation and regulation by the Prudential Regulation Authority, and regulation by the Financial Conduct Authority are available from us on request.

```
Bank of Ireland UK is a trading name of Bank of Ireland (UK) plc which is authorised
by the Prudential Regulation Authority and regulated by the Financial Conduct
Authority and the Prudential Regulation Authority, Registered in England & Wales (No.
7022885), Bow Bells House, 1 Bread Street, London EC4M 9BE.
```
Bank of Ireland - The Governor and Company of Bank of Ireland, incorporated by charter in Ireland with limited liability. A tied agent of New Ireland Assurance Company plc. trading as Bank of Ireland Life.

Bank of Ireland carries out some activities that do not require a licence or authorisation from the Central Bank of Ireland and are not regulated by it. For a full list of these unregulated activities please see the Bank of Ireland website.


* * * * * * * * * * * * * * * * * * * * * * * *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. It is possible for data transmitted by email to be deliberately or accidentally corrupted or intercepted. For this reason, where the communication is by email, the Bank of Ireland Group does not accept any responsibility for any breach of confidence which may arise through the use of this medium. This footnote also confirms that this email message has been swept for the presence of known computer viruses.

Bank of Ireland Group includes both the Governor & Company of the Bank of Ireland and Bank of Ireland (UK) plc. If you are unsure as to which company is your product provider we can help you. You should contact us at either of the registered office addresses or by contacting your nearest branch. Bank of Ireland incorporated in Ireland with Limited Liability. Registered Office, Mespil Rd, Dublin 4. Registered Number. C-1. Bank of Ireland is regulated by the Central Bank of Ireland.

In the United Kingdom Bank of Ireland is authorised by the Central Bank of Ireland and the Prudential Regulation Authority and subject to limited regulation by the Financial Conduct Authority and Prudential Regulation Authority. Details about the extent of our authorisation and regulation by the Prudential Regulation Authority, and regulation by the Financial Conduct Authority are available from us on request.

Bank of Ireland UK is a trading name of Bank of Ireland (UK) plc which is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority, Registered in England & Wales (No. 7022885), Bow Bells House, 1 Bread Street, London EC4M 9BE.
Bank of Ireland - The Governor and Company of Bank of Ireland, incorporated by charter in Ireland with limited liability. A tied agent of New Ireland Assurance Company plc. trading as Bank of Ireland Life.

Bank of Ireland carries out some activities that do not require a licence or authorisation from the Central Bank of Ireland and are not regulated by it. For a full list of these unregulated activities please see the Bank of Ireland website.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. It is possible for data transmitted by email to be deliberately or accidentally corrupted or intercepted. For this reason, where the communication is by email, the Bank of Ireland Group does not accept any responsibility for any breach of confidence which may arise through the use of this medium. This footnote also confirms that this email message has been swept for the presence of known computer viruses.

Bank of Ireland Group includes both the Governor & Company of the Bank of Ireland and Bank of Ireland (UK) plc. If you are unsure as to which company is your product provider we can help you. You should contact us at either of the registered office addresses or by contacting your nearest branch. Bank of Ireland incorporated in Ireland with Limited Liability. Registered Office, Mespil Rd, Dublin 4. Registered Number. C-1. Bank of Ireland is regulated by the Central Bank of Ireland.

In the United Kingdom Bank of Ireland is authorised by the Central Bank of Ireland and the Prudential Regulation Authority and subject to limited regulation by the Financial Conduct Authority and Prudential Regulation Authority. Details about the extent of our authorisation and regulation by the Prudential Regulation Authority, and regulation by the Financial Conduct Authority are available from us on request.

Bank of Ireland UK is a trading name of Bank of Ireland (UK) plc which is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority, Registered in England & Wales (No. 7022885), Bow Bells House, 1 Bread Street, London EC4M 9BE.

Bank of Ireland ... the Governor and Company of the Bank of Ireland incorporated in Ireland with limited liability. A tied agent of New Ireland Assurance Company plc. trading as Bank of Ireland Life.

Bank of Ireland carries out some activities that do not require a licence or authorisation from the Central Bank of Ireland and are not regulated by it. For a full list of these unregulated activities please see the Bank of Ireland website.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*