Case 1:17-cr-00630-ER Document 143 Filed 10/08/19 Page 1 of 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

- - - - - - - - - - - - - - - - - - - X
                                         :
UNITED STATES OF AMERICA
                                         :    **SUPERSEDING INDICTMENT**
        - v. -
                                         :    S10 17 Cr. 630 (ER)
MARK S. SCOTT,
                                         :
                Defendant.
                                         :
- - - - - - - - - - - - - - - - - - - X

## COUNT ONE
### (Conspiracy to Commit Money Laundering)

The Grand Jury charges:

1. From at least in or about September 2015 through in or about 2018, in the Southern District of New York and elsewhere, MARK S. SCOTT, the defendant, and others known and unknown, knowingly did combine, conspire, confederate, and agree together and with each other to commit money laundering, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 1956(a)(2)(B)(i).

2. It was a part and an object of the conspiracy that MARK S. SCOTT, the defendant, and others known and unknown, knowing that the property involved in certain financial transactions represented the proceeds of some form of unlawful activity, would and did conduct and attempt to conduct such financial transactions which in fact involved the proceeds of specified unlawful activity, to wit, approximately $400 million

in proceeds of a wire fraud scheme involving a purported cryptocurrency known as "OneCoin," in violation of Title 18, United States Code, Section 1343, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

3.   It was further a part and an object of the conspiracy that MARK S. SCOTT, the defendant, and others known and unknown, would and did transport, transmit, and transfer, and attempt to transport, transmit, and transfer a monetary instrument and funds from a place in the United States to and through a place outside the United States, and to a place in the United States from and through a place outside the United States, knowing that the monetary instrument and funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, to wit, approximately $400 million in proceeds of a wire fraud scheme involving a purported cryptocurrency known as "OneCoin," in violation of Title 18,

United States Code, Section 1343, in violation of Title 18,
United States Code, Section 1956(a)(2)(B)(i).

(Title 18, United States Code, Section 1956(h).)

## COUNT TWO
### (Conspiracy to Commit Bank Fraud)

The Grand Jury further charges:

4.    From at least in or about September 2015 through in or
about 2018, in the Southern District of New York and elsewhere,
MARK S. SCOTT, the defendant, and others known and unknown,
willfully and knowingly did combine, conspire, confederate, and
agree together and with each other to commit bank fraud, in
violation of Title 18, United States Code, Section 1344.

5.    It was a part and object of the conspiracy that MARK
S. SCOTT, the defendant, and others known and unknown, willfully
and knowingly, would and did execute and attempt to execute a
scheme and artifice to defraud a financial institution, the
deposits of which were then insured by the Federal Deposit
Insurance Corporation ("FDIC"), and to obtain moneys, funds,
credits, assets, securities, and other property owned by, and
under the custody and control of, such financial institution, by
means of false and fraudulent pretenses, representations, and
promises, to wit, SCOTT and others misrepresented and omitted
material facts to banks and other financial institutions
worldwide to cause those financial institutions, including FDIC-
insured financial institutions in the United States, to transfer

3

funds into and out of accounts associated with purported investment funds operated by SCOTT and others, in violation of Title 18, United States Code, Section 1344.

(Title 18, United States Code, Section 1349.)

## FORFEITURE ALLEGATION

6.   As a result of committing the offense alleged in Count One of this Superseding Indictment, MARK S. SCOTT, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any and all property, real and personal, involved in said offense, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in said offense.

7.   As a result of committing the offense alleged in Count Two of this Superseding Indictment, MARK S. SCOTT, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any and all property constituting, or derived from, proceeds obtained directly or indirectly, as a result of the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

4

Substitute Asset Provision

8.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 982;
Title 21, United States Code, Sections 853; and
Title 28, United States Code, Section 2461.)

FOREPERSON

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

5

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**MARK S. SCOTT,**

**Defendant.**

**SUPERSEDING INDICTMENT**

S10 17 Cr. 630 (ER)

(18 U.S.C. §§ 1956(h) and 1349.)

GEOFFREY S. BERMAN
United States Attorney.

A TRUE BILL

Foreperson.

Superseding Indictment
filed 10/8/19

USMJ Wang