**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1046
adevlin-brown@cov.com

October 8, 2019

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: Oct. 9, 2019

Re:   *United States v. Mark S. Scott*,
       S6 17 Cr. 630(ER)

Dear Judge Ramos:

Pursuant to discussions with the Government, Mr. Scott requests that the Exhibits filed in conjunction with last night's filing (Exhibit A: Dckt 140_1; Exhibit B: Dckt 140_2; Exhibit C: Dckt 140_3; Exhibit D: Dckt 140_4; Exhibit E: Dckt_5) be placed under seal. We emailed the complete submission to chambers last night, and we are happy to provide a hard copy if requested.

Respectfully Submitted,

/s Arlo Devlin-Brown
Arlo Devlin-Brown

David M. Garvin
DAVID M. GARVIN, P.A.
200 SOUTH BISCAYNE BLVD.
SUITE 3150
MIAMI, FL 33131

_____
Edgardo Ramos, U.S.D.J.

The application is   _X_ granted
                     ___ denied

_____
Edgardo Ramos, U.S.D.J.
Dated: Oct. 9, 2019
New York, New York 10007

cc:   Government Counsel