**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1046
adevlin-brown@cov.com

October 8, 2019

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: Oct. 9, 2019

Re:   *United States v. Mark S. Scott*,
      S6 17 Cr. 630(ER)

Dear Judge Ramos:

      Pursuant to discussions with the Government, Mr. Scott requests that the Exhibits filed in conjunction with last night's filing (Exhibit A: Dckt 140_1; Exhibit B: Dckt 140_2; Exhibit C: Dckt 140_3; Exhibit D: Dckt 140_4; Exhibit E: Dckt_5) be placed under seal.  We emailed the complete submission to chambers last night, and we are happy to provide a hard copy if requested.

Respectfully Submitted,

/s Arlo Devlin-Brown
Arlo Devlin-Brown

David M. Garvin
DAVID M. GARVIN, P.A.
200 SOUTH BISCAYNE BLVD.
SUITE 3150
MIAMI, FL 33131

The request for sealing the exhibits is GRANTED.  The Clerk of the Court is respectfully directed to remove Exhibits 1-5 in Doc. 140 from the docket.

_____
Edgardo Ramos, U.S.D.J
Dated: Oct. 9, 2019
New York, New York

cc:   Government Counsel