

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 14, 2019

**BY ECF & ELECTRONIC MAIL**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States* **v.** *Mark S. Scott*, S10 17 Cr. 630 (ER)

Dear Judge Ramos:

    The Government writes to respectfully request a brief adjournment of the deadline for the filing a supplemental letter regarding its pending motion to admit live CCTV testimony at trial pursuant to Federal Rule of Criminal Procedure 15. During a conference in this case held on Thursday, October 10, 2019, the Court requested that the Government submit a letter providing, among other details, additional information regarding the logistics of such live CCTV testimony during trial. After consulting with the parties on an appropriate schedule, the Court fixed a deadline of Monday, October 14, 2109, for the Government to file such a letter. The Court also encouraged the parties to discuss a potential stipulation, which might moot the pending motion.

    The Government is presently in discussions with defense counsel regarding a potential stipulation, and is also seeking to obtain further information regarding the logistics questions posed by the Court. Accordingly, the Government respectfully requests an adjournment of the letter filing deadline of two days, until Wednesday, October 16, 2019. The defendant does not object to this request, and requests permission to file any sur-reply by Friday, October 18, 2109.

                                Respectfully submitted,

                                  GEOFFREY S. BERMAN
                                United States Attorney

                by:  ___*/s/  Christopher J. DiMase*_____
                       Julieta V. Lozano/Christopher J. DiMase/
                       Nicholas S. Folly
                       Special Assistant United States Attorney/
                       Assistant United States Attorneys
                       (212) 637-2438/ 2433 / 1060

cc: Arlo Devlin-Brown, Esq. (by electronic mail)
    David Garvin, Esq. (by electronic mail)