**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 16, 2019

**BY ECF & ELECTRONIC MAIL**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States* **v.** *Mark S. Scott*, S10 17 Cr. 630 (ER)

Dear Judge Ramos:

    The Government writes to inform the Court that the parties have reached agreement on a stipulation related to certain anticipated witness testimony, which was the subject of the Government's Motion pursuant to Federal Rule of Criminal Procedure 15 (the "Rule 15 Motion"), filed on September 29, 2019. The Government therefore no longer seeks to admit the testimony of those witnesses at trial, thereby mooting the pending Rule 15 Motion.

                              Respectfully submitted,

                              GEOFFREY S. BERMAN
                              United States Attorney

                     by:  */s/ Christopher J. DiMase*
                              Julieta V. Lozano/Christopher J. DiMase/
                              Nicholas S. Folly
                              Special Assistant United States Attorney/
                              Assistant United States Attorneys
                              (212) 637-2438/ 2433 / 1060

cc: Arlo Devlin-Brown, Esq. (by electronic mail)
    David Garvin, Esq. (by electronic mail)