**General questions**

1. Name: _____

2. Age: _____

3. Gender: _____

4. County of residence: _____

5. The trial of this case is expected to last approximately three weeks.  The jury will generally sit [Days] from [Hours].  The trial will begin on November 4, 2019 and is expected to end by November 22, 2019, the week prior to Thanksgiving.  All jury service involves some degree of hardship.  Would service as a juror in this case be a serious hardship for you?

   ☐ Yes    ☐ No

   If yes, please explain: _____

   _____

   _____

   _____

6. Do you have any difficulty with your eyesight or hearing or any medical condition that would make it difficult for you to serve on a jury?

   ☐ Yes    ☐ No

   If yes, please explain: _____

   _____

   _____

   _____

   _____

7. Do you have any difficulty with reading or understanding the English language?

   ☐ Yes    ☐ No

8. Highest level of education completed and if applicable, degree(s) obtained and field of study:

   ☐ Did not complete high school
   ☐ High school or equivalent
   ☐ Associate degree
   ☐ Bachelor degree
   ☐ Graduate degree (Masters, PhD, etc.)

   Field(s) of study: _____

9. Have you ever had any training or work experience in any of the following?

   |  | **No experience** | **Training** | **Work experience** |
   |---|---|---|---|
   | Sales |  |  |  |
   | Accounting / Bookkeeping / Auditing |  |  |  |
   | Banking |  |  |  |
   | Finance (investment banking, securities trading / analysis, etc.) |  |  |  |
   | Anti-money laundering |  |  |  |
   | Legal profession |  |  |  |

10. If you or anyone living with you is employed, please identify place of employment and description of job. If you are retired or unemployed, please identify the most recent job you held.

    Place of employment: _____

    Job title: _____

11. Please list any newspapers, magazines, TV or radio shows, or Internet or social media websites that you read, watch, or listen to on a regular basis:

    _____

    _____

    _____

12. Please list any groups, clubs, and/or organizations to which you belong, including professional, religious, political, or hobby-related organizations:

    _____

    _____

    _____

13. Do you have any experience with private equity investments?

    ☐ Yes       ☐ No

    If yes, please describe: _____

    _____

    _____

14. Are you familiar with the term "cryptocurrency?"

    ☐ Yes       ☐ No

    If yes, please explain what you know about cryptocurrency in a few lines: _____

    _____

    _____

    _____

    _____

15. Do you have any views, positive or negative, about cryptocurrency?

    ☐ Yes       ☐ No

    If yes, please explain your views: _____

    _____

    _____

    _____

    _____

16. Have you ever invested in a cryptocurrency?

    ☐ Yes        ☐ No

    If yes, how did the investment turn out?: _____

    _____

    _____

    _____

17. Are you familiar with a cryptocurrency called OneCoin?

    ☐ Yes        ☐ No

    If yes, please explain what you know about OneCoin: _____

    _____

    _____

    _____

18. Are you familiar with the Panama Papers?

    ☐ Yes        ☐ No

    If yes, please explain what you know about the Panama Papers: _____

    _____

    _____

    _____

19. Have you ever worked as a salesperson where you received commissions?

    ☐ Yes        ☐ No

    If yes, please explain: _____

    _____

    _____

20. Are you familiar with multilevel marketing?

    ☐ Yes        ☐ No

    If yes, please explain what you know about multilevel marketing: _____

    _____

    _____

    _____

21. Do you have any feelings, positive or negative, towards multilevel marketing?

    ☐ Yes        ☐ No

    If yes, please explain: _____

    _____

    _____

22. Have you ever purchased or sold anything through multi-level marketing channels?

    ☐ Yes        ☐ No

    If yes, please explain: _____

    _____

    _____

23. Have you or someone close to you ever had any negative experiences with an investment counselor or advisor?

    ☐ Yes        ☐ No

    If yes, please explain: _____

    _____

    _____

24. Have you or someone close to you ever lost money on an investment where you thought the loss was caused by someone else's wrongdoing, fraud or dishonesty?

    ☐ Yes        ☐ No

    If yes, please explain: _____

    _____

    _____

    _____

    _____

25. Have you or has anyone close to you ever lost what you considered to be a significant amount of money on a business or other investment that did not involve fraud?

    ☐ Yes        ☐ No

    If yes, please explain: _____

    _____

    _____

    _____

    _____

26. Have you ever been cheated or treated unfairly by a bank or other financial institution?

    ☐ Yes        ☐ No

    If yes, please explain: _____

    _____

    _____

    _____

    _____

27. Have you ever been tricked or deceived by a lawyer?

☐ Yes       ☐ No

If yes, please explain: _____

_____

_____

_____

_____

I affirm, under penalty of perjury, that I have given complete and honest answers to all of the questions above.

_____        _____
              Signature                                          Date