```
                                                USDC SDNY
                                                DOCUMENT
                                                ELECTRONICALLY FILED
                                                DOC# _____
UNITED STATES DISTRICT COURT                    DATE FILED: 11/25/19
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

         - v. -

MARK S. SCOTT,

                 Defendant.

17 Cr. 630 (ER)

Please indicate each of your verdicts with a check mark (✓).

**Count One:**   **Conspiracy to Commit Money Laundering**

Guilty   ✓       Not Guilty _____

**Count Two:**   **Conspiracy to Commit Bank Fraud**

Guilty   ✓       Not Guilty _____

New York, New York
\_\_November 26\_\_, 2019

                                                           *Foreperson*