**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1046
adevlin-brown@cov.com

December 4, 2019

By ECF and E-Mail
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Mark S. Scott*,  S10 17 Cr. 630 (ER)

Dear Judge Ramos:

    We write on behalf of our client, Mark Scott, who was convicted on November 21, 2019 in the above-referenced matter on two counts, conspiracy to commit money laundering and conspiracy to commit bank fraud.  Following the verdict, the Court set a deadline of December 20, 2019 for Mr. Scott to file Rule 29 and Rule 33 motions.

    We respectfully request that the Court extend this deadline by one month, to January 20, 2020.  This will allow Mr. Scott and counsel sufficient time to review the factual and legal issues that may be relevant to such motions.  The Government has no objection to this request and proposes to submit any opposition by February 10, 2020 or make a subsequent application for an extension.

Respectfully Submitted,

/s Arlo Devlin-Brown
Arlo Devlin-Brown