**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1046
adevlin-brown@cov.com

January 3, 2020

By ECF and E-Mail
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *United States v. Mark S. Scott*,  S10 17 Cr. 630(ER)

Dear Judge Ramos:

    We write on behalf of our client, Mark Scott, who was convicted on November 21, 2019 in the above-referenced matter on two counts, conspiracy to commit money laundering and conspiracy to commit bank fraud.  The current deadline for Mr. Scott to file any Rule 29 and Rule 33 motions is January 20, 2020.

    We respectfully request that the Court extend this deadline by an additional two weeks, to February 3, 2020.  We seek this additional time to permit Mr. Scott and counsel to review issues relating to these motions.  The Government has no objection to this request and proposes to submit any opposition by February 24, 2020 or make a subsequent application for an extension.

Respectfully Submitted,

/s Arlo Devlin-Brown
Arlo Devlin-Brown