**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1046
adevlin-brown@cov.com

January 14, 2020

By ECF and E-Mail
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Mark S. Scott*,  S10 17 Cr. 630(ER)

Dear Judge Ramos:

    We write on behalf of our client, Mark Scott, who was convicted on November 21, 2019 in the above-referenced matter on two counts, conspiracy to commit money laundering and conspiracy to commit bank fraud.  At the conclusion of trial, sentencing for Mr. Scott was scheduled for February 21, 2020.  However, the current deadline for Mr. Scott to file any Rule 29 and Rule 33 motions is February 3, 2020, and the Government has been given until February 24, 2020 to respond.

    In light of these upcoming deadlines, we respectfully request that the Court adjourn the sentencing date until April 21, 2020 or such date thereafter that is convenient for the Court. This will grant time to complete briefing on post-trial motions and provide the Court with an opportunity for review.   In addition, this additional time will permit counsel to prepare for sentencing, including allowing for Mr. Scott to undertake further testing and treatments for longstanding medical issues.

    The Government has no objection to this schedule.

Respectfully Submitted,

/s Arlo Devlin-Brown
Arlo Devlin-Brown