## COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1046
adevlin-brown@cov.com

January 22, 2020

**MEMO ENDORSED**
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: Jan. 22, 2020

By ECF and E-Mail
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Mark S. Scott*,  S10 17 Cr. 630(ER)

Dear Judge Ramos:

We write on behalf of our client, Mark Scott, who was convicted on November 21, 2019 in the above-referenced matter on two counts, conspiracy to commit money laundering and conspiracy to commit bank fraud.  Mr. Scott is currently scheduled to be sentenced on April 22, 2020.

In connection with our defense of Mr. Scott, we seek to review and obtain copies of entries in his United States passport, currently being held by Pretrial Services.  Pretrial Services has indicated that it can make the passport available only pursuant to the Court's order.  Counsel would either rely on Pretrial Services to provide copies of the passport directly, or would take it to copy and then promptly return it thereafter.

The Government has no objection to this request.

Respectfully Submitted,

/s Arlo Devlin-Brown
Arlo Devlin-Brown

---

The application is   _X_ granted
                    ___ denied

_[signature]_
_____
Edgardo Ramos, U.S.D.J.
Dated: Jan. 22, 2020
New York, New York 10007