UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>MARK S. SCOTT,<br><br>Defendant. | No. 17 Cr. 630 (ER)<br><br>**MOTION FOR JUDGMENT OF ACQUITTAL OR, IN THE ALTERNATIVE, A NEW TRIAL** |

PLEASE TAKE NOTICE THAT, for the reasons set forth in the accompanying memorandum of law, the defendant, Mark. S. Scott, will move this Court before the Honorable Edgardo Ramos, United States District Court, Southern District of New York, at a time to be determined by the Court, for an order granting a judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29 or, in the alternative, a new trial pursuant to Federal Rule of Criminal Procedure 33.  In light of the number and complexity of the legal and factual issues discussed in the motion, Mr. Scott respectfully requests that the Court accept the filing of this motion, the memorandum of law for which is 12 pages in excess of the Court's page limitation.

/s/ Arlo Devlin-Brown

Arlo Devlin-Brown
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1046

David M. Garvin
Law Offices of David M. Garvin, P.A.
200 South Biscayne Boulevard
Suite 3150
Miami, FL 33131
(305) 371-8101

*Counsel for Mr. Scott*

1