UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>MARK S. SCOTT,<br><br>Defendant. | No. 17 Cr. 630 (ER)<br><br>**DECLARATION OF ARLO DEVLIN-BROWN IN SUPPORT OF POST-TRIAL MOTIONS** |

ARLO DEVLIN-BROWN, counsel for Mark S. Scott, declares as follows:

1. I am an attorney licensed to practice law in the State of New York and represent Mark Scott in this matter.

2. I am submitting this declaration in support of defendant Mark S. Scott's Post-Trial Motions dated February 3, 2020.

3. Attached hereto as **Exhibit A** is a letter from the U.S. Attorney's Office for the Southern District of New York dated January 21, 2020 disclosing additional facts regarding Konstantin Ignatov, a witness in this trial.

4. Attached hereto as **Exhibit B** is a letter from counsel for Mark S. Scott dated October 4, 2019 requesting a Bill of Particulars for the Superseding Indictment issued October 3, 2019.

5. Attached hereto as **Exhibit C** are documents related to Mark S. Scott's travel to Austria from March 17-23, 2016 (Bates stamped MS_USAO_FT_189928 and MS_USAO_0031212_027518).

6. Attached hereto as **Exhibit D** are documents related to Neil Bush's involvement in the Cryptoreal transaction.

1

                                              Respectfully Submitted,

Dated: February 3, 2020

                                              /s/ Arlo Devlin-Brown

                                              Arlo Devlin-Brown
                                              COVINGTON & BURLING LLP
                                              The New York Times Building
                                              620 Eighth Avenue
                                              New York, NY 10018-1405
                                              (212) 841-1046

                                              *Counsel for Mr. Scott*