# EXHIBIT C



Mr. Dr.
Mark S. Scott
Miami

USA

Bad Hofgastein, 22.01.2016

## RELAXING DAYS AT THE GRAND PARK HOTEL

Dear Dr. Scott,

Thank you very much for your email of today.! We are delighted to learn that you will stay with us again.

With pleasure we confirm the reservation of following no-smoking room (Reservation nr. 135044:

**Arrival:**       Thursday, 17 March 2016
**Departure:**   Wednesday, 23 March 2016

   **1 Gasteiner Suite, cat. I, 47 sqm,**
   double room, separate living room, bath/WC, bidet, balcony facing south and west, separate toilette,
   **at € 486 per night for 2 persons
   including GRAND PARK Cuisine half baord
   Local tax per person and night: € 2,20**
   **Total** € 2942,4

The above rate is including **the GRAND Park Inclusive services**.

**Confirmation:**
For the booking guarantee a prepayment of 20% of the booking amount is required. Please advise if your prefer credit card or bank transfer.

We are looking forward to your reply and meanwhile assure our closest attention to your requirements at all times.

Best regards

Heidemarie Elbe
& the team of the GRAND PARK HOTEL Health & Spa

    

GRAND PARK HOTEL
Kurgartenstraße 26 · 5630 Bad Hofgastein · Austria · Tel.:+43 (0)6432 63500 · Fax: +43 (0)6432 8454 · www.grandparkhotel.at · office@grandparkhotel.at
UID Nr.ATU37060201 · Firmenbuchnummer FN 043702V · Gerichtsstand:Landesgericht Salzburg
Salzburger Sparkassen AG Bad Hofgastein · BLZ 20404 · Kto.Nr. 200223024 · IBAN: AT 902040400200223024 · BIG-(SWIFT)-Code SBGSAT2S

## Confirmation Nr. 135044

Name:      **Dr. Mark S. Scott**
Address:   Miami, USA

Arrival:     **Thursday, 17 March 2016**          Check-in: from 3 pm on
Departure:   **Wednesday, 23 March 2016**         Check-out: until 12 am

**1 Gastein Suite, cat. I,**
at € 486 per night for 2 persons including GRAND PARK Cuisine half baord
plus local tax
**Total** € 2942,4

**My reservation is guaranteed by prepayment of € 580:**

❏ VISA     ❏ Mastercard     ❏Amex     ❏ Diners

Card holder: _____

Nr. ___ ___ ___ ___   ___ ___ ___ ___   ___ ___ ___ ___   ___ ___ ___ ___     Exp.___ ___ / ___ ___

Card verification value from credit card's backside: ___ ___ ___ ___ ___ ___ ___

**Or**
❏   bank transfer to account until 31 Jan 2016
„Grand Park Hotel Bad Hofgastein"
IBAN:  AT90 2040 4002 0022 3024, BIC:  SBGSAT2SXXX

**If your plans are changing:**
The revocation according to § 18 Abs. 1 Z. 10 FAGG is not applicable, but following conditions:
The accommodation contract may be cancelled or changed by a written declaration up to 21 nights before the guest's agreed date of arrival without a cancellation fee being payable. Cancelling or changing dates of arrival or departure 20 to 14 days before arrival 30%, 13 to 8 days before arrival 50%, 7 to 4 days before arrival 75%, from 3 days before arrival, advance departure and no-show a cancellation fee of 90% of the booking amount is payable. The cancellation fee will be charged to client's credit card.

You are welcome to book the cancellation insurance directly online or with us:

Yes, book the ❏   Hotelstorno Premium       ❏ Hotelstorno Plus Insurance
**and charge the cost on my credit card.**
**My fellow travellers are:**

Signature guest:



GRAND PARK HOTEL
Kurgartenstraße 26 · 5630 Bad Hofgastein · Austria · Tel.:+43 (0)6432 63560 · Fax: +43 (0)6432 8454 · www.grandparkhotel.at · office@grandparkhotel.at
UID Nr.ATU37060201 · Firmenbuchnummer FN 043702V · Gerichtsstand:Landesgericht Salzburg
Salzburger Sparkassen AG Bad Hofgastein · BLZ 20404 · Kto.Nr. 200223024 · IBAN: AT 902040400200223024 · BIG-(SWIFT)-Code SBGSAT2S

MS_USAO_FT_189929

| | |
|---|---|
| From: | American Express <AmericanExpress@welcome.aexp.com> |
| Sent: | Wednesday, March 23, 2016 5:54 AM |
| To: | msscottlaw@gmail.com |
| Subject: | Foreign Transaction Approved |



Log in to view your activity

Hello, MARK S SCOTT          Account Ending: 01006

**View Account**  |  **Make a Payment**  |  **Manage Alerts Preferences**

## ⚠ Foreign Transactions             **View Account**

The following purchase on your Centurion Card account was made in a different country or currency.

| | |
|---|---|
| Transaction Date: | Wed, Mar 23, 2016 |
| Purchase Amount: | EUR 3,287.23 |
| Merchant Name: | GRAND PARK HOTEL |
| Transaction Location: | BAD HOFGASTEIN AUT |

Thank you for your Card Membership.

American Express Customer Care

If you'd like to stop receiving this alert, simply click here.