

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 14, 2020

**BY ECF / EMAIL**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Mark S. Scott*, S10 17 Cr. 630 (ER)

Dear Judge Ramos:

The Government submits this letter on behalf of the parties to respectfully request an adjournment of the current post-trial briefing schedule and sentencing date for Mark Scott. Specifically, the Government requests a three-week adjournment to the current deadline for its opposition brief to Scott's motion for acquittal or in the alternative, a new trial. (Dkt. 217). The defense also requests a period of three weeks to submit its reply brief, and requests that the sentencing date be adjourned until May 26, or a date thereafter. The parties accordingly consent to the following revised schedule:

1. The Government's opposition brief is due on March 16, 2020
2. Scott's reply brief is due on April 6, 2020
3. Scott's sentencing date is adjourned to May 26, or a date as soon thereafter when convenient for the Court

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

By:   _____/s/_____
Christopher J. DiMase / Nicholas Folly/
Julieta V. Lozano
Assistant United States Attorneys /
Special Assistant United States Attorney
(212) 637-2433 / (212) 637-1060/
(212) 335-4025

Cc:   Defense counsel