UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

            - against -

MARK SCOTT,

                      Defendant.
-------------------------------------------------------x

**NOTICE OF BAIL REVIEW HEARING**

17-cr-630-1 (ER)

        A bond hearing will be held before the Hon. Edgardo Ramos, U.S.D.J. on **Tuesday, February 25, 2020 at 10:00 AM** at the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, NY 10007, Courtroom 619.

Dated:  New York, New York
          February 14, 2020

                                                           s/ Jazmin Rivera
                                               Jazmin Rivera, Courtroom Deputy