**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1046
adevlin-brown@cov.com

February 18, 2020

By ECF and E-Mail
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Mark S. Scott*,  S10 17 Cr. 630(ER)

Dear Judge Ramos:

On February 14th, we received notice via ECF that our client, Mark Scott, has been scheduled to appear for a bond hearing in the above-captioned matter on Tuesday, February 25, 2020 at 10:00 AM.  Due to Mr. Scott's pre-scheduled medical appointment (the specifics of which have been provided to the Government), we request that this hearing be rescheduled for Wednesday, February 26, 2020, at a time convenient to the Court.  The Government consents to this request.  Should February 26th be unsuitable, defense counsel is unavailable on February 27th and 28th.

In addition, Mr. Scott respectfully requests that the Court direct the Government to make a submission no later than Friday, February 21, 2020, setting forth its arguments for any change in bail conditions.  This will allow defense counsel to investigate and respond to any arguments that the Government may offer at or before the hearing.

Respectfully Submitted,

/s Arlo Devlin-Brown
Arlo Devlin-Brown