**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1046
adevlin-brown@cov.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __2/19/2020__

February 18, 2020

<u>By ECF and E-Mail</u>
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Mark S. Scott*,  S10 17 Cr. 630(ER)

Dear Judge Ramos:

On February 14th, we received notice via ECF that our client, Mark Scott, has been scheduled to appear for a bond hearing in the above-captioned matter on Tuesday, February 25, 2020 at 10:00 AM.  Due to Mr. Scott's pre-scheduled medical appointment (the specifics of which have been provided to the Government), we request that this hearing be rescheduled for Wednesday, February 26, 2020, at a time convenient to the Court.  The Government consents to this request.  Should February 26th be unsuitable, defense counsel is unavailable on February 27th and 28th.

In addition, Mr. Scott respectfully requests that the Court direct the Government to make a submission no later than Friday, February 21, 2020, setting forth its arguments for any change in bail conditions.  This will allow defense counsel to investigate and respond to any arguments that the Government may offer at or before the hearing.

Respectfully Submitted,

/s Arlo Devlin-Brown
Arlo Devlin-Brown

---

The bond hearing will be held on February 26, 2020 at 2:30 PM.  Mr. Scott's application regarding a submission by the government is DENIED except to the extent that the government may wish to submit papers.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: __2/19/2020__
New York, New York