**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1046
adevlin-brown@cov.com

February 24, 2020

By ECF and E-Mail
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Mark S. Scott*, S10 17 Cr. 630(ER)

Dear Judge Ramos:

    A bond hearing in the above-captioned matter has been scheduled for our client, Mark Scott, for Wednesday, February 26, 2020, at 2:30 PM.  Defense counsel respectfully requests adjournment of the hearing to attend to an urgent family medical situation.  Defense counsel has discussed this with the Government, which does not object to the request.  The Government has proposed Friday, March 6th, as a new date for the hearing, and defense counsel is available on that date.

    Respectfully Submitted,

    /s Arlo Devlin-Brown
    Arlo Devlin-Brown