# COVINGTON

BEIJING  BRUSSELS  DUBAI  FRANKFURT  JOHANNESBURG
LONDON  LOS ANGELES  NEW YORK  PALO ALTO
SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

**Arlo Devlin-Brown**

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1046
adevlin-brown@cov.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED:   2/25/2020

February 24, 2020

By ECF and E-Mail
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

# MEMO ENDORSED

Re:     *United States v. Mark S. Scott,*  S10 17 Cr. 630(ER)

Dear Judge Ramos:

A bond hearing in the above-captioned matter has been scheduled for our client, Mark Scott, for Wednesday, February 26, 2020, at 2:30 PM.  Defense counsel respectfully requests adjournment of the hearing to attend to an urgent family medical situation.  Defense counsel has discussed this with the Government, which does not object to the request.  The Government has proposed Friday, March 6th, as a new date for the hearing, and defense counsel is available on that date.

The bond review hearing is adjourned to March 6, 2020, at 4:30 PM.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated:   2/25/2020
New York, New York

Respectfully Submitted,

/s Arlo Devlin-Brown
Arlo Devlin-Brown