```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:  2/26/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,

        - against -

MARK S. SCOTT,

                Defendant.
--------------------------------------------------------x

**NOTICE OF COURT CONFERENCE**

17 Cr. 630-1 (ER)

The bond review hearing previously scheduled for March 6, 2020, is hereby **rescheduled for Tuesday, March 10, 2020, at 4:00 PM** at the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, NY 10007, Courtroom 619.

                s/ Jazmin Rivera
                Jazmin Rivera,  Courtroom Deputy

Dated:  New York, New York
        February 26, 2020