# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

**Arlo Devlin-Brown**

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1046
adevlin-brown@cov.com

February 28, 2020

By ECF and E-Mail
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States v. Mark S. Scott*,  S10 17 Cr. 630(ER)

Dear Judge Ramos:

Earlier this week, the Court rescheduled a bond hearing in the above-captioned matter, moving the date from Friday, March 6th, to Tuesday, March 10th at 4:00 PM.  Unfortunately, on March 10th defense counsel David Garvin is scheduled to appear in court in the Eastern District of Michigan (Dkt. no. 2:19-cr-20685), and Mr. Scott has two previously scheduled medical appointments.  Accordingly, Mr. Scott respectfully requests that this appearance be rescheduled.

Defense counsel has conferred with the Government to identify potential dates. Assuming the previously scheduled March 6th date does not suit the Court's schedule, Mr. Scott respectfully requests that the matter be adjourned to March 13th, except between 12:00-1:00 PM and 3:00-5:00 PM, or, if not possible, to anytime on March 12th, except between 11:00 AM-12:00 PM and 2:00-3:00 PM.  The Government is also available at these times.

Respectfully Submitted,

/s Arlo Devlin-Brown
Arlo Devlin-Brown

cc: Government Counsel