

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 14, 2020

**BY ECF / EMAIL**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Mark S. Scott*, S10 17 Cr. 630 (ER)

Dear Judge Ramos:

    The Government submits this letter to respectfully request a brief adjournment of the post-trial briefing schedule in above-captioned case. Specifically, the Government requests: (1) a one-week adjournment of the current deadline for filing its opposition brief, from March 16, 2020 to March 23, 2020; and (2) a corresponding one-week adjournment of the defendant's deadline for filing any reply brief, from April 6, 2020 to April 13, 2020[1]. Because the sentencing proceeding is not scheduled until May 26, 2020, the parties do not anticipate that the requested adjournments will impact the timing of sentencing. Defense counsel for Mr. Scott, Arlo Devlin-Brown, Esq., consents to the requested adjournments.

                                              Respectfully submitted,

                                              GEOFFREY S. BERMAN
                                             United States Attorney

                        By:      /s/
                                 Christopher J. DiMase / Nicholas Folly/
                                 Julieta V. Lozano
                                 Assistant United States Attorneys /
                                 Special Assistant United States Attorney
                                 (212) 637-2433 / (212) 637-1060/
                                 (212) 335-4025

Cc:     Defense counsel

---

[1] Depending on the nature of the Government's responsive brief, the defendant may seek an additional one-week extension for filing a reply. The Government has agreed not to oppose any such request.