# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>MARK S. SCOTT,<br><br>Defendant. | TO BE FILED UNDER SEAL<br><br>POST-INDICTMENT<br>RESTRAINING ORDER<br><br>S6 17 Cr. 630 |

Upon the application of GEOFFREY S. BERMAN, United States Attorney for the Southern District of New York, pursuant to Title 18, United States Code, Section 982 and Title 21, United States Code, Section 853, based on the Affidavit of Special Agent Kurt Hafer, United States Attorney's Office, Southern District of New York, executed on September 1, 2018, and upon a finding of probable cause, that the Target Properties, defined below, are subject to restraint and forfeiture pursuant to Title 18, United States Code, Section 982 and Title 21, United States Code, Section 853,

**IT IS HEREBY ORDERED** that MARK S. SCOTT, the defendant, and all attorneys, agents, and employees, and anyone acting on the behalf of SCOTT, and all persons or entities in active concert or participation with any of the above, and all persons or entities having actual knowledge of this Order, shall not take any action prohibited by this Order.

**IT IS FURTHER ORDERED** that MARK S. SCOTT, the defendant, and all attorneys, agents, and employees, and anyone acting on the behalf of SCOTT, and all persons or entities in active concert or participation with any of the above, and all persons or entities having actual knowledge of this Order, shall not, directly or indirectly, transfer, sell, assign, pledge, hypothecate, encumber, or dispose of in any manner; cause to be transferred, sold, assigned, pledged, hypothecated, encumbered, disposed of in any manner; or take, or cause to be taken, any action that would have the effect of depreciating, damaging, or in any way diminishing the

value of property or other interests belonging to, or owed to, or controlled in whole or in part by the defendant, which property or other interests are subject to forfeiture. The property and other interests hereby restrained include, but are not limited to, the following:

    a. Any and all assets of MSS International Consultants (BVI), Ltd., including but not limited to: (i) all monies and funds contained in DMS Bank and Trust Ltd account 40077102; (ii) all monies and funds contained in DMS Bank and Trust Ltd account 40077100; and (iii) all monies and funds contained in FirstCaribbean International Bank account 10462701;

    b. Any and all assets of DRP Holdings, LTD, including but not limited to all monies and funds contained in FirstCaribbean International Bank account 10465454;

    c. Any and all assets of MSS Marine Group, Ltd., including but not limited to all monies and funds contained in FirstCaribbean International Bank account 10465343;

    d. Any and all assets of EDG Investment, LTD, including but not limited to all monies and funds contained in FirstCaribbean International Bank account 10463883;

    e. Any and all assets of Mumbelli Group Holding (Cayman), LTD, including but not limited to all monies and funds contained in FirstCaribbean International Bank account 10465346;

    f. Any and all assets of HFT Holding Limited, including but not limited to all monies and funds contained in RBC Dominion Securities Global LTD account 2450478611; and

    g. All monies and funds contained in Dreyfus Söhne & Cie AG account CH35085655559929606901 held by MARK S. SCOTT, and all funds traceable thereto, including accrued interest (collectively, the "Target Properties");

all of which are alleged to constitute funds and criminal proceeds property involved in violation of 18 U.S.C. § 1956(h) (conspiracy to commit money laundering).

MS_USAO_00000037

**IT IS FURTHER ORDERED** that the United States Attorney's Office for the Southern District of New York, in its discretion, is authorized to direct the release of assets restrained herein;

**IT IS FURTHER ORDERED** Any person or entity claiming an interest in the assets listed in this Order may contact the following Assistant United States Attorney to clarify the scope of the Order: Special Assistant United States Attorney Julieta V. Lozano, Telephone Number (212) 335-4025. Those persons or entities will not be deemed in violation of this Order for any transactions undertaken upon approval made by Special Assistant United States Attorney Lozano.

**IT IS FURTHER ORDERED** that this Restraining Order shall be binding upon the defendant, the attorneys, agents, and employees, and all persons in active concert or participation with any of the above, or any other person having actual knowledge of this Order, and that this Order shall remain in effect until further order of this Court;

**IT IS FURTHER ORDERED** that this Restraining Order and all papers submitted therewith shall be maintained under seal until such time as the unsealing of the above-captioned criminal Indictment, except that the United States Attorney's Office or its designee(s) may provide copies of this Order to any person in order to facilitate the execution of this Restraining Order, including any relevant financial institutions and/or the defendant; and

**IT IS FURTHER ORDERED** that service of a copy of this Order shall be made on the defendant or his attorney(s) by regular mail.

Dated: New York, New York
      September 4, 2018

SO ORDERED:

_____
HONORABLE VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE, Part 1

3