# EXHIBIT C



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 18, 2018

**VIA FEDERAL EXPRESS**

Arlo Devlin-Brown, Esq.
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

    Re:   *United States* v. *Mark S. Scott*
            **S6 17 Cr. 630 (ER)**

Dear Mr. Devlin-Brown:

    This letter provides discovery pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure ("Fed. R. Crim. P."). Specifically, I have enclosed a disc containing discovery materials marked with the control numbers listed below. The password for the disc is **USAOsdny18!**

| Bates Range | Description |
| --- | --- |
| MS_USAO_00000526 -MS_USAO_00000538; MS_USAO_00000541-MS_USAO_00000549 | Seizure Warrant Orders for: (i) 2016 Porsche 911 GT3 RS; (ii) 2017 Porsche 911 4S Turbo; (iii) Cape Cod Coop. Bank account 9190041054; (iv) eight accounts at City National Bank in the name of MSSI, Scott, Mumbelli Group, and Spero Holdings LLC; (v) Northern Trust account 2840912613 and 2840909434; (vi) Sabadell accounts [redacted] and 5000001863; (vii) 2017 Sunseeker 57 Predator; (xiii) UBS accounts PWA5493, PWB1979, and PWA5666; and (ix) Wells Fargo account 4842-9048 |
| MS_USAO_00000550-MS_USAO_00000561 | (i) Seizure Warrant Affidavit for Sabadell IOTA account and $617,426.46 in currency held by Braman Motor Cars; and (ii) Seizure Warrant Order for $617,426.46 in currency held by Braman Motor Cars |

| | |
|---|---|
| MS_USAO_000005620-MS_USAO_00000622 | Seizure Warrant Affidavit and Order for White Porsche Model 911 GT2 RS |
| MS_USAO_00000623-MS_USAO_00000688 | Seizure Warrant Affidavit and Orders for UBS account PWA9666, and Northern Trust Company accounts 2840912613, 2840909434, and 43-98797 |
| MS_USAO_00000689-MS_USAO_00000705 | Search Warrant application and Order – Scott Massachusetts residence |
| MS_USAO_00000706-MS_USAO_00000712 | Search Warrant Order – Scott Florida residence |
| MS_USAO_00000713-MS_USAO_00000727 | Search Warrant Affidavit and Order – three safe deposit box keys located at Florida residence |
| MS_USAO_000007280-MS_USAO_00000801 | (i) Search Warrant Application for safe deposit box number 220 at Cooperative Bank of Cape Cod Search; (ii) Search Warrant Affidavit for safe deposit box number 220 at Cooperative Bank of Cape Cod Search; (iii) Search Warrant Affidavit Exhibits 1 and 2 for safe deposit box number 220 at Cooperative Bank of Cape Cod Search; and (iv) Search Warrant Order for safe deposit box number 220 at Cooperative Bank of Cape Cod Search |

Sincerely,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Julieta V. Lozano/Christopher J. DiMase/
Nicholas S. Folly
Special Assistant United States Attorney/
Assistant United States Attorneys
(212) 335-4025

Enc.

2