# EXHIBIT H

75 Valencia Ave Ste 303

Coral Gables, FL 33134-9782

Telephone Number: (305) 774-1000     Fax Number:

| | |
|---|---|
| **DATES** | |
| Invoice Date: | 03/21/2020 |
| Due Date: | |
| **REFERENCE** | |
| Internal Order #: | 245061 |
| Lender Case #: | |
| Client File #: | n/a |
| FHA/VA Case #: | |
| Main File # on form: | 245061 |
| Other File # on form: | |
| Federal Tax ID: | 65-1085670 |
| Employer ID: | |

**TO:**

Mark S Scott & Lidia Kolesnikova Scott

600 Coral Way #12

**E-Mail:** lidiarealty@gmail.com

**Telephone Number:** 786-271-1621    **Fax Number:** n/a

**Alternate Number:**

## DESCRIPTION

| | | | |
|---|---|---|---|
| **Lender:** | Mark S Scott & Lidia Kolesnikova Scott | **Client:** | Mark S Scott & Lidia Kolesnikova Scott |
| **Purchaser/Borrower:** | Mark S Scott & Lidia Kolesnikova Scott | | |
| **Property Address:** | 600 CORAL WAY | | |
| **City:** | CORAL GABLES | | |
| **County:** | MIAMI-DADE | **State:** FL    **Zip:** 33134 | |
| **Legal Description:** | SEGOVIA TOWER CONDO UNIT 12 UNDIV 6.5324% INT IN COMMON ELEMENTS | | |

| FEES | AMOUNT |
|---|---|
| Appraisal Fee | 500.00 |
| **SUBTOTAL** | 500.00 |

| PAYMENTS | AMOUNT |
|---|---|
| **Check #:**   **Date:**   **Description:** PAID CASH | 500.00 |
| **Check #:**   **Date:**   **Description:** | |
| **Check #:**   **Date:**   **Description:** | |
| **SUBTOTAL** | 500 |



# Appraisal Report

## 600 CORAL WAY
## CORAL GABLES, FL 33134

**MEF Appraisal Group, Inc.**
**(305) 774-1000**
**MEFAPPRAISALS.COM**

| Appraised Value as of: | 03/21/2020 |
|---|---|
| $ | 1,605,000 |

FEATURES

| | | | |
|---|---|---|---|
| Style/Design: | **HIGHRISE/AVG** | Lot Size: | **2.2 Ac** |
| Living Area (Sq.Ft.): | **3,577** | Neighborhood: | **SEGOVIA TOWER** |
| Total Bedrooms: | **4** | Total Baths: | **3.1** |
| Year Built: | **2004** | Effective Age: | **0** |
| Condition: | **EXCELLENT** | Date of Report: | **03/23/2020** |

PREPARED FOR

| | | | | | |
|---|---|---|---|---|---|
| Client: | **Mark S Scott & Lidia Kolesnikova Scott** | | | | |
| Address: | **600 Coral Way #12** | | | | |
| City: | **Coral Gables** | | State: | **FL** | Zip: **33134** |
| Phone: | **786-271-1621** | | Fax: | **n/a** | |
| E-mail: | **lidiarealty@gmail.com** | | | | |

PREPARED BY

| | |
|---|---|
| Name: | **Manuel E Fuentes, Cert Res RD4146** |
| Designation | **M. Fuentes, St. Cert.Res.Rea #41** |
| Certification or License #: | **Cert Res RD4146** |
| Expiration Date: | **11/30/2020**   ST: **FL** |
| E-mail: | **Mefappraisals@bellsouth.net** |



Appraiser's Signature

FILING

| | | | |
|---|---|---|---|
| Client File #: | **n/a** | Appraiser File #: | 245061 |

The value opinion expressed above is only valid in conjunction with the attached appraisal report. This value opinion may be subject to Hypothetical Conditions and/or Extraordinary Assumptions as indicated in the body of the report. A true and complete copy of this Summary Appraisal Report contains _16_ pages.



