

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 30, 2020

**BY ECF / EMAIL**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Mark S. Scott*, S10 17 Cr. 630 (ER)

Dear Judge Ramos:

    The Government submits this letter to respectfully request that the Court add an additional bail condition to the conditions of release that were ordered by the Court at the telephonic bail hearing earlier today. Specifically, in light of the ongoing economic danger that Scott poses to the community, the Government requests that the Court add an additional condition that Scott be required to obtain the approval of Pretrial Services before entering into any loan agreements or opening any other new lines of credit.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:    /s/
    Christopher J. DiMase / Nicholas Folly/
    Julieta V. Lozano
    Assistant United States Attorneys /
    Special Assistant United States Attorney
    (212) 637-2433 / (212) 637-1060/
    (212) 335-4025