UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,                         **ORDER**

                -v-
                                                             17 Cr. 630-1 (ER)

MARK S. SCOTT,

                               Defendant.
------------------------------------------------------------X

IT is hereby ORDERED that defendant **Mark S. Scott** be released from custody, subject to applicable bail conditions. The U.S. Marshals are to release the defendant unless any pending warrants, detainers, or other issues are encountered.

Dated:    March 30, 2020
             New York, New York

                                                        Edgardo Ramos, U.S.D.J.