UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

MARK S. SCOTT,

                           Defendant.
-------------------------------------------------------X

**Bail Modification Order**

17 Cr. 630-1 (ER)

Ramos, D.J.:

Upon release, the defendant must obtain the approval of Pretrial Services before entering into any loan agreements or opening any other new lines of credit.

It is SO ORDERED.

Dated: March 30, 2020
New York, New York

                                                                     Edgardo Ramos, U.S.D.J.