**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1046
adevlin-brown@cov.com

March 31, 2020

**MEMO ENDORSED**

By ECF and E-Mail
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Mark S. Scott*, S10 17 Cr. 630(ER)
       **Mark Scott Release order**

Dear Judge Ramos:

   In conferring with the Government this afternoon it appears that an additional Court order is necessary to expedite Mr. Scott's release from FDC-Miami. In particular, we respectfully request that the Court issue an order providing as follows:

- That FDC-Miami immediately release Mark Scott from custody.

- That Mark Scott, following his release from custody, shall: (1) immediately return to his residence in Coral Gables, FL; (2) contact Pretrial Services in Miami; and (3) remotely execute the bond securing setting the terms of his release from his home.

   The Government was consulted on the proposed order described above and consents to this request. We also note that we have been in touch with Pretrial Services in Miami, and they have monitoring arrangements in place.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: March 31, 2020
New York, New York

Respectfully Submitted,

/s Arlo Devlin-Brown
Arlo Devlin-Brown


David M. Garvin
200 South Biscayne Boulevard
Suite 3150
Miami, FL 33131
(305) 371-8101