**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1046
adevlin-brown@cov.com

April 9, 2020

By ECF and E-Mail
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Mark S. Scott*,  S10 17 Cr. 630(ER)

Dear Judge Ramos:

    We write on behalf of our client, Mark Scott, who was convicted on November 21, 2019 in the above-referenced matter on two counts, conspiracy to commit money laundering and conspiracy to commit bank fraud.  The current deadline for Mr. Scott to file a reply to the Government's Rule 29 and Rule 33 Opposition Brief is April 13, 2020.

    We respectfully request that the Court extend this deadline to April 24, 2020.  This additional time is necessary to review certain financial information relevant to the reply and to provide sufficient time to discuss the filing with Mr. Scott.  The Government does not object to this request.

Respectfully Submitted,

/s Arlo Devlin-Brown
Arlo Devlin-Brown