**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1046
adevlin-brown@cov.com

April 21, 2020

By ECF and E-Mail
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Mark S. Scott*, S10 17 Cr. 630(ER)

Dear Judge Ramos:

We write on behalf of our client, Mark Scott, who is currently scheduled to be sentenced on May 26, 2020.

Counsel for Mr. Scott respectfully requests an extension of time for both the PSR objections as well as the sentencing date, due to the ongoing COVID-19 pandemic and the need for Mr. Scott to undergo further medical testing. We ask that sentencing be moved to July 13 or 14, 2020, should those dates be convenient to the Court, and should conditions permit an in-person sentencing proceeding at that time. We also request that the objections to the PSR under Rule 32(f) of the Federal Rule of Criminal Procedures be due five weeks prior to the date assigned by the Court.

We have conferred with the Government and Probation Department on the proposed schedule, who do not oppose this request.

Respectfully Submitted,

/s Arlo Devlin-Brown
Arlo Devlin-Brown

---

Sentencing is adjourned to July 14, 2020, at 11:00 AM. Objections to the PSR are now due June 9, 2020.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: __4/24/2020__
New York, New York