

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 7, 2020

**BY ECF / EMAIL**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Mark S. Scott*, S10 17 Cr. 630 (ER)

Dear Judge Ramos:

    The Government submits this letter to respectfully request leave to file a brief sur-reply letter, no longer than three single-spaced pages, in connection with the defendant's pending post-trial motion pursuant to Federal Rules of Criminal Procedure 29 and 33.  The Government has conferred with counsel for the defendant, who have indicated that the defendant opposes this application.

    To the extent that the Court grants the application, the Government would respectfully request that it be permitted to file any such sur-reply letter on or before Friday, May 15, 2020.

                              Respectfully submitted,

                              GEOFFREY S. BERMAN
                              United States Attorney

                By:       /s/
                       Christopher J. DiMase / Nicholas Folly/
                       Julieta V. Lozano
                       Assistant United States Attorneys /
                       Special Assistant United States Attorney
                       (212) 637-2433 / (212) 637-1060/
                       (212) 335-4025

Cc:    Defense counsel