# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T   +1 212 841 1046
adevlin-brown@cov.com

May 27, 2020

By ECF and E-Mail
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Mark S. Scott*,  S10 17 Cr. 630(ER)
      **Mark Scott Continued Release on Bail**

Dear Judge Ramos:

We write on behalf of our client, Mr. Scott, with respect to his continued release on bail. The Court, on March 30, 2020, ordered Mr. Scott released for a period of 60 days, after which his release would be further evaluated.  As the Court is aware, the COVID-19 pandemic has not abated and continues to pose risks to inmates in federal correctional facilities, particularly to those like Mark Scott, who are particularly vulnerable to the effects of the virus due to pre-existing medical conditions. Mr. Scott is also in the process of obtaining medical appointments and testing (much of which was delayed due to the pandemic) in connection with his sentencing.

We respectfully request that Mr. Scott remain free on his existing bail conditions, with which he is in full compliance, at least through July 14, 2020, the date currently scheduled for his sentencing.

We have spoken to the Government regarding this issue and the Government does not object to this request.

Respectfully Submitted,

/s Arlo Devlin-Brown
Arlo Devlin-Brown


David M. Garvin
David M. Garvin, P.A.
200 South Biscayne Boulevard
Suite 3150
Miami, FL 33131
(305) 371-8101