# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

**Arlo Devlin-Brown**

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1046
adevlin-brown@cov.com

June 18, 2020

By ECF and E-Mail
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

# MEMO ENDORSED

Re:   ***United States v. Mark S. Scott***,  S10 17 Cr. 630(ER)
        **Mark Scott Proposed Briefing Schedule: Forfeiture and Sentencing**

Dear Judge Ramos:

    We write on behalf of our client, Mr. Scott, with respect to a proposed briefing schedule for forfeiture issues, sentencing date and sentencing submissions.  Counsel for Mr. Scott and the Government have conferred, and the parties jointly propose the following schedule:

- Forfeiture: Government will file its brief by July 27, 2020; Mr. Scott's response will be due by August 17, 2020; Government's reply will be due by August 31, 2020.

- Sentencing: Sentencing is currently scheduled for July 14, 2020.  Given the ongoing disruptions from COVID-19, among other issues, the sentencing should be adjourned until the week of September 21, 2020, or as soon thereafter as convenient for the Court.  Mr. Scott's submission shall be due three weeks before sentencing, and the Government's submission two weeks before sentencing.

    The Court has previously ordered that Mr. Scott remain released on bail through the current sentencing date of July 14, 2020.  The Government has agreed to Mr. Scott's continued release on the current bail conditions until a newly set sentencing date, absent any changed circumstances.

The forfeiture briefing schedule is approved.
The July 14 sentencing is adjourned to
October 9, 2020 at 11:00 AM.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated:  ___6/19/2020___
New York, New York

Respectfully Submitted,

/s Arlo Devlin-Brown
Arlo Devlin-Brown

David M. Garvin
200 South Biscayne Boulevard
Suite 3150
Miami, FL 33131
(305) 371-8101