

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 23, 2020

**BY ECF / EMAIL**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Mark S. Scott*, S10 17 Cr. 630 (ER)

Dear Judge Ramos:

The Government submits this letter, with the consent of defense counsel, to respectfully request an adjournment of the current forfeiture briefing schedule for a period of two weeks. The amended briefing schedule would be as follows: Government will file its brief by August 10, 2020; Scott's response will be due by August 31, 2020; Government's reply will be due by September 14, 2020. The proposed adjournment would have no impact on the sentencing date, which is currently scheduled for October 9, 2020 at 11:00 AM.

                                                   Respectfully submitted,

                                                 AUDREY STRAUSS
                                                 Acting United States Attorney

                         By:   /s/
                                                 Christopher J. DiMase / Nicholas Folly/
                                                 Julieta V. Lozano
                                                 Assistant United States Attorneys /
                                                 Special Assistant United States Attorney
                                                 (212) 637-2433 / (212) 637-1060/
                                                 (212) 335-4025

Cc:   Defense counsel