

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 23, 2020

**BY ECF / EMAIL**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Mark S. Scott*, S10 17 Cr. 630 (ER)

Dear Judge Ramos:

    The Government submits this letter, with the consent of defense counsel, to respectfully request an adjournment of the current forfeiture briefing schedule for a period of two weeks. The amended briefing schedule would be as follows: Government will file its brief by August 10, 2020; Scott's response will be due by August 31, 2020; Government's reply will be due by September 14, 2020. The proposed adjournment would have no impact on the sentencing date, which is currently scheduled for October 9, 2020 at 11:00 AM.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

By:    /s/
    Christopher J. DiMase / Nicholas Folly/
    Julieta V. Lozano
    Assistant United States Attorneys /
    Special Assistant United States Attorney
    (212) 637-2433 / (212) 637-1060/
    (212) 335-4025

Cc:    Defense counsel

---

The Government's request is granted. The Government's opening brief regarding forfeiture is due by August 10, 2020, Scott's response is due August 31, 2020, and the Government's reply is due September 14, 2020.

It is SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: 7/24/2020
New York, New York