

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 6, 2020

**BY ECF / EMAIL**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Mark S. Scott*, S10 17 Cr. 630 (ER)

Dear Judge Ramos:

The Government submits this letter to respectfully request an adjournment of the current forfeiture briefing schedule for a period of one week.[1]   The amended briefing schedule would be as follows: Government will file its brief by August 17, 2020; Scott's response will be due by September 7, 2020; Government's reply will be due by September 21, 2020.   The proposed adjournment would still allow the forfeiture briefing to be fully briefed more than two weeks before sentencing, which is currently scheduled for October 9, 2020 at 11:00 AM.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:   /s/
Christopher J. DiMase / Nicholas Folly/
Julieta V. Lozano
Assistant United States Attorneys /
Special Assistant United States Attorney
(212) 637-2433 / (212) 637-1060/
(212) 335-4025

> The Government's request for extension of the time to brief forfeiture is granted.  The Government's brief is due August 17, 2020, Scott's response is due September 7, 2020, and the Government's reply is due September 21, 2020.
>
> It is SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 8/6/2020
> New York, New York

Cc:   Defense counsel

---

[1] The Government reached out to defense counsel yesterday to ask if they would consent to an adjournment.  The Government has not received a response; we received an automatic reply message from Arlo Devlin-Brown indicating that he is currently out of the office.