

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 14, 2020

**BY ECF / EMAIL**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States v. Mark S. Scott*, S10 17 Cr. 630 (ER)

Dear Judge Ramos:

    The Government submits this letter on behalf of the parties to respectfully request an adjournment of the forfeiture briefing schedule, as well as the sentencing date (and correspondingly the sentencing submission deadlines). As to the forfeiture deadline, the parties request that all forfeiture deadlines be moved back by two weeks. The revised schedule would be as follows: Government will file its brief by August 31, 2020; Scott's response will be due by September 21, 2020; and the Government's reply will be due by October 5, 2020.

    As to the sentencing, the parties request that it be adjourned from October 9, 2020, to a date and time in mid-December that is convenient for the Court. The parties further request that, consistent with the current schedule, the defendant's sentencing memo will be due three weeks before sentencing, and the Government's sentencing memo will be due two weeks before sentencing.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:      /s/
Christopher J. DiMase / Nicholas Folly/
Julieta V. Lozano
Assistant United States Attorneys /
Special Assistant United States Attorney
(212) 637-2433 / (212) 637-1060/
(212) 335-4025

---

The parties' scheduling requests are granted. The Government's forfeiture brief is due August 31, 2020, Scott's response is due September 21, 2020, and the Government's reply is due October 5, 2020. Scott's sentencing is adjourned until December 17, 2020 at 10 AM. Scott's sentencing submission is due November 25, 2020 and the Government's sentencing submission is due December 2, 2020.

It is SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: 8/17/2020
New York, New York

Cc:    Defense counsel