**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1046
adevlin-brown@cov.com

September 17, 2020

By ECF and E-Mail
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Mark S. Scott*, S10 17 Cr. 630(ER)
      **Mark Scott Forfeiture Briefing Schedule**

Dear Judge Ramos:

   We write on behalf of our client, Mr. Scott, to respectfully request an additional three weeks to respond to the Government's forfeiture brief, currently due by September 21, 2020. The revised schedule for the remaining forfeiture briefing would be as follows: Mr. Scott's response will be due by October 12, 2020, and the Government's reply will be due by October 26, 2020.

   Mr. Scott requests this additional time to review the Government's forfeiture analysis, address any issues which may be resolved through discussion with the Government, and prepare a response. The Government does not object to this request. Mr. Scott's sentencing hearing is currently set for December 17, 2020 at 10:00 A.M.

The application is  X   granted
                  ___ denied

_____
Edgardo Ramos, U.S.D.J
Dated: 9/22/2020
New York, New York

Respectfully Submitted,

/s Arlo Devlin-Brown
Arlo Devlin-Brown

David M. Garvin
200 South Biscayne Boulevard
Suite 3150
Miami, FL 33131
(305) 371-8101