**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1046
adevlin-brown@cov.com

October 9, 2020

By ECF and E-Mail
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Mark S. Scott*, S10 17 Cr. 630(ER)
      **Mark Scott Forfeiture Briefing Schedule**

Dear Judge Ramos:

   We write on behalf of our client, Mr. Scott, to respectfully request a three-week extension to the remaining forfeiture briefing schedule. We are engaged in negotiations with the Government with respect to its proposed post-conviction restraining order in an effort to reduce or narrow disputed issues that may be presented to the Court. Mr. Scott will also use this time to evaluate the Government's tracing analysis with respect to assets alleged to be linked to the charged OneCoin wire fraud scheme that serves as the predicate for the money laundering offense.

   Under the proposed reschedule, Mr. Scott's response to the Government's submission will be due by November 2, 2020, and the Government's reply will be due by November 16, 2020. The Government consents to this request.

Respectfully Submitted,

/s Arlo Devlin-Brown
Arlo Devlin-Brown

David M. Garvin
200 South Biscayne Boulevard
Suite 3150
Miami, FL 33131
(305) 371-8101

The modified forfeiture briefing schedule is APPROVED.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: __10/13/2020__
New York, New York