**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1046
adevlin-brown@cov.com

October 29, 2020

By ECF and E-Mail
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Re:   *United States v. Mark S. Scott*,  S10 17 Cr. 630(ER)
>       **Mark Scott Forfeiture Briefing Schedule**

Dear Judge Ramos:

We write on behalf of our client, Mr. Scott, to respectfully request a two-week extension to the remaining forfeiture briefing schedule.  As previously noted to the Court, the parties are continuing to negotiate issues relating to forfeiture in order to potentially narrow disputed matters that will be presented to the Court.  As Government counsel is currently preparing for trial, this additional time is necessary to permit these discussions to continue.

Under the proposed reschedule, Mr. Scott's response to the Government's submission will be due by November 16, 2020, and the Government's reply will be due by November 30, 2020.  The Government consents to this request.

Respectfully Submitted,

/s Arlo Devlin-Brown
Arlo Devlin-Brown

David M. Garvin
200 South Biscayne Boulevard
Suite 3150
Miami, FL 33131
(305) 371-8101