**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1046
adevlin-brown@cov.com

November 12, 2020

By ECF and E-Mail
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Mark S. Scott*,  S10 17 Cr. 630(ER)
      **Mark Scott Forfeiture Briefing and Sentencing Schedule**

Dear Judge Ramos:

After conferring with the Government, we propose the following agreed upon schedule with respect to sentencing and sentencing-related briefing in this case.

First, with respect to forfeiture, as previously noted to the Court, the parties are continuing to negotiate issues in order to potentially narrow disputed matters that will be presented to the Court.  Accordingly, we propose that Mr. Scott's response to the Government's submission be due by December 7, 2020, and the Government's reply be due by December 21, 2020.

With respect to sentencing, currently scheduled for December 17, 2020, the parties request that it be postponed to a date convenient to the Court during the week of February 22, 2021.  Sentencing submissions on behalf of Mr. Scott and the Government will be due three weeks and two weeks, respectively, before the selected date.  This proposed reschedule will account for trials that counsel for Mr. Scott and the Government anticipate in early 2021, and will give Mr. Scott time to attend to medical issues prior to sentencing.
.

Respectfully Submitted,

/s Arlo Devlin-Brown
Arlo Devlin-Brown

David M. Garvin
200 South Biscayne Boulevard
Suite 3150
Miami, FL 33131
(305) 371-8101