# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
UNITED STATES OF AMERICA  :
: **POST-CONVICTION**
- v. -  : **RESTRAINING ORDER**
:
MARK S. SCOTT, 17 Cr. 630 (ER)
:
     Defendant.
:
-------------------------------------------------------------x

     Upon the Indictment, S10 17 Cr. 630 (ER), and the conviction of defendant MARK S. SCOTT (the "defendant"), and the application of AUDREY STRAUSS, Acting United States Attorney for the Southern District of New York, by Nicholas Folly, Assistant United States Attorney, of counsel, pursuant to the All Writs Act, 28 U.S.C. § 1651(a);

     **IT IS HEREBY ORDERED** that:

     The defendant and all attorneys, agents, employees, and anyone acting on his behalf, and all persons or entities, acting in concert or participation with any of the above, shall not take any action prohibited by this Order; and

     **IT IS HEREBY FURTHER ORDERED** that the defendant, his attorneys, agents, employees, and anyone acting on their behalf, and all persons or entities acting in concert or participation with any of the above, and all persons and entities having actual knowledge of this order, shall not, directly or indirectly, transfer, sell, assign, pledge, hypothecate, encumber, or dispose of in any manner; cause to be transferred, sold assigned, pledged, hypothecated, encumbered, disposed of in any manner; or take, or cause to be taken, any action that would have the effect of depreciating, damaging, or in any way diminishing the value of the following property, except as approved by the Court and the Government:

all right, title and interest of MARK S. SCOTT, the defendant, in any and all property, or interests property, held in the name of, or for the benefit of, MARK S. SCOTT (collectively, the "Assets").

**IT IS HEREBY FURTHER ORDERED** that:

The defendant shall not use or permit the Assets to be used for any illegal activity, or in any manner that would invalidate insurance on the Assets or diminish the value of the Assets, neither shall they cause any alteration to the Assets without the prior written consent of the United States Attorney's Office.

**IT IS HEREBY FURTHER ORDERED** that this Restraining Order shall be binding upon the defendant, his attorneys, agents and employees, and all persons in active concert or participation with any of the above, or any other person having actual knowledge of this Order.

**IT IS HEREBY FURTHER ORDERED** that service of a copy of this Order shall be made forthwith on the defendant's attorneys by electronic mail following the filing of this Restraining Order.

Dated: New York, New York
_____, 2020

SO ORDERED:

_____
THE HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE