# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>MARK S. SCOTT,<br><br>Defendant. | **POST-CONVICTION<br>RESTRAINING ORDER**<br><br>17 Cr. 630 (ER) |

**IT IS HEREBY ORDERED**, pursuant to the All Writs Act, 28 U.S.C. § 1651(a), that:

The defendant and all attorneys, agents, employees, and anyone acting on his behalf, and all persons or entities, acting in concert or participation with any of the above, shall not take any action prohibited by this Order; and

**IT IS HEREBY FURTHER ORDERED** that the defendant, his attorneys, agents, employees, and anyone acting on their behalf, and all persons or entities acting in concert or participation with any of the above, and all persons and entities having actual knowledge of this order, shall not, directly or indirectly, transfer, sell, assign, pledge, hypothecate, encumber, or dispose of in any manner; cause to be transferred, sold assigned, pledged, hypothecated, encumbered, disposed of in any manner; or take, or cause to be taken, any action that would have the effect of depreciating, damaging, or in any way diminishing the value of any money or property traceable to the offenses underlying his conviction (the "Offense Assets"), regardless of whether those assets have been specifically identified in any prior Order of this Court.

**IT IS FURTHER ORDERED** that:

The defendant shall not use or permit the Offense Assets to be used for any illegal activity, or in any manner that would invalidate insurance on the Offense Assets or diminish the value of the Offense Assets, neither shall they cause any alteration to the Offense Assets

without the prior written consent of the United States Attorney's Office.

**IT IS FURTHER ORDERED** that UBS Financial Services Inc. is hereby authorized to release a sum not exceeding $1,104,168.67 from the accounts listed below to Covington & Burling LLP for attorney fees incurred in connection with this matter: PW A5494 03; 1X B0031 YA/PW B7731.

**IT IS HEREBY FURTHER ORDERED** that this Order shall be binding upon the defendant, his attorneys, agents and employees, and all persons in active concert or participation with any of the above, or any other person having actual knowledge of this Order.

**IT IS FURTHER ORDERED** that this Order shall remain in effect until such time as a Preliminary Order of Forfeiture is entered in this action.

**IT IS HEREBY FURTHER ORDERED** that service of a copy of this Order shall be made forthwith on the defendant's attorneys by electronic mail following the filing of this Restraining Order.

Dated: New York, New York

_____, 2020

SO ORDERED:

_____
THE HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE