# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STAES OF AMERCA,<br><br>        -against-<br><br>MARK S. SCOTT,<br><br>        Defendant. | No. S10 17 Cr. 630 (ER)<br><br>DECLARATION OF<br>DAVID GARVIN |

David Garvin declares the following under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1. On November 1, 2018, I filed a Notice of Appearance to represent Mark Scott in this matter.

2. In the summer of 2019, I sought to obtain release of unrestrained funds at UBS for Mr. Scott's legal defense.

3. On July 2, 2019, I had a phone call with the Government and I asked if it would facilitate UBS releasing money from Mr. Scott's IRA account, PW A5494 03. The Government declined to do so.

Executed on:   December 7, 2020
                  Miami, Florida

                                                                     /s/ David Garvin