# EXHIBIT A-1

