# EXHIBIT A-2

# Actual TD Account and Forex Account Relationship
*Source: GX-723-B; GX-730-A*

**Exhibit A-2**

**Legend**
- Alleged SUA Proceeds
- Accounts shown on GX-2626 and GX-2623

**TD Bank x7544 SecurePoint 360**
- $2,287,642.67 to 35 U.S. beneficiaries
- $8,058,373.26 to Bannockburn Forex
- "Dirty" Funds = 0.27%; Other Funds = 99.73%

Inputs to TD Bank x7544:
- Linda Cohen $22,577.29 (0.21%)
- William Horn $6,062.60 (0.06%)
- Other Sources $10,539,832.84 (99.73%)

**First Financial Bank (f/k/a) Bannockburn Global FOREX**
Customer Account No 242784754
Funds from TD Bank=33.78%; Funds from Other Sources=66.22%
- $23,856,731.79 to 13 non-U.S. beneficiaries
- $8,058,373.26

**Other Sources\*** $15,798,358.53 (66.22%)

## U.S. Accounts

| Entity | Beneficiary |
|---|---|
| Alchemy Fund | Alyx Cheeney |
| Copilot Ventures Fund Ii | Creative Concept Center |
| J & J Resources Inc | Jeff Litzenberger |
| Ole Elite Corp, Inc. | Ole Resources LLC |
| Robert L Stewart | Richard L Marks |
| The Maristella Group | Trade Solutions Group |
| Asia Pacific Bridge Co, Ltd | Adean Word |
| Compass Global Markets | Dale Yoder |
| Greenbox, Inc | Joseph Perry |
| Nu World Title of Davie, LLC | Os Pharma S.A. De C.V. |
| Rudy Title & Escrow, LLC | Ruth Laura Millar |
| SecurePoint Corporation | Valerie Bielmeier |
| 3W Plane | |
| Brad Byler | |
| GCAP USA | |
| Mobile Cloud Jlt | |
| Return IMAD | |
| Solarchy Sa De Cv | |

## Bannockburn Forex
- Erwin Pascua
- Matthew Lopez
- Purlio, LLC
- Sandp Solutions Inc
- Virchex, Inc.

## Non-U.S. (Foreign) Accounts

- CK Venture FZE — Emirates NBD Bank PJSC x8903
- IMS International Marketing Services GmbH — Kreissparkasse Steinfurt x6108
- Turk Ekonomi Bank PLC — Talat Kursat x4968
- Funlz Ltd — Bank of Ireland x5592
- International Marketing Services PT — DBS Bank x0017
- LLOYDS TSB Bank PLC x9274
- Futurunmobilset Consulting AB — Skandinaviska Enskilda Banken x4189
- JP Worldwide Consulting FZE — Emirates NBD Bank PJSC x5803
- Powszechna Kasa Oszczednosci Bank — Global Wire Limited x9423
- IMS GmbH — Deutsche Bank x8901
- Merz and Renz GmbH and Co.KG — Sparkasse Pforzheim PJSC x9762
- Ceskoslovenska Obchodni Banka — Grafia Nova s r.o x8575
- IMS Pte — United Overseas Bank x6682

\*Records for the Bannockburn 7544 Account (GX-730-A) appear to show $15.8 million more in deposits from the TD 7544 Account than the records for the TD 7544 Account indicate was sent to the Bannockburn 7544 Account (GX-723-B). In response to a request by counsel for Mr. Scott, the Government was not able to provide any additional records for these accounts to resolve this apparent discrepancy. (See Letters dated April 15, 2020 and April 23, 2020, attached Exhibit A-3.