LAW OFFICES
# NEIL G. TAYLOR, P.A.
SUNTRUST PLAZA
201 ALHAMBRA CIRCLE, SUITE 1050
CORAL GABLES, FLORIDA 33134

NEIL G. TAYLOR

OF COUNSEL
RON A. COHEN

TELEPHONE (305) 858-2233
FAX (305) 285-5124
E-MAIL: NGT@BELLSOUTH.NET

December 11, 2020

The Honorable Edgardo Ramos
United States District Court Judge, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 619
New York, New York  10007

*Re: United States of America vs. Mark Scott*
*Case No. S6 17 Cr. 630*

Dear Judge Ramos:

As your Honor may recall, I represent Marietta Halle, the benefactor who, among other things, was the source of the Seven Hundred Fifty Thousand Dollars ($750,000.00) cash that allowed the Defendant to meet the conditions of his pretrial release in the above referenced matter. On May 11, 2020, the Court granted Ms. Halle's Motion for Exoneration of Bond (Exhibit **1**).

It has come to our attention, as part of the post-conviction forfeiture litigation in the instant matter, that Mr. Scott now seeks access to various UBS accounts, which the Government seeks to preclude. Ms. Halle supports the Government's position and wants to advise the Court that she holds a security interest in one of the UBS accounts in particular.

As collateral for a $500,000.00 loan extended to Mr. Scott by Ms. Halle, the proceeds of which were used to engage Mr. Scott's present counsel, Arlo Devlin-Brown (alluded to in paragraph seven (7) of the Declaration of Mr. Arlo Devlin-Brown in support of his opposition to the Government's post-conviction Restraining Order request), Mr. Scott pledged the proceeds of one of the specific accounts held at UBS. Ms. Halle has pending in the Circuit Court for Miami-Dade County, Florida, a Complaint against Mr. Scott seeking a judgment on that note (Exhibit **2**; ¶ **13**, *et seq.* and Exhibit **B**).

Should the Court grant Mr. Scott access to that account, no doubt, he will diminish if not outright plunder the money and Ms. Halle shall, once again, be victimized by Mr. Scott but, in addition, Ms. Halle will be denied basic due process as it relates to her security interest in that account.

Respectfully,

Neil G. Taylor