# EXHIBIT 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

        vs.

MARK SCOTT,

           Defendant.

-------------------------------------------------------x

**ORDER EXONERATING SURETY**

1:17-cr-00630-ER

Ramos, D.J.:

This cause, having come on to be heard on Thursday, March 12, 2020, upon Marietta Halle's Motion for Exoneration of Bond pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure, AND

The Court, having reviewed and considered Ms. Halle's Affidavit, submitted under seal, the Government's corresponding, written, lack of objection to Ms. Halle's request for relief, AND

The hearing, entertained by the Court upon the merits, wherein all interested parties and/or their respective representatives addressed the Court, AND

The premises being otherwise fully considered,

It is hereby **Ordered** and **Adjudged** that Ms. Halle's Motion be, and the same is hereby, **GRANTED**. Marietta Halle is discharged from her obligation as surety in the instant matter and the Clerk is hereby instructed to refund the $750,000.00 that was tendered, on her behalf[1], to secure the bond previously set by this Court.

It is SO ORDERED.

Dated:  May 11, 2020
       New York, New York

                                       Edgardo Ramos, U.S.D.J.

---

[1] The funds were wired, by Ms. Halle, to the office of Covington & Burling, LLP, and posted on Defendant's behalf, by counsel for Mark Scott (Arlo Devlin Brown).