

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 17, 2020

**BY ECF / EMAIL**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Mark S. Scott*, S10 17 Cr. 630 (ER)

Dear Judge Ramos:

    The Government submits this letter with the consent of the defendant to respectfully request an adjournment of the due date for the Government's forfeiture reply brief for a period of four weeks. The reply brief is currently due on December 21, 2020. Under the revised schedule, the Government's reply brief would be due on January 18, 2021. Sentencing is currently scheduled for February 25, 2020. The defendant consents to this request.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

By:    s/
    Christopher J. DiMase / Nicholas Folly/
    Assistant United States Attorneys
    (212) 637-2433 / (212) 637-1060/

Cc:    Defense counsel