

U.S. Department of Justice

United States Attorney
Southern District of New York

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 14, 2021

**BY ECF / EMAIL**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The government's forfeiture reply brief is now due February 8, 2021. SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 1/19/2021
> New York, New York

Re:   *United States v. Mark S. Scott*, S10 17 Cr. 630 (ER)

Dear Judge Ramos:

      The Government submits this letter with the consent of the defendant to respectfully request an adjournment of the due date for the Government's forfeiture reply brief for a period of three weeks. The reply brief is currently due on January 18, 2021.  Under the revised schedule, the Government's reply brief would be due on February 8, 2021.  Sentencing is currently scheduled for February 25, 2020.  The defendant consents to this request.

                                          Respectfully submitted,

                                          AUDREY STRAUSS
                                          Acting United States Attorney

By:   s/_____
       Christopher J. DiMase / Nicholas Folly/
       Assistant United States Attorneys
       (212) 637-2433 / (212) 637-1060/

Cc:   Defense counsel