

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 2, 2021

**BY ECF / EMAIL**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Mark S. Scott*, S10 17 Cr. 630 (ER)

Dear Judge Ramos:

      The Government submits this letter on behalf of the parties to respectfully request an adjournment of the forfeiture briefing schedule, as well as the sentencing date (and correspondingly the sentencing submission deadlines). As to the sentencing date, the parties request that the sentencing be adjourned from February 5, 2021, to April 16, 2021, or another date the same week that is convenient for the Court. The parties request the following sentencing and forfeiture deadlines:

- Government Forfeiture Reply Brief: due three weeks before sentencing;
- Defense Sentencing Submission: due two weeks before sentencing;
- Government Sentencing Submission: due one week before sentencing.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney

By:    /s/
      Christopher J. DiMase / Nicholas Folly/
      Assistant United States Attorneys /
      (212) 637-2433 / (212) 637-1060

Cc:    Defense counsel (ECF)