

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 2, 2021

**BY ECF / EMAIL**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York    SO ORDERED.
40 Foley Square
New York, New York 10007

> Re:    *United States v. Mark S. Scott*, **S10 17 Cr. 630 (ER)**

Dear Judge Ramos:

The Government submits this letter on behalf of the parties to respectfully request an adjournment of the forfeiture briefing schedule, as well as the sentencing date (and correspondingly the sentencing submission deadlines).   As to the sentencing date, the parties request that the sentencing be adjourned from February 5, 2021, to April 16, 2021, or another date the same week that is convenient for the Court.   The parties request the following sentencing and forfeiture deadlines:

- Government Forfeiture Reply Brief: due three weeks before sentencing;

- Defense Sentencing Submission: due two weeks before sentencing;

- Government Sentencing Submission: due one week before sentencing.

Sentencing is adjourned to April 14, 2021 at 10:00 a.m.
Deadlines for sentencing submissions and the forfeiture
reply brief are adjourned accordingly.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated:    2/3/2021
New York, New York

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by    _____/s/_____
Christopher J. DiMase / Nicholas Folly/
Assistant United States Attorneys /
(212) 637-2433 / (212) 637-1060

Cc:    Defense counsel (ECF)