**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

**Arlo Devlin-Brown**

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1046
adevlin-brown@cov.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED:  __3/22/2021__

March 18, 2021

By ECF and E-Mail
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:    ***United States v. Mark S. Scott,*** **S10 17 Cr. 630(ER)**
        **Mark Scott Sentencing Schedule and Submissions**

Dear Judge Ramos:

        The parties jointly request an adjournment of the sentencing date, currently scheduled for April 14, 2021 at 10:00 A.M.  Government counsel is currently on trial and Mr. Scott is undergoing a series of medical tests and procedures.

        The Government requests that sentencing be adjourned to a date convenient for the Court the week of June 7th.  Mr. Scott requests that the Court adjourn sentencing *sine die* and set a date, should one be necessary, following the Court's ruling on Mr. Scott's post-trial Rule 29 and Rule 33 motions.  These motions were fully briefed in 2020 (*See* Dkts. 218, 244, 275, 280, 281). In addition, Mr. Scott's forfeiture opposition and the accompanying declaration of David Gannaway provide further support for Mr. Scott's post-trial motions with respect to the money laundering count (*See* Dkts. 343, 345, 345_1).

        The parties are in agreement that, whatever sentencing date is set, the existing briefing schedule can be maintained.  Specifically:

- Government Forfeiture Reply Brief: due three weeks before sentencing;
- Defense Sentencing Submission: due two weeks before sentencing;
- Government Sentencing Submission: due one week before sentencing.

Respectfully Submitted,

/s Arlo Devlin-Brown
Arlo Devlin-Brown

David M. Garvin

The April 14 sentencing is adjourned to June 14, 2021, at 3:30 p.m.

SO ORDERED.

Edgardo Ramos, U.S.D.J
Dated:  __3/22/2021__
New York, New York