UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) **NOTICE OF APPEARANCE AND REQUEST** |
| | ) **FOR ELECTRONIC NOTIFICATION** |
| - v. - | ) **17 Cr. 630 (ER)** |
| | ) |
| KARL SEBASTIAN GREENWOOD, *et al.*, | ) |
| | ) |
| Defendants. | ) |

TO:   Clerk of Court
       United States District Court
       Southern District of New York

   The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                              Respectfully submitted,

                              AUDREY STRAUSS
                              United States Attorney for the
                              Southern District of New York

                              by: s/_____
                                  Michael McGinnis
                                  Assistant United States Attorney
                                  (212) 637-2305