# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1046
adevlin-brown@cov.com

May 21, 2021

By ECF and E-Mail
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Mark S. Scott*, S10 17 Cr. 630(ER)
      **Mark Scott Sentencing Schedule and Submissions**

Dear Judge Ramos:

Counsel for Mr. Scott submits this letter to respectfully request an adjournment of Mr. Scott's sentencing date until the first half of September 2021. At present, his sentencing hearing is scheduled for June 14, 2021 at 3:30 P.M. Mr. Scott is currently undergoing testing and treatment for several serious medical conditions, and requires through the summer for this treatment to continue. Among other things, he is expected to go undergo surgery in August.

If the Court is amenable, the Government's forfeiture reply and the parties' sentencing submissions would be reset accordingly in function of the new sentencing date:

- Government Forfeiture Reply Brief: due three weeks before sentencing;
- Defense Sentencing Submission: due two weeks before sentencing;
- Government Sentencing Submission: due one week before sentencing.

The Government consents to this request but has requested that the Court be informed that the Government plans to oppose any additional request for adjournment.

Sentencing is adjourned to September 15, 2021, at 10:00 a.m. The revised briefing schedule is APPROVED.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated:   5/24/2021
New York, New York

Respectfully Submitted,

/s Arlo Devlin-Brown
Arlo Devlin-Brown

David M. Garvin
200 South Biscayne Boulevard
Suite 3150
Miami, FL 33131
(305) 371-8101