# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

**Arlo Devlin-Brown**

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1046
adevlin-brown@cov.com

June 7, 2021

<u>By ECF and E-Mail</u>
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Re:     *United States v. Mark S. Scott*,  S10 17 Cr. 630(ER)
>         **Mark Scott Sentencing Schedule and Submissions**

Dear Judge Ramos:

Counsel for Mr. Scott submits this letter to respectfully request that Mr. Scott's sentencing date, currently set for September 15, 2021 at 10:00 AM, be moved to September 8, 2021 at 4:00 PM.  The reason for this requested change is that Mr. Garvin, co-counsel for Mr. Scott, is required to be present at a trial in Detroit that begins on September 13, 2021.  Counsel for Mr. Scott has cleared this time with the Court's deputy, who has informed counsel that it is available.

The Government consents to this request and is also available on September 8, 2021 at 4:00 PM.

Respectfully Submitted,

<u>/s Arlo Devlin-Brown</u>
Arlo Devlin-Brown

David M. Garvin
200 South Biscayne Boulevard
Suite 3150
Miami, FL 33131
(305) 371-8101