# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1000

August 24, 2021

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Mark S. Scott*, S10 17 Cr. 630(ER)
       **Letter Motion: Request for Sentencing Adjournment**

Dear Judge Ramos:

Defendant Mark S. Scott respectfully requests that his sentencing, currently scheduled for September 8, 2021, be adjourned based on (1) the need for the Court to consider and address the Supplemental Rule 33 Motion (including the request for an evidentiary hearing) filed under seal on August 23, 2021, and (2) changes in the scheduling of a medical procedure due to the COVID-19 situation in Florida.



**COVINGTON**

    We respectfully request that sentencing be adjourned without a date until the resolution of the post-trial motions, including the Supplemental Rule 29 motion, by which point we hope to have clearer information on the timing of his surgery. The Government will advise the Court of its position on this request.

                                              Respectfully submitted,

                                              /s/ Arlo Devlin-Brown
                                              Arlo Devlin-Brown