# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED:  9/23/2021

September 16, 2021

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Mark S. Scott*, S10 17 Cr. 630 (ER)

Dear Judge Ramos:

On September 10, 2021 the Government filed its opposition to Mr. Scott's Supplemental Motion for a New Trial, disclosing that Konstantin Ignatov perjured himself in the trial of Mark Scott and that an investigator with the Manhattan DA's Office, who was involved in the prosecution, received a credible report about this perjury in June and failed to take further action or disclose that information to the defense.  Based on these revelations, Mr. Scott has made further information requests to the Government, which the parties are discussing.  The parties propose advising the Court of a proposed schedule for a further submission by Mr. Scott on his application once the Government has addressed these requests.

Separately, we have discussed with the Government a redacted version of the motion papers that could be publicly filed, relying on the Government's assessment of what may be necessary to address concerns that initially led counsel for Mr. Scott to file his application under seal.  We expect to transmit an agreed upon set of redacted materials to the Court shortly for the Court's consideration and public filing.

The following redacted materials are approved for public filing:  (1) the government's version of Mr. Scott's August 23, 2021 letter motion; (2) Mr. Scott's August 26, 2021 letter; and (3) the government's September 10, 2021 opposition.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated:  9/23/2021
New York, New York

Respectfully submitted,

/s/ Arlo Devlin-Brown
Arlo Devlin-Brown