# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1000

October 29, 2021

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 10/29/2021

**MEMO ENDORSED**

Re:   *United States v. Mark S. Scott*, S10 17 Cr. 630(ER)

Dear Judge Ramos:

    We write on behalf of our client, Mark Scott, with respect to the scheduling of the defendant's Reply Brief in connection with his Supplemental Rule 33 Motion, which seeks a new trial based on perjury by cooperating witness Konstantin Ignatov ("Konstantin"), currently due October 29, 2021.

    For several reasons, we respectfully request an extension of that deadline. Last Thursday, the Government provided 10.1 GB of data from the contraband cellphone seized in February 2020 that Konstantin used while incarcerated, much of which is communications in a foreign language. In addition, since the last extension request, counsel for Mr. Scott has obtained and shared with the Government additional information supporting that Irina Dilkinska was in India at the time of a supposed meeting between Mr. Scott and Dilkinska at OneCoin's Sofia, Bulgaria offices on July 20, 2016, contrary to the testimony of Konstantin. We are awaiting Government responses on several questions relating to these issues, which are better resolved before further briefing.

    Based on our communications with the Government to date, we presently expect to be able to file the reply brief by November 8, 2021. The Government consents to this request.

The application is  _X_  granted
                                ____ denied

_____
Edgardo Ramos, U.S.D.J
Dated: __10/29/2021__
New York, New York

Respectfully submitted,

/s/ Arlo Devlin-Brown
Arlo Devlin-Brown