**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1000

November 8, 2021

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

     Re:    *United States v. Mark S. Scott*, S10 17 Cr. 630(ER)

Dear Judge Ramos:

    We write on behalf of our client, Mark Scott, with respect to the scheduling of the defendant's Reply Brief in connection with his Supplemental Rule 33 Motion, which seeks a new trial based on perjury by cooperating witness Konstantin Ignatov ("Konstantin"), currently due November 8, 2021.

    The parties are in discussions about the issues raised by Mr. Scott's motion and the Government's post-filing disclosures, and those discussions could impact the timing and substance of further filings. Accordingly, with the consent of the Government, we respectfully request that the time for the filing of the Reply Brief be extended until November 15th.

    Respectfully submitted,

    /s/ Arlo Devlin-Brown
    Arlo Devlin-Brown