**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1000

November 15, 2021

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Mark S. Scott*, S10 17 Cr. 630(ER)

Dear Judge Ramos:

We write on behalf of our client, Mark Scott, with respect to the scheduling of the defendant's Reply Brief in connection with his Supplemental Rule 33 Motion, which seeks a new trial based on (now conceded) perjury by cooperating witness Konstantin Ignatov ("Konstantin").

As noted in our letter of November 8th, the parties are in discussions about the issues raised by Mr. Scott's motion and the Government's post-filing disclosures, including further evidence produced by the Government last week that Irina Dilkinska was in India on the date of a supposed meeting with Mr. Scott that Konstantin had testified to during trial.   These discussions will continue with the incoming Chief of the Criminal Division of the U.S. Attorney's Office for the S.D.N.Y., who is expected to start later this month.

Accordingly, with the consent of the Government, we respectfully request that the time for the filing of the Reply Brief be extended until December 10, 2021.

We also request that sentencing, now scheduled for December 9th, be adjourned.  Mr. Scott respectfully proposes that the Court set a sentencing date, if necessary, following a ruling on Mr. Scott's fully submitted motions (including his original post-trial motions, Dkts. 218, 275). The Government prefers that the Court calendar a date for sentencing in the first half of February.

Respectfully submitted,

/s/ Arlo Devlin-Brown
Arlo Devlin-Brown