**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1000

December 10, 2021

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Mark S. Scott*, S10 17 Cr. 630(ER)

Dear Judge Ramos:

We write on behalf of our client, Mark Scott, with respect to the scheduling of the defendant's Reply Brief in connection with his Supplemental Rule 33 Motion, which seeks a new trial based on perjury by cooperating witness Konstantin Ignatov ("Konstantin").

As we previously advised, we had been discussing issues relating to that motion with the Government and reviewing disclosures made by the Government. That process has now been completed, and, with the consent of the Government, we will submit our Reply Memorandum on December 15, 2021, if that date is agreeable to the Court.

Respectfully submitted,

/s/ Arlo Devlin-Brown
Arlo Devlin-Brown