UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>MARK S. SCOTT,<br><br>Defendant. | No. 17 Cr. 630<br><br>DECLARATION OF KATRI STANLEY |

KATRI A. STANLEY declares the following under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1. My name is Katri A. Stanley and I am a member of the New York State Bar.

2. The emails, letters, and other documents attached to this declaration as exhibits are true and unaltered copies of the originals. The emails on the below list are referenced by the top (last-in-time) email in the chain. These exhibits are:

   A. July 17, 2016 email from Irina Dilkinska to Mark S. Scott with the subject "Re: Please sign as BN Manager on letterhead and scan to me. Original will let you know." (Marked as DX 550).

   B. July 20, 2016 email from Irina Dilkinska to Mark S. Scott with the subject "Re: Question." (Marked as DX 552).

   C. November 11, 2019 email from Nicholas Folly to Arlo Devlin-Brown, Christopher DiMase, and Julieta Lozano, cc'ing David Garvin and Katri Stanley with the subject "RE: disclosure requests."

   D. August 25, 2021 email from Ronald Shimko to Julieta Lozano, Nicholas Folly, and Christopher DiMase with the subject "Fwd: US v Mark Scott."

   E. September 30, 2021 Declaration of Duncan Arthur.

   F. October 12, 2021 letter from Nicholas Folly and Michael McGinnis to Arlo Devlin-Brown, "Letter to Scott re Ignatov."

   G. Attachments to a October 21, 2021 email from Michael McGinnis to Arlo Devlin-Brown and Katri Stanley, cc'ing Christopher DiMase, Nicholas Folly, and Robert Levine with the subject "US v. Scott, 17 Cr. 630" (with attachments G-1, G-2, and G-3).

H. December 3, 2021 letter from Nicholas Folly and Michael McGinnis to Arlo Devlin-Brown, "Letter to Scott re Dilkinska travel."

I. Undated passport excerpt of Bulgarian passport belonging to Irina Dilkinska.

J. The following 3500 material was provided to counsel for Mr. Scott subject to the protective order at Dkt. 22:

    J-1. 3524-063 (for Konstantin Ignatov)

    J-2. 3524-065 (for Konstantin Ignatov)

    J-3. 3525-003 (for Duncan Arthur)

    J-4. 3525-017 (for Duncan Arthur)

Executed on: December 15, 2021

    New York, NY

                                                        /s/ Katri A. Stanley