# **EXHIBIT A**

**To:**     Mark S. Scott[msscott@msicbvi.com]
**From:**   Irina Dilkinska
**Sent:**   Sun 7/17/2016 6:41:17 PM
**Subject:** Re: Please sign as BN Manager on letterhead and scan to me.  Original will let you know.

Hi Mark, this has already been done.
Will ask my colleagues to send the original to you this week as I am traveling for the whole week.

Regards
Irina

Sent from my iPhone

On 11 Jul 2016, at 10:29 AM, Mark S. Scott <msscott@msicbvi.com> wrote:


July 11, 2016

Mark S. Scott
Chief Executive Officer
MSS International Consultants (BVI), Ltd.
Ritter House
Wickhams Cay II, PO Box 3170
Road Town, Tortola
British Virgin Islands, VG1110

VIA E-MAIL (msscott@msicbvi.com)

**RE: Loan Facility for Expansion to MSS International Consultants (BVI), Ltd. (the "Borrower" or "MSIC")**

Dear Mark,

Herewith I would like to formalize our several discussions about the expedited expansion of the support services for the Fenero Series of funds and MSIC's capital needs therefore. After some further deliberation, I agree with your suggestion to purchase properties where back office services will be provided for MSIC and the new portfolio companies in Ireland and Bulgaria.  I have decided to grant you an immediate interest free 5 year loan (including fees and expenses) of Euro 2,675,000 (the "Loan Amount"), which may be disbursed in your sole discretion.

I would like to interrupt my current payment process into the Fenero funds as little as possible, so please have the Loan Amount  transferred out of either of the two funds I have invested into by Apex, or just subtract it from my last payment of Euro 5,000,000 last week.

DEFENSE EXHIBIT 550
17 Cr. 630 (ER)

MSCF_USAO_00011967

The principal Loan Amount, plus a $200,000 lump sum, shall be payable to B&N Consult at dissolution of Fenero Equity Investments L.P.  MSIC shall have no responsibility of repayment until such dissolution and shall only pay back this debt out of proceeds of such fund.

Any security interests taken in any property directly or indirectly shall be registered in the name of the Borrower.

Based on the already consummated and targeted opportunities, we continue to feel confident about our investments and output future cooperation with you.

Best regards,

Irina Dilkinska
Manager
B&N Consult EOOD



**Mark S. Scott**
Chief Executive Officer

MSS International Consultants (BVI), Ltd.
BVI Registered and Approved Fund Manager
Sent from my iPad. Please excuse typos.