# **EXHIBIT B**

**To:** Mark S. Scott[msscott@msicbvi.com]
**From:** Irina Dilkinska
**Sent:** Wed 7/20/2016 5:18:50 AM
**Subject:** Re: Question

Hi Mark,
Thank you for your answer first. Please be informed that I must file the report today as today is the deadline. Sorry for this but I am traveling too and because of this there is the present delay of my request to you.

No more transfers I mean from BN for the moment. As you know I have prepared the instructions to IMS and waiting for confirmation to send it to Frank, so we continue from that company. However will coordinate this with Boss once again and revert so you to know how to proceed further.

Please update me on the OLN company. Do we have any progress there, as I have been informed you will take care of this.

Thank you once again
Regards
Irina

Sent from my iPhone

> On 20 Jul 2016, at 12:18 AM, Mark S. Scott <msscott@msicbvi.com> wrote:
>
> Hi Irina,
>
> I will look this up for you when I land tomorrow. This is no problem for us. Already on my way to Europe.
>
> What do you mean there will be no more transfers? You mean from the bank in Bulgaria only? If there is no more money being sent, I would have to close the unfilled funds and send back the money in Fund Nr.2 as it has not closed.
>
> Let's discuss.
>
> Best,
>
> Mark
>
>
>   Original Message
> From:irina@onecoin.eu
> Sent:July 19, 2016 14:43
> To:msscott@msicbvi.com
> Subject:Question
>
> Hi Mark, in relation to the transfers made and necessary regular reporting to the bank regarding then BN investment please tell me how much is the main capital of Fenero to 1 April and 30 June?
> Also what is the financial result to 31.12.2015 and 30.06.2016. Nothing to worry about....this will be reported once and as we do not intend to do more transfers I think same information will be provided every time.
> Please update me if you are still dealing with OLN please as we need to move there.
>
> Thank you
> Regards

**DEFENSE EXHIBIT 552**
17 Cr. 630 (ER)

MSCF_USAO_00012070

\> Irina
\>
\> Sent from my iPhone

MSCF_USAO_00012071