# **EXHIBIT F**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 12, 2021

**BY EMAIL**

Arlo Devlin-Brown, Esq.
Covington & Burling, LLP
620 Eighth Avenue
New York, NY 10018-1405

    Re:    *United States v. Mark S. Scott*, S10 17 Cr. 630 (ER)

Counsel:

    The Government writes to provide you with certain information pertaining to a cell phone (the "Cell Phone") possessed by Konstantin Ignatov while incarcerated at the Metropolitan Correctional Center ("MCC"). The Cell Phone was seized in late February 2020, after the conclusion of the Mark Scott trial. The prosecutors in this case were informed about the Cell Phone in or around October 2020. Subsequently, the Government discussed the issue with Ignatov's counsel, who provided the information set forth in Exhibit A. Exhibit A has been designated Confidential and is being produced pursuant to the terms of the protective order. The Cell Phone is currently in FBI custody. The FBI is attempting to access the data on the Cell Phone, and that process remains ongoing.

                      Very truly yours,

                      DAMIAN WILLIAMS
                      United States Attorney

      By:    s/_____
               Nicholas Folly / Michael McGinnis
               Assistant United States Attorneys
               (212) 637-1060/2305

Enclosures

# EXHIBIT A

# UNDER SEAL