# **EXHIBIT G-1**

Instant Messages (38069)

| # | From | To | Direction | Subject | Body | Location | Source Application | Timestamp-Date | Timestamp-Time | Delivered-Date | Delivered-Time | Read-Date | Read-Time | Attachment #1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28749 | | HRH<br>Participants: 971555912609 HRH | | | Trade next is ready to push a big volume, that is not the issue really, issue is to have a solid solution of getting money out of the country | | Viber | 7/19/2016 | 7/19/2016 10:01:38 PM(UTC+7) | | | | | |
| 28750 | | HRH<br>Participants: 971555912609 HRH | | | They have a system to Dubai basically | | Viber | 7/19/2016 | 7/19/2016 10:01:38 PM(UTC+7) | | | | | |
| 28751 | | HRH<br>Participants: 971555912609 HRH | | | She is great, now sleeping. Been a Long day for the siblings to. | | Viber | 7/19/2016 | 7/19/2016 10:01:38 PM(UTC+7) | | | | | |
| 28752 | | HRH<br>Participants: 971555912609 HRH | | | | | Viber | 7/19/2016 | 7/19/2016 10:01:38 PM(UTC+7) | | | | | 1468939607309823.jpg |
| 28753 | | HRH<br>Participants: 971555912609 HRH | | | | | Viber | 7/19/2016 | 7/19/2016 10:01:38 PM(UTC+7) | | | | | 1468939607994745.jpg |
| 28754 | | HRH<br>Participants: 971555912609 HRH | | | | | Viber | 7/19/2016 | 7/19/2016 10:01:38 PM(UTC+7) | | | | | 1468939612592967.jpg |
| 28755 | | HRH<br>Participants: 971555912609 HRH | | | | | Viber | 7/19/2016 | 7/19/2016 10:01:38 PM(UTC+7) | | | | | 1468939612964346.jpg |
| 28756 | | HRH<br>Participants: 971555912609 HRH | | | | | Viber | 7/19/2016 | 7/19/2016 10:01:38 PM(UTC+7) | | | | | 1468939619521044.jpg |
| 28757 | | HRH<br>Participants: 971555912609 HRH | | | | | Viber | 7/19/2016 | 7/19/2016 10:01:38 PM(UTC+7) | | | | | 146893962286752.jpg |
| 28758 | | HRH<br>Participants: 971555912609 HRH | | | | | Viber | 7/19/2016 | 7/19/2016 10:01:38 PM(UTC+7) | | | | | 1468939624388823.jpg |
| 28759 | | HRH<br>Participants: 971555912609 HRH | | | I managed to squeeze in 2 hrs with Bali Ganesh and 3 other Indian ppl | | Viber | 7/19/2016 | 7/19/2016 10:01:38 PM(UTC+7) | | | | | |
| 28760 | 971555912609 HRH | HRH<br>Participants: 971555912609 HRH | | | I have so much frozen money | | Viber | 7/19/2016 | 7/19/2016 10:02:23 PM(UTC+7) | | | | | |
| 28761 | 971555912609 HRH | HRH<br>Participants: 971555912609 HRH | | | Can simply not afford more | | Viber | 7/19/2016 | 7/19/2016 10:02:41 PM(UTC+7) | | | | | |
| 28762 | 971555912609 HRH | HRH<br>Participants: 971555912609 HRH | | | And cannot risk cash flow from non onecoin business for india | | Viber | 7/19/2016 | 7/19/2016 10:03:32 PM(UTC+7) | | | | | |
| 28763 | 971555912609 HRH | HRH<br>Participants: 971555912609 HRH | | | I have acct. Irina is there tjis week | | Viber | 7/19/2016 | 7/19/2016 10:04:34 PM(UTC+7) | | | | | |
| 28764 | 971555912609 HRH | HRH<br>Participants: 971555912609 HRH | | | But if i can t get it out of india what s the point | | Viber | 7/19/2016 | 7/19/2016 10:05:00 PM(UTC+7) | | | | | |
| 28765 | 971555912609 HRH | HRH<br>Participants: 971555912609 HRH | | | This week we have operational acct. She was with 2 banks today | | Viber | 7/19/2016 | 7/19/2016 10:05:29 PM(UTC+7) | | | | | |
| 28766 | 971555912609 HRH | HRH<br>Participants: 971555912609 HRH | | | I have better things to do | | Viber | 7/19/2016 | 7/19/2016 10:07:13 PM(UTC+7) | | | | | |
| 28767 | 971555912609 HRH | HRH<br>Participants: 971555912609 HRH | | | What do u suggest how we handle. If u say u r thinking | | Viber | 7/19/2016 | 7/19/2016 10:08:55 PM(UTC+7) | | | | | |