# **EXHIBIT G-2**

| # | From | To | Direction | Body | Source Application | Timestamp-Date | Timestamp-Time | Tag Note |
|---|---|---|---|---|---|---|---|---|
| 12 | albena.onecoin albena.onecoin | **Participants:** live:samir.mehmedov, live:kalina.deneva, live:kristian.hristov_1, live:anastas.garavalov, juliana.portg, jordana.kostova, evgeniya.onecoin, i_vakov_onecoin, tanya.nikolova90, elitsa.onecoin Elitsa, denitza.godeva Denitza Godeva, roy.onecoin Roy Hill, velizara.mallon16 Velizara Mallon, free-style-m, asia888ltd (owner), iliana_onecoin, borisonecoin, dimitrina.dimitrova0204, i.tormanova_onecoin, r.todorov_onecoin, a.antonova_onecoin.eu, one.coin.anastasiya, veneta_onecoin Veneta Peeva, live:krum_23 Krum Angelov, cappy-natural, smi7hy, tereza.videnova Tereza Videnova, ruja.ignatova Dr. Ruja Ignatova, boris_onecoin, live:sevelina_3 Sevelina Koleva, petar.marinov9, vassil.stefanov1990, vilianakamburova, viper_venomrh, veska.ignatova1, live:maya.antonova Maya Antonova, krasimira.g., p.rajcheva, live:maria.karteva_1, boryana.onecoin, ed.ludbrook Ed Ludbrook, vesi_tashkova, int04h, kalina.onecoin Kalina/Internal Audit, lora.zlateva, vassil.one, kaloyan.onecoin, vladimir.totev2, rudy-cnitrading, petar1coin Petar Stoyanov, viktoria.onecoin, katya_onecoin Katya Valchanova, krasi.malong Krasimir Yordanov, kornelia.onecoin, mynameispaulsmith Paul Smith, naum.georgiev, biser_onecoin, georgi-onecoin, alexander.banchev, krasimir.onecoin, koce_stoychev, donka.onecoin, milena.gecheva3, diana.totinska, blagoi.anev Blagoi Anev, irina.dilkinska3 irina dilkinska, k.vasilev.onecoin, hristiyana.kyurkchieva, dimitar.velchev91, desislava.terzieva23, margreta_onecoin, kristalina.ilieva, jacqueline.onecoin Jacqueline | Incoming | Irina Dilkinska will be out of office from 18/07 till 22/07 included | Skype: asia888ltd | 7/18/2016 | 7/18/2016 1:56:45 PM(UTC+7) | **Description:**<br>**Tags:** Important<br>**Created:** 10/20/2021 11:03:57 AM<br>**Modified:** 10/20/2021 11:03:57 AM |