# **EXHIBIT G-3**

## Emails (2)

| # | From | To | CC | Date | Time | Subject | Status | Folder | Source | Account | Body | Tag Note | File | MD5 |
|---|------|-----|-----|------|------|---------|--------|--------|--------|---------|------|----------|------|-----|
| 1 | ruja@onecoin.eu Dr. Ruja Ignatova | maya@onecoin.eu Maya Antonova | 8888asialtd@gmail.com Sebastian K Greenwwod ,irina@onecoin.eu Irina Dilkinska | 7/21/2016 | 7/21/2016 12:57:48 PM(UTC+7) | Re: HSBC- Innoin Ltd | Read | [Gmail]\AllMail | Mails | 8888asialtd@gmail.com | Irina<br><br>Pls handle. Guys we cannot lose the acct. Maya Irina travels i think today. Maybe drop them a line from non onecoin mail that we will get in touch fmr<br><br>Best regards<br>Dr. Ruja<br><br>Sent from my IPhone. Please excuse the brevity and possible mistakes<br><br>On 21 Jul 2016, at 08:55, Maya Antonova <maya@onecoin.eu [mailto:maya@onecoin.eu] > wrote:<br><br>Hello,<br><br>As far as I am aware Raymond Chan is in contact and Irina is     following up and answering all the questions. Also, as far as I     know we do not want to mix Innoin and Onecoin. | Description:<br>Tags: Important<br>Created: 10/20/2021 10:29:07 AM<br>Modified: 10/20/2021 10:29:07 AM | mes-1.eml | 15b343c3a9cee443fe4f b04aa33316c1 |
| 2 | daniel@ravenr.com Daniel Garcia | 8888asialtd@gmail.com Sebastian K Greenwwod | ruja@onecoin.eu Dr. Ruja Ignatova | 7/14/2016 | 7/14/2016 3:38:51 PM(UTC+7) | RE: Update | Read | [Gmail]\AllMail | Mails | 8888asialtd@gmail.com | Hi Sebastian, thanks.<br><br>Comments in blue.<br><br>Regards,<br><br>Daniel<br><br>-----Original Message-----<br>From: Sebastian K Greenwwod [mailto:8888asialtd@gmail.com]<br>Sent: 14 July 2016 00:51<br>To: Dr. Ruja Ignatova <ruja@onecoin.eu><br>Cc: Daniel Garcia <daniel@onecoin.eu><br>Subject: Re: Update<br><br>I did send an update. Here it is again.<br><br>Hi Daniel | Description:<br>Tags: Important<br>Created: 10/20/2021 10:29:51 AM<br>Modified: 10/20/2021 10:29:51 AM | mes-2.eml | a282ff0f606e7b699ee7 9a2f09051603 |