# **EXHIBIT H**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 3, 2021

**BY EMAIL**

Arlo Devlin-Brown, Esq.
Covington & Burling, LLP
620 Eighth Avenue
New York, NY 10018-1405

> Re:    *United States v. Mark S. Scott*, **S10 17 Cr. 630 (ER)**

Counsel:

  The Government writes to provide you with information pertaining to the travel of Irina Dilkinska during the period of May and July 2016.  The Government has obtained information from Indian law enforcement indicating that Dilkinska arrived at Delhi Airport on May 23, 2016 via flight AI-154 and departed Delhi Airport on May 25, 2016 via flight AI-153. In addition, Dilkinska arrived at Delhi Airport on July 19, 2016 via flight QR-578 and departed Delhi Airport on July 22, 2016 via flight QR-571.

        Very truly yours,

        DAMIAN WILLIAMS
        United States Attorney

  By: s/_____
      Nicholas Folly / Michael McGinnis
      Assistant United States Attorneys
      (212) 637-1060/2305