# **EXHIBIT I**

Страница, запазена за издаващите органи / Página reservada a las autoridades competentes para expedir el pasaporte / Úřední záznamy / Forbeholdt de pasudstedende myndigheder / Amtliche Vermerke / Märkused / Η σελίδα προορίζεται για τις Αρχές που είναι αρμόδιες για την έκδοση του διαβατηρίου / Page reserved for the authorities responsible for issuing the passport / Page réservée aux autorités compétentes pour délivrer le passeport / Don údarás atá freagrach as eisiúint an phas an leathanach seo / Pagina riservata alle autorità competenti per il rilascio del passaporto / Izdevējiestādes informācijai paredzēta lappuse / Lapas skirtas išduodančiai institucijai / Hivatalos bejegyzések/ Paġna riservata għall-awtoritajiet li ħarġuh / Opmerkingen van bevoegde instanties / Wpisy urzędowe / Página reservada às autoridades competentes para emitir o passaporte / Pagină rezervată autorităților emitente ale pașaportului / Úradné záznamy / Zaznamki pristojnega organa / Sivu varattu viranomaismerkintöjä varten / Myndighetsnoteringar /



РЕПУБЛИКА БЪЛГАРИЯ   REPUBLIC OF BULGARIA



ПАСПОРТ
PASSPORT

Тип/Type/Type
**P**

Код/Code/Code
**BGR**

Паспорт №/Passport No/Passport No

01. Фамилия/Surname/Nom
**ДИЛКИНСКА**
**DILKINSKA**

02. Имена/Given names/Prénoms
**ИРИНА АНДРЕЕВА**
**IRINA ANDREEVA**

03. Гражданство/Nationality/Nationalité
**БЪЛГАРИЯ / BULGARIA**

04. Дата на раждане/Date of birth/Date de naissance

05. ЕГН / Personal identifying number/Identifiant personnel

06. Пол/Sex/Sexe
**Ж / F**

07. Място на раждане/Place of birth/Lieu de naissance
**СОФИЯ**
**SOFIA**

08. Дата на издаване/Date of issue/Date de délivrance
**19.05.2016**

09. Издаден от/Authority/Authorité
**МВР София**
**MoI BGR**

10. Дата на валидност/Date of expiry/Date d'expiration
**19.05.2021**

11. Подпис на притежателя/Holder's signature/Signature du titulaire



P<BGRDILKINSKA<<IRINA<ANDREEVA<<<<<<<<<<<<<<

