# EXHIBIT J-1

# UNDER SEAL