# EXHIBIT J-2

# UNDER SEAL