# EXHIBIT J-3

# UNDER SEAL