# EXHIBIT J-4

# UNDER SEAL