UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X
                        :

UNITED STATES OF AMERICA    :   **Notice of Appearance and Request**
                        :   **For Electronic Notification**

    - v. -          :

                        :            17 Cr. 630 (ER)

MARK SCOTT,            :

       Defendant.    :

                        :
- - - - - - - - - - - - - - - X

TO:  Clerk of Court
     United States District Court
     Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note her appearance in this case, in addition to AUSAs already on the case, and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                    Respectfully submitted,

                    DAMIAN WILLIAMS
                    United States Attorney for the
                    Southern District of New York

         By:   _____
                    JULIANA N. MURRAY
                    Assistant United States Attorney
                    (212) 637-2314

cc:  All counsel of record (via ECF)