

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __12/22/2021__
```

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 21, 2021

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: *United States v. Mark S. Scott*, S10 17 Cr. 630 (ER)

Dear Judge Ramos:

  The Government respectfully submits this letter in connection with defendant Scott's Supplemental Rule 33 Motion filed on August 13, 2021 (the "Supplemental Motion"). (*See* ECF No. 388.). The Government filed its opposition on September 10, 2021. (*See* ECF No. 412). At the request of the defense, and in order to facilitate a complete adjudication of the defense issues, the Government consented to multiple adjournments of the date by which the defense was to file a reply brief. (*See, e.g.*, ECF Nos. 413, 417, 422, 426, 428, 430). On December 15, 2021, the defense filed a reply brief in connection with the Supplemental Motion (the "Supplemental Reply"). (*See* ECF No. 433). The Supplemental Reply raises multiple issues and grounds for relief not raised in the Supplemental Motion. As a result, the Government has conferred with defense counsel regarding the submission of a sur-reply to addresses these new issues. The defense has consented to the filing of a sur-reply by the Government. Accordingly, the Government respectfully requests that the Government be permitted to file a sur-reply and that any sur-reply be filed on or before January 28, 2022. The defense requests the opportunity to file a response to the Government's sur-reply and for any response to be filed on or before February 18, 2022 (to which the Government likewise consents).

```
The application is  X   granted
                   ___  denied

       [signature]
_____
Edgardo Ramos, U.S.D.J
Dated:  12/22/2021
New York, New York
```

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/
   Nicholas Folly/Michael C. McGinnis/Julianna Murray
   Assistant United States Attorneys
   (212) 637- 1060 / 2305 / 2314

CC: Defense counsel (by ECF)