

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 27, 2022

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Mark S. Scott*, S10 17 Cr. 630 (ER)

Dear Judge Ramos:

    The Government respectfully submits this letter regarding its sur-reply to defendant Scott's reply brief ("Supplemental Reply"), which he filed in connection with his Supplemental Rule 33 Motion. (*See* ECF Nos. 388, 433, 437.) The Supplemental Reply raises multiple issues and grounds for relief not raised in the Supplemental Motion. As a result, to sufficiently address all issues raised in the Supplemental Reply, the Government respectfully requests permission to file a sur-reply of approximately 60 pages in length, formatted consistent with the Court's individual practices. The defense consents to this request and anticipates requesting to exceed the length limitations in the Court's individual practices in its response to the Government's sur-reply (to which the Government likewise consents).

                                        Respectfully submitted,

                                        DAMIAN WILLIAMS
                                        United States Attorney

                      By:        /s/
                              Nicholas Folly / Michael C. McGinnis /
                              Juliana Murray
                              Assistant United States Attorneys
                              (212) 637- 1060 / 2305 / 2314

CC:    Defense counsel (by ECF)