# EXHIBIT A

Dr. RI and Krasimir Re Forex. Irina Re transfers and governance. Review SH Agt for tradeNext.

| When: | Wed Jul 20 15:00:00 2016 (America/New_York) |
|---|---|
| Until: | Wed Jul 20 18:00:00 2016 (America/New_York) |
| Organisers | "Scott, Mark" <"/o=eapdlaw/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=scott, markfeb"> |

MSSIBV_00097977