# EXHIBIT B

## RE: Please catch me up...

| | |
|---|---|
| From: | David R. Pike <drpike@msicbvi.com> |
| To: | Irina Dilkinska <irina.dilkinska@ravenr.com>, joanna.allinson@ravenr.com |
| Cc: | Mark S. Scott <msscott@msicbvi.com> |
| Date: | Tue, 13 Sep 2016 11:42:43 -0400 |

Thank you...

**David R. Pike**
Director

MSS International Consultants (BVI), Ltd.
BVI Registered and Approved Fund Manager

Ritter House
Wickhams Cay II, PO Box 3170
Road Town. Tortola
British Virgin Islands, VG1110
Email Address: mailto:drpike@msicbvi.com
Attention: MSS International Consultants (BVI), Ltd.
Tel. +1-786-261-8160
Fax +1-786-513-7770

CONFIDENTIALITY NOTICE:
This e-mail and any attached files from MSS International Consultants (BVI), Ltd. may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We may scan and or monitor emails sent to and from our servers to ensure regulatory compliance to protect our clients and business.

From: Irina Dilkinska [mailto:irina.dilkinska@ravenr.com]
Sent: Tuesday, September 13, 2016 8:08 AM
To: drpike@msicbvi.com; joanna.allinson@ravenr.com
Cc: 'Mark S. Scott' <msscott@msicbvi.com>
Subject: RE: Please catch me up...
Importance: High

Hello David and all, regarding the IoM companies -- I have talked to Felix and he confirmed the KYC provided has been approved, a payment has been requested -- it has been processed for payment and swift shall be sent to him as confirmation. Regarding xcoinx -- please be informed that the UBO shall be the same person as for OneLife (Mr. Zahariev -- for whom you already have the full KYC set) -- before proceeding however -- I will talk to Mark when we meet (15th of September) -- need to discuss with him some aspects regarding this matter.

For the rest of the questions -- Joanna will be sending you the update.

Regards
Irina

From: David R. Pike [mailto:drpike@msicbvi.com]
Sent: Monday, September 12, 2016 10:44 PM
To: 'Irina Dilkinska'; joanna.allinson@ravenr.com
Cc: 'Mark S. Scott'
Subject: Please catch me up...

Good evening Irina,

I do not expect you to see this tonight, just cleaning up my todo list for my day.

I would appreciate an understanding of your plan and current state regarding the setup of the Isle Of Man companies, xCoinx and One Life. Can you tell me where you are with these? Corporate setup and Controlling Persons (CP)?

Also, while I am keeping up with the Executive Trading KYC I'm not sure where it's going. There are now four (potential) CPs and none complete (or terribly convincing). Can you give me an understanding of your plan here? How do we get these done and bearing of scrutiny?

Thanks for bringing me up to date on these.

**David R. Pike**
Director

MSS International Consultants (BVI), Ltd.
BVI Registered and Approved Fund Manager

Ritter House
Wickhams Cay II, PO Box 3170
Road Town. Tortola

British Virgin Islands, VG1110
Email Address: mailto:drpike@msicbvi.com
Attention: MSS International Consultants (BVI), Ltd.
Tel. +1-786-261-8160
Fax +1-786-513-7770

CONFIDENTIALITY NOTICE:
This e-mail and any attached files from MSS International Consultants (BVI), Ltd. may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We may scan and or monitor emails sent to and from our servers to ensure regulatory compliance to protect our clients and business.

MSSIBV_00119860