# EXHIBIT D

| | |
|---|---|
| **From:** | McGinnis, Michael (USANYS) |
| **To:** | Devlin-Brown, Arlo; Stanley, Katri A |
| **Cc:** | DiMase, Christopher (USANYS); Folly, Nicholas (USANYS); Levine, Robert (USANYS) [Contractor] |
| **Subject:** | US v. Scott, 17 Cr. 630 |
| **Date:** | Thursday, October 21, 2021 6:33:00 PM |
| **Attachments:** | 3525-020.pdf |
| | 3525-021.pdf |
| | Report.xlsx |
| | E-mails.xlsx |
| | Report.xlsx |

Counsel:

You previously made a number of requests and demands of the Government in connection with your Supplemental Motion for a New Trial. Below please find responses to some of your requests:

1. We have obtained permission from United Kingdom authorities to take possession of the boxes identified by Duncan Arthur and to share those materials with you. Notably, we do not have a certification from the U.K. regarding their production because we are not receiving the materials pursuant to an MLAT. We are not yet in possession of the boxes, but they will be taken into U.S. custody by the LEGAT in the U.K. and will be transported here. We will let you know when we have received the boxes from the LEGAT.

2. We have obtained additional statements that Duncan Arthur made to United Kingdom authorities. Documents reflecting those statements are attached to this email as 3252-020 and 3525-021.

3. You asked us to review materials in connection with Irina Dilkinska's travel to India in July 2016. Attached to this email are three separate spreadsheets containing statements relating to her travel during this time period. These documents were produced to you prior to trial in the device contained at KG_USAO_00161152. In addition, we have made a request through the LEGAT to Indian authorities for travel records for Ms. Dilkinska for July 2016. We are still waiting to hear from Indian authorities and have not received any documentation.

4. We noted in prior communications that we reached out to Bulgarian authorities regarding travel information for Ms. Dilkinska. Bulgarian authorities informed us of the following:

    Departed Bulgaria on 06/09/2016 via flight W64303- SOF
    Returned to Bulgaria on 06/12/2016 via flight W64304- SOF
    Potential unrecorded inter-EU travel unknown date/location
    Returned to Bulgaria 12/22/2016 via flight A3856- SOF

5. We are producing to you via USAfx an extraction of the cell phone seized at the MCC containing Ignatov communications. Ignatov's counsel has asserted privilege over certain communications. As a result, the extraction does not contain communications over which Ignatov's counsel asserts privilege.

Thank you.

Regards,

Michael McGinnis
Assistant United States Attorney
Southern District of New York