# EXHIBIT E

**From:** Folly, Nicholas (USANYS)
**To:** Murray, Juliana (USANYS) 1
**Subject:** FW: Draft Translations and Interview Notes
**Date:** Thursday, January 27, 2022 4:06:25 PM
**Attachments:** 3524-069.pdf
3524-071.xlsx
3524-072.xlsx
3524-073.pdf
3524-070.pdf

---

**From:** Folly, Nicholas (USANYS)
**Sent:** Friday, November 5, 2021 6:40 PM
**To:** Devlin-Brown, Arlo <adevlin-brown@cov.com>; Stanley, Katri A <KStanley@cov.com>; David M. Garvin <ontrial2@gmail.com>
**Cc:** McGinnis, Michael (USANYS) <MMcGinnis@usa.doj.gov>; DiMase, Christopher (USANYS) <CDiMase@usa.doj.gov>; Levine, Robert (USANYS) [Contractor] <RLevine1@usa.doj.gov>
**Subject:** Draft Translations and Interview Notes

Counsel:

Attached to this email please find a production of materials relating to the MCC Phone possessed by Konstantin Ignatov.  These materials are being produced under the terms of the protective order governing 3500 material.  For your convenience, Included with this production are draft translations of messages contained on the phone. Please confirm  your agreement that these draft transcripts will not be used in any future proceeding to conduct cross examination of any witness or to impeach or call into question the accuracy of any final transcript.  In addition, please find interview notes of an interview conducted with Konstantin Ignatov on November 4, 2021.

Best,
Nick