# EXHIBIT A

**From:** "Konstantin Ignatov" <konstantin@onecoin.eu>
**To:** "'Mark S. Scott'" <msscottlaw@gmail.com>
**Subject:** RE: Privileged attorney client communication
**Sent:** Fri, 16 Sep 2016 14:11:46 +0300

Case 1:17-cr-00630-ER   Document 461-1   Filed 02/28/22   Page 2 of 7

GOVERNMENT
EXHIBIT
4028
17 Cr. 630 (ER)

Sent them via driver to you. Please confirm when you received them!

**From:** Mark S. Scott [mailto:msscottlaw@gmail.com]
**Sent:** Friday, September 16, 2016 1:56 PM
**To:** Konstantin Ignatov <konstantin@onecoin.eu>
**Subject:** Re: Privileged attorney client communication

Whichever you prefer is fine.

Mark S. Scott, Esq.
Managing Member

Mark S. Scott, P.L.
Attorneys at Law

Sent from my BlackBerry Priv - the most secure mobile device - via the AT&T Network

**From:** konstantin@onecoin.eu
**Sent:** September 16, 2016 1:24 PM
**To:** msscottlaw@gmail.com
**Subject:** RE: Privileged attorney client communication

Dear Mark,
I have some Documents Irina wants to send you, but I can give it to you in person. Would it be possible?
Thanks in advance

**From:** Mark S. Scott [mailto:msscottlaw@gmail.com]
**Sent:** Friday, September 16, 2016 11:51 AM
**To:** Konstantin Ignatov <konstantin@onecoin.eu>
**Subject:** Re: Privileged attorney client communication

Of course. I missed the first meeting due to moving forward on a project and knew she is busy now. Whenever works best. Thank you.

Mark S. Scott, Esq.
Managing Member

Mark S. Scott, P.L.
Attorneys at Law

Sent from my BlackBerry Priv - the most secure mobile device - via the AT&T Network

**From:** konstantin@onecoin.eu
**Sent:** September 16, 2016 11:19 AM
**To:** msscottlaw@gmail.com
**Subject:** RE: Privileged attorney client communication

Hallo Mark
How are you?
Ruja will send you the car at 5pm to bring you to the meeting. Would it be ok?
Best,

**From:** Mark S. Scott [mailto:msscottlaw@gmail.com]
**Sent:** Wednesday, September 14, 2016 5:37 AM
**To:** Konstantin Ignatov <konstantin@onecoin.eu>
**Subject:** Re: Privileged attorney client communication

Thanks. Good night!

Mark S. Scott, Esq.
Managing Member

Mark S. Scott, P.L.
Attorneys at Law

Sent from my BlackBerry Priv - the most secure mobile device - via the AT&T Network

**From:** konstantin@onecoin.eu
**Sent:** September 13, 2016 22:36
**To:** msscottlaw@gmail.com
**Subject:** Re: Privileged attorney client communication

Thank you mark!
You Transfer is arranged to the radisson but i will change it and send you the confirmation!
Best

Von meinem iPhone gesendet
Am 13.09.2016 um 21:31 schrieb Mark S. Scott <msscottlaw@gmail.com>:
Sorry for any confusion. I was always going to fly to Sofia to see her. I. Am glad all is working out now. See you there.
Could you please confirm that I will be picked up on Thursday from the airport and taken to the Hilton. Thanks.

Mark S. Scott, Esq.
Managing Member

Mark S. Scott, P.L.
Attorneys at Law

Sent from my BlackBerry Priv - the most secure mobile device - via the AT&T Network

**From:** konstantin@onecoin.eu
**Sent:** September 13, 2016 22:29
**To:** msscottlaw@gmail.com
**Subject:** Re: Privileged attorney client communication

Ok perfect.
Just one quastion, could you please confirm next Time, because i didn't know for sure you will come, so i could not schedule it, wich causes some Problems for Dr Ruja.
Thank you
And if you need something for your stay please let me know!
Best, Konstantin

Von meinem iPhone gesendet
Am 13.09.2016 u19:21 schrieb Mark S. Scott <msscottlaw@gmail.com>:
Hi Konstantin,

Slight change of plans. R asked me to stay until Saturday. The Radisson is not available on Friday night so I will stay at the Hilton again.

R and I meeting at the Residence at 8:00 pm on Thursday and Friday afternoon.

I need to be at the airport on Saturday for a 5:40 am flight.

Best,

Mark


Mark S. Scott, Esq.
Managing Member

Mark S. Scott, P.L.
Attorneys at Law

Sent from my BlackBerry Priv - the most secure mobile device - via the AT&T Network

**From:** konstantin@onecoin.eu
**Sent:** September 13, 2016 17:56
**To:** msscottlaw@gmail.com
**Subject:** RE: Privileged attorney client communication

Hi Mark,
Your transfer should be done. I am just waiting for the confirmation. As soon as I have it I will forward to you. Can you just give me the time of your meeting to schedule it ?
Best,
Konstantin

**From:** Mark S. Scott [mailto:msscottlaw@gmail.com]
**Sent:** Tuesday, September 13, 2016 7:12 PM
**To:** Konstantin Ignatov <konstantin@onecoin.eu>
**Subject:** Re: Privileged attorney client communication

Hi Konstantine,

Ruja asked me to let you know that I will be arriving on Lufthansa flight 1426 from Frankfurt in Sofia on Thursday landing at 1:00 pm. She asked that I get picked up and brought to hotel staying at Radisson this time.

