# EXHIBIT E

---

| | |
|---|---|
| **From:** | McGinnis, Michael (USANYS) <Michael.McGinnis@usdoj.gov> |
| **Sent:** | Wednesday, September 22, 2021 9:10 PM |
| **To:** | Devlin-Brown, Arlo; Folly, Nicholas (USANYS) |
| **Cc:** | Stanley, Katri A; David Garvin; DiMase, Christopher (USANYS); Levine, Robert (USANYS) [Contractor] |
| **Subject:** | RE: Mark Scott: 3500 Material |

[EXTERNAL]

Arlo --- Following up on our call from last week, we wanted to provide some additional information and materials consistent with your request.

1)      We previously produced to you notes and an interview report from an interview conducted on March 6, 2019 of Duncan Arthur.  See 3525-001 and 002.  The interview report references documents provided by Arthur to law enforcement.  We will be producing the documents as 3535-018 and 019 via USAfx, which our paralegal will produce under separate cover.

2)      Agent Shimko has had no communications with Arthur at any point.

3)      ▮▮▮▮▮▮▮▮▮▮ is an investigator for the New York County District Attorney's Office.  He was seconded to the City of London Police.  As part of the investigation, his role was to assist in coordinating and liaising between United States law enforcement and City of London Police.

4)      During our meeting with Konstantin Ignatov following the filing of your motion, we informed him that his cooperation agreement is in jeopardy and that he was obligated under his cooperation agreement to provide truthful information.

Regards,

Mike

Michael McGinnis
Assistant United States Attorney
Southern District of New York