**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 30, 2022

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Oral Argument will be held on April 14, 2022 at 2 p.m.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated:  4/7/2022
> New York, New York

Re:  *United States v. Mark S. Scott*, S10 17 Cr. 630 (ER)

Dear Judge Ramos:

The Government respectfully submits this letter regarding the defendant's original and supplemental motions in the above-captioned case for a judgment of acquittal or a new trial pursuant to Federal Rules of Criminal Procedure 29 and 33 (Dkt. Nos. 217 and 410, the "Motions"). As the Court is aware, the Motions are now fully briefed. Accordingly, the Government respectfully requests that the Court schedule oral argument in connection with the Motions at the Court's earliest convenience.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

By:      /s/
Nicholas Folly / Michael McGinnis / Juliana Murray
Assistant United States Attorneys
(212) 637-1060 / 2305 / 2314