

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 8, 2022

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Mark S. Scott*, S10 17 Cr. 630 (ER)

Dear Judge Ramos:

    On April 7, 2022, the Court scheduled oral argument on the defendant's post-trial motions for April 14, 2022, *see* ECF No. 469.  Due to a scheduling conflict for both parties, the parties respectfully submit this letter to request the Court adjourn the oral argument until April 25, 2022.

        Very truly yours,

        DAMIAN WILLIAMS
        United States Attorney

By:         /s/
        Nicholas Folly / Michael McGinnis / Juliana Murray
        Assistant United States Attorneys
        (212) 637-1060 / 2305 / 2314