

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 14, 2022

**BY EMAIL/ECF**

The Honorable Edgardo Ramos
United States District Judge
United States Courthouse
New York, New York 10007

    Re:    *United States v. Scott et. al*, 17 Cr. 630 (ER)

Dear Judge Ramos:

Please be advised that I will be leaving the U.S. Attorney's Office. Accordingly, I respectfully request that the Clerk of Court remove me as counsel of record from all future ECF notifications in this case.

Thank you for the Court's consideration.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

By:   /s_____
       Michael McGinnis
       Assistant United States Attorneys
       (212) 637-2305

cc:    Counsel of Record (by ECF)