

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 12, 2023

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

      **Re:**    *United States v. Ruja Ignatova, et al.*, 17 Cr. 630 (ER)

Dear Judge Ramos:

      The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:    /s/
      Christopher J. DiMase
      Assistant United States Attorney
      Tel.: (212) 637-2433