

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

## MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 12, 2023

<u>BY ECF</u>

The Honorable Edgardo Ramos
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re:     *United States v. Ruja Ignatova, et al.*, 17 Cr. 630 (ER)

Dear Judge Ramos:

The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York.  Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:     _____/s/_____
Christopher J. DiMase
Assistant United States Attorney
Tel.: (212) 637-2433

The application to withdraw as counsel of record is granted.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated:  6/13/2023
New York, New York