# Inner City Press

September 6, 2023

Via ECF

Hon. Edgardo Ramos, United States District Judge
Southern District of New York, 40 Foley Square, New York, NY 10007

Re: Reply / Renewed Press application to be heard / to unseal sentencing memo and exhibits in US v. Karl Sebastian Greenwood, 17-cr-630-ER-5

Dear Judge Ramos:

  Inner City Press has been covering the above captioned criminal case and has seen on ECF the defendant's counsel's response on unsealing (the "Response.")

  The Response provides not a single additional document but rather cites a single (Mafia) case from the White Plains courthouse.

  Notably in that case the US Attorney's Office supported sealing to avoid "violent retribution by a criminal organization" which "expressly disavows cooperation with law enforcement and demands violent retaliation against informants." *US v. Pasqua*, 16-cr-591 (NSR) Dkt 41 at 13, 3.

  It is not clear which analogy Greenwood's counsel seeks to make: that OneCoin and his co-founder are linked with organized crime, or that victims of OneCoin's fraud should not know who is supporting a time served sentence for Greenwood. The latter should be rejected, and Greenwood has not assisted the prosecution or victims.

   So the analogy and ostensible precedent should be rejected, and the submissions unsealed.

    Respectfully submitted,

/s/

Matthew Russell Lee, Inner City Press

cc:  howard.leader@gmail.com, jweddle@weddlelaw.com, mfaridi@pbwt.com, lspotter@pbwt.com, juliana.murray@usdoj.gov, kevin.mead@usdoj.gov, nicholas.folly@usdoj.gov

Inner City Press: In-house SDNY: Room 480, 500 Pearl Street, NY NY 10007
E-mail: Matthew.Lee@innercitypress.com - Tel: 718-716-3540
Regular Mail: Dag Hammarskjold Center, Box 20047, New York, NY 10017