

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 19, 2023

> Sentencing will be held on December 12, 2023 at 3:30 p.m. The sentencing submission schedule is approved.
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 9/19/2023
> New York, New York

**VIA ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Mark Scott,* 17 Cr. 630 (ER)

Dear Judge Ramos:

     In light of the Court's denial of the defendant's post-trial motions, the parties write to propose a schedule for sentencing. The parties jointly propose that the sentencing be scheduled at a date convenient to the Court during the week of December 4 or December 11. The parties further propose that the Government's sentencing submission be due one week before the sentencing date and that the defendant's sentencing submission be due three weeks before the sentencing date.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/
Nicholas Folly/
Juliana N. Murray/ Kevin Mead
Assistant United States Attorneys
(212) 637-1060/2314/2211

cc:   Counsel of Record (by ECF)