**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1046
adevlin-brown@cov.com

November 22, 2023

By ECF
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007
m
      Re:    *United States v. Mark S. Scott*,  S10 17 Cr. 630(ER)

Dear Judge Ramos:

      We write on behalf of our client, Mark Scott, to request an adjournment of the sentencing date, currently set for December 12, 2023.  The government does not oppose this request.  We seek the adjournment both to obtain information relating to recent medical procedures that will inform the sentencing submission and due to schedule constraints of defense counsel.

      After consulting with the government, we propose sentencing either the week of January 22 or the week of February 12 (other than February 16th), at a time convenient for the court.  The sentencing submissions would be filed on the schedule previously ordered. This is Mr. Scott's first request for an adjournment to the December 12th sentencing date, which was jointly proposed by the parties after the Court denied Mr. Scott's pretrial motions.

      Respectfully Submitted,

      /s Arlo Devlin-Brown
      Arlo Devlin-Brown

      David M. Garvin