# Exhibits A1 - A15 Redacted