Exhibits B1 – B3 Redacted