

June 15, 2020

To Honorable Judge Edgardo Ramos,

My name is Ashley Cunill, I am the Director and Speech-Language Pathologist at CAPS International Inc. CAPS is a Miami based school and therapy center for Autistic children. I first joined CAPS, formerly known as Crystal Academy in 2009, as employee #1. I am aware of Mark Scott's situation and submit this information for your consideration accordingly.

Mark Scott provided hundreds of hours of pro bono legal support to Crystal Academy. From formation and crafting of documents requiring legal language, through reorganization, and application and granting of 501(c)(3) status. This support included Mr. Scott facilitating the separation of the original Crystal Academy partners and resolving in Crystal Academy's material benefit all non-compete issues. Mr. Scott handled all legal matters for Crystal Academy for its first 8 years. Without this support Crystal Academy may not have prevailed in many of the challenges we faced.

In addition to pro bono legal support, Mr. Scott facilitated introductions to politicians and community leaders that benefited Crystal Academy's roll in the community, and enhanced awareness and attendance for fundraising events. Mr. Scott himself donated generously to Crystal Academy on multiple occasions, including the entire cost of the creation and outfitting of a complete additional classroom serving up to 6 additional Autistic children.

Mr. Scott gave many hours of additional support by serving as Chairman of Board of Crystal Academy for several years.

Sincerely,

Ashley Cunill, MS, CCC-SLP
Administrative Director