Exhibit C-11 - Redacted