December 21, 2023

Judge Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Leniency for my husband Mark S. Scott

Dear Judge Ramos,

I wanted to take this opportunity to once again ask for leniency for my husband and update your Honor on the hardships suffered by my family over the past four years, since I submitted my initial request for leniency on behalf of my husband. Not only Mark, but his son and me, have been greatly affected by my husband's long enduring home confinement, his grave health issues and the prospect of him being taken from us either by incarceration or illness.

The weight of the decision your honor will be making about Mark's fair punishment has been a constant companion on our family's difficult journey since his conviction over four years ago on November 19, 2019. I wake up every day frightened, not knowing how ████████████████ would manage if Mark is taken from us. I am also frightened for Mark, as I know how serious his health issues are and how great of a daily effort he makes to keep himself steady.



I implore you that Mark, for medical reasons alone, be allowed to stay at home, as he does now, to serve any sentence you impose. But even more so, I ask



Also, with me now as the sole breadwinner, Mark is essential for our family to function and for ▮▮▮ to develop as he should. We have no extended family that can help us. Mark's mother, who was planning to move to the U.S. ▮▮▮ while he was unable to see and help her, and my mother lives thousands of miles away. Our young son needs family around him, and there are only the two of us. If you believe that you have to impose a jail sentence, please keep him close to ▮▮▮ and me, so we can visit and Mark often and he can continue to see his local doctors, who have been with him for years and know all intricacies of his medical conditions, those that literally know him inside and out.

Mark has suffered greatly during his more than five years in home confinement. Close to four of those years were spent literally within the four walls of our home without any opportunity at all to be out, to experience any little bit of life, but for medical reasons. Mark is dedicated to his family. If you let him serve any sentence at home, he will not run. He will not ruin things for ▮▮▮ and me. Our home, which so would be lost, is all we have left and I have worked very hard to keep this roof over our heads. Mark would not jeopardize this for sure. I think he has proven that to your Honor. My husband is not a dangerous man and he will not cause harm if you allow him to stay with us under strict conditions. Perhaps you can order him to serve the community in some fashion as he has much to offer as a worker and a teacher.

After the last five years of immense hardship, our family simply cannot endure many more added years of punishment, and definitively not without my husband at least being physically by our side. The law may view this differently, but the way Mark had to live for such a long time under these strictest of restrictions added in April of 2020, and wearing an ankle monitor for over five years, is in itself punishment and has deeply impacted him mentally. Having been ostracized from society for more than five years, to be hindered to develop further professionally at only age 50, and being limited in experiencing ones child in many settings, in itself is very tough punishment and it has left a significant toll on Mark, from which he will never fully recover.

3

Your Honor, my husband has suffered a lot over the past five years, and he shows it. Respectfully, I know it is of course your decision to make, but I think that sending him to jail for many years, which would also deeply affect our young son, on top of what he has already been through, would likely cause irreversible medical and financial harm, far extending any sentence you may impose on him. Mark and our family will be affected by this all for a very long time, long into retirement as all he worked for, including his retirement money, has been taken from him.

Mark by losing his licenses to practice law, and his reputation, has lost his means to make a living in his learned profession and will have to completely restart his life, our family's life, after serving any more punishment. It would hard for him to do this now, but it would be close to impossible to restart at all if his opportunity would be delayed for several years, to when he is much older and possibly physically unable to do so. I ask that you also keep in mind that my husband may have a lower life expectancy than most based on his several illnesses. Any lengthy sentence in jail will be much more impactful on him and his family.

Once again, I appeal to your Honor's decency and empathy for our difficult situation. Please be just and give us, and especially our son, a fair chance at life.

Respectfully,

*[signature]*

Lidia V. Scott