# ROBERT J. SKORUPA
### Attorney at Law

June 16, 2020

Honorable Edgardo Ramos
United States District Judge
Southern District of New York

Re:  Mark S. Scott Sentencing

Dear Judge Ramos:

I am writing on behalf of Mark S. Scott, who will soon face a sentencing hearing before you, for a crime of which he was convicted.

I write to ask, respectfully, that the Court be lenient when making its' determination and I do so for the following reasons:

I am an attorney, licensed to practice law before the bar of the Commonwealth of Massachusetts, the State of Rhode Island, the respective federal courts of those jurisdictions, and the Supreme Court of the United States where I have been a member since 1985;

During that time, I have come to know Mark (Mr. Scott) quite well in both personal and professional capacities. In my judgment he is a decent, caring, and honorable person who has always responded to his commitments and responsibilities, in a reasonable manner;

I don't know how to adequately express a request for leniency such as this, but perhaps relaying a few vignettes of my experiences will provide you with some insight when making your determination.

I represented Mark in the Probate of his father's estate some years ago. At issue were the normal distributions of a personal estate; a house in Greenfield, Massachusetts, Federal Insurance Benefits; and some personal property, including his father's watch and BMW automobile.

I became aware that Mark deeply cared for his father, but I was nonetheless moved by the importance he placed on the personal property that belonged to his Dad, rather than having the often seen singular interests in monetary issues.

This occurred to me during trial, when I read that purchases of watches and sporty automobiles were introduced as suggestions of avarice, rather than what I saw, a continuance of his lifelong reach for familial grounding and reconnection.

These priorities are further seen in his caring of other individuals and family members. His mother lives outside Frankfurt, Germany, where Mark spent his early years living on an American Military base where his father was stationed. After attending college and law school in Boston, Mark remained in dutiful contact with his mother, which became all the more difficult as she suffers ██████████████

Mark is married and has a young son. This too, falls in line with his previously stated expressions of the value and importance to him of a family.

These expressions occurred to me, as well, during his wedding ceremony, which I attended. When the pastor asked Lydia, his wife to be, if she would take his hand in marriage, she responded with the greatest (read as loud) affirmation of "I do" that only a deserving person could possibly earn.

It is my firm belief that Mark is a deserving person and the Court will not be failed, society not be harmed, and the lives of substantial others be improved should leniency be offered in this matter.

Thank you.

Sincere Regards,

*Robert J. Skorupa*

Robert J. Skorupa

RJS/kbh