

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 24, 2024

**VIA ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Mark Scott,* **17 Cr. 630 (ER)**

Dear Judge Ramos:

    The Government respectfully submits this letter in response to the Court's order directing the parties to respond to a request to unseal portions of the defendant's sentencing submission. The defendant has submitted a letter regarding those redactions, dkt. 608, and the Government has no objection to them.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    /s/
    Nicholas Folly/
    Juliana N. Murray/ Kevin Mead
    Assistant United States Attorneys
    (212) 637-1060/2314/2211

cc:    All Counsel of Record (by ECF)