UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– against –

MARK S. SCOTT,

Defendant.

**ORDER**

17-cr-630 (ER)

Ramos, D.J.:

On January 19, 2024, Defendant submitted his sentencing submission, which included portions that were redacted and under seal. Doc. 606. The same day, Matthew Russell Lee of the Inner City Press moved to unseal the sentencing submission. Defendant argues that the limited redactions in his submission are appropriate and consistent with the rules regarding sealing, but he proposes filing a redacted version of Exhibit C-11 (which had previously been filed entirely under seal) in response to Lee's application. Doc. 608.

The Court finds that unsealing is not warranted in that the redactions in Defendant's sentencing submission are appropriately limited to Defendant's and others' medical information, individuals' identities and personal information, discussions of minor children, and other similarly protected information. Accordingly, the motion to unseal Defendant's sentencing submission is DENIED. Further, Defendant is directed to submit the redacted version of Exhibit C-11 by January 26, 2024.

It is SO ORDERED.

Dated:   January 24, 2024
         New York, New York

Edgardo Ramos, U.S.D.J.