**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1046
adevlin-brown@cov.com

February 7, 2024

By ECF
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007
m
      Re:    *United States v. Mark S. Scott*, S10 17 Cr. 630(ER)

Dear Judge Ramos:

      At the sentencing in this matter the undersigned counsel proposed – and the Court adopted – a schedule for the parties to brief bail pending appeal, with the defense submission due on February 8th.  Mr. Scott is currently assessing options for counsel for the Second Circuit appeal.  To afford new counsel time to learn the matter and coordinate with the undersigned on bail pending appeal issues, we respectfully <u>request that the Court withdraw the current briefing schedule.</u>  The parties will confer and propose a new schedule next week.  The government has no objection to this request.

      Respectfully Submitted,

      /s Arlo Devlin-Brown
      Arlo Devlin-Brown
      David Garvin

cc: All counsel via ECF

---

The application to withdraw the current briefing schedule for Scott's motion for bail pending appeal is granted. SO ORDERED.

*[signature]*

Edgardo Ramos, U.S.D.J.
Dated: __2/8/2024__
New York, New York