AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No.  17-CR-630-ER-1 |
| Mark Scott | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Mark S. Scott                                           .

Date:   02/26/2024

/s/ S. Conrad Scott
*Attorney's signature*

S. Conrad Scott (5550629)
*Printed name and bar number*

Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018

*Address*

cscott@cov.com
*E-mail address*

(212) 841-1249
*Telephone number*

(646) 441-9249
*FAX number*