Criminal Notice of Appeal - Form A

**Amended NOTICE OF APPEAL**

United States District Court

Southern District of New York

Caption:
United States
v.
Scott

Docket No.: 1:17-CR-00630-ER-1
Judge Edgardo Ramos
(District Court Judge)

Notice is hereby given that Defendant Mark S. Scott appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ], other [✓] amended judgment
(specify)
entered in this action on February 12, 2024
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [✓]   Other [ ]

Defendant found guilty by plea [ ] | trial [✓] | N/A [ ]

Offense occurred after November 1, 1987?  Yes [✓]   No [ ]   N/A [ ]

Date of sentence: 2/12/2024   N/A [ ]

Bail/Jail Disposition: Committed [✓]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [✓] | No [ ]   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | S. Conrad Scott, Covington & Burling LLP |
| Counsel's Address: | 620 Eighth Avenue |
| | New York, NY 10018 |
| Counsel's Phone: | (212) 841-1249 |
| Assistant U.S. Attorney: | Nicholas Folly, USAO-SDNY |
| AUSA's Address: | One Saint Andrew's Plaza |
| | New York, NY 10007 |
| AUSA's Phone: | (212) 637-1060 |

Signature

Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018

[SDNY stamp]

2024 FEB 26 PM 7:05
US DISTRICT COURT SDNY

Clerk of Court – Appeals
USDC, SDNY

Re: United States v. Scott, No. 17-CR-630-ER-1
Mark S. Scott Amended Notice of Appeal