# COVINGTON

BEIJING  BOSTON  BRUSSELS  DUBAI  FRANKFURT
JOHANNESBURG  LONDON  LOS ANGELES  NEW YORK
PALO ALTO  SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

Arlo Devlin-Brown

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1046
adevlin-brown@cov.com

By CM/ECF

March 14, 2024

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *United States v. Scott*, No. 17-CR-630-1

Dear Judge Ramos:

I write on behalf of defendant Mark Scott in regards to a schedule for briefing Mr. Scott's forthcoming motion for bail pending appeal. I have conferred with counsel for the Government, and the parties have agreed to the following proposed schedule:

- Mr. Scott will submit his letter motion by March 26, 2024.

- The Government will submit its response by April 9, 2024.

Thank you for your consideration of this proposal.

Respectfully submitted,

/s/ Arlo Devlin-Brown
Arlo Devlin-Brown

cc: All counsel by CM/ECF