# COVINGTON

BEIJING  BOSTON  BRUSSELS  DUBAI  FRANKFURT
JOHANNESBURG  LONDON  LOS ANGELES  NEW YORK
PALO ALTO  SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1000

**By CM/ECF**

October 4, 2024

Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY  10007

Re:  *United States v. Scott*, No. 17-CR-630-ER-1

Dear Judge Ramos:

Pursuant to Local Criminal Rule 1.2 and Local Civil Rule 1.4 of the United States District Courts for the Southern and Eastern Districts of New York, I respectfully request that this Court grant me leave to withdraw as counsel for defendant Mark S. Scott due to my forthcoming departure from the firm Covington & Burling LLP.  My withdrawal will not prejudice any party or affect the schedule in this matter.  Mr. Scott will continue to be represented by Arlo Devlin-Brown of Covington & Burling LLP, who has previously appeared in this matter.  Mr. Scott has appealed from his conviction and sentence, and that appeal is currently pending before the U.S. Court of Appeals for the Second Circuit.  I appreciate the Court's consideration of the request and have attached a proposed order.

Respectfully submitted,

*/s/ S. Conrad Scott*
S. Conrad Scott

CC: counsel of record (via CM/ECF)

**COVINGTON**

October 4, 2024
Page 2

## CERTIFICATE OF SERVICE

I, S. Conrad Scott, hereby certify that on October 4, 2024, I caused a true and accurate copy of this Motion to Withdraw as Counsel to be served via the ECF system of the United States District Court for the Southern District of New York on all parties registered for CM/ECF in the above-captioned matter. I have also caused a true and accurate copy of the Motion to be served on Mr. Scott by electronic mail.

/s/ S. Conrad Scott
S. Conrad Scott