**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> MARK S. SCOTT, <br><br> Defendant. | Case No. 1:17-cr-630-ER-1 |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

The motion of S. Conrad Scott to withdraw as counsel for Defendant Mark S. Scott is GRANTED. S. Conrad Scott is hereby ordered to be removed from the CM/ECF service list for this action.

SO ORDERED this _____ day of October, 2024.

_____
HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE