**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

v.

MARK S. SCOTT,

                Defendant.

Case No. 1:17-cr-630-ER-1

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

The motion of S. Conrad Scott to withdraw as counsel for Defendant Mark S. Scott is

GRANTED. S. Conrad Scott is hereby ordered to be removed from the CM/ECF service list for

this action.

SO ORDERED this 11th day of October, 2024.

_____
HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE