UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>MARK S. SCOTT,<br><br>Defendant. | No. 17 Cr. 630 (ER)<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that I, Jennifer Ellen Blain, of the law firm Clarick Gueron Reisbaum LLP, hereby enter an appearance as counsel on behalf of third-party Lidia Kolesnikova in the above-captioned matter.

      I am admitted to practice in this Court.

Dated: March 20, 2025
      New York. New York

                                                  CLARICK GUERON REISBAUM LLP

                                                  By:   */s/ Ellen Blain*
                                                               Ellen Blain
                                                               41 Madison Avenue, 23rd Floor
                                                               New York, NY 10010
                                                               Tel: 212-633-4310
                                                                Email: eblain@cgr-law.com