

**U.S. Department of Justice**
*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

**MEMO ENDORSED**

March 31, 2025

<u>VIA ECF</u>

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The government's response is due June 30, 2025. SO ORDERED.
>
> /s/ Edgardo Ramos, U.S.D.J.
> Dated: 3/31/2025
> New York, New York

Re:   *United States v. Mark Scott,* 17 Cr. 630 (ER)

Dear Judge Ramos:

The Government respectfully submits this letter in response to the Court's order (Dkt. 676) directing the Government to respond, by April 4, 2025, to Petitioner Lidia S. Kolesnikova's petition for determination of third-party interest in property subject to forfeiture in the above-captioned case. (Dkt. 675.)

Kolesnikova's petition asserts an interest in four assets designated as "Specific Property" and one asset designated as "Substitute Property" in the *United States v. Scott* Preliminary Order of Forfeiture. To permit the Government sufficient time to collect, un-archive, and review case files relevant to the tracing of the source of funds used to purchase these assets, and then to draft a response to Petitioner's motion, the Government respectfully requests that the Court adjourn the deadline for the Government's response to in or about June 2025.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

By:   /s/
Juliana N. Murray/ Kevin Mead
Assistant United States Attorneys
(212) 637-2314/2211

cc:   All Counsel of Record (by ECF)