# COVINGTON

BEIJING  BOSTON  BRUSSELS  DUBAI  FRANKFURT
JOHANNESBURG  LONDON  LOS ANGELES  NEW YORK
PALO ALTO  SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

**Arlo Devlin-Brown**

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1046
adevlin-brown@cov.com

**By CM/ECF**                                                    May 14, 2025

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:  *United States v. Scott*, No. 17-cr-630-1

Dear Judge Ramos:

I represent Defendant Mark Scott.  Earlier today, the Court of Appeals for the Second Circuit issued the mandate remanding this case to the District Court for further proceedings. Dkt. 680.  A few hours later, the Government filed a letter requesting that this Court set a "prompt" surrender date.  Dkt. 681.

While this case has been pending in the Court of Appeals, Scott has continued to receive treatment for several serious medical conditions that were first documented in Scott's January 9, 2024 sentencing submission.  *See* Sealed Sent. Submission at 8–11.  In particular, there have been several significant new developments in certain of Scott's conditions for which he has treatment scheduled in the coming weeks.  In light of Scott's ongoing medical issues, Scott requests an opportunity to provide this Court with a more detailed update regarding the status of his conditions and treatment before this Court sets a surrender date.  Scott will make any such submission by May 19, 2025.

Respectfully submitted,

/s/ Arlo-Devlin Brown

Arlo Devlin-Brown
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018

*Counsel for Defendant
Mark S. Scott*