


U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 14, 2025

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**, pg. 2.

    Re:    ***United States v. Mark S. Scott*, S10 17 Cr. 630 (ER)**

Dear Judge Ramos:

    The Government writes to respectfully request that the Court set a surrender date for defendant Mark Scott.

    On November 21, 2019, defendant Mark Scott was found guilty on all counts by a jury after a three-week trial. On January 25, 2024, the Court sentenced the defendant to a term of imprisonment of 120 months and ordered the defendant to surrender by April 30, 2024. On February 8, 2024, the Court granted the defendant bail pending appeal.

    On January 31, 2025, the Second Circuit affirmed the defendant's conviction and sentence in a summary order. 23-7199 Dkt. 85. On April 21, 2025, the Second Circuit denied the defendant's petition for rehearing and for rehearing en banc. *Id.* Dkt. 93. Earlier today, the Second Circuit denied the defendant's motion to stay issuance of the mandate pending a petition for writ of certiorari, and it issued the judgment mandate to the district court. *Id.* Dkts. 98, 99.

    The defendant was convicted at trial more than five years ago, the Second Circuit has affirmed his conviction by summary order, and the Second Circuit has issued the mandate back to

this Court.  The Government respectfully requests that the Court set a prompt surrender date for the defendant.

<div style="text-align: right;">
Very truly yours,

JAY CLAYTON
United States Attorney

By: _____/s/_____
Juliana Murray
Kevin Mead
Assistant United States Attorneys
(212) 637-2314/2211
</div>

Cc:   Defense Counsel, via ECF

---

Upon review of the government's application, and Scott's response, filed under seal, Scott shall surrender for service of sentence at the institution designated by the BOP on August 18, 2025. The Clerk of the Court is respectfully directed to terminate the motions, docs. 681 and 682.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated:  5/21/2025
New York, New York

2