

U.S. Department of Justice
*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

June 26, 2025

**VIA ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The government's response is due July 30, 2025.
> SO ORDERED.
>
> [signature]
> Edgardo Ramos, U.S.D.J.
> Dated: 6/27/2025
> New York, New York

Re:   *United States v. Mark Scott,* **17 Cr. 630 (ER)**

Dear Judge Ramos:

The Government respectfully submits this letter in response to the Court's orders (Dkts. 676, 678) directing the Government to respond, by June 30, 2025, to Petitioner Lidia S. Kolesnikova's petition for determination of third-party interest in property subject to forfeiture in the above-captioned case.

The Government and Kolesnikova's counsel are discussing a potential settlement of Kolesnikova's forfeiture claims, but those discussions are ongoing. Accordingly, the Government respectfully requests that the Court adjourn the deadline for the Government's response for approximately 30 days, until on or about July 30, 2025.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:   /s/
Juliana N. Murray/ Kevin Mead
Assistant United States Attorneys
(212) 637-2314/2211

cc:    All Counsel of Record (by ECF)