

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 17, 2025

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Mark S. Scott*, S10 17 Cr. 630 (ER)

Dear Judge Ramos:

The Government writes in response to the defendant's sealed request to adjourn his surrender date from August 18, 2025 until September 15, 2025. The Government takes no position on the instant request for an adjournment of the surrender date, but will likely oppose any additional requests to adjourn the surrender date.

Very truly yours,

JAY CLAYTON
United States Attorney

By:  _____/s/_____
Kevin Mead
Juliana Murray
Assistant United States Attorneys
(212) 637-2211/2314

Cc: Defense Counsel, via ECF

---

Scott's application to adjourn his surrender date from August 18, 2025 until September 15, 2025, is granted.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 7/18/2025
New York, New York