

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

July 21, 2025

**VIA ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> **MEMO ENDORSED**
> The request is granted. The Government's deadline to respond to Petitioner Kolesnikova's petition for determination of third-party interest in property subject to forfeiture is adjourned to September 8, 2025. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: July 21, 2025
> New York, New York

Re: *United States v. Mark Scott,* 17 Cr. 630 (ER)

Dear Judge Ramos:

    The Government's response to Petitioner Lidia S. Kolesnikova's petition for determination of third-party interest in property subject to forfeiture in the above-captioned case is currently due on July 30, 2025. Dkt. 687. The Government and Kolesnikova's counsel are discussing a potential settlement of Kolesnikova's forfeiture claims, but those discussions are ongoing. With the consent of Kolesnikova, the Government respectfully requests that its response deadline be adjourned to September 8, 2025 to permit those discussions to continue.[1]

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: /s/
Kevin Mead / Juliana N. Murray
Assistant United States Attorneys
(212) 637-2211/2314

cc: All Counsel of Record (by ECF)

---

[1] The Government is also aware that Marietta Halle has submitted a filing claiming that she has a superior interest to Kolesnikova in certain of the property as to which Kolesnikova is contesting forfeiture. Dkt. 688. The Government will meet and confer with counsel for Halle regarding her filing as well.