UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 1:17-CR-00630 (ER)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MARK S. SCOTT,

        Defendant, and

MARRIETTA HALLE

        Third-Party Petitioner

_____/

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, undersigned counsel, John M. Quaranta, Esq., hereby moves this Court for an Order of admission to practice *pro hac vice* to appear as counsel for, Third-Party Petitioner, Marietta Halle, in the above-captioned action.

1.     I am in good standing with the Florida Supreme Court and with the United States District Court for the Southern District of Florida (See Certificates of Good Standing attached hereto as Exhibit "1" and "2") and there are no pending disciplinary proceedings against me in any state or federal court.

2.     I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. (John M. Quaranta, Esq.'s,

QUARANTA P.A.
TRIAL LAWYERS
1600 Ponce de Leon Blvd., 10th Floor, Coral Gables, Florida 33134
T: 305.930.6077

28 U.S.C. § 1746 Declaration in Support of Motion for Admission *Pro Hac Vice,* filed pursuant to Local Rule 1.3, which is attached hereto as Exhibit "3").

WHEREFORE, based upon the foregoing, the undersigned counsel respectfully requests this Honorable Court enter its Order granting admission and leave to appear on behalf of Third-Party Petitioner, Marrietta Halle (proposed Order granting Motion for Admission is attached hereto as Exhibit "4").

DATED on this 28th day of July 2025.

Respectfully submitted,

QUARANTA P.A.
1600 Ponce de Leon Blvd.
10th Floor
Coral Gables, FL 33134
Telephone 305.930.6077
By:    /s/ John M. Quaranta
    JOHN M. QUARANTA (FBN 940641)
    Email: john.quaranta@quaranta.law
    Secondary: barbara.menahem@quaranta.law



# EXHIBIT 1

# Supreme Court of Florida

## Certificate of Good Standing

*I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do*

*hereby certify that*

### JOHN MARION QUARANTA

*was admitted as an attorney and counselor entitled to practice law in all the*

*Courts of the State of Florida on* **JUNE 23, 1992,** *is presently in good standing,*

*and that the private and professional character of the attorney appear to be good.*



*WITNESS my hand and the Seal of the*

*Supreme Court of Florida at Tallahassee,*

*the Capital, this JULY 18, 2025.*

*Clerk of the Supreme Court of Florida*

# EXHIBIT 2

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I,    **Angela E. Noble,**    Clerk of the United States District Court
for the Southern District of Florida,

do hereby certify that **John Marion Quaranta** , Florida Bar # **940641**, was duly admitted to

practice in this Court on **November 13, 1992**, and is in good standing as a member of the Bar of

this Court.

Dated at: **Miami, Florida** on July 18, 2025.

Angela E. Noble
*Court Administrator • Clerk of Court*

# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 1:17-CR-00630 (ER)

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MARK S. SCOTT,

      Defendant, and

MARRIETTA HALLE

      Third-Party Petitioner

_____/

## 28 U.S. CODE § 1746 DECLARATION OF JOHN M. QUARANTA, ESQ. IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, John M. Quaranta, states as follows:

1.    I am over the age of eighteen and am a resident of the State of Florida.

2.    I have never been convicted of a felony.

3.    I have never been censured, suspended, disbarred or denied admission or readmission by any court and there are no current or present disciplinary proceedings against me.

Pursuant to 28 U.S. Code § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18th day of July 2025.

By: _____

JOHN M. QUARANTA (FBN 940641)

# EXIHBIT 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 1:17-CR-00630 (ER)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MARK S. SCOTT,

        Defendant, and

MARRIETTA HALLE

        Third-Party Petitioner

_____/

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The Motion of John M. Quaranta, Esq., for admission to practice *pro hac vice* in the above-captioned action is hereby **GRANTED**.

Applicant has declared that he is a member in good standing of the bar of the State of Florida and of the United States District Court for the Southern District of Florida; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | John M. Quaranta, Esq. |
| Firm Name: | QUARANTA P.A. |
| Address: | 1600 Ponce de Leon Blvd, 10th Floor |
| City, State, Zip | Coral Gables, FL 33134 |
| Telephone | 305.930.6077 |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Third-Party Petitioner, Marrietta Halle, in the above-entitled action.

**IT IS HEREBY ORDERED** that Applicant, John M. Quaranta, Esq., is hereby admitted to practice *pro hac vice* in the above-captioned case in the United States District

Order on Motion For Admission *Pro Hac Vice*
Page 2

Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

DATED on this _____ day of July 2025.


_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE


*Copies furnished to:*
CM/ECF
John M. Quaranta, Esq. (john.quaranta@quaranta.law; barbara.menahem@quaranta.law)