**TDB | LAW**

Treanor Devlin Brown PLLC

ARLO DEVLIN-BROWN
Managing Principal
+1 (212) 858-9080 w
arlo@tdblaw.com

September 4, 2025

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re: United States v. Scott, No. 17-cr-630-1a

Dear Judge Ramos:

  Mr. Scott received additional information regarding the likely timing of one of the procedures addressed in our adjournment request of September 2.[1] Based on this information, we request that the surrender date be adjourned until November 8, 2025 rather than October 31, 2025 as stated in the September 2, 2025.

  Mr. Scott has also provided additional medical information to the Government, addressed certain questions the Government had around scheduling, and committed to providing further information going forward.

  The Government has advised that we may represent to the Court that it takes no position on the request to adjourn the surrender date until November 8, 2025.

              Respectfully submitted,

              /s/ Arlo Devlin-Brown

              Arlo Devlin-Brown
              Treanor Devlin Brown PLLC

              Counsel for Defendant
              Mark S. Scott

---

[1] Details can be provided to the Court under seal if the Court requests.