UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 1:17-CR-00630 (ER)

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MARK S. SCOTT,

       Defendant, and

MARRIETTA HALLE

       Third-Party Petitioner

_____/

## ~~[PROPOSED]~~ ORDER FOR ADMISSION *PRO HAC VICE*

The Motion of John M. Quaranta, Esq., for admission to practice *pro hac vice* in the above-captioned action is hereby **GRANTED**.

Applicant has declared that he is a member in good standing of the bar of the State of Florida and of the United States District Court for the Southern District of Florida; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | John M. Quaranta, Esq. |
| Firm Name: | QUARANTA P.A. |
| Address: | 1600 Ponce de Leon Blvd, 10th Floor |
| City, State, Zip | Coral Gables, FL 33134 |
| Telephone | 305.930.6077 |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Third-Party Petitioner, Marrietta Halle, in the above-entitled action.

**IT IS HEREBY ORDERED** that Applicant, John M. Quaranta, Esq., is hereby admitted to practice *pro hac vice* in the above-captioned case in the United States District

Order on Motion For Admission *Pro Hac Vice*
Page 2

Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

DATED on this  18th  day of July 2025.

_____
Edgardo Ramos, U.S.D.J.

*Copies furnished to:*
CM/ECF
John M. Quaranta, Esq. (john.quaranta@quaranta.law; barbara.menahem@quaranta.law)