

ARLO DEVLIN-BROWN
Managing Principal
+1 (212) 858-9080 w
arlo@tdblaw.com

October 31, 2025

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:  United States v. Scott, No. 17-cr-630-1a

Dear Judge Ramos:

      We submit this letter on behalf of Mark Scott, the defendant, to update the Court regarding Mr. Scott's medical condition and to request an adjournment of surrender from November 8, 2025 through December 4, 2025.  This adjournment is necessary to address the serious medical condition detailed herein. The Government has reviewed the medical records underlying this request and takes no position on the request.[1]



---

[1] Because the balance of this letter (and all exhibits) relate to the particulars of Mr. Scott's medical conditions, the content following this paragraph has been redacted from the public filing.





        Respectfully submitted,

        /s/ Arlo Devlin-Brown

        Arlo Devlin-Brown
        Treanor Devlin Brown PLLC
        arlo@tdblaw.com
        (646) 596-4564

        Counsel for Defendant
        Mark S. Scott