

ARLO DEVLIN-BROWN
Managing Principal
+1 (212) 858-9080 w
arlo@tdblaw.com

October 31, 2025

MEMO ENDORSED

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:  United States v. Scott, No. 17-cr-630-1a

Dear Judge Ramos:

      We submit this letter on behalf of Mark Scott, the defendant, to update the Court regarding Mr. Scott's medical condition and to request an adjournment of surrender from November 8, 2025 through December 4, 2025.  This adjournment is necessary to address the serious medical condition detailed herein. The Government has reviewed the medical records underlying this request and takes no position on the request.[1]



---

[1] Because the balance of this letter (and all exhibits) relate to the particulars of Mr. Scott's medical conditions, the content following this paragraph has been redacted from the public filing.

Hon. Ed
October 31, 2025
Page 2



    Respectfully submitted,

    /s/ Arlo Devlin-Brown

    Arlo Devlin-Brown
    Treanor Devlin Brown PLLC
    arlo@tdblaw.com
    (646) 596-4564

    Counsel for Defendant
    Mark S. Scott

---

Mr. Scott's surrender date is adjourned to December 4, 2025.

The Clerk of the Court is respectfully directed to terminate the motion, doc. 718.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: 11/3/2025
New York, New York