

**ARLO DEVLIN-BROWN**
Managing Principal
+1 (212) 858-9080 w
arlo@tdblaw.com

November 29, 2025

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re: United States v. Scott, No. 17-cr-630

Dear Judge Ramos:

    We submit this letter to request an adjournment of surrender from December 4, 2025 until January 9, 2026 ███████████████████████████████████████. The Government opposes this request.[1]

███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████,

---

[1] Because the balance of this letter (and all exhibits) relate to the particulars of Mr. Scott's medical conditions, the content following this paragraph has been redacted from the public filing.

Hon. Edgardo Ramos
November 29, 2025
Page 2





███████████████████████████████████

      Whether Mr. Scott's 120-month sentence commences on December 4 or January 9 is otherwise of little moment to the world at large but would make a tremendous difference to Mr. Scott. We respectfully request that the Court grant this short adjournment.

                                            Respectfully submitted,

                                            /s/ Arlo Devlin-Brown

Arlo Devlin-Brown
Treanor Devlin Brown PLLC
arlo@tdblaw.com
(646) 596-4564

Counsel for Defendant
Mark S. Scott

███████████████████████████████████