

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 30, 2025

**BY ECF AND EMAIL[1]**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *United States v. Mark S. Scott*, S10 17 Cr. 630 (ER)

Dear Judge Ramos:

In November 2019, Scott was convicted for his role in a massive money laundering scheme, and he was then sentenced to a 10-year term of imprisonment. Six years after his conviction, Scott has ***still*** not begun serving his sentence. His legal challenges to his conviction have been rejected by this Court, the Second Circuit, and the Supreme Court. His surrender was adjourned for medical reasons four times ███████████████████████████████████████████████████████████████████████████████ ow Scott seeks yet another adjournment for ███████████████████████. His request should be denied, and he should finally begin serving his sentence.

### Procedural Background

Scott was convicted at trial on November 25, 2019, and sentencing was adjourned pending the resolution of post-trial motions. On September 14, 2023, this Court denied Scott's post-trial motions. Dkt. 577. On January 25, 2024, this Court sentenced Scott to a term of imprisonment of 120 months. Scott appealed, and this Court granted bail pending appeal. Dkt. 643. On January 15, 2025, the Second Circuit affirmed Scott's conviction by summary order. 24-368, Dkt. 60. On April 21, 2025, the Second Circuit denied Scott's motion for rehearing *en banc*. 24-368, Dkt. 66. On May 14, 2025, the Second Circuit denied Scott's motion to stay the mandate pending his certiorari petition. 24-368, Dkt. 70. On September 3, 2025, this Court denied

---

[1] Because this letter discusses the defendant's medical condition in detail, the Government request permission to file portions of it under seal.

Scott's motion for bail pending his certiorari petition.    Dkt. 702.    On October 6, 2025, the Supreme Court denied Scott's certiorari petition.    25-90.

On May 14, 2025, after the Second Circuit's mandate issued, the Government filed a letter asking the Court to set a prompt surrender date for Scott.    Dkt. 681.    Scott has since sought and obtained a number of medical adjournments:



Scott filed the instant motion to adjourn his sentencing date yet again on November 29, 2025.    Dkt. 720.    His current surrender date is December 4, 2025.

**Discussion**





Very truly yours,

JAY CLAYTON
United States Attorney

By:    _____/s/_____
       Kevin Mead
       Juliana Murray
       Assistant United States Attorneys
       (212) 637-2211/2314

Cc:    Defense Counsel (via ECF and email)