

**ARLO DEVLIN-BROWN**
Managing Principal
+1 (212) 858-9080 w
arlo@tdblaw.com

November 30, 2025

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re: United States v. Scott, No. 17-cr-630— Reply Letter

Dear Judge Ramos:

      We submit this brief reply to address arguments made by the Government today opposing the extension of surrender from December 4th through January 9th so that Mr. Scott ███████ ████████████████████████████████ before beginning his ten year sentence.[1]

---

[1] Because the balance of this letter (and all exhibits) relate to the particulars of Mr. Scott's medical conditions, the content following this paragraph has been redacted from the public filing.



       A surrender date of January 9 will allow Mr. Scott to close this chapter before beginning the next one. A final brief delay is medically indicated and there is no valid competing concern requiring that he surrender before then.

                                                    Respectfully submitted,

                                                    /s/ Arlo Devlin-Brown

                                                  Arlo Devlin-Brown
                                                  Treanor Devlin Brown PLLC
                                                  arlo@tdblaw.com
                                                  (646) 596-4564

                                                  Counsel for Defendant
                                                  Mark S. Scott