

ARLO DEVLIN-BROWN
Managing Principal
+1 (212) 858-9080 w
arlo@tdblaw.com

**MEMO ENDORSED**, last page.

November 29, 2025

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re: United States v. Scott, No. 17-cr-630

Dear Judge Ramos:

    We submit this letter to request an adjournment of surrender from December 4, 2025 until January 9, 2026 ███████████████████████████████. The Government opposes this request.[1]

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████,

---

[1] Because the balance of this letter (and all exhibits) relate to the particulars of Mr. Scott's medical conditions, the content following this paragraph has been redacted from the public filing.





████████████████████████

Whether Mr. Scott's 120-month sentence commences on December 4 or January 9 is otherwise of little moment to the world at large but would make a tremendous difference to Mr. Scott. We respectfully request that the Court grant this short adjournment.

Respectfully submitted,

/s/ Arlo Devlin-Brown

Arlo Devlin-Brown
Treanor Devlin Brown PLLC
arlo@tdblaw.com
(646) 596-4564

Counsel for Defendant
Mark S. Scott

---

Mr. Scott's surrender date is adjourned to January 9, 2026. The Clerk of the Court is respectfully directed to terminate the motion, doc. 720.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 12/1/2025
New York, New York

---

████████████████████████