

**ARLO DEVLIN-BROWN**
Managing Principal
+1 (212) 858-9080 w
arlo@tdblaw.com

January 3, 2026

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re: United States v. Scott, No. 17-cr-630

Dear Judge Ramos:

    We submit this letter to request an adjournment of surrender for one month from January 9, 2026 until February 10, 2026 ███████████████████████████████████████. The Government opposes this request.[1]

███████████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████████

─────────────────────────
███████████████████████████████████████████████████████████████████████████████████.

Hon. Edgardo Ramos
January 3, 2026
Page 2



Accordingly, we respectfully request an adjournment of surrender until February 10.

Respectfully submitted,

/s/ Arlo Devlin-Brown

Arlo Devlin-Brown
Treanor Devlin Brown PLLC
arlo@tdblaw.com
(646) 596-4564

Counsel for Mark Scott