

**ARLO DEVLIN-BROWN**
Managing Principal
+1 (212) 858-9080 w
arlo@tdblaw.com

February 4, 2026

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re: United States v. Scott, No. 17-cr-630

Dear Judge Ramos:

      We submit this letter to request an adjournment of surrender for one month from February 10, 2026 until March 10, 2026 so that Mr. Scott's doctors can address ███████████████████████████████████████████████████████████████████████████████████████ The Government has advised it opposes the request but does not intend to submit a written opposition (unless ordered).[1]

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
██████████████

███████████

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
██████████████████████████████████

---

[1] ███████████████████████████████████████████████
███████████████████████████████████████████████
████

[Redacted content]

Respectfully submitted,

/s/ Arlo Devlin-Brown

Arlo Devlin-Brown
Treanor Devlin Brown PLLC
arlo@tdblaw.com
(646) 596-4564

Counsel for Mark Scott