

Treanor Devlin Brown PLLC

ARLO DEVLIN-BROWN
Managing Principal
+1 (212) 858-9080 w
arlo@tdblaw.com

The application is granted. Scott's surrender is adjourned to March 10, 2026.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 2/5/2026
New York, New York

February 4, 2026

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: United States v. Scott, No. 17-cr-630

**MEMO ENDORSED**

Dear Judge Ramos:

We submit this letter to request an adjournment of surrender for one month from February 10, 2026 until March 10, 2026 so that Mr. Scott's doctors can address [redacted] The Government has advised it opposes the request but does not intend to submit a written opposition (unless ordered).[1]

[redacted]

[redacted]

[redacted]

[1] [redacted]

[Page content redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Respectfully submitted,

/s/ Arlo Devlin-Brown

Arlo Devlin-Brown
Treanor Devlin Brown PLLC
arlo@tdblaw.com
(646) 596-4564

Counsel for Mark Scott