

**ARLO DEVLIN-BROWN**
Managing Principal
+1 (212) 858-9080 w
arlo@tdblaw.com

TDB LAW
666 Third Avenue, 21st Floor
New York, NY 10017

**Request to Be Sealed**

March 4, 2026

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: <i>United States v. Scott</i>, No. 17-cr-630

Dear Judge Ramos:

      We submit this letter to request an adjournment of surrender from March 10, 2026 until May 15, 2026 so that Mr. Scott ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ The Government has reviewed this submission and the underlying medical records and takes no position on the application.[1]

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

---

[1] Because this letter exclusively Mr. Scott's health conditions, we submit it direct to the Court in unredacted form directly and have filed a heavily redacted version on the public docket.



██████████████████████████████████████████████████
████████████████████████████████████

████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████

████████████████████████

████████████████████████████████████████
██████████████████████████████████████████████████
████████████████████████████████

████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████

████████████████████████████████████████
his █████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
████████████████████████████████████.

Hon. Edgardo Ramos
March 4, 2026

\* \* \*

Adjournment of the surrender date until May 15 should provide sufficient time for ███████████████████████████████████████████████████████████████████████ ██████████████████████████████ Accordingly, we respectfully request an adjournment of surrender until May 15, 2026.

Respectfully Submitted,

Arlo Devlin-Brown
Managing Principal