

**ARLO DEVLIN-BROWN**
Managing Principal
+1 (212) 858-9080 w
arlo@tdblaw.com

TDB LAW
666 Third Avenue, 21st Floor
New York, NY 10017

**MEMO ENDORSED**

**Request to Be Sealed**

March 4, 2026

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> A conference to discuss Mr. Scott's application will be held on March 10, 2025, at 11 a.m.
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 3/4/2026
> New York, New York

**MEMO ENDORSED**

Re: *United States v. Scott*, No. 17-cr-630

Dear Judge Ramos:

We submit this letter to request an adjournment of surrender from March 10, 2026 until May 15, 2026 so that Mr. Scott ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

███ The Government has reviewed this submission and the underlying medical records and takes no position on the application.[1]

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

---

[1] Because this letter exclusively Mr. Scott's health conditions, we submit it direct to the Court in unredacted form directly and have filed a heavily redacted version on the public docket.

Hon. Edgardo Ramos
March 4, 2026



██████████████████████████████████████████████████████
████████████████████████████████████

████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████

████████████████████████

████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████

████████████████████████████████████████
██████████████████████████████████████████████████████
████████████████████████████████

████████████████████████████████████████
his █████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
████████████████████████████████████████.

Hon. Edgardo Ramos
March 4, 2026

\* \* \*

Adjournment of the surrender date until May 15 should provide sufficient time for ███████████████████████████████████████████████████████████████ ████████████████████████████ Accordingly, we respectfully request an adjournment of surrender until May 15, 2026.

Respectfully Submitted,

Arlo Devlin-Brown
Managing Principal