

**ARLO DEVLIN-BROWN**
Managing Principal
+1 (212) 858-9080 w
arlo@tdblaw.com

**TDB LAW**
666 Third Avenue, 21st Floor
New York, NY 10017

# MEMO ENDORSED

**Request to Be Sealed**

March 5, 2026

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> The conference is adjourned to March 17, 2026, at 11 a.m.
> Mr. Scott's surrender date is stayed; a new date will be
> set at the conference.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated:  3/6/2026
> New York, New York

Re: *United States v. Scott*, No. 17-cr-630

Dear Judge Ramos:

We submit this letter to respectfully request that the Court reschedule the conference set for March 10, 2026.

We request this adjournment because ████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
██████████████████████████

We have consulted with the Government and propose that the conference take place on March 17, 2026 at 11 a.m., which we understand to be convenient for the parties and the Court. We further request that Mr. Scott be permitted to participate in that conference remotely given the medical conditions described in the submission at Docket 729. Finally, for avoidance of doubt, we request that the surrender date be adjourned at least until the date of the rescheduled conference.

Respectfully Submitted,

Arlo Devlin-Brown
Managing Principal