

**Ellen Blain**

eblain@cgr-law.com
Direct: 646.398.5060

March 18, 2026

**VIA ECF**
Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *United States v. Scott*, 17 Cr. 630 (ER)

Dear Judge Ramos:

On behalf of Lidia Kolesnikova-Scott, wife of Mark Scott, defendant in the above-captioned matter, I write respectfully pursuant the Court's Order dated September 9, 2025 (Dkt. 709), and Ms. Scott's letter dated September 3, 2025 (Dkt. 704), to provide an update on the Florida proceedings involving the third-party petitioners in this matter, Ms. Scott and Mariette Halle.

As Ms. Kolesnikova previously explained, *see* Dkt. 704, the parties entered into a settlement agreement resolving litigation Ms. Halle filed in Florida state court, *Mariette Halle v. Mark Scott*, Case No. 2020-012112-CA-01, Circuit Court of the Eleventh Judicial Circuit for Miami-Dade County, Florida, which retained jurisdiction to enforce the terms of the settlement agreement. *See id.* After Ms. Halle filed her third-party petition in this Court, Mr. Scott filed a motion before the Florida court on August 26, 2025, seeking an order to enforce the terms of that agreement, which may impact third-party petitioners' claims in this action. *See id.* Accordingly, on September 9, 2025, this Court stayed all proceedings in this matter in connection with Ms. Kolesnikova's and Ms. Halle's ancillary petitions, to permit the Florida court to render a decision.

Since that time, as counsel for Mr. Scott in the Florida proceeding advises, the parties fully briefed Mr. Scott's motion and the Florida court held a hearing on November 18, 2025. Since our last report to this Court, the Florida court requested additional information from the parties and scheduled a hearing for March 31, 2026, at 10:30am.

Accordingly, Ms. Kolesnikova will continue to: (i) file an update on the status of the Florida action every 90 days[1]; and (ii) inform the Court of any decision in the Florida court on the pending motion within two weeks of such a decision.

---

[1] The undersigned apologizes to the Court for submitting this update more than 90 days after the prior update, and will ensure that all future updates are timely.

Hon. Edgardo Ramos
Page 2

We thank the Court for its consideration.

Respectfully,

*/s/ Ellen Blain*

Ellen Blain
*Counsel for Lidia Kolesnikova*