UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

UNITED STATES OF AMERICA

     - v. -

MARK S. SCOTT,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

**DECLARATION OF PUBLICATION**

S10 17 Cr. 630 (ER)

I, Kevin Mead, pursuant to Title 28, United States Code, Section 1746, hereby declare under penalty of perjury that:

1. I am an Assistant United States Attorney in the office of the United States Attorney for the Southern District of New York, and

2. Attached to this declaration are (A) a true and correct copy of a notice of criminal forfeiture in this action, and (B) a true and correct copy of an Advertisement Certification Report, indicating that the aforementioned notice was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning April 3, 2024 through May 2, 2024 as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Both documents were obtained from a Consolidated Asset Tracking System maintained by the Department of Justice.

Dated: New York, New York
     March 25, 2026

                                  _____
                                    Kevin Mead
                                    Assistant United States Attorney
                                    Tel: (212) 637-2211

Attachment 1

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
COURT CASE NUMBER: S10 17 CR. 630 (ER); NOTICE OF FORFEITURE**

Notice is hereby given that on February 02, 2024, in the case of <u>U.S. v. Mark S. Scott</u>, Court Case Number S10 17 CR. 630 (ER), the United States District Court for the Southern District of New York entered an Order condemning and forfeiting the following property to the United States of America:

The following items seized on or about September 5, 2018, from 133 Sunset Lane, Barnstable, Massachusetts 02630 (18-FBI-007435):
One Panerai PAM 582 barometer wall clock;
One Panerai PAM 583 thermometer;
One Panerai PAM 584 hygrometer; and
One Panerai PAM 585 wall clock

The following items seized on or about September 5, 2018, from 133 Sunset Lane, Barnstable, Massachusetts 02630 (18-FBI-007441):
One ring with stone; and
One Luminor Panerai P068/400 BB1577049

The following items seized on or about September 5, 2018, from 133 Sunset Lane, Barnstable, Massachusetts 02630 (18-FBI-007442):
One black Hermes purse;
One brown/tan Hermes purse; and
One green Hermes purse

All monies and funds contained in J.P. Morgan Chase attorney IOLA trust account 339656032, held by James Noble Esq. P.C., and all funds traceable thereto, including accrued interest (18-IRS-001143)

All monies and funds contained in RBC Private Counsel (USA) Inc. account 3752442214, held by Mark S. Scott 2017 Trust, and all funds traceable thereto, including accrued interest (18-IRS-001144)

All monies and funds contained in RBC Private Counsel (USA) Inc. account 3756283317, held by Mark S. Scott 2017 Trust, and all funds traceable thereto, including accrued interest (18-IRS-001145)

Any and all funds on deposit in Account Number 1X B0014YA, held in the name of Mark S. Scott 2017 Trust, at UBS Financial Services (18-IRS-001146)

Any and all funds on deposit in Account Number 1X B0031YA held in the name of Mark S. Scott 2017 Trust, at UBS Financial Services (18-IRS-001147)

Any and all funds on deposit in College 529 Fund Account Number PW B4734 03,

held in the name of Mark S. Scott FBO Lucius M. Scott, at UBS Financial Services (18-IRS-001148)

Any and all funds on deposit in Account Number PW A5494 03, held in the name of Mark S. Scott, at UBS Financial Services (18-IRS-001149)

All right, title, and interest in real Properties located at 31 Dale Avenue, Hyannis Port, Massachusetts 02647, owned by MSSI 31 Dale Ave Property Group LLC, with all improvements, appurtenances, and attachments thereon (19-FBI-002485)

Cash/Currency in lieu of all right, title, and interest in real Properties located at 105 Sunset Lane, Barnstable MA 02630, owned by MSSI 105 Sunset Ln Property Group LLC, with all improvements, appurtenances, and attachments thereon (19-FBI-002493)

All right, title, and interest in real Properties located at 133 Sunset Lane, Barnstable MA 02630, with all improvements, appurtenances, and attachments thereon (19-FBI-002498)

$2,455,686.10 in United States currency formerly on deposit in Account Number 85079788, held at Iberia Bank (formerly known as Sabadell United Bank) by Nicole J. Huesmann P.A. (19-IRS-000106)

Any and all funds on deposit in Account Number 40077102, held in the name of MSS International Consultants (BVI), Ltd., at DMS Bank and Trust Ltd. (19-IRS-000111)

Any and all funds on deposit in Account Number 40077100, held in the name of MSS International Consultants (BVI), Ltd., at DMS Bank and Trust Ltd. (19-IRS-000114)

Any and all funds on deposit in Account Number 10462701, held in the name of MSS International Consultants (BVI), Ltd., at First Caribbean International Bank (19-IRS-000116)

Any and all funds on deposit in Account Number 10465454, held in the name of DRP Holdings, Ltd., at First Caribbean International Bank (19-IRS-000117)

Any and all funds on deposit in Account Number 10465343, held in the name of MSS Marine Group, Ltd., at First Caribbean International Bank (19-IRS-000118)

Any and all funds on deposit in Account Number 10463883, held in the name of EGD Investment, Ltd., at First Caribbean International Bank (19-IRS-000119)

Any and all funds on deposit in Account Number 10465346, held in the name of Mumbelli Group Holding (Cayman), Ltd., at First Caribbean International Bank (19-IRS-000120)

