

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

March 25, 2026

**<u>VIA ECF</u>**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007-1312

        Re:      *United States v. Mark S. Scott*
                      *S10 17 Cr. 630 (ER)*

Dear Judge Ramos:

        The Government respectfully requests that the Court enter the attached Final Order of Forfeiture as to Certain Assets in this matter.  As set forth in the accompanying Declaration, all right, title, and interest of the defendant, Mark S. Scott, in certain property (the "Subject Property") was ordered forfeited pursuant to a Preliminary Order of Forfeiture s to Specific Property and Substitute Assets/Money Judgment (D.E. 612) and no third-party claims have been filed within the statutory period.

        Accordingly, the attached Final Order of Forfeiture as to Certain Assets should be entered so that the United States of America (or its designee) can dispose of the Subject Property according to law.

                Respectfully submitted,

                JAY CLAYTON
                United States Attorney
                Southern District of New York

By: _____
                Juliana N. Murray/
                Kevin Mead
                Assistant United States Attorneys
                Tel. (212) 637-2314/2211

*Enclosure*