UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

        -v.-

MARK S. SCOTT,

               Defendant.

     :   DECLARATION IN SUPPORT OF
     :   FINAL ORDER OF FORFEITURE
     :   <u>AS TO CERTAIN ASSETS</u>
     :
     :   S10 17 Cr. 630 (ER)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Kevin Mead, pursuant to Title 28, United State Code, Section 1746, declares under penalty of perjury as follows:

1.     I am an Assistant United States Attorney in the Office of Audrey Strauss, United States Attorney for the Southern District of New York, and am an attorney for the Government herein. I am responsible for the above-captioned matter, and as such, I am familiar with the facts and circumstances of this proceeding. This declaration is submitted in support of the Government's submission for the entry of a Final Order of Forfeiture in the above-captioned case.

2.     On or about February 2, 2024, the Court entered a Preliminary Order of Forfeiture as to Specific Property and Substitute Assets/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 612) forfeiting, *inter alia*, all right, title and interest of the Defendant in the following:

    a)  $2,455,686.10 in United States currency formerly on deposit in Account Number 85079788 held at Iberia Bank (formerly known as Sabadell United Bank) by Nicole J. Huesmann P.A.;

    b)  Any and all funds on deposit in Account Number 40077102 held in the name of MSS International Consultants (BVI), Ltd., at DMS Bank and Trust Ltd;

    c)  Any and all funds on deposit in Account Number 40077100 held in the name of MSS International Consultants (BVI), Ltd., at DMS Bank and Trust Ltd;

d) Any and all funds on deposit in Account Number 10462701 held in the name of MSS International Consultants (BVI), Ltd., at First Caribbean International Bank;

e) Any and all funds on deposit in Account Number 10465454 held in the name of DRP Holdings, Ltd., at First Caribbean International Bank;

f) Any and all funds on deposit in Account Number 10465343, held in the name of MSS Marine Group, Ltd., at First Caribbean International Bank;

g) Any and all funds on deposit in Account Number 10463883, held in the name of EGD Investment, Ltd., at First Caribbean International Bank;

h) Any and all funds on deposit in Account Number 10465346, held in the name of Mumbelli Group Holding (Cayman), Ltd., at First Caribbean International Bank;

i) Any and all funds on deposit in Account Number 2450478611, held in the name of HFT Holding Limited, at RBC Dominion Securities Global Ltd.;

j) Any and all funds on deposit in Account Number CH3508565559929606901, held in the name of Mark S. Scott, at Dreyfus Sohne & Cie AG;

k) $129,088.74 in United States currency formerly on deposit in Account Number 9190041054 held in the name of Mark S. Scott and Lidia V. Kolesnikova, at Cooperative Bank of Cape Cod;

l) Any and all funds on deposit in Account Number 2840912613, held in the name of Mark S. Scott, at Northern Trust Company;

m) Any and all funds on deposit in Account Number 2840909434, held in the name of Mark S. Scott, at Northern Trust Company;

n) Any and all funds on deposit in Account Number 43-98797, held in the name of Mark S. Scott, at N01ihern Trust Company;

o) Any and all funds on deposit in Account Number PWA5493, held in the name of Mark S. Scott, at UBS Financial Services;

p) Any and all funds on deposit in Account Number PWB1979, held in the name of Mark S. Scott, at UBS Financial Services;

q) $2,449,467.9 in United States currency formerly on deposit in Account Number 4842-9048, held in the name of Mark S. Scott 2017 Trust at Wells Fargo Advisors;

r) One 2017 Sunseeker 57 Predator Yacht, Hull No. "TAIMA," seized by the Internal Revenue Service ("IRS") on or about September 5, 2018;

s) One 2017 Red Porsche 911 4S Turbo, bearing Vehicle Identification Number, WPOCD2A95HS178187 and containing License Plate Number HBNJ81;

t) One 2018 White Porsche 911 GT2 RS, bearing Vehicle Identification Number, WP0AE2A91JS185471;

u) All right, title and interest in real Properties located at 31 Dale Avenue, Hyannis Port, Massachusetts owned by MSSI 31 Dale Ave Property Group LLC, with all improvements, appurtenances, and attachments thereon;

