

**ARLO DEVLIN-BROWN**
Managing Principal
+1 (212) 858-9080 w
arlo@tdblaw.com

**TDB LAW**
666 Third Avenue, 21st Floor
New York, NY 10017

**Request to Be Sealed**

May 11, 2026

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: <em>United States v. Scott</em>, No. 17-cr-630

Dear Judge Ramos:

Mr. Scott respectfully requests a final, seventeen-day adjournment of his surrender date from May 15, 2026 to June 1, 2026. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

The Government has indicated it opposes the request but does not intend to provide a written submission.

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Hon. Edgardo Ramos
May 11, 2026



Accordingly, we respectfully request that Mr. Scott's surrender date be adjourned from May 15, 2026 to June 1, 2026.

Respectfully Submitted,

Arlo Devlin-Brown
Managing Principal

2