

**Treanor Devlin Brown**

**ARLO DEVLIN-BROWN**
Managing Principal
+1 (212) 858-9080 w
arlo@tdblaw.com

**TDB LAW**
666 Third Avenue, 21st Floor
New York, NY 10017

## MEMO ENDORSED

**Request to Be Sealed**

May 11, 2026

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> The application is granted.  Scott's surrender date is extended to June 1, 2026.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated:  5/12/2026
> New York, New York

Re: *United States v. Scott*, No. 17-cr-630

Dear Judge Ramos:

Mr. Scott respectfully requests a final, seventeen-day adjournment of his surrender date from May 15, 2026 to June 1, 2026. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

The Government has indicated it opposes the request but does not intend to provide a written submission.

Hon. Edgardo Ramos
May 11, 2026



   Accordingly, we respectfully request that Mr. Scott's surrender date be adjourned from May 15, 2026 to June 1, 2026.

        Respectfully Submitted,

        Arlo Devlin-Brown
        Managing Principal