# LAW OFFICES OF NEIL G. TAYLOR, P.A.

**REPLY TO:**
Coral Gables
Gulf Coast  ☑

NEIL G. TAYLOR

Of Counsel:
Ron A. Cohen

June 2, 2026

The Honorable Edgardo Ramos
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York   10007

> ### Re: *United States v. Scott,*
> ### Case No. 17 Cr. 630 (E.R.)

Dear Judge Ramos:

As the docket in the above referenced matter reflects (709), on September 4, 2025, the Court granted attorney Ellen Blain's letter Motion for Stay, on behalf of Lidia Kolesnikova-Scott, as well as the Government, as it related to the Third-Party Petitions currently pending before the Court.

The genesis of Ms. Blain's and the Government's request was the judgment lien filed in Miami-Dade County Land Records against the residence of Mr. Scott ("Property"), in favor of my client, Marietta Halle, and the lien was a result of Ms. Halle's Florida state court lawsuit that resulted in Mark Scott consenting to the entry of final judgement.

Ms. Blain and the Government agreed to seek a stay and obtain clarification from the Florida court because they perceived that Ms. Halle sought to assert her lien against Ms. Blain's client, rather than the property itself.

Toward that end, I am attaching a certified copy of the Order recently executed by the Florida court which, unequivocally, authorizes Marietta Halle to pursue her lien against the Property that is the subject of the parties' mutual Ancillary Petitions.

Accordingly, at this point, I believe it appropriate for the Court to dissolve the Stay and allow the Third-Party Petition litigation to proceed.

Respectfully,

*Neil Taylor*

Neil G. Taylor
Counsel for Marietta Halle

www.ngtlaw.com | ngt@bellsouth.net

**Gulf Coast Office:** P.O. Box 1550 • Bradenton • Florida 34205  • (305) 794-1575 (O) • (941)748-0158 (Fax)

**Coral Gables Office:** 1600 Ponce de Leon Boulevard, 10th Floor • Coral Gables • Florida 33134 • (305) 858-2233 (O) • (941)748-0158 (Fax)