**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARK S. SCOTT,<br><br>*Defendant.* | 17 Cr. 630 (ER) |
| LIDIA S. KOLESNIKOVA,<br><br>*Third Party Petitioner.* | |

## <u>NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL</u>

PLEASE TAKE NOTICE that, upon the annexed declaration of Jennifer Ellen Blain and

subject to the approval of the Court, Jennifer Ellen Blain hereby withdraws as counsel for Third

Party Petitioner Lidia S. Kolesnikova and shall be removed from the Case

Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter.

Dated:　June 4, 2026　　　　　　　　　　CLARICK GUERON REISBAUM LLP
　　　　　New York, New York

By:　　/s/ *Ellen Blain*　　　　
　　　　　Jennifer Ellen Blain
　　　　　41 Madison Avenue
　　　　　New York, NY 10010
　　　　　Phone:  (646) 398-5060

SO ORDERED:

_____
Hon. Edgardo Ramos U.S.D.J.