**RECEIVED** on 6/5/2026 via email
Chambers of Hon. Edgardo Ramos, U.S.D.J.

The Honorable Edgardo Ramos

United States District Judge

Thurgood Marshall

40 Foley Square

New York, New York 10007


Re: Request Concerning Continued Counsel and Ongoing Resolution Efforts - [United States v. Mark Scott, 17 Cr. (S.D.N.Y.]


Dear Judge Ramos,


My name is Lidia Scott. English is not my first language, and a friend helped me organize and prepare this letter, but the contents fully reflect my own circumstances, concerns, and position.


I am writing respectfully as the wife of Mark Scott and as the petitioner asserting my interests in the ancillary forfeiture proceedings involving our family home and other personal property set forth in my petition.


I understand the Court's time is valuable, and I apologize for submitting a personal letter directly to the Court. I am doing so only because I am extremely concerned that, due to financial circumstances, I may temporarily lose legal representation during a very important stage of these proceedings.


Over the last several years, I have done my best to maintain our family financially, including paying for household expenses, condominium HOA fees, repairs, special assessments, and legal expenses associated with these matters. I was able to defer approximately $200,000 in accrued real property taxes on our home until these matters are hopefully resolved. In addition, I continued maintaining and defending other properties that are now lost to forfeiture, despite the ongoing risk that those assets could ultimately be forfeited, while not personally using those properties at all since 2019. The upkeep, preservation, and defense of those properties

ultimately benefited the government by preserving and improving value, but unfortunately doing so required the expenditure of tens of thousands of dollars and depleted essentially all financial reserves available to me.

My attorneys have worked very hard on my behalf, and I remain extremely grateful for their efforts and patience. However, if they are unable to continue due to the outstanding fees that I presently cannot immediately satisfy, I respectfully ask the Court for a brief continuance of approximately eight weeks, if that becomes necessary because a resolution cannot be reached between the parties, in order to attempt to secure funds for substitute counsel or pro-bono counsel. Any new attorney would need time to familiarize themselves with the case.

I make this request because I truly believe legal representation is necessary at this stage. I greatly appreciate the government's willingness to engage in negotiations concerning my interests in the property, but I do not feel capable of navigating those discussions without counsel. If negotiations are successful, counsel would still be needed to prepare and finalize any settlement documents properly. If negotiations ultimately fail despite good faith efforts by both sides, then representation would obviously be necessary for litigation concerning my claimed interests in the condominium, personal property, and the assets identified in my third-party petition.

I also respectfully note that a Florida state court recently issued an order expressly recognizing my ownership interest in the condominium property, including specifically recognizing my co-ownership interest and my severable 50% interest. I remain hopeful that this development may assist the parties in reaching a practical and fair resolution without extended litigation.

I respectfully make this request because the parties appear to be at a particularly important stage of the proceedings. My understanding is that settlement discussions with the government had been ongoing for some time and that both sides previously preferred attempting resolution over prolonged litigation. Those discussions were interrupted after Mrs. Halle's petition complicated the proceedings. Those developments also required me to incur additional legal expenses with both New York and Florida counsel at a time when I was already struggling financially to maintain the properties and continue defending my interests. The recent Florida court order now appears to provide greater clarity concerning my ownership interest in the

condominium under Florida law and, I hope, allows the parties to meaningfully continue those previously ongoing negotiations toward a practical resolution.

Under these circumstances, I respectfully hope the Court may consider allowing existing counsel to remain temporarily during this brief period, if possible, so that the ongoing negotiations and transition process may proceed in an orderly manner without unnecessary disruption or prejudice to any party.

This condominium is our family home and the stable home environment for our nine-year-old son. I respectfully hope the Court will consider the impact additional instability would have on him after several years of difficult litigation and uncertainty affecting our family.

I am doing everything I reasonably can to stabilize the financial situation and remain hopeful that I will soon be able to obtain financing and retain continued counsel.

I respectfully ask the Court for compassion and for a brief continuance, if necessary, so that I may continue attempting in good faith to resolve these matters while preserving the ability to remain represented by counsel.

Thank you very much for your time and consideration.

Respectfully submitted,

Lidia V. Scott

600 Coral Way, 12

Coral Gables, FL 33134