

**ARLO DEVLIN-BROWN**
Managing Principal
+1 (212) 858-9080 w
arlo@tdblaw.com

**TDB LAW**
666 Third Avenue, 21st Floor
New York, NY 10017

June 22, 2026

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Scott*, No. 17-cr-630

Dear Judge Ramos:

We write on behalf of our client, Mark Scott, to request that the bond be exonerated.

Though surrender to the BOP,  Mr. Scott has now satisfied the purpose of his appearance bond and related release conditions.  Accordingly the bond, secured by real property,[1] should be exonerated. In addition, the United States Pretrial Services Office should return Lidia Kolesnikova Scott's passport to her.

The Government has no opposition to this request.

Respectfully submitted,

/s/

Arlo Devlin-Brown

---

[1] The same property (the residence of Lidia Kolesnikova Scott) is the subject of related forfeiture proceedings, and nothing in the exoneration of the bond is meant to impact the status of the property with respect to those proceedings.