# LAW OFFICES OF NEIL G. TAYLOR, P.A.

**REPLY TO:**
Coral Gables
Gulf Coast   ☑

NEIL G. TAYLOR

Of Counsel:
Ron A. Cohen

August 14, 2026

The Honorable Edgardo Ramos
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York  10007

> ### Re: *United States v. Scott,*
> ### Case No. 17 Cr. 630 (E.R.)

Dear Judge Ramos:

In response to the Government's Motion to Dismiss Ms. Halle's Third-Party Ancillary Petition in the above-referenced matter, on Ms. Halle's behalf – as well as ours – I write to request an extension of sixty (60) days to file a response.

In addition to Ms. Halle currently traveling out of the country, the Government's Motion comes at a particularly busy time for her attorneys, both of whom are sole practitioners.

A proper response will require not only the assistance of our client but, in addition, significant research and writing.

I have conferred with the other parties; neither the Government or new counsel for Ms. Kolesnikova objects.

Thank you for your consideration.

Respectfully,

*Neil Taylor*

Neil G. Taylor
John Quaranta
Counsel for Marietta Halle

www.ngtlaw.com | ngt@bellsouth.net

**Gulf Coast Office:** P.O. Box 1550 • Bradenton • Florida 34205  • (305) 794-1575 (O) • (941)748-0158 (Fax)

**Coral Gables Office:** 1600 Ponce de Leon Boulevard, 10th Floor • Coral Gables • Florida 33134 • (305) 858-2233 (O) • (941)748-0158 (Fax)