# LAW OFFICES OF NEIL G. TAYLOR, P.A.

**REPLY TO:**
Coral Gables
Gulf Coast ☑

NEIL G. TAYLOR

Of Counsel:
Ron A. Cohen

August 14, 2026

**MEMO ENDORSED**

The request is granted. Marietta Halle is directed to file the response by October 16, 2026. The government's deadline to reply is October 23, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: August 17, 2026
New York, New York

The Honorable Edgardo Ramos
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

***Re: United States v. Scott,***
***Case No. 17 Cr. 630 (E.R.)***

Dear Judge Ramos:

In response to the Government's Motion to Dismiss Ms. Halle's Third-Party Ancillary Petition in the above-referenced matter, on Ms. Halle's behalf – as well as ours – I write to request an extension of sixty (60) days to file a response.

In addition to Ms. Halle currently traveling out of the country, the Government's Motion comes at a particularly busy time for her attorneys, both of whom are sole practitioners.

A proper response will require not only the assistance of our client but, in addition, significant research and writing.

I have conferred with the other parties; neither the Government or new counsel for Ms. Kolesnikova objects.

Thank you for your consideration.

Respectfully,

Neil Taylor

Neil G. Taylor
John Quaranta
Counsel for Marietta Halle