# DESKTOP VALUATIONSUMMARY APPRAISAL REPORT

## SUBJECT PROPERTY IDENTIFICATION

Property Address: **600 CORAL WAY**   City: **CORAL GABLES**

State: **FL**   Zip Code: **33134**   County: **MIAMI-DADE**

Legal Description of Real Property:   **SEGOVIA TOWER CONDO UNIT 12 UNDIV 6.5324% INT IN COMMON ELEMENTS**

Tax Assessor's Parcel #:   **03-4117-038-0120**   R.E. Taxes: $ **25,566**   Tax Year: **2019**

Special Assessments: $ **N/A**   Current Owner of Record: **Mark S Scott & Lidia Kolesnikova Scott**

Occupancy: ☒ Owner   ☐ Tenant   ☐ Vacant   Current Occupant (if occupied): **Mark S Scott & Lidia Kolesnikova Scott**

Project Type (if applicable):   ☐ Planned Unit Development   ☒ Condominium   ☐ Cooperative   ☐

Home Owners' Association Membership Fees (if applicable):   $ **2,800**   ☐ per year   ☒ per month

Market Area Name: **SEGOVIA TOWER**   Map Reference: **54-41-17**   Census Tract: **0061.02**

## ASSIGNMENT

The purpose of this appraisal is to develop a Current opinion of Market Value (as defined elsewhere in this report).

Property Rights Appraised:   ☒ Fee Simple   ☐ Leasehold   ☐ Leased Fee   ☐ Other (describe)

Intended Use:   **THE INTENDED USE TO PROVIDE AN OPINION OF MARKET VALUE OF THE SUBJECT PROPERTY AS DEFINED HEREIN.**

Intended User(s) (by name or type):   **Mark S Scott & Lidia Kolesnikova Scott**

Client: **Mark S Scott & Lidia Kolesnikova Scott**   Address: **600 Coral Way #12, Coral Gables, FL 33134**

Appraiser: **Manuel E Fuentes, Cert Res RD4146**   Address: **75 Valencia Ave Ste 303, Coral Gables, FL 33134-6162**

## MARKET AREA DESCRIPTION

Location: ☒ Urban   ☐ Suburban   ☐ Rural   Built Up: ☒ Over 75%   ☐ 25-75%   ☐ Under 25%

Growth Rate: ☐ Rapid   ☒ Stable   ☐ Slow   Property Values: ☐ Increasing   ☒ Stable   ☐ Declining

Demand/Supply: ☐ Shortage   ☒ In Balance   ☐ Over Supply   Marketing Time: ☐ Under 3 Mos.   ☒ 3-6 Mos.   ☐ Over 6 Mos.

Typical One-Unit   Price: ($)   Low **250,000**   High **3,000,000**   Predominant **1,300,000**
Housing Ranges:   Age: (yrs.)   Low **5**   High **65**   Predominant **15**

Present Land Use:   One-Unit: **98** %   2-4 Unit: %   Multi-Unit: %   Comm'l: **2** %   %

Change in Land Use: ☒ Not Likely   ☐ Likely *   ☐ Is Changing *   * To:

Market Area Comments:
**PREDOMINANT FINANCING IS CONVENTIONAL IN SUBJECT'S MARKET AREA.  FINANCING OF THE SUBJECT PROPERTY IS CONSISTENT WITH MARKET AREA.  MARKETING TIME OF THE SUBJECT PROPERTY IS BETWEEN  3 TO 6 MONTHS.**

## SALE / TRANSFER / LISTING HISTORY OF SUBJECT PROPERTY

My research: ☐ Did   ☒ Did not   reveal any prior sales or transfers of the subject property for the three years prior to the Effective Date of this appraisal. Data Source(s):   **MIAMI-DADE/TAX ROLLS**

| | 1st Prior Sale / Transfer | 2nd Prior Sale / Transfer | 3nd Prior Sale / Transfer |
|---|---|---|---|
| Date of Prior Sale / Transfer: | | | |
| Price of Prior Sale / Transfer: | | | |
| Source(s) of Prior Sale / Transfer Data: | | | |

Analysis of sale / transfer history, any current agreements of sale or listing, and listing history (if relevent):
**NOT LISTED FOR THE LAST 12 MONTHS.**
**SUBJECT PROPERTY LAST SALE WAS ON 01/12/2015 FOR $1,580,000. A SALE BETWEEN LOUIS G SPELIOS(GRANTOR) AND MARK S SCOTT(GRANTEE).**

Client: **Mark S Scott & Lidia Kolesnikova S**   Client File No.: **n/a**   Appraiser File No.: **245061**



Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPCSF_LT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE   10/2007

# DESKTOP VALUATIONSUMMARY APPRAISAL REPORT

## SITE DESCRIPTION

Dimensions: 26,673sf IRREGULAR  Site Area: 0.612 Acres

Zoning Classification: MUR  Zoning Description: MULTI-FAMILY HIGH DENSITY

Zoning Compliance: ☒ Legal  ☐ Legal Non-Conforming (Grandfathered)  ☐ Illegal  ☐ No Zoning Regulations

Deed Restrictions:  Are Covenants, Conditions, & Restrictions (CC&Rs) applicable?  ☐ Yes  ☐ No  ☒ Unknown

Have the documents been reviewed?  ☐ Yes  ☐ No  ☒ N/A  Ground Rent (if applicable)  $ _____ / _____

Comments: _____

Highest & Best Use , as improved, is the:  ☒ Present use, or  ☐ Other use (explain) _____

Characteristics:
Topography: ABOVE STREET LEVEL  Size: CONDO
Shape: IRREGULAR  Drainage: AVERAGE
View: GOLF/PARK  Landscaping: AVERAGE

Other features: ☒ Inside Lot  ☐ Corner Lot  ☐ Cul de Sac  ☐ Underground Utilities  ☐

| Utilities: | Public | Other | Provider/Description | Off-site Improvements: | Type | Public | Private |
|---|---|---|---|---|---|---|---|
| Electricity: | ☒ | ☐ | CITY | Street: | ASPHALT | ☒ | ☐ |
| Gas: | ☐ | ☐ | NONE | Curb/Gutter: | CONCRETE | ☒ | ☐ |
| Water: | ☒ | ☐ | CITY | Sidewalk: | CONCRETE | ☒ | ☐ |
| Sanitary Sewer: | ☒ | ☐ | CITY | Alley: | NONE | ☐ | ☐ |

Is the property or the improvements located in a FEMA Special Flood Hazard Area?  ☒ Yes  ☐ No

FEMA Flood Zone: AH  FEMA Map # 12086C0457L  FEMA Map Date: 09/11/2009

Site Comments:
NO ADVERSE CONDITIONS WERE NOTED.

## DESCRIPTION OF THE IMPROVEMENTS

General Description:  # of Units: 14 ☐ + Accessory Unit  # of Stories: 16  Design (Style): HIGHRISE/AVG

Type: ☒ Detached  ☐ Attached  ☐ + Accessory Unit  Status: ☒ Existing  ☐ Proposed  ☐ Under Construction

Actual Age (years): 16  Effective Age (years): 0  Year Built: 2004

Exterior Description:
Foundation: CONCRETE  Exterior Walls: CONCRETE
Roof Surface: CONCRETE  Gutters & Downspouts: AVERAGE
Window Type(s): CASEMENT/S.H.  Storm / Screens: AVERAGE

Heating System: CNTRL  Cooling System: CENTRAL

Car Storage: ☐ None  ☒ Garage  ☐ Carport  ☐ Driveway  (Surface: _____ )  Total # of Cars: 3

Livable area above grade contains: 8 Rooms,  4 Bedrooms,  3.1 Bath(s), and  3,577 Sq.Ft. of GLA

Describe Additional Features and Improvements:
SUBJECT PROPERTY IS IN OVERALL GOOD CONDITION.  NO INADEQUACIES WERE NOTED.  UPGRADES INCLUDE:
MARBLE FLOORING, UPGRADED KITCHEN, COUNTER TOP,  STAINLESS STEEL APPLIANCES CUSTOM MADE HARD WOOD
CABINETRY, HURRICANE IMPACT WINDOWS AND DOORS,  UPGRADED HARD WOOD CLOSED DOORS; UPGRADED
BATHROOMS; UPGRADED INTERIOR AND EXTERIOR LIGHTING.

Client: Mark S Scott & Lidia Kolesnikova S  Client File No.: n/a  Appraiser File No.: 245061



Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPCSF_LT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE  10/2007

# DESKTOP VALUATIONSUMMARY APPRAISAL REPORT

## SALES COMPARISON APPROACH TO VALUE

For the Sales Comparison Approach, the appraiser selects comparable sales that they consider the best matches to the subject in terms of physical characteristics, physical proximity, and time of sale. The appraiser then makes adjustments to the known sale price of each comparable sale to account for differences that are recognized by the market. For example, if the subject has a single bathroom but a comparable has 2, the comparable's sale price would be reduced by the attributable value given to the extra bathroom based on the market's reaction. Likewise, if a comparable sale has a smaller square footage than the subject, its sale price would be adjusted upward in the same manner. By weighting and reconciling these adjusted sales prices together, an opinion of value for the subject can be determined.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 600 CORAL WAY | 600 CORAL WAY #2 | | 600 CORAL WAY #5 | | 718 VALENCIA AVE #505 | |
| | CORAL GABLES, FL 33134 | CORAL GABLES, FL 33134 | | CORAL GABLES, FL 33134 | | CORAL GABLES, FL 33134 | |
| Proximity to Subject | | Less than 0.01 miles | | Less than 0.01 miles | | 0.21 miles SW | |
| Sale Price | $ | | $ 950,000 | | $ 1,390,000 | | $ 1,800,000 |
| Sale Price / GLA | $ 1,344.55 /Sq.Ft. | $ 265.59 /Sq.Ft. | | $ 388.59 /Sq.Ft. | | $ 763.36 /Sq.Ft. | |
| Data Source(s) | INSPECTION | MLS#A10672216 | | MLS#A10284921 | | MLS#A10669087 | |
| ADJUSTMENT ITEMS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing | SALES/CASH | SALES/CASH | | SALES/CONV | | SALES/CASH | |
| Concessions | No Concession | No Concession | | No Concession | | No Concession | |
| Date of Sale / Time | | 07/25/2019 | | 03/06/2018 | | 01/31/2020 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | 12 FLOOR | 2 FLOOR | +100,000 | 5 FLOOR | +70,000 | 5 FLOOR | +70,000 |
| Site | CONDO | CONDO | | CONDO | | CONDO | |
| View | GOLF/PARK | SKY/GARDEN | +200,000 | PTL.GOLF | +100,000 | SKY/GARDEN | +200,000 |
| Design (Style) | HIGHRISE/EXC | HIGHRISE/EXC | | HIGHRISE/EXC | | LOWRISE/EXC | 0 |
| Quality of Construction | CBS/ EXC | CBS/ EXC | | CBS/ EXC | | CBS/ EXC | |
| Age | 16 | 16 | | 16 | | 3 | -260,000 |
| Condition | GOOD | AVERAGE/GOOD | +300,000 | GOOD | | EXCELLENT | -100,000 |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 8 4 3.1 | 7 3 3.1 | +30,000 | 7 3 3.1 | +30,000 | 7 3 3.1 | +30,000 |
| Gross Living Area | 3,577 Sq.Ft. | 3,577 Sq.Ft. | 0 | 3,577 Sq.Ft. | 0 | 2,358 Sq.Ft. | +121,900 |
| Basement Total Area | 0 | 0 | | 0 | | 0 | |
| Basement Finish Area | 0 | 0 | | 0 | | 0 | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating / Cooling | CENTRAL | CENTRAL | | CENTRAL | | CENTRAL | |
| Energy Efficient Items | NONE | NONE | | NONE | | NONE | |
| Garage / Carport | 3-C GARAGE | 2-C GARAGE | +20,000 | 2-C GARAGE | +20,000 | 2-C GARAGE | +20,000 |
| Porch / Patio / Deck | BALCONY | BALCONY | | BALCONY | | BALCONY | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒+ ☐− | $ 650,000 | ☒+ ☐− | $ 220,000 | ☒+ ☐− | $ 81,900 |
| Adjusted Sale Price of Comparables | | | $ 1,600,000 | | $ 1,610,000 | | $ 1,881,900 |

Comments on the Sales Comparison Approach:

COMPARABLES PROVIDED HAVE SIMILAR UTILITY AND COULD BE ALTERNATE CHOICES WITHIN THE SAME MARKET SEGMENT. SIX SALES WERE ORIGINALLY CONSIDERED AS POTENTIAL COMPARABLES FOR SUBJECT PROPERTY. IN THE APPRAISER'S OPINION , COMPARABLES SELECTED WERE THE BEST AVAILABLE AT THIS TIME AND ARE CONSIDERED TO BE GOOD INDICATORS OF VALUE FOR SUBJECT'S MARKET AREA. MOST WEIGHT TO COMPS#1 AND #2 SAME BUILDING. PLEASE NOTE THAT THERE ARE NO LISTING NOR PENDING FOR SALE IN SUBJECT'S BUILDING.LIMITED NUMBER OF RECENT SALES SIMILAR TO SUBJECT, REQUIRED THE SELECTION OF COMPS#1 OVER SIX MONTHS OLD AND #2 OVER ONE YEAR OLD.

| Appraiser's Indicated Value by the Sales Comparison Approach: | $ 1,605,000 |
|---|---|

| Client: | Mark S Scott & Lidia Kolesnikova S | Client File No.: | n/a | Appraiser File No.: | 245061 |
|---|---|---|---|---|---|



Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPCSF LT − "TOTAL" appraisal software by a la mode, inc. − 1-800-ALAMODE        10/2007

# DESKTOP VALUATION SUMMARY APPRAISAL REPORT

## RECONCILIATION

Final Reconciliation of the Approaches to Value:

HAVING CONSIDERED ALL PRECEDING FACTORS, GREATEST WEIGHT WAS GIVEN TO THE DIRECT SALES COMPARISON ANALYSIS WHICH IS CLOSER TO THE THINKING OF THE TYPICAL BUYER.

This appraisal is made ☒ ''as is''; ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed; ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed; ☐ subject to the following required inspection(s) based on the Extraordinary Assumption that the following condition or deficiency does not require alteration or repair:

☒ This report is also subject to other Hypothetical Conditions or Extraordinary Assumptions as specified elsewhere in this report.

## ATTACHMENTS

A true and complete copy of this report contains __16__ pages, including all exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

- ☒ Scope of Work
- ☒ Limiting Cond./Certifications
- ☐ Narrative Addendum
- ☒ Photograph Addenda
- ☒ Sketch Addendum
- ☒ Map Addenda
- ☒ Additional Sales
- ☐ Additional Rentals
- ☒ Flood Addendum
- ☐ Hypothetical Conditions
- ☐ Extraordinary Assumptions
- ☐ Budget Analysis
- ☐ Extraordinary Assumptions
- ☐
- ☐
- ☐

## OPINION OF VALUE

This Opinion of Value may be subject to other Hypothetical Conditions and / or Extraordinary Assumptions, if so indicated above. Based on the degree of inspection of the subject property as indicated below; the defined Scope of Work for this appraisal assignment; the attached Statement of Assumptions and Limiting Conditions; and the attached Appraiser's Certifications, my (our) Current Opinion of the Market Value (or value range), as defined elsewhere in this report, of the real property that is the subject of this report is: $ 1,605,000 , as of: 03/21/2020 , which is both the Inspection Date and the Effective Date of this appraisal.

## SIGNATURES

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|

Appraiser Name: Manuel E Fuentes, Cert Res RD4146

Supervisory or Co-Appraiser Name:

Company: MEF Appraisal Group, Inc.

Company:

Phone: (305) 774-1000  Fax: N/A

Phone:  Fax:

E-mail: Mefappraisals@bellsouth.net

E-mail:

Date of Report (Signature): 03/23/2020

Date of Report (Signature):

License or Certification #: Cert Res RD4146  State: FL

License or Certification #:  State:

Designation: M. Fuentes, St. Cert.Res.Rea #4146

Designation:

Expiration Date of License or Certification: 11/30/2020

Expiration Date of License or Certification:

Inspection of Subject: ☒ Interior & Exterior  ☐ Exterior Only  ☐ None

Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☐ None

Date of Inspection: 03/21/2020

Date of Inspection:

Client: Mark S Scott & Lidia Kolesnikova S  Client File No.: n/a

Appraiser File No.: 245061



Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPCSF_LT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE                                                                                                10/2007

# ADDITIONAL COMPARABLE SALES

## SALES COMPARISON APPROACH TO VALUE

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 600 CORAL WAY CORAL GABLES, FL 33134 | 718 VALENCIA AVE #301 CORAL GABLES, FL 33134 | | | | | |
| Proximity to Subject | | 0.21 miles SW | | | | | |
| Sale Price | $ | $ 1,650,000 | | $ | | $ | |
| Sale Price / GLA | $ 1,344.55 /Sq.Ft. | $ 699.75 /Sq.Ft. | | $ /Sq.Ft. | | $ /Sq.Ft. | |
| Data Source(s) | INSPECTION | MLS#A10809783 | | | | | |
| ADJUSTMENT ITEMS | DESCRIPTION | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. | DESCRIPTION | +(−) $ Adjust. |
| Sales or Financing Concessions | SALES/CASH No Concession | PENDING | -100,000 | | | | |
| Date of Sale / Time | | 02/03/2020 | | | | | |
| Rights Appraised | Fee Simple | Fee Simple | | | | | |
| Location | 12 FLOOR | 3 FLOOR | +90,000 | | | | |
| Site | CONDO | CONDO | | | | | |
| View | GOLF/PARK | SKY/GARDEN | +200,000 | | | | |
| Design (Style) | HIGHRISE/EXC | LOWRISE/EXC | 0 | | | | |
| Quality of Construction | CBS/ EXC | CBS/ EXC | | | | | |
| Age | 16 | 3 | -260,000 | | | | |
| Condition | GOOD | EXCELLENT | -100,000 | | | | |
| Above Grade | Total 8  Bdrms 4  Baths 3.1 | Total 7  Bdrms 3  Baths 3.1 | +30,000 | Total  Bdrms  Baths | | Total  Bdrms  Baths | |
| Room Count | | | | | | | |
| Gross Living Area | 3,577 Sq.Ft. | 2,358 Sq.Ft. | +121,900 | Sq.Ft. | | Sq.Ft. | |
| Basement Total Area | 0 | 0 | | | | | |
| Basement Finish Area | 0 | 0 | | | | | |
| Functional Utility | AVERAGE | AVERAGE | | | | | |
| Heating / Cooling | CENTRAL | CENTRAL | | | | | |
| Energy Efficient Items | NONE | NONE | | | | | |
| Garage / Carport | 3-C GARAGE | 2-C GARAGE | +20,000 | | | | |
| Porch / Patio / Deck | BALCONY | BALCONY | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒+ ☐− $ 1,900 | | ☐+ ☐− $ | | ☐+ ☐− $ | |
| Adjusted Sale Price of Comparables | | $ 1,651,900 | | $ | | $ | |

Comments: PLEASE NOTE THAT COMPS#4 IS PENDING FROM A SIMILAR COMPETITIVE PROJECT.

| | | | |
|---|---|---|---|
| Client: | Mark S Scott & Lidia Kolesnikova S | Client File No.: n/a | Appraiser File No.: 245061 |



Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPCSF LT.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE                                                                                        10/2007

## License

| Borrower | Mark S Scott & Lidia Kolesnikova Scott | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 600 CORAL WAY | | | | | | |
| City | CORAL GABLES | County | MIAMI-DADE | State | FL | Zip Code | 33134 |
| Lender/Client | Mark S Scott & Lidia Kolesnikova Scott | | | | | | |



## Subject Photo Page

| Borrower | Mark S Scott & Lidia Kolesnikova Scott | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 600 CORAL WAY | | | | | | |
| City | CORAL GABLES | County | MIAMI-DADE | State | FL | Zip Code | 33134 |
| Lender/Client | Mark S Scott & Lidia Kolesnikova Scott | | | | | | |

### Subject Front



600 CORAL WAY

| Sales Price | |
|---|---|
| Gross Living Area | 3,577 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.1 |
| Location | 12 FLOOR |
| View | GOLF/PARK |
| Site | CONDO |
| Quality | CBS/ EXC |
| Age | 16 |

### Subject Rear



### Subject Street





**Foyer**



**Bedroom**



**Bedroom**



**Laundry**









**Master Bath**

**Bedroom**





**Master Bath**

**Living Room**







**Kitchen**



**Kitchen**



**Family Room**



**Bath**







**View**                              **View**




**POOL AREA**                    **POOL AREA**

## Comparable Photo Page

| Borrower | Mark S Scott & Lidia Kolesnikova Scott | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 600 CORAL WAY | | | | | | |
| City | CORAL GABLES | County | MIAMI-DADE | | State | FL | Zip Code | 33134 |
| Lender/Client | Mark S Scott & Lidia Kolesnikova Scott | | | | | | |



### Comparable 1

600 CORAL WAY #2

| Prox. to Subject | Less than 0.01 miles |
|---|---|
| Sale Price | 950,000 |
| Gross Living Area | 3,577 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.1 |
| Location | 2 FLOOR |
| View | SKY/GARDEN |
| Site | CONDO |
| Quality | CBS/ EXC |
| Age | 16 |



### Comparable 2

600 CORAL WAY #5

| Prox. to Subject | Less than 0.01 miles |
|---|---|
| Sale Price | 1,390,000 |
| Gross Living Area | 3,577 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.1 |
| Location | 5 FLOOR |
| View | PTL.GOLF |
| Site | CONDO |
| Quality | CBS/ EXC |
| Age | 16 |



### Comparable 3

718 VALENCIA AVE #505

| Prox. to Subject | 0.21 miles SW |
|---|---|
| Sale Price | 1,800,000 |
| Gross Living Area | 2,358 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.1 |
| Location | 5 FLOOR |
| View | SKY/GARDEN |
| Site | CONDO |
| Quality | CBS/ EXC |
| Age | 3 |

## Comparable Photo Page

| | |
|---|---|
| Borrower | Mark S Scott & Lidia Kolesnikova Scott |
| Property Address | 600 CORAL WAY |
| City | CORAL GABLES   County MIAMI-DADE   State FL   Zip Code 33134 |
| Lender/Client | Mark S Scott & Lidia Kolesnikova Scott |



### Comparable 4

718 VALENCIA AVE #301

| | |
|---|---|
| Prox. to Subject | 0.21 miles SW |
| Sale Price | 1,650,000 |
| Gross Living Area | 2,358 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.1 |
| Location | 3 FLOOR |
| View | SKY/GARDEN |
| Site | CONDO |
| Quality | CBS/ EXC |
| Age | 3 |

## Building Sketch

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Mark S Scott & Lidia Kolesnikova Scott | | | | | |
| Property Address | 600 CORAL WAY | | | | | |
| City | CORAL GABLES | County | MIAMI-DADE | State | FL | Zip Code 33134 |
| Lender/Client | Mark S Scott & Lidia Kolesnikova Scott | | | | | |



[Area: 3577 ft²]

14 ft

| Living Area | | Area Calculation | | | | |
|---|---|---|---|---|---|---|
| New Area | 3576.95 ft² | New Area | | | | x 1.00 = 3576.95 ft² |
| Nonliving Area | | △ | 9ft x | 15ft x | 0.50 = | 67.50 ft² |
| Balcony | 572.94 ft² | △ | 15ft x | 17.49ft x | 0.26 = | 67.50 ft² |
| | | □ | 10ft x | 16ft x | 1.00 = | 160 ft² |
| | | □ | 2ft x | 10ft x | 1.00 = | 20 ft² |
| | | □ | 3ft x | 16ft x | 1.00 = | 48 ft² |
| | | □ | 2ft x | 14ft x | 1.00 = | 28.00 ft² |
| | | □ | 13ft x | 17ft x | 1.00 = | 221.00 ft² |
| | | □ | 2ft x | 35ft x | 1.00 = | 70.00 ft² |
| | | □ | 44ft x | 40ft x | 1.00 = | 1760 ft² |
| | | □ | 3ft x | 26ft x | 1.00 = | 78 ft² |
| | | △ | 19.28ft x | 17ft x | 0.24 = | 77.36 ft² |
| | | □ | 12ft x | 9.10ft x | 1.00 = | 109.2 ft² |
| | | △ | 32.25ft x | 14.1ft x | 0.45 = | 204.45 ft² |
| | | □ | 3ft x | 29ft x | 1.00 = | 87 ft² |
| | | △ | 10ft x | 24.47ft x | 0.29 = | 70.50 ft² |
| | | △ | 19ft x | 32.25ft x | 0.22 = | 133.95 ft² |
| | | △ | 9.10ft x | 19.28ft x | 0.44 = | 77.35 ft² |
| | | □ | 6.90ft x | 17ft x | 1.00 = | 117.3 ft² |
| | | △ | 0.10ft x | 17ft x | 0.50 = | 0.85 ft² |
| | | △ | 24.47ft x | 14.1ft x | 0.41 = | 141 ft² |
| Total Living Area (rounded): | 3577 ft² | □ | 1.90ft x | 20ft x | 1.00 = | 38.00 ft² |

Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Location Map

| | |
|---|---|
| Borrower | Mark S Scott & Lidia Kolesnikova Scott |
| Property Address | 600 CORAL WAY |
| City | CORAL GABLES | County | MIAMI-DADE | State | FL | Zip Code | 33134 |
| Lender/Client | Mark S Scott & Lidia Kolesnikova Scott |