Best,

Mark

Mark S. Scott, Esq.
Managing Member

Mark S. Scott, P.L.
Attorneys at Law

Sent from my BlackBerry Priv - the most secure mobile device - via the AT&T Network
**From:** konstantin@onecoin.eu

**Sent:** September 2, 2016 06:04
**To:** msscottlaw@gmail.com
**Subject:** RE: Privileged attorney client communication

Hallo Mark,
I really understand you in this point. So do you think September 15th would be adequate? Would it be possible to come to Sofia then?
Best,
Konstantin

---

**From:** MSSLAW [mailto:msscottlaw@gmail.com]
**Sent:** Friday, September 2, 2016 11:47 AM
**To:** Konstantin Ignatov <konstantin@onecoin.eu>
**Subject:** Re: Privileged attorney client communication

Dear Konstantin,

I tried all I could, but I simply cannot be in Sofia until September 15, maybe even September 14.  My girlfriend and I are trying to have a baby through IVF and there are a series of tests and procedures that have to happen on certain dates before the transplant procedure.  The doctor recommended that nothing is changed.

As mentioned, if more urgent, I could take certain overnight trips towards Mexico and maybe meet with her on one of the Mexican Islands or Caribbean ones close to Mexico.

Again, I am very sorry for the unusual circumstances.

Best,

Mark

Mark S. Scott, P.L.
Managing Member

Sent from my iPad. Please excuse typos.
On Sep 1, 2016, at 7:51 AM, Konstantin Ignatov <konstantin@onecoin.eu> wrote:

> Dear Mark,
> Do you think it would be otherwise possible to come to Sofia next Tuesday 6th? Ruja needs to see you asap.
>
> Best regards,
> Konstantin
>
> **From:** Mark S. Scott [mailto:msscottlaw@gmail.com]
> **Sent:** Wednesday, August 31, 2016 7:25 PM
> **To:** Konstantin Ignatov <konstantin@onecoin.eu>
> **Subject:** Re: Privileged attorney client communication
>
> Still working on this. Sorry. How is she flying to MC? From Sofia?
>
> Mark S. Scott, Esq.
> Managing Member
>
> Mark S. Scott, P.L.
> Attorneys at Law
>
> Sent from my BlackBerry Priv - the most secure mobile device - via the AT&T Network

**From:** konstantin@onecoin.eu
**Sent:** August 30, 2016 03:34
**To:** msscottlaw@gmail.com
**Subject:** RE: Privileged attorney client communication

Hi Mark,
Maybe Saturday 17th would work too, but I think Ruja would really appreciate if we could manage it during the week.
Best,
Konstantin

**From:** Mark S. Scott [mailto:msscottlaw@gmail.com]
**Sent:** Tuesday, August 30, 2016 10:22 AM
**To:** Konstantin Ignatov <konstantin@onecoin.eu>
**Subject:** Re: Privileged attorney client communication

Thanks Konstantin. Let me work on that and get back to you. Is the 16th her last day in Sofia or a day later work as well? Will try to make it happen and confirm.

Mark S. Scott, Esq.
Managing Member

Mark S. Scott, P.L.
Attorneys at Law

Sent from my BlackBerry Priv - the most secure mobile device - via the AT&T Network

**From:** konstantin@onecoin.eu
**Sent:** August 30, 2016 3:19 AM
**To:** msscottlaw@gmail.com
**Subject:** RE: Privileged attorney client communication

Hallo Mark,
No problem we will find a suitable way for a meeting!
What do you think about September the 15th/16th in Sofia?
Best,
Konstantin

**From:** Mark S. Scott [mailto:msscottlaw@gmail.com]
**Sent:** Tuesday, August 30, 2016 10:08 AM
**To:** Konstantin Ignatov <konstantin@onecoin.eu>
**Subject:** Re: Privileged attorney client communication

Hi Konstantin,

Is that the only City she will be in? I cannot travel there due to the high altitude. Otherwise I will have to come to Sofia again.

Also, I already have appointments in New York September 10 - 13, 2016 that I cannot miss.

Sorry for the difficulties, but lets try to find another way. Which days will she be in Europe and where during the next 2 -3 weeks?

Best,

Mark

Mark S. Scott, Esq.
Managing Member

Mark S. Scott, P.L.
Attorneys at Law

Sent from my BlackBerry Priv - the most secure mobile device - via the AT&T Network

**From:** konstantin@onecoin.eu
**Sent:** August 30, 2016 2:48 AM
**To:** msscottlaw@gmail.com
**Subject:** RE: Privileged attorney client communication

Dear Mark,
Would Thursday September 8th at 5 pm in Mexico City be ok? I will update you soon about the hotel.
Best regards,
Konstantin

**From:** mark scott [mailto:msscottlaw@gmail.com]
**Sent:** Tuesday, August 30, 2016 6:29 AM
**To:** Konstantin@onecoin.eu
**Subject:** Privileged attorney client communication

Dear Konstantin,

Ruja and I need to meet somewhere for a few hours in the next couple of weeks. She mentioned she would be in Mexico soon. Which date and in which City can she meet me there?

Otherwise let's explore maybe meeting somewhere on her way to Mexico or back. I would like to avoid flying all the way back to Europe, but of course will if that is the only option.

Best,

Mark