Any and all funds on deposit in Account Number 2450478611, held in the name of

HFT Holding Limited, at RBC Dominion Securities Global Ltd. (19-IRS-000121)

Any and all funds on deposit in Account Number CH35085655559929606901, held in the name of Mark S. Scott, at Dreyfus Sohne & Cie AG (19-IRS-000122)

$129,088.74 in United States currency formerly on deposit in Account Number 9190041054, held in the name of Mark S. Scott and Lidia V. Kolesnikova, at Cooperative Bank of Cape Cod (19-IRS-000123)

Any and all funds on deposit in Account Number 2840912613, held in the name of Mark S. Scott, at Northern Trust Company (19-IRS-000124)

Any and all funds on deposit in Account Number 2840909434, held in the name of Mark S. Scott, at Northern Trust Company (19-IRS-000125)

Any and all funds on deposit in Account Number 43-98797, held in the name of Mark S. Scott, at Northern Trust Company (19-IRS-000126)

Any and all funds on deposit in Account Number PWA5493, held in the name of Mark S. Scott, at UBS Financial Services (19-IRS-000128)

Any and all funds on deposit in Account Number PWB1979, held in the name of Mark S. Scott, at UBS Financial Services (19-IRS-000129)

Any and all funds on deposit in Account Number PWA9666, held in the name of Mark S. Scott and Lidia Kolesnikova, at UBS Financial Services (19-IRS-000130)

$2,449,467.90 in United States currency formerly on deposit in Account Number 4842-9048, held in the name of Mark S. Scott 2017 Trust, at Wells Fargo Advisors (19-IRS-000131)

One 2017 Sunseeker 57 Predator Yacht, Hull No. "TAIMA," seized by the Internal Revenue Service on or about September 5, 2018 (19-IRS-000132)

One 2017 Red Porsche 911 4S Turbo, bearing Vehicle Identification Number: WP0CD2A95HS178187 and containing License Plate Number HBNJ81 (19-IRS-000134)

One 2018 White Porsche 911 GT2 RS, bearing Vehicle Identification Number: WP0AE2A91JS185471 (19-IRS-000135)

All right, title, and interest in real Properties located at 600 Coral Way, Suite/Floor 12, Segovia Tower, Coral Gables, Florida 33134, with all improvements, appurtenances, and attachments thereon (19-IRS-000136)

The following property seized on or about September 5, 2018, from 600 Coral Way, Suite/Floor 12, Segovia Tower, Coral Gables, Florida 33134 (19-IRS-000137):
One Heckler & Koch 40 MM gun, serial no.: 219-004106;
One Heckler & Koch 45 MM gun, serial no.: HKU004967;

One Desert Eagle SOAE, serial no.: DK0038257;
One Smith and Wesson, serial no.: DJW0604; and
One Beretta Shotgun and leather case

The following property seized on or about September 5, 2018, from 600 Coral Way, Suite/Floor 12, Segovia Tower, Coral Gables, Florida 33134 (19-IRS-000696):
One black Hermes Birkin bag; and
One orange Hermes Birkin bag

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (April 03, 2024) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, United States District Court, 500 Pearl Street, Room 120, New York, NY  10007, and a copy served upon Assistant United States Attorney Nicholas Folly, One St. Andrew's Plaza, New York, NY  10007.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  See 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  See 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Nicholas Folly, One St. Andrew's Plaza, New York, NY  10007.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between April 3, 2024 and May 02, 2024. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Mark S. Scott

**Court Case No:**     S10 17 CR. 630 (ER)
**For Asset ID(s):**     See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 04/03/2024 | 24.0 | Verified |
| 2 | 04/04/2024 | 23.9 | Verified |
| 3 | 04/05/2024 | 23.9 | Verified |
| 4 | 04/06/2024 | 23.9 | Verified |
| 5 | 04/07/2024 | 23.9 | Verified |
| 6 | 04/08/2024 | 23.9 | Verified |
| 7 | 04/09/2024 | 23.9 | Verified |
| 8 | 04/10/2024 | 23.9 | Verified |
| 9 | 04/11/2024 | 23.9 | Verified |
| 10 | 04/12/2024 | 23.9 | Verified |
| 11 | 04/13/2024 | 23.9 | Verified |
| 12 | 04/14/2024 | 23.9 | Verified |
| 13 | 04/15/2024 | 24.0 | Verified |
| 14 | 04/16/2024 | 24.0 | Verified |
| 15 | 04/17/2024 | 23.9 | Verified |
| 16 | 04/18/2024 | 23.8 | Verified |
| 17 | 04/19/2024 | 24.0 | Verified |
| 18 | 04/20/2024 | 23.9 | Verified |
| 19 | 04/21/2024 | 24.0 | Verified |
| 20 | 04/22/2024 | 23.9 | Verified |
| 21 | 04/23/2024 | 23.9 | Verified |
| 22 | 04/24/2024 | 23.9 | Verified |
| 23 | 04/25/2024 | 23.9 | Verified |
| 24 | 04/26/2024 | 24.0 | Verified |
| 25 | 04/27/2024 | 23.9 | Verified |
| 26 | 04/28/2024 | 23.9 | Verified |
| 27 | 04/29/2024 | 23.9 | Verified |
| 28 | 04/30/2024 | 23.9 | Verified |
| 29 | 05/01/2024 | 23.9 | Verified |
| 30 | 05/02/2024 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.