v) The following items seized on or about September 5, 2018, from 133 Sunset Lane Barnstable, Massachusetts:
   i. One Panerai PAM 582 barometer wall clock;
   ii. One Panerai PAM 583 thermometer;
   iii. One Panerai PAM 584 hygrometer;
   iv. One Panerai PAM 585 wall clock; and

w) All monies and funds contained in J.P. Morgan Chase attorney IOLA trust account 339656032, held by James Nobles Esq. P.C., and all funds traceable thereto, including accrued interest;

x) All monies and funds contained in RBC Private Counsel (USA) Inc. account 3752442214, held by Mark S. Scott 2017 Trust and all funds traceable thereto, including accrued interest; and

y) All monies and funds contained in RBC Private Counsel (USA) Inc. account 3756283317, held by Mark S. Scott 2017 Trust and all funds traceable thereto, including accrued interest;

z) Any and all funds on deposit in Account Number 1X B0014YA held in the name of Mark S. Scott 2017 Trust, at UBS Financial Services;

aa) Any and all funds on deposit in Account Number 1X B0031YA held in the name of Mark S. Scott 2017 Trust, at UBS Financial Services;

bb) Any and all funds on deposit in College 529 Fund Account Number PW B4734 03, held in the name of Mark S. Scott FBO Lucius M. Scott, at

3

UBS Financial Services;

cc) Any and all funds on deposit in Account Number PW A5494 03, held in the name of Mark S. Scott, at UBS Financial Services;

((a) through (cc), collectively, the "Subject Property").

4.      The Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Subject Property, and the requirement that any person asserting a legal interest in the Subject Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3).  The Preliminary Order of Forfeiture further stated that the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Subject Property and as a substitute for published notice as to those persons so notified.

5.      The Notice of Forfeiture and the intent of the Government to dispose of the Subject Property was posted on an official government internet site (www.forfeiture.gov) beginning April 3, 2024 for thirty (30) consecutive days, through May 2, 2024, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of such publication was filed with the Clerk of the Court on March 25, 2026 (D.E. 743).

6.      The provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Subject Property before the United States can have clear title to the Subject Property

7.    On or about July 22, 2024, notice of the Preliminary Order of Forfeiture was sent by Federal Express to the following party:

> Lidia Kolesnikova
> Coral Gables, FL 33134-7517

8.    On or about November 20, 2025, notice of the Preliminary Order of Forfeiture was sent by Certified Mail to the following parties:

> MSSi 105 Sunset Lane Property Group, L.L.C.
> c/o Nicole J. Huesmann, P.A.,
> 150 Alhambra Circle, Suite 1200
> Coral Gables, Florida 33134;
>
> MSSi 31 Dale Ave Property Group, L.L.C.
> c/o Nicole J. Huesmann, P.A.,
> 150 Alhambra Circle, Suite 1200
> Coral Gables, Florida 33134; and
>
> 133 Sunset Lane LTD.
> c/o Nicole J. Huesmann, P.A.,
> 150 Alhambra Circle, Suite 1200
> Coral Gables, Florida 33134

9.    Since final publication of the Notice of Forfeiture, thirty (30) days have expired and no petitions or claims to contest the forfeiture of the Subject Property has been filed.[1]

10.    The Defendant and the Noticed Parties are the only persons and/or entities known by the Government to have a potential interest in the Subject Property.

11.    Accordingly, the Government requests that the Court enter the proposed Final Order of Forfeiture as to Certain Assets.

---

[1] The Government notes that third party petitions were filed contesting the Government's forfeiture of certain property contained in the Preliminary Order of Forfeiture that are currently pending before the Court, however, these petitions do not assert any interest in the Subject Property.

12.     No previous application for the relief requested herein has been sought.

Dated: New York, New York
      March 25, 2026

              JAY CLAYTON
              United States Attorney for the
              Southern District of New York

By:

              Juliana N. Murray/
              Kevin Mead
              Assistant United States Attorneys
              Tel. (212) 637-2314